United States District Court,
District of Columbia

David Alan Carmichael          )
                               )   Case No: **1:19-cv-02316**
v.                             )
                               )
Michael Richard Pompeo         )
   *et al.*

RECEIVED Mail Room SEP 19 2019 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**Plaintiff's Motion for Amendment of Complaint
to Add the United States Department of State as Defendant**

I, David Alan Carmichael, hereby move the Court to amend the original complaint **to add the United States Department of State as a Defendant**.

I submitted a verified complaint on July 30, 2019, to the Clerk and had an original summons served upon the Defendant's Pompeo, to the United States Attorney, and to the Attorney General of the United States on September 13, 2019. An affidavit of said service has been filed with the Court.

The Defendant has not yet responded to the Complaint and the summons was served less than 20 days ago.

On September 3, 2019, I submitted a summons form to the Clerk with the name and address of the United States Department of State but the Clerk of Court refused to sign the summons form since the U.S. Department of States was not expressly named in the complaint. I overlooked particularly stating the "United States Department of State" in association with those agents that act upon the directives of, or under the auspices of, Secretary Pompeo. Amending the Complaint is probably the most appropriate act since the U.S. Department of State is alluded to in the complaint. There is no doubt to me that it is important for the Secretary's Department to be added as a Defendant since it was personnel in his Department that acted on his behalf under the color of carrying out his regulations.

I contacted the Defendant's Attorney, the office of the United States Attorney for the

District of Columbia, to tell of my intent to file this motion, including a motion to have it granted without motion. The Defendant's Attorney agency informed me that an Attorney has not yet been assigned to the case. There is no prejudice to the parties for the Court to allow the amendment to the complaint without hearing and without response from the Defendant parties, pursuant to Rule 15.

I hereby declare the original complaint to be amended at paragraph 2. as follows (additional words *italicized*):

"**2. The Defendant is, Michael Richard Pompeo, in his official capacity as the Secretary of State of the United States of America. The Defendant *shall also be the United States Department of State, and* may also be co-conspirators and agents that shall be identified or confirmed upon discovery. The offices of his are located at 2201 C. Street, N.W., Washington, D.C., 20520.**" (Bold font for emphasis in the motion only)

Since it is reasonable to add the United States Department of State as a Defendant, and the Defendant's Attorney has no objection, I move that my motion be determined, approved, and ordered to be executed without the necessity of a hearing or response.

I submit a summons form for the Clerk's signature and a proposed order with this motion.

_David Alan Carmichael_  
David Alan Carmichael, Plaintiff  
1748 Old Buckroe Road  
Hampton, Virginia 23664  
(757) 850-2672

_September 17, 2019_  
Date

**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael ) | |
| ) | Case No: **1:19-cv-02316** |
| v. ) | |
| ) | |
| Michael Richard Pompeo ) | |
| *et al.* ) | |

**ORDER**

**On Motion To Amend Complaint to Include**
**the United States Department of State as Defendant**

The Court has before it Plaintiff David Alan Carmichael's Motion to amend the original complaint to add the United States Department of State as a Defendant. Plaintiff's verified complaint and original summons was served on the Defendant Pompeo, the U.S. Attorney, and the U.S. Attorney General, on September 13, 2019. An affidavit of said service has been filed with the Court. The Defendant had not yet answered the complaint as of the date of the motion, and the motion was filed within twenty days of service. With his motion for amendment of the complaint, the Plaintiff has submitted a civil summons form, for the Clerk's signature, for the Plaintiff to serve upon the United States Department of State. The particular amendment to the complaint is at paragraph 2.:

"The Defendant is, Michael Richard Pompeo, in his official capacity as the Secretary of State of the United States of America. The Defendant *shall also be the United States Department of State, and* may also be co-conspirators and agents that shall be identified or confirmed upon discovery. The offices of his are located at 2201 C. Street, N.W., Washington, D.C., 20520."

The importance of adding the U.S. Dept. of State as Defendant was alluded to in the original complaint since personnel of that Department are alleged to have acted on the

Secretary's behalf regarding the matters about which are complained. The Plaintiff moved that the motion be granted without the necessity of a hearing. The Plaintiff declared that he notified the Defendant's Attorney of the Plaintiff's motion and that the Defendant does not object to the motion.

**The motion** to amend the original complaint to include the United States Department of State as a Defendant as a Defendant **is granted**.

The second sentence of Paragraph 2. of the original complaint shall read, "The Defendant *shall also be the United States Department of State, and* may also be co-conspirators and agents that shall be identified or confirmed upon discovery."

The Clerk shall sign the summons form submitted by the Plaintiff and send it to him with the notice of this order. Service of summons remains the duty of the Plaintiff.

**It is so ordered**, /s/ _____   Judge Rudolph Contreras
United States District Judge
   Date: _____

**United States District Court,**
**District of Columbia**

David Alan Carmichael              )
                                   )   Case No: **1:19-cv-02316**
v.                                 )
                                   )
                                   )
Michael Richard Pompeo             )
        *et al.*                   )

**ORDER**

**On Motion To Amend Complaint to Include**
**the United States Department of State as Defendant**

The Court has before it Plaintiff David Alan Carmichael's Motion to amend the original complaint to add the United States Department of State as a Defendant. The particular amendment to the complaint is at paragraph 2. **The Plaintiff's motion is granted**.

The referenced complaint shall read at paragraph 2:

"2. The Defendant is, Michael Richard Pompeo, in his official capacity as the Secretary of State of the United States of America. The Defendant *shall also be the United States Department of State, and* may also be co-conspirators and agents that shall be identified or confirmed upon discovery. The offices of his are located at 2201 C. Street, N.W., Washington, D.C., 20520."

The Clerk shall sign the summons form submitted by the Plaintiff and send it to him with the notice of this order. Service of summons remains the duty of the Plaintiff.

**It is so ordered,** /s/ _____          Judge Rudolph Contreras
                                                          United States District Judge
        Date: _____

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, my September 17, 2019, "Plaintiff's Motion for Amendment of Complaint to Add the United States Department of State as Defendant." I sent the original motion to the Court to:

>   Angela D. Caesar
>   Clerk of Court, District Court of the United States
>   United States Courthouse
>   333 Constitution Ave NW
>   Washington, DC 20001

The copies of the documents were then mailed to the Defendants by their Attorney at:

>   United States Attorney
>   United States Attorney's Office
>   555 4th Street, N.W.
>   Washington, D.C. 20530

I accept service at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____          September 17, 2019
David Alan Carmichael                   Date

*Certified Mail #7015 0640 0002 8789 7778*
*To Clerk Duc*

*#7015 0640 0002 8789 7761*
*to U.S. Atty*
*Ace*