# UNITED STATES DISTRICT COURT
for the
District of Columbia

David Alan Carmichael )
*Plaintiff* )
)
v. ) Civil Action No. 19-CV-2316
)
Michael Richard Pompeo )
*In his Official Capacity as Secretary of State* )
And )
The United States )
*Defendants* )

**RECEIVED**
SEP 20 2019
Clerk, U.S. District and Bankruptcy Courts

## SUMMONS IN A CIVIL ACTION

To:   Michael Richard Pompeo
      2201 C. Street, N.W.,
      Washington D.C. 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Alan Carmichael   (Title case only – not all CAPITALS)
1748 Old Buckroe Road
Hampton, Virginia 23664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 09 2019     _Sonya Hightower_
                     (Signature of Clerk or Deputy Clerk)

Civil Action No. 19-CV-2316

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Richard Pompeo
was received by me on *(date)* September 13, 2019.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christina Heifferon, who is designated by law to accept service of process on behalf of *(name of organization)* _____
U.S. Department of State on *(date)* September 13, 2019; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____
_____

My fees are $ 180 for travel and $ 200 for services, for a total of $ 380.

I declare under penalty of perjury that this information is true.

Date: September 13, 2019

James N Lehman
*Server's signature*

James N Lehman
*Printed name and title*

3085 Harris Creek Rd Prospect VA
23960   *Server's address*

Additional information regarding attempted service, etc: Copy of 27 page original complaint and notice of right to a trial before magistrate included
Delivered at 600 19th Street Wash. DC

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>   *Plaintiff*<br><br>   v.<br><br>Michael Richard Pompeo<br>   *In his Official Capacity as Secretary of State*<br>   And<br>The United States<br>   *Defendants* | Civil Action No. 19-CV-2316 |

## SUMMONS IN A CIVIL ACTION

To: Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Alan Carmichael   (Title case only – not all CAPITALS)
1748 Old Buckroe Road
Hampton, Virginia 23664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 0 9 2019

*(Signature of Clerk or Deputy Clerk)*

Civil Action No. 19-CV-2316

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Attorney General of the United States_
was received by me on (date) _September 13, 2019_.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _David A Burroughs_, who is
designated by law to accept service of process on behalf of (name of organization) _Attorney General of the United States, U.S. Dept of Justice_ on (date) _September 13, 2019_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _September 13, 2019_

_James N Lehman_
Server's signature

_James N Lehman_
Printed name and title

_3085 Harris Creek Rd Prospect VA 23960_
Server's address

Additional information regarding attempted service, etc: _I David Alan Carmichael certify that I mailed a copy of the complaint to the above summoned party on July 30, 2019 and another in August 2019. Under the penalty of perjury David Alan Carmichael Sept 13, 2019_

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>*Plaintiff*<br><br>v.<br><br>Michael Richard Pompeo<br>*In his Official Capacity as Secretary of State*<br>And<br>The United States<br>*Defendants* | Civil Action No. 19-CV-2316 |

## SUMMONS IN A CIVIL ACTION

To:   United States Attorney
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Alan Carmichael   (Title case only – not all CAPITALS)
1748 Old Buckroe Road
Hampton, Virginia 23664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: **SEP 0 9 2019**          _____
                                    *(Signature of Clerk or Deputy Clerk)*

Civil Action No. 19-CV-2316

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney
was received by me on *(date)* September 13, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Reginald Rowan Lead Legal Asst , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office _____ on *(date)* September 13, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Charged to Defendant United States on Pompeo summons

I declare under penalty of perjury that this information is true.

Date: September 13, 2019

*James N Lehman*
Server's signature

James N Lehman
Printed name and title

3085 Harris Creek Rd Prospect VA 23960
Server's address

Additional information regarding attempted service, etc: With a copy of complaint and notice of right to trial before a magistrate

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, my September 16, 2019, letter to the Clerk with three proof of service documents supplied to me by James N. Lehman. I sent the documents to the Court at:

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

The copies of the documents were then mailed to the Defendants by their Attorney at:

United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

I accept service at:
1748 Old Buckroe Road
Hampton, Virginia 23664

I do not accept service, but can be reached informally at:
TEL: (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_David Alan Carmichael_ — September 17, 2019
David Alan Carmichael                Date

Certified Mail # 7015 0640 0002 8789 0249
to Clerk Doc

# 7015 0640 0002 8789 7761
to U.S. Atty Doc