United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael )<br><br>v.<br><br>Michael Richard Pompeo<br>   *et al.* | )<br>)  Case No: **1:19-cv-02316**<br>)<br>)<br>)<br>) |

## Motion for Joinder of Lawrence Donald Lewis as Plaintiff

    I, David Alan Carmichael, hereby move the Court to join Lawrence Donald Lewis as a Plaintiff. I submitted a verified complaint on July 30, 2019, to the Clerk and had an original summons served upon the Defendant's Pompeo, and the United States on September 13, 2019. An affidavit of said service was sent to the Court, September 17, 2019.

    Lawrence Donald Lewis of Nordman, Idaho, is submitting a Petition for Joinder, enclosed herewith. Co-Plaintiff Lawrence Donald Lewis's petition shows that he is suffering the same injury by the Defendant's acts, shares the same counts, jurisdiction, venue, and seeks the same relief.

    I move that Lawrence Donald Lewis petition to join as a Plaintiff be approved; that the enclosed "PETITION FOR JOINDER" of William Mitchell Pakosz be added to the file, and constructively amended to the Complaint; that the Clerk would notify him that he was added as a Plaintiff; and that the name of the case be styled as Carmichael, *et al.* v. Pompeo, *et al.*

    Lawrence Donald Lewis can be served at:

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

*/s/ David Alan Carmichael*                                         September 19, 2019
David Alan Carmichael, Plaintiff                                      Date
1748 Old Buckroe Road
Hampton, Virginia  23664
Tel: (757) 850-2672       Email: david@freedomministries.life

RECEIVED
Mail Room
SEP 24 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<div align="center">

**United States District Court,
District of Columbia**

</div>

| | |
|---|---|
| David Alan Carmichael ) | |
|     *Et al.* ) | Case No: **1:19-CV-02316** |
| ) | |
| v. ) | |
| ) | |
| Michael Richard Pompeo, *in his official capacity* ) | |
|     and ) | |
| The United States ) | |

<div align="center">

**PETITION FOR JOINDER
by Lawrence Donald Lewis**

</div>

I am, Lawrence Donald Lewis, petitioning the Court to Join the above referenced case. I hereby petition the Court to join me as a Plaintiff, in the above referenced case since the facts in my situation are parallel to Carmichael's; and the Defendant's, the Jurisdiction, Venue, counts, and the relief are the same.

<div align="center">

**STATEMENT OF FACTS**

</div>

1. I have a need, a desire, a duty of religion and a right to exit and reenter the United States at will in the ordinary course of life.

2. The law of the United States at 8 USC §1185 says "...it shall be unlawful for any citizen of the United States to depart from or enter, or attempt to depart from or enter, the United States unless he bears a valid United States passport."

3. I applied for a passport, to be issued by the Defendant, in the year 2008. I had to make a request for religious accommodation in order to have the passport issued. On the basis of Christian religion, I could not provide a Social Security Number (hereinafter "SSN"). I explained the duties of my religion in a letter enclosed with the passport application. The Defendant provided a religious accommodation for my request and issued to me a passport on

May 02, 2008, Passport Number 445066501, notwithstanding that I did not identify with a SSN.

4. I am prohibited from identifying with a Social Security Number (hereinafter SSN) on the basis of the Christian religion. My belief and practices are sincere and bona fide. Any demand for me to identify with a SSN **places a substantial burden upon my religion.**

5. April 3, 2019, I submitted my Passport Renewal Application, my then current passport, a photograph of me suitable for the passport, and a payment of $110.00 for the required renewal fee. Included with my application was an express request for religious accommodation to get relief from the form's request for me to identify with a SSN. I addressed my letter to "The Honorable Mike Pompeo, Secretary of State, United States Department of State, Via: National Passport Processing Center, P.O. Box 90155, Philadelphia, Pennsylvania 19190-0155."

6. In my letter explaining my request for religion accommodation, I asked for the Defendant to apply "the Religious Freedom Restoration Act, 42 USC §2000bb, et seq.; and the self-executing First Amendment, whether or not there is a statutory requirement to obtain or identify with a SSN for a passport of (sic) for any other reason." I also cited other ordinances:

> ""Thank you for implementing and applying Executive Order 13798 and its "MEMORANDUM FOR ALL EXECUTIVE DEPARTMENTS AND AGENCIES titled, "Federal Law Protections of Religious Liberties." Thank you also for honoring 22 USC Section 2721. (Which states, in pertinent part:
>
> > **22 USC §2721, Impermissible basis for denial of passports.**
> >
> > A passport may not be denied issuance, revoked, restricted, or otherwise limited because of any speech, activity, belief, affiliation, or membership, within or outside the United States, which, if held or conducted within the United States, would be protected by the first amendment to the Constitution of the United States."
> >
> > (Aug 1, 1956, ch. 841, title I, §49, as added Pub. L. 102-138, title I, §113, Oct 28, 1991, 105 Stat. 655.)""

7. In my request for accommodation, I pointed out that I am 69 years old, I would be

eligible for Social Security but do not collect it due to my obligations of religion.

