**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael )<br>)<br>v.       )<br>)<br>Michael Richard Pompeo )<br>*et al.*   ) | Case No: **1:19-cv-02316** |

# ORDER

### On Plaintiff's Motion For Joinder of Lawrence Donald Lewis as Plaintiff

The Court has before it Plaintiff David Alan Carmichael's Motion to Join Lawrence Donald Lewis, of Nordman, Idaho, as Plaintiff. Lawrence Donald Lewis submitted a Petition for Joinder in the referenced case, to join as a Plaintiff. The Defendants have been notified and have copies of the Motion and Petition.

The Court has reviewed the Motion and Petition and found that the injuries alleged, Counts claimed, the Relief demanded, the Venue, the Jurisdiction, and the Defendants are the same as the original filing Party's complaint. Joinder of Lawrence Donald Lewis is necessary for the just adjudication of the Complaints and to avoid duplicity of suits. Adding Lawrence Donald Lewis as Plaintiff serves no injustice to the Defendants.

**The Plaintiffs' Motion and Petititon are granted.**

The Clerk shall add the Petition For Joinder of Lawrence Donald Lewis to the file and add Lawrence Donald Lewis as a Plaintiff.

The name of the case shall be styled David Alan Carmichael, *et al.* v. Michael Richard Pompeo, *et al.*

**It is so ordered,** /s/ _____     Judge Rudolph Contreras
                                                     United States District Judge
         Date: _____