### United States District Court,
### District of Columbia

David Alan Carmichael )
)  Case No: **1:19-cv-02316** ~ ℓᶜ
v. )
)
Michael Richard Pompeo )
*et al.*

### Motion for Joinder of William Mitchell Pakosz as Plaintiff

I, David Alan Carmichael, hereby move the Court to join William Mitchell Pakosz as a

Plaintiff. I submitted a verified complaint on July 30, 2019, to the Clerk and had an original

summons served upon the Defendant's Pompeo, and the United States on September 13, 2019.

An affidavit of said service was sent to the Court, September 17, 2019. William Mitchell Pakosz

of Matteson, Illinois, is submitting a Petition for Joinder, enclosed herewith. Co-Plaintiff

William Mitchell Pakosz's petition shows that he is suffering the same injury by the Defendant's

acts, shares the same counts, jurisdiction, venue, and seeks the same relief.

I move that William Mitchell Pakosz petition to join as a Plaintiff be approved, that the

enclosed "PETITION FOR JOINDER" of William Mitchell Pakosz be added to the file, and

constructively amended to the Complaint, that the Clerk would notify him that he was added as a

Plaintiff, and that the name of the case be styled as Carmichael, *et al.* v. Pompeo, *et al.*

William Mitchell Pakosz can be served at:

William Pakosz
Box 25
Matteson, Illinois  60443

David Alan Carmichael, Plaintiff
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life

September 18, 2019
Date

RECEIVED
Mail Room

SEP 2 7 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia