## United States District Court,
## District of Columbia

| | |
|---|---|
| David Alan Carmichael ) | |
| ) | Case No: **1:19-cv-02316** |
| v. ) | |
| ) | |
| Michael Richard Pompeo ) | |
| *et al.* ) | |

## ORDER

### On Plaintiff's Motion For Joinder of William Mitchell Pakosz as Plaintiff

The Court has before it Plaintiff David Alan Carmichael's Motion to Join William Mitchell Pakosz, of Matteson, Illinois, as Plaintiff. William Mitchell Pakosz submitted a Petition for Joinder in the referenced case, to join as a Plaintiff. The Defendants have been notified and have copies of the Motion and Petition.

The Court has reviewed the Motion and Petition and found that the injuries alleged, Counts claimed, the Relief demanded, the Venue, the Jurisdiction, and the Defendants are the same as the original filing Party's complaint. Joinder of William Mitchell Pakosz is necessary for the just adjudication of the Complaints and to avoid duplicity of suits. Adding William Mitchell Pakosz as Plaintiff serves no injustice to the Defendants.

**The Plaintiffs' Motion and Petititon are granted**.

The Clerk shall add the Petition For Joinder of William Mitchell Pakosz to the file and add William Mitchell Pakosz as a Plaintiff.

The name of the case shall be styled David Alan Carmichael, *et al.* v. Michael Richard Pompeo, *et al.* The referenced complaint shall read at paragraph 2:

**It is so ordered, /s/** _____   Judge Rudolph Contreras
United States District Judge

Date: _____