# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL,

    Plaintiff,

    vs.

MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,

    Defendants.

Civil Action No. 19-2316 (RC)

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher Hair as counsel for Defendants in the above captioned case.

Respectfully Submitted,

/s/ *Christopher Hair*
CHRISTOPHER HAIR, PA BAR # 306656
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, a copy of the foregoing was served upon

Plaintiff *pro se* via first class U.S. Mail addressed to:

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

                                       */s/ Christopher C. Hair*
                                       CHRISTOPHER C. HAIR
                                       Assistant United States Attorney