## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL,

    Plaintiff,

       vs.

MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,

    Defendants.

Civil Action No. 19-2316 (RC)

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS TO FILE AN AMENDED COMPLAINT AND FOR JOINDER AND MOTION FOR AN EXTENTION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Michael Pompeo, in his official capacity as the Secretary of State, and the United States, by and through undersigned counsel, respectfully submit the following combined response to Plaintiff David Alan Carmichael's motion for leave to amend his complaint and motions for joinder of two additional *pro se* plaintiffs in this action. As explained below, Defendants do not oppose Plaintiffs' pending motions and respectfully request that the Court set a schedule for the submission of an amended complaint in this action. Alternatively, Defendants move the Court for a 30-day extension of time, *i.e.*, from November 12, 2019 until December 12, 2019, to file the government's response to Plaintiff's complaint in this action. This is Defendants' first request for an extension in this matter. Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with Plaintiff and Plaintiff is opposed to the relief requested.

In the instant action, Plaintiff challenges the revocation of his passport by the State Department based on Plaintiff's refusal to provide his social security number on his passport application form for religious reasons. *See* Compl. (ECF No. 1) ¶¶ 12, 22. Plaintiff brings his lawsuit under the First and Fifth Amendments of the U.S. Constitution, the Religious Freedom

Restoration Act ("RFRA"), Executive Order 13,798, the Privacy Act, and several other federal laws. *Id.* ¶¶ 50-78. Currently pending before the Court are Plaintiff's motion to amend his complaint to add the State Department as a Defendant (*see* ECF No. 3) and Plaintiff's "motion for joinder" to add as plaintiffs Lawrence Donald Lewis (*see* ECF No. 5) and William Mitchell Pakosz (*see* ECF No. 6). Plaintiff has attached a "Petition for Joinder" from each putative plaintiff to each of his motions.

Based on Plaintiff's pending motions, it is clear that Plaintiff is seeking to amend his complaint to add additional parties[1] and allegations. Notably, all of Plaintiff's motions were filed within 21 days of the date of service upon Defendants on September 13, 2019. Federal Rule of Civil Procedure 15 provides that a party may amend its pleading by right within 21 days after the date of service or 21 days after a responsive pleading or motion has been filed. Fed. R. Civ. P. 15(a)(1). Otherwise, a party must seek the opposing party's written consent or leave from the Court. *See* Fed. R. Civ. P. 15(a)(2). In this case, Plaintiff has not filed a copy of an amended complaint in this action, nor has he attached an amended complaint to any of his motions. *See* Local Civil Rule 7(i) (requiring that "[a] motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended").

Defendants do not oppose the filing of an amended complaint in this action. Indeed, such

---

[1] Plaintiff's motions appear to be filed pursuant to Federal Rule of Civil Procedure 20(a)(1), which provides that plaintiffs may join together in one action if they seek relief "with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences" and "any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(a)(1). Here, both factors would appear to counsel in favor of joinder as Plaintiff and the other putative plaintiffs claim that their passport applications were adversely affected by their refusal to provide a social security number with their respective applications. *See Davidson v. D.C.*, 736 F. Supp. 2d 115, 119 (D.D.C. 2010) ("'[A]ll 'logically related' events entitling a person to institute a legal action against another generally are regarded as comprising a transaction or occurrence.' ") (quoting *Mosley v. Gen. Motors Corp.*, 497 F.2d 1330, 1333 (8th Cir. 1974)). Such claims would likely turn on common questions of law and fact.

an amended complaint would likely add clarity as to the factual and legal allegations against the government.  Further, as Plaintiff Carmichael is proceeding *pro se*, the other potential plaintiffs would also need to proceed *pro se*.  Accordingly, Defendants respectfully request that the Court permit Plaintiff Carmichael (as well as Messrs. Lewis and Pakosz) to file an amended complaint in this action within 30 days and, pursuant to Federal Rule of Civil Procedure 15(a)(3), permit Defendants to respond within 14 days after service of the amended complaint.

Alternatively, Defendants respectfully request an additional 30 days, *i.e.*, until December 12, 2019, to respond to Plaintiff's complaint.  Undersigned counsel for Defendants is currently handling a full docket of active cases and over the past 30 days has been responsible for numerous dispositive motions, briefs, and other filings pertaining to his other assigned cases.  In addition, undersigned counsel is currently assigned to several cases in active discovery, requiring the preparation of written discovery responses, witness preparation meetings, and depositions.  Moreover, the State Department requires a reasonable amount of additional time to locate copies of the correspondence referenced in Plaintiff's complaint regarding the issuance and revocation of his passport.  Copies of these records are necessary to inform the State Department's response to Plaintiff's complaint.  As noted above, Plaintiff indicated that he is opposed to the relief requested.

A proposed order is attached.

Dated: November 12, 2019         Respectfully submitted,

                                 JESSIE K. LIU, D.C. Bar No. 472845
                                 United States Attorney

                                 DANIEL F. VAN HORN, D.C. Bar No. 924092
                                 Chief, Civil Division

                                 */s/   Christopher Hair*
                                 CHRISTOPHER C. HAIR, PA Bar No. 306656
                                 Assistant United States Attorney

3

555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, a copy of the foregoing was served upon

Plaintiff *pro se* via first class U.S. Mail addressed to:

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL,

      Plaintiff,

          vs.

MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,

      Defendants.

Civil Action No. 19-2316 (RC)

### [PROPOSED] ORDER

Upon consideration of Defendants' response to Plaintiff's motion for leave to file an amended complaint and Plaintiff's motions for joinder, it is hereby **ORDERED** that Plaintiff may file an amended complaint in this action within 30 days and Defendants shall have 14 days from the date of service of the amended complaint to respond.

It is **FURTHER ORDERED** that Defendants' motion for an extension of time to respond to Plaintiff's complaint is hereby **GRANTED** and, if Plaintiff does not file an amended complaint, Defendants shall file their response to Plaintiff's complaint by December 12, 2019. **SO ORDERED**.

_____
Date

_____
Hon. Rudolph Contreras
United States District Judge