**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael ) | |
| ) | Case No: **19-CV-2316** |
| v. ) | |
| ) | |
| Michael Richard Pompeo ) | |
| and ) | |
| The United States ) | |

**Objection To Defendant Motion for Extension of Time To Reply and Cross Motion To Deny the Defendant's Request, and To Declare Default**

**Statement of Facts**

1. A man identifying himself as Christopher Hair contacted me by phone this morning about 10:30 a.m. and identified himself as the one representing the Defendant in the referenced case. Mr. Hair asked me if I had any objection to an extension of time. I had not received any correspondence from the Defendant's Attorney prior to that, such as a notice of appearance or an introduction. I contacted the office of the U.S. Attorney, Washington, D.C., on Sept. 16th and 17th or 18th by phone to try to find out who the lawyer is for the Defendant. They said that one had not yet been assigned. When I called on September 20, 2019, that office told me that a lawyer had been assigned but that were not allowed to tell me the name. They said that I would receive a letter in a few days when they file notice of appearance. **No letter ever came.**

2. Mr. Hair said that he had not received any documents from the Defendant regarding my case. I explained to Mr. Hair that the problem of his being assigned the case at the last minute or the Defendant Agency not sending files was the sort of problem that spawned the law suit. I explained that the government's refusal to follow the rule book or the law is injuring me and others. Therefore, I cannot forsake the right of due process for which he requested I yield.

3. I sent to the Defendant a copy of the complaint on July 31, 2019 and again on August 15,

2019, though the formal service form of the Clerk was not served until September 13, 2019. The Defendant has had more than adequate time to mull over its response.

4. There is no evidence suggested by Mr. Hair that the Defendant was inordinantly kept from fulfilling their obligation to respond in the face of the consequence of be found in default.

5. Mr. Hair said he would file a motion to extend time and note that I objected. I explained to Mr. Hair that I intended to file a response to his motion.

## Motion

6. I cross-move the Court to **deny a request by the Defendant to extend time** to respond. I move that this motion be ruled upon without a hearing.

7. I move the Court to **Declare the Defendant in Default**; that all statements of facts by the complainant in his complaint as presumed fact prima facie, be found to be uncontested by the Defendant and thereby agreed to by the Defendant tacitly.

8. I move the Court schedule a **"Scheduling Conference"** to set dates for motions by the Complainant to move the Court to rule on matters of law and remedy cited in the Complaint.

9. I reserve the right to augment this objection and motion within the ten-day deadline for responses provided for in the Rules of Court.

## Testament

I, David Alan Carmichael, submit the foregoing facts of paragraphs 1. through 5. to be true, under the penalty of perjury under the laws of the United States.

_/s/ David Alan Carmichael_                _November 12, 2019_
David Alan Carmichael                              Date
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, my November 12, 2019, "Objection To Defendant Motion for Extension of Time To Reply and Cross Motion To Deny the Defendant's Request, and To Declare Default.. I sent the documents to the Court at:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> United States Courthouse
> 333 Constitution Ave NW       Cert.# 7019 1120 0000 8485 7214
> Washington, DC 20001

A copy of the objection and motion was sent to:

> United States Attorney
> United States Attorney's Office  Cert.# 7019 1120 0000 8485 7221
> 555 4th Street, N.W.
> Washington, D.C.  20530

I accept service at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:    (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____         November 12, 2019
David Alan Carmichael                   Date