## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DAVID ALAN CARMICHAEL, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 19-2316 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 3, 5, 6, 9, 10 |
| | : | | |
| MICHAEL RICHARD POMPEO, in his | : | | |
| official capacity as Secretary of State, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## **ORDER**

**GRANTING PLAINTIFF'S MOTION TO AMEND; GRANTING PLAINTIFF'S MOTIONS TO JOIN PLAINTIFFS; DENYING AS MOOT DEFENDANT'S MOTION FOR EXTENSION OF TIME; DENYING PLAINTIFF'S REQUEST FOR DEFAULT**

Plaintiff David Alan Carmichael brings this federal question suit concerning the government's provision of a religious accommodation. Compl. 1, ECF No. 1. Mr. Carmichael seeks "the court's declaration of law as it relates to the constitutionality of the conduct of United States officers and agents, the guiding statutes[,] and regulations." *Id.* at 2. Plaintiff thus asks this court for legal and equitable relief, including a writ of mandamus, a declaratory judgment, and an injunction for protection of religion. *Id.*

After bringing the original suit, Mr. Carmichael filed several motions. First, he moved to amend the complaint to add the U.S. Department of State as a Defendant. Pl.'s Mot. Amend 1, ECF No. 3. Second, he moved to join two plaintiffs, Lawrence Donald Lewis, Pl.'s Mot. Joinder, ECF No. 5, and William Mitchell Pakosz, Pl.'s Mot. Joinder, ECF No. 6. Thereafter, Defendant filed a motion for an extension of time to file an answer in which the government indicated that it did not oppose the filing of an amended complaint or Plaintiff's motions to join parties and requested 14 days after service of such an amended complaint to respond. Def.'s

Mot. Extension 1–3, ECF No. 9.  In response, Plaintiff filed a memorandum opposing Defendant's motion for extension of time in which he moved for the Court to deny Defendant's motion and to declare the Defendant in default.  Pl.'s Objection 2, ECF No. 10.

Upon consideration of the parties' motions, it is hereby:

**ORDERED** that Plaintiff's motion to amend (ECF No. 3) is **GRANTED**; it is

**FURTHER ORDERED** that Plaintiff's motions to join plaintiffs (ECF Nos. 5 and 6) are **GRANTED**; it is

**FURTHER ORDERED** that Defendant's motion for extension of time (ECF No. 9) is **DENIED AS MOOT**; it is

**FURTHER ORDERED** that Plaintiff's request for default is **DENIED**; it is

**FURTHER ORDERED** that Plaintiff shall file an amended complaint that includes all defendants and all plaintiffs by December 4, 2019, and, to the extent that all plaintiffs proceed *pro se*, the amended complaint must be signed by all plaintiffs; and it is

**FURTHER ORDERED** that Defendant's response shall be due 14 days after service of the amended complaint.

**SO ORDERED**.

Dated: November 20, 2019                                                          RUDOLPH CONTRERAS
                                                                                                             United States District Judge