United States District Court,
District of Columbia

RECEIVED
Mail Room
NOV 2 6 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

David Alan Carmichael )
et al. )
 )
 )   Case No: **1:19-cv-02316**
v. )
 )
 )
Michael Richard Pompeo )
et al. )

**Timely Objection To Order of 20 November 2019
by Plaintiff Carmichael**

1. **I object to**:

    a. **Being denied time to respond to the Government's motions prior to the Court acting on the Government motions.** In effect, it makes the Government's motions an *ex parte* communication and prejudices the Plaintiffs who are prohibited from access to insitu Courthouse filing.

    b. **The Court mischaracterizing the nature of the Government's motions.** It camouflaged the nature of the Government's motion. It enabled the Government to make the Rules of Court of no effect as it concerns them, and camouflaged the magnitude of their neglect and the number of times they neglected to honor specified deadlines.

2. **Facts:**

    a. I did not get access to the Government's motion until days after their Attorney notified me that he intended to ask for "additional time to respond" to my complaint. He never said anything about anything else he intended to put in the document, such as the thing upon which the Court ORDER was made. I made and mailed my hurried motion the very day, without access to the Government's motion document, because I suspected that I might not be allowed any input on the motion if I took the full-time to get access to the motion document and do a thorough response. In my hurried response, I reserved the right to augment my objection in a timely way according to the Rules of Court. **Four days before my response deadline**, I and my

fellow Plaintiffs each submitted thorough objections, that should have arrived today, one day before the deadline. However, the Court issued an order **Six days before our response deadline**, prior to myself and my fellow Plaintiffs being allowed the ordinary time to respond to motions in accordance with the Rules of Court.

    b.    In the second paragraph of the ORDER, it said, "Mr. Carmichael filed several motions." A key matter left out was that my motions were filed within 7 days of the Government being served, that the motions were not dependant upon the Government's response, that the **14-day deadline to respond was exceeded** by an additional 43 days.

3.    Had the Court given the Plaintiffs the time allotted by the Rules of Court to respond, it would have then been possible for the Court to have access to information that would enable the Court to rightly determine the just course of action and accurately express the gravity of the ORDER as it related to the Government's wanton neglect to fulfill the Rules of Court requirement for them to respond in 60 days (29 days longer than required of the ordinary citizen). The ORDER, had it the full consideration of input from the Plaintiffs, should have cited the reality of the Court overlooking the conduct of the Government at the very least, if not the granting of the Plaintiffs' motions for Default upon the Defendant.

5.    This objection might be necessary for the sake of further review. The other Plaintiffs have been shown a copy of my objection and state that they concede.

I, David Alan Carmichael submit the foregoing facts to be true, under the penalty of perjury under the laws of the United States.

_David Alan Carmichael_          _November 25, 2019_
David Alan Carmichael          Date
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220 david@freedomministries.life

**C E R T I F I C A T E   O F   S E R V I C E**

I, David Alan Carmichael, hereby certify that I delivered by mail, my November 25, 2019, "Timely Objection To Order of 20 November 2019 by Plaintiff Carmichael" I sent the documents by ~~FedEx Express~~ *# 7785 0629 6012* to the Court at:

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

A copy of the objection and motion was sent to:

United States Attorney
United States Attorney's Office          *by Mail*
Attn: Christopher Hair
555 4th Street, N.W.
Washington, D.C.  20530

Lawrence Donald Lewis
966 Bourbon Lane                         *by Mail*
Nordman, Idaho  83848

William Mitchell Pakosz
Box 25                                   *by Mail*
Matteson, Illinois  60443

I accept service at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:    (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

*/s/ David Alan Carmichael*                *November 25, 2019*
David Alan Carmichael                      Date