David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

December 10, 2019

LET THIS BE FILED
*[signature]* 12/17/2019

Angela D. Caesar
Clerk of Court, District Court of the United States
Attn: Tonya Hightower
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:  Case #19-CV-2316-RC, Carmichael v. Pompeo Service of Amended
     Complaint Completed November 29, 2019, Rule 5(b), and Electronic Filing

Clerk Caesar,

The Court recently ordered me and my fellow Plaintiff's to file an amended complaint to reflect all parties that have joined. The Court ordered us to file that amendment by December 4, 2019. The Court order was in response to a motion by the government Defendants who have appeared as notified of the filed suit in keeping with Rule 4. Since the amended complaint is filed in response to a court order, in response to a motion, Rule 5 ought to apply rather than rule 4.

According to Rule 5(b), we need only serve the Court and the Defendant's by way of their Attorney by the use of the United States Mail according to Rule 5(b)(1). According to Rule 5(b)(2)(C), "mailing it to the person's last known address—in which event service is complete upon mailing." I certified on November 29, 2019, that I placed the amended complaint in the mail to the Court for filing, and to the Defendant according to the demand of the Court (Certified mail #7015 0640 0002 8790 0898)

You recently sent a document to me, with your seal on it, and it is a document that you should have sent to me back in September when I filed for you to issue the summons to the United States Department of State. I submitted the document to you by mail on September 3, 2019 requesting your seal so that I could submit it to the Defendants. You are now issuing the summons ninety (90) days later and returning it to me.

The document which is now three months old, has now become moot since it contradicts the Court's order of November 20, 2019; and the Defendants by their Attorney have appeared and made a motion for additional time, the Court having ordered the Defendants to respond within fourteen (14) days of my serving the Defendant through his Attorney.

RECEIVED
Mail Room

DEC 13 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Today, I obtained access to the Pacer system. I noticed that the docket indicates that the Defendant United States Department of State has been terminated as of December 3, 2019.

**Question: Since the "Complaint Amended" was submitted in response to the Defendants' motion and the Court's order, and I submitted a certificate of service in accordance with Rule 5(b), should not the docket indicate that the Defendants' were served the amended complaint on November 29, 2019?**

I placed the amended complaint in the United States mail on November 29, 2019, and Rule 5(b)(2)(C) indicates that the Defendants whose Attorney is the United States Attorney were actually served the day that the Defendant United States Postal Service had possession of the amended complaint in certified mail. The due date of the Defendant's response to the amended complaint should be December 13, 2019. According to the docket date, if the "service" date is shown as December 3 instead of November 29, 2019, the Defendants appear to be artificially given seventeen (17) days to respond rather that fourteen (14).

Please explain the proper procedure according to the Rules and how the rules apply in the current circumstance. This is important for me and the other Plaintiffs to understand how the deadlines are properly met.

Please provide forms and instructions for obtaining access to the electronic filing process. I intend to seek access to electronic filing privileges.

You may respond to me with the proper civilian salutation listed at the top of the page.

Respectfully,

*David Alan Carmichael*
David Alan Carmichael

DAC/slf

cc:   Lawrence Donald Lewis
      William Mitchell Pakosz
      U.S. Attorney for District of Columbia

Enclosure: Certificate of Service

# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by mail, my letter to the Clerk of December 10, 2019, "Case #19-CV-2316, Carmichael v. Pompeo Service of Amended Complaint Completed November 29, 2019, Rule 5(b), and Electronic Filing" I mailed the document with this certificate of service to the Court at:

>   Angela D. Caesar
>   Clerk of Court, District Court of the United States
>   Attn:  Tonya Hightower
>   United States Courthouse
>   333 Constitution Ave NW
>   Washington, DC 20001

I sent A copy of the document and certificate of service to:

>   United States Attorney
>   United States Attorney's Office
>   Attn:  Christopher Hair
>   555 4th Street, N.W.
>   Washington, D.C.  20530
>
>   Lawrence Donald Lewis
>   966 Bourbon Lane
>   Nordman, Idaho  83848
>
>   William Mitchell Pakosz
>   Box 25
>   Matteson, Illinois  60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____        _____December 10, 2019_____
David Alan Carmichael    Date

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Angela D. Caesar
Clerk of Court District Court of the United States
Attn: Tonya Hightower
United States Court House
333 Constitution Ave, N.W.
Washington D.C. 20001

