**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*, <br><br> Defendants. | Civil Action No. 19-2316 (RC) |

**DEFENDANTS' MOTION FOR AN EXTENTION OF TIME**
**TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

  Defendants, Michael Pompeo, in his official capacity as the Secretary of State, and the United States, by and through undersigned counsel, respectfully move the Court for a 30-day extension of time, *i.e.*, from December 19, 2019 until January 20, 2020, to file the government's response to Plaintiffs' amended complaint in this action. This is Defendants' second request for an extension in this matter, including Defendants' first request for an extension that was mooted by Plaintiffs' submission of an amended complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with Plaintiffs on December 18, 2019 via email and telephone and Plaintiffs had not yet reached a position with respect to Defendants' motion at the time of this filing.

  In the instant action, Plaintiffs challenge the revocation and/or denial of their passports by the State Department based on Plaintiffs' refusal to provide their social security numbers on the passport application form for religious reasons. *See* Am. Compl. (ECF No. 15) ¶¶ 115. Plaintiffs bring this lawsuit under the First and Fifth Amendments of the U.S. Constitution, the Religious Freedom Restoration Act ("RFRA"), Executive Order 13,798, the Privacy Act, and

several other federal laws. *See id.* ¶¶ 114-40.

Defendants respectfully request an additional 30 days, *i.e.*, until January 19, 2020, to respond to Plaintiffs' complaint. Undersigned counsel for Defendants is currently handling a full docket of active cases and, since the docketing of Plaintiffs' amended complaint, has been preparing a case for an upcoming jury trial in an employment discrimination action scheduled to begin on January 21, 2020, and has also handled a hearing and response to a Temporary Restraining Order ("TRO") filed in an immigration matter. Moreover, the State Department requires a reasonable amount of additional time to locate Plaintiffs' passport records, evaluate the agency's response to the claims in Plaintiffs' amended complaint, and prepare a potential declaration to be filed in support of the government's response to the amended complaint. As noted above, Plaintiffs were unable to indicate their position on the government's motion at the time of this filing.

A proposed order is attached.

Dated: December 19, 2019            Respectfully submitted,

                                               JESSIE K. LIU, D.C. Bar No. 472845
                                               United States Attorney

                                               DANIEL F. VAN HORN, D.C. Bar No. 924092
                                               Chief, Civil Division

                                               */s/ Christopher Hair*
                                               CHRISTOPHER C. HAIR, PA Bar No. 306656
                                               Assistant United States Attorney
                                               555 Fourth Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-2541
                                               christopher.hair@usdoj.gov

                                               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019, a copy of the foregoing was served upon *pro se* Plaintiffs via first class U.S. Mail addressed to:

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60442

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, ID 83848

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL,<br><br>    Plaintiff,<br><br>        vs.<br><br>MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,<br><br>    Defendants. | Civil Action No. 19-2316 (RC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for an extension of time to respond to Plaintiffs' amended complaint, it is hereby **ORDERED** that Defendants' motion is **GRANTED.**

Defendants shall file their response to Plaintiffs' complaint by January 20, 2020.

**SO ORDERED**.

_____  
Date

_____  
Hon. Rudolph Contreras  
United States District Judge