United States District Court,
District of Columbia

David Alan Carmichael )
   et al. ) Case No: **1:19-cv-02316**
     v. )
) Motion For Clerk To
Michael Richard Pompeo ) Amend Docket Record
   et al. )

## Motion for Court to Order Clerk To Correct Docket To Show Notice and Defendant Status To Reflect The Court Order of November 20, 2019

The Clerk of Court has recently sent a document to me that implies that a Government Defendant has not yet been served, and that it has sixty (60) days to file a response to the complaint only after I deliver a summons notice to the Defendant (Docket – unnumbered – 3dec2019). The summons form is no longer applicable and it goes contrary to the Defendants' motions of November 12, 2019, and the Court's order of November 20, 2019 (Docket #s 8, 11).

I, David Alan Carmichael, testify of facts herein related to this motion, and my fellow Plaintiffs herein move with me for the Court to Order the Clerk to change information on the record and the docket report to conform to the Court's order of November 20, 2019:

**Statement of Facts**

1. I filed the original complaint on July 31, 2019. I cited Defendant Department of State's conduct in the facts, in the counts and in the remedy. I overlooked particularly citing the Department of State <u>in the list</u> of Parties but cited the Michael Pompeo in his official capacity as head of that Department. They are each other's alter ego and have the same Attorney.

2. When, on September 3, 2019 I submitted forms to the Clerk to issue summons, one of those forms that I submitted was for the Clerk to issue summons to the Department of State. Sometime thereafter, the Clerk sent to me summons forms for Michael Pompeo; United States Attorney General; and the United States Attorney, Washington, D.C , (Docket – unnumbered –

RECEIVED
Mail Room

JAN - 6 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

not issued until September 9, 2009). With those completed summons, my fourth summons form for the Department of State was returned without the signature of the Clerk but merely only a post-it note on it that said "not a party."

3. I had the summons served upon the Defendants on September 13th. To serve Defendant Michael Pompeo in his Official Capacity, I had to serve him via the United States Department of State. There, I was subjected to an interrogation by the United States Department State. I was told that the interrogation was necessary or I could not get access to serve the Defendant. Low and behold, they finally told me that there was no need to get access to the building, that I was at the wrong building, and someone would come to me to pick up the document. The United States Department of State probably has a video recording of me and my server giving them notice of the lawsuit by way of an interrogation at the entryway of their building on September 13, 2019.

4. I filed a notice of completion of service to the Clerk on September 16th (Docket #4).

5. The next day, September 17, 2019, I filed a motion to amend the complaint to cite Department of State as Co-Defendant (Docket #3):

> "2. The Defendant is, Michael Richard Pompeo, in his official capacity as the Secretary of State of the United States of America. The Defendant *shall also be the United States Department of State, and* may also be co-conspirators and agents that shall be identified or confirmed upon discovery. The offices of his are located at 2201 C. Street, N.W., Washington, D.C., 20520."

6. With my September 17, 2019 motion to add Defendant Department of State, I submitted a summons for the Clerk to sign and return to me so that I could serve the Defendant. The timely motion said,

> "Since it is reasonable to add the United States Department of State as a Defendant, and the Defendant's Attorney has no objection, I move that my motion be determined, approved, and ordered to be executed without the necessity of a hearing or response.
> I submit a summons form for the Clerk's signature and a proposed order with this motion."

**7. The Court never acted on my motion and I was held in limbo, with the Clerk not sending a signed summons to me so that I could serve the Department of State to fulfill the technicalities of Rule 4.**

8. The Attorney of the Defendants Michael Pompeo in his official capacity, and the United States happens to also be the Attorney for the logical addition of the party, the Department of State. The Attorney of each of them, on November 12, 2019, gave a response to my motion to amend the Complaint (albeit 43 days late) to include his client, Department of State, as a party. The Attorney of the Department of State, in his motion, actually agreed with the necessity of adding his client the Department of State.

9. In response to the Defendants' motion for additional time to respond by December 12, 2019, the Court, on November 20, ordered me and my fellow Plaintiffs to file an amended complaint with each of our signatures; ordered the Defendants to respond within fourteen (14) days of service.

10. On November 29, 2019, we filed the amended complaint, placing it in the United States mail, certified. According to rule 5(b)(2)(C), the document is presumed served upon the United States Defendants upon the document being placed in the mail. That would make the Defendants' response date December 13, 2019, one day after the day they requested to respond.

