William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

December 23, 2019

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

LET THIS BE FILED
*[signature]* 1/7/2020

Re: Case #1:19-CV-2316-RC, Carmichael v. Pompeo - Plaintiffs' Objection To Defendants' Second Motion for Additional Time To Respond to Complaint, Cross-Motion, And Memorandum In Support

Clerk Caesar,

Enclosed is page 8 of 9 of the referenced objection and cross motion.

Respectfully,

*[signature]*

William Mitchell Pakosz

WMP/dac

cc: David Alan Carmichael
    Lawrence Donald Lewis
    U.S. Attorney for D.C.



RECEIVED
Mail Room
DEC 31 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**C E R T I F I C A T E   O F   S E R V I C E**

I, William Mitchell Pakosz, hereby certify that I delivered by mail, the Plaintiffs' **page 8** of the "Plaintiffs' Objection To Defendants' Second Motion for Additional Time To Respond to Complaint, Cross-Motion, And Memorandum In Support" for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I mailed the document with this certificate of service to the Court at:

>   Angela D. Caesar
>   Clerk of Court, District Court of the United States
>   Attn:  Tonya Hightower
>   United States Courthouse      7016 0680 0000 0124 0885
>   333 Constitution Ave NW
>   Washington, DC 20001

I sent A copy of the document and certificate of service to:

>   United States Attorney
>   United States Attorney's Office
>   Attn:  Christopher Hair
>   555 4th Street, N.W.
>   Washington, D.C.  20530
>
>   Lawrence Donald Lewis
>   966 Bourbon Lane
>   Nordman, Idaho   83848
>
>   David Alan Carmichael
>   1748 Old Buckroe Road
>   Hampton, Virginia  23664

I served myself at:
William Mitchell Pakosz
Box 25
Matteson, Illinois  60443

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____         26 Dec 2019
William Mitchell Pakosz                 Date

I, William Mitchell Pakosz, agree and hereby do also submit this objection and cross-motion drafted by fellow Plaintiff David Alan Carmichael. The facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. I have printed and signed an original of the objection and cross-motion and promise to file this page 8 to the Court by the Clerk.

Signed _William M. Pakosz_   Date: _26 Dec 2019_
William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443
(708) 748-8585

**From:**
Pakosz, Wm
P.O. Box 25
Matteson, IL.
60443

**To:**
Angela D. Caesar
Clerk of Court, District Court of United States
ATTN: Tonya Hightower
United States Courthouse
333 Constitution Ave NW
Washington, D.C.
20001

CERTIFIED MAIL
7018 0680 0000 0124 0885

U.S. POSTAGE PAID
FCM LG ENV
RICHTON PARK, IL
60471
DEC 26, 19
AMOUNT
$7.45
R2304P118634-99