UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CARMICHAEL, et al. | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Civil Action No.19-CV-2316 |
| | ) |
| MICHAEL RICHARD POMPEO, in his | ) |
| official capacity as Secretary of State | ) |
| | ) |
| *Defendant*. | ) |

**DECLARATION OF FLORENCE FULTZ**

I, Paul Peek, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I submit this declaration in support of the Department's motion in the above-captioned case. The statements made in this declaration are based upon my personal knowledge.

2. I am the Managing Director of Passport Issuance Operations within the Passport Services Directorate of the U.S. Department of State's Bureau of Consular Affairs.

3. Passports are travel documents attesting to the bearer's identity and nationality. With a valid U.S. passport, the bearer has visa free access to 184 countries. The U.S. passport is the only document recognized by federal law as both proof of U.S citizenship and identity. In addition to being a travel document, passports are used for many things, such as opening bank accounts worldwide, transferring property, registering to vote, and to prove one can legally work in the U.S. The U.S. passport is recognized as the gold standard, employing numerous complex security features which essentially make the document itself nearly impossible to counterfeit. Because of that, the most common type of fraud the Department sees is during the application

process is when applicants use the identity of someone else or a falsely created identity using breeder documents such as drivers' licenses, birth certificates and other state/local documents. Because of this, the Department has policies and procedures for adjudicating each applicant's identity, identifying and preventing fraud, as well as comparing against data from various federal and state sources, in order to ensure the applicant is who they say they are and is otherwise entitled to a U.S. passport.

4. The Department considers many pieces of information when adjudicating a passport application, including but not limited to the applicant's name, sex, date of birth, place of birth, photograph, and Social Security number ("SSN"). Although each of those data points is needed to determine an applicant's identity, names, sex, and appearance are changeable, and dates and places are not unique to the individual. Relying on those data points alone makes it difficult to adjudicate an applicant's identity absent a consistent data point.

5. SSNs are that consistent unique data point specific to each applicant and are therefore the most significant and reliable piece of information the Department considers when adjudicating a passport application. SSNs provide invaluable information about a person's identity and are not listed on birth certificates, drivers' licenses, or other state/local issued documents. The SSN not only is a unique identifier, but it also provides additional information about when and where it was obtained that assist with the adjudication and anti-fraud procedures.

6. The Department also uses SSNs to run background checks on the applicant for anti-fraud purposes and to verify claims of identity and citizenship. The Department does this electronically, by running the SSN (and other data points) against information provided by other agencies, including the Social Security Administration ("SSA"). These checks not only help to establish an applicant's identity but also help uncover fraud. For example, SSNs are never reused

and are retired after the bearer dies. When a person applies for a passport, the Department compares the SSN provided against the Social Security Death Index to ensure, among other things, the applicant has not used a deceased individual's identity. Assuming the identity of a deceased individual is a relatively frequent method used by people committing passport fraud and the SSN is frequently the primary method we have for detecting a deceased identity. Without the SSN, the Department cannot efficiently, effectively and/or completely and accurately adjudicate an applicant's identity, detect fraud, and protect the integrity of the issuance system.

7. Consistent with Federal law, Department policy requires that every applicant provide his or her SSN when applying for a passport. If the applicant does not have an SSN, the applicant must declare under penalty of perjury that he or she has never been issued one. Otherwise, the applicant must provide his or her SSN. If the applicant either does not provide his or her SSN or does not provide the declaration, the Department denies the application.

8. SSNs are unique numerical identifiers which differentiate individuals with common names, incomplete biographical information, or typographical errors on their applications. Names may be anglicized or transliterated, or an applicant may transpose his or her day and month of birth. SSNs ensure that the Department efficiently and accurately adjudicates an applicant's identity in those circumstances.

9. Moreover, many applicants have extremely similar first and last names, and some include identity documents with varied name spellings that could easily lead to an incorrect identification had the applicants not provided their SSN to verify their identities. Similarly, among the nearly 147 million valid passports currently in circulation in 2019 and the 18.5 million persons who applied that same fiscal year, many applicants share the same or similar first and last names, same or similar dates of birth, and similarities in the place of birth, or any combination of these.

10. SSNs, which are unique to each applicant, are the most reliable data point in determining identity, and they are also the most effective, efficient, and least restrictive way to ensure identity verification, prevent fraud, and maintain the integrity of the passport issuance system.

11. The Department also uses the applicant's SSN to verify and determine whether applicants have other ineligibilities for a U.S. passport. These include, among others, persons who are wanted felons and fugitives, persons who have criminal court orders prohibiting travel, persons delinquent with child support payments, certain sex offenders, and persons in arrears on federal taxes. In order to identify these persons, the Department receives electronic data transmissions from various federal and state agencies, and this data is run against various data points on the application, including the SSN.

12. For example, persons who have a seriously delinquent tax debt are ineligible for a passport. The Treasury Department certifies to the Department that the individual has a seriously delinquent tax debt, and does by transmitting several data points, including the individual's SSN—the data point directly linked to the tax returns resulting in the seriously delinquent tax debt. Comparing an applicant's SSN with the one the Treasury Department provided is the most efficient, effective, and accurate way to determine whether the passport applicant is the individual certified by Treasury. And, upon a match, the applicant's passport application is denied, or a valid passport revoked. Without the SSN, the Department cannot efficiently, effectively or accurately verify confirm that an applicant is or is not eligible for a passport on this basis. Failure to properly identify the applicant could mean that the individual escapes overseas, frustrating the government's tax collection efforts. SSNs are vital for this purpose.

13. Similarly, persons wanted for felonies, or subject to other criminal court orders are ineligible for a passport and may have an existing passport revoked. Again, data is transmitted to the Department by law enforcement agencies and this includes the SSN. SSNs are invaluable when determining whether the applicant is the wanted felon or fugitive. And failure for the Department to properly identify the applicant could mean that a wanted felon or fugitive escapes overseas or is otherwise unidentified, able to travel, and avoid arrest.

14. As demonstrated above, SSNs have an irreplaceable role in the passport adjudication process. Without them, the Department cannot efficiently and/or accurately verify an applicant's identity and eligibility, detect fraud, protect the integrity of the issuance system, and ensure the national security of the United States.

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16 day of January, 2020.

_____
Florence Fultz