8. I signed my request for religious accommodation under the Penalty of Perjury.

9. I received a reply from the Defendant, from his Sterling, Virginia, office. The letter was dated May 1, 2019 and referenced their tracking number 297428458. The letter stated:

"Dear Mr. Lewis:
Thank you for your recent passport application.
However, your Social Security Number was not provided on your passport application. Please provide your Social Security Number by clearly writing it in the spaces provided below.
_____-____-_____
If you have never been issued a Social Security Number, please submit a signed statement under penalty of perjury to that effect or used the following:
To whom it may concern,
I,_____ (*print full name*) declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration.
Executed on:_____
　　　　　　　　　(DATE)
Signature:_____
　(Sign using full name as indicated on the passport application)"

10. The Defendant's May 1, 2019 letter stated that I had ninety days to comply. At the ninety-day mark, July 29, 2019, I responded to the Defendant's letter. I sent again a copy of my original letter pointing out my request for religious accommodation. I pointed out that the Defendant either had not read or was ignoring my request for religious accommodation. I reproved the Defendant for ignoring and violating law protecting religion. I also stated:

> ""A federal lawsuit will be hugely costly of time and money. Please avoid this by READING and correctly APPLYING my "Request for Religious Accommodation," originally allowing issuance of the original Passport approximately 11 years ago WITHOUT SSN for duty of religion. I am sure is (sic) in the file you currently have.""

11. I signed my July 29, 2019 letter "Under penalty of perjury, under the laws of the United States, the foregoing statement and enclosures I hereby declare to be true."

12. August 29, 2019, the Defendant responded to my July 29, 2019 letter. There the

Defendant stated:

> "Thank you for your passport request. Your passport application was submitted on **4/3/2019**. You submitted a passport application that did not provide your correct Social Security Number.
> Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.
>
> On **5/1/2019**, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.
>
> Sincerely,
>
> Customer Service Department
>
> Enclosure(s):
> Passport # 445066501"

13. The Defendant committed acts of direct and extrinsic fraud in his August 29, 2019 denial letter. The Defendant excluded the facts relating to the express request for religious accommodation. The Defendant included a citing of "22 U.S.C 2714a," yet excluded his duty under, and the citing of, 22 U.S.C. § 2721. He falsely, without having any evidence to support it, stated or inferred that I "willfully, intentionally, negligently, or recklessly provided an incorrect or invalid Social Security Number."

14. Like the Carmichael complaint for which I desire to join, the Defendant, or his agent, communicated that the matter of religion and the laws, Executive Order and other things protecting religious freedom were wantonly disassociated from my clear request for accommodation of my religion. It showed that there is an accommodation for secular technical reasons, but the particular agent deciding upon the matter in this instance is hostile toward religion. So hostile, that (probably she) usurped the higher authority of the law that Secretary of State Rice applied the accommodation in 2008.

15. The government has no compelling interest in associating me with a SSN, especially for the purposes for which the SSN is requested relating to the passport.

16. I am not one of those who is subject to the denial of my passport renewal on the basis of those things listed or referenced on the application form.

17. The Defendant is hiding or allowing his agents to unlawfully hide the identity of those who have acted, and are acting, to violate the laws of the United States to my injury and the injury of my religion.

18. The Defendant failed to follow the directives of Executive Order 13798 and its implementing memorandum for all departments entitled Federal Law Protections For Religious Liberties. He has also failed to disseminate it to his subordinate actors and train them to apply E.O. 13798 and its implementing directives.

19. The Defendant and his agents knew and should have known that to deny my passport renewal application, knowing the lack of SSN was on the basis of sincere and bona fide religion that is substantially burdened, was clear violation of the Bill of Rights; 42 USC §2000bb, et seq.; E.O. 13798 and its implementing directives from the Attorney General; and 22 USC §2721.

20. The Defendant and his agents, acted in bad faith to deny my passport renewal application, knowing it was previously approved as a matter of religious accommodation while deliberately and artfully dodging that fact in their correspondence.

21. It took two or more persons, the named Defendant and other actors of his, to conspire together for some of the unlawful acts and deprivation of my rights cited in this complaint.

22. The U.S. Passport Renewal Application of mine was arbitrarily, capriciously, in bad faith, in abuse of discretion, colorably denied contrary to the facts, law and national policy in effect when the action was taken on August 29, 2019.

23. Paragraphs 2-5, 7, 29-41 of the referenced complaint are true and shall be presumed part of this Statement of Facts, the Nine Causes of Action, the Relief, the Venue, the Jurisdiction, and the Defendants in the original referenced complaint are the same here and shall be presumed a part of this my petition to join.

I, Lawrence Donald Lewis, do swear that the foregoing facts in the statement of facts, known by me first-hand, are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.

_Lawrence Donald Lewis_            16th of September 2019
Lawrence Donald Lewis              Date
966 Bourbon Lane
Nordman, Idaho 83848
(208) 443-3852
larrynordlewis@povn.com


County of Bonner
State of Idaho

The foregoing instrument was subscribed and sworn before me

this _16_ day of September, 2019 by __Lawrence Donald Lewis__

_Sheryl M. Austin_
(Notary Public's signature)

SHERYL M AUSTIN
COMM. #20190655
NOTARY PUBLIC
STATE OF IDAHO

Notary registration number: __20190655__
My commission expires: __04/01/2025__

p. 6 of 6

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, my September 19, 2019, motion to Join Lawrence Donald Lewis as Plaintiff. I sent the documents to the Court at:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> United States Courthouse
> 333 Constitution Ave NW
> Washington, DC 20001

Certified Mail # 7015 0640 0001 8789 8188

Three copies of the documents were then sent by Certified Mail to the Defendants by their Attorney at:

> United States Attorney
> United States Attorney's Office
> 555 4th Street, N.W.
> Washington, D.C.  20530

Certified Mail # 7015 0640 0002 8789 8171

I accept service at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____        September 19, 2019
David Alan Carmichael            Date

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

CERTIFIED MAIL

7015 0640 0002 8789 8188



U.S. POSTAGE PAID
FCM LG ENV
HAMPTON, VA
23663
SEP 19, 19
AMOUNT
$4.80
R2304H108324-20

Clerk of Court
District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001