11. On or about Friday, December 6, I found an envelope from the Clerk of Court that contained the summons form that I had submitted to the Clerk on September 17, 2019. It was signed by the Clerk on December 3, 2019, two and a half months after I had requested it, <u>it does not correctly reflect the Plaintiff parties</u>, and it gave instructions that **contradicted the Courts order of November 20, 2019.**

12. Today, having gotten access to the Court's docket report, I found that on December 3,

2019, the Defendant U.S. Department of State is "*TERMINATED: 12/03/2019.*"

13. The United States Attorney, though agreeing that his Client the United States Department of State ought to be joined, the Attorney has not yet filed Notice of Appearance for that Client.

## Motion Support

14. It appears by the motion of the Attorney of Defendants Michael Pompeo, the Department of State and the United States, that Defendant Department of State has been effectively served notwithstanding that my hands were tied by the Court and Clerk not acting on my September 17, 2019 motion (Docket #3), making me unable to file a summons service as required by Rule 4, to the third Client of the U.S. Attorney. The Plaintiffs Lewis and Pakosz were effectively served by means of the Plaintiff Carmichael's motion and the Plaintiffs' Lewis and Pakosz petitions to join.

15. To require Plaintiffs to now request the Clerk to issue a new summons according to Rule 4, at the discretion of the Clerk to issue the summons at its leisure, and then have the current Defendants' alter ego have an additional 60 days to respond to the same facts by the same Attorney, is another injustice to the Plaintiffs.

## Motion

16. Therefore, we move the Court to order the Clerk to amend, alter, correct the docket report to reflect that:

   a. The Defendant United States Department of State is not "terminated" as a Defendant; and

   b. The faulty Service Summons of December 3, has not been issued.

17. We move the Court to demand of the Defendants' Attorney to show just cause if he is not or will not be appearing on behalf of the Client for whom he agreed be moved for joinder.

18. To ensure there is no injustice to the Plaintiffs done by the Court and Clerk delaying the

Plaintiffs' access to an 'issued summons' until nearly three months after it was requested; we move the Court order the Clerk to let the record show that the United States Department of State has agreed to join as a party by the motion of the Defendant United States Department of State's Attorney as of November 12, 2019, or upon the Courts order of November 20, 2019, or as of the date of the Court's discretion.

19. Alternately, let the summons be issued for which we are submitting as an enclosure be issued without delay.

I, David Alan Carmichael, swear that the foregoing statements known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.

Signed _David Alan Carmichael_ Date: December 27, 2019
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672 / david@freedomministries.life

I, William Mitchell Pakosz, agree and hereby do also submit this motion. The facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.

Signed _William Mitchell Pakosz_    Date: _16 Dec 2019_
William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443
(708) 748-8585

I, Lawrence Donald Lewis, agree and hereby do also submit this motion. The facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.

Signed *Lawrence Donald Lewis*   Date: Dec 9th 2019
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848
(208) 443-3852
larrynordlewis@povn.com

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, the Plaintiffs' December 23, 2019, for Case #1:19-cv-0216-RC "Motion for Court to Order Clerk To Correct Docket To Show Notice and Defendant Status To Reflect The Court Order of November 20, 2019"  I mailed the document with this certificate of service to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    Attn:  Tonya Hightower
    United States Courthouse
    333 Constitution Ave NW    (U.S. Mail Certified#
    Washington, DC 20001     7015 0640 0002 8790 0850)

I sent A copy of the document and certificate of service to:

    United States Attorney
    United States Attorney's Office
    Attn:  Christopher Hair
    555 4th Street, N.W.     (U.S. Mail Certified#
    Washington, D.C.  20530   7015 0640 0002 8790 0867)

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho   83848

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois   60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia   23664

I do not accept service, but can be reached informally at:
TEL:    (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____      December 31, 2019
David Alan Carmichael                 Date

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

7015 0640 0002 8790 0850

0857

Angela D. Caesar
Clerk of Court, District Court of the United
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001



1024   20001



U.S. POSTAGE PAID
FCM LG ENV
HAMPTON, VA
23663
DEC 31, 19
AMOUNT
$4.65
R2304H108324-20