# UNITED STATES DISTRICT COURT
for the
District of Columbia

David Alan Carmichael )
*et al.* )
)
*Plaintiffs* )
)
v. )   Civil Action No.  1:19-CV-2316-RC
)
Michael Richard Pompeo )
*In his Official Capacity as Secretary of State* )
*et al.* )
)
*Defendants* )

**Cover Sheet**

**Plaintiffs' Submission of Undisputed Or Uncontroverted Facts
Relevant To The First Cause Of Action**



# United States District Court

for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>*et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>Michael Richard Pompeo<br>*In his Official Capacity as Secretary of State*<br>*et al.*<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:19-CV-2316-RC

### Plaintiffs Submission of Undisputed Or Uncontroverted Facts
### Relevant To The First Cause Of Action

1.  The Plaintiffs propose that the facts cited herein are material and are agreed to, confirmed, or conceded by the Defendant.

2.  **The following facts are confirmed by the Defendant** by way of the Defendants' Declaration documents and motion for dismissal or summary judgment of January 21, 2020:

    a.  On December 19, 2007, Plaintiff Carmichael applied for a passport, writing "42 USC § 2000bb Religious Prohibition" in box five of the application form where it directed the identification with a SSN.  (Rolbin, para. 3.)

    b.  On January 20, 2018, Mr. Carmichael wrote "see letter" in box five of the passport application form, in which applicants are instructed to write their SSNs or provide zeros. (Rolbin para. 6.)

    c.  In the letter (of January 20, 2018), Mr. Carmichael requested a religious accommodation to the requirement that he provide his SSN. (Rolbin para. 6.)

    d.  Plaintiff Carmichael's motive for not identifying with a SSN is due to religion.

e.  Plaintiff Lewis applied for a passport on March 24, 2008 and that he wrote "religious prohibition see attachment."   (Rolbin para. 10.)

f.  In this attachment (Lewis 2008 application), Mr. Lewis stated that his religious beliefs prevented him from identifying himself using an SSN.  (Rolbin para. 10.)

g.  Mr. Lewis applied to renew his passport on April 3, 2019, using Form DS-82. (Rolbin para. 12.)

h.  Mr. Lewis wrote "religious prohibition see letter" in box five of the 2019 passport application form that requests identification with a SSN.

i.  In that letter (attached to the Lewis 2019 passport application), he requested a religious accommodation to the requirement that he provide his SSN. (Rolbin para. 12.)

j.  Plaintiff Lewis's motive for not identifying with a SSN is due to religion.

k.  On may 1, 2019, the Defendant sent Mr. Lewis a letter requesting that he either provide his SSN or declare under penalty of perjury that he had never been issued one.

l.  On July 29, 2019, Mr. Lewis sent a letter to the Department repeating his request for a religious accommodation and stating that he would not provide his SSN. (Rolbin para. 14.)

m.  On August 29, 2019, the Defendant denied Mr. Lewis's passport application because he failed to provide his SSN. (Rolbin para. 15.)

n.  On December 3, 2007, Plaintiff Pakosz applied for a passport and wrote "religious prohibition" in box five of the passport application form where it demands an SSN. (Rolbin para. 16.)

o.  On August 16, 2017, Mr. Pakosz applied to renew his passport using Form DS-82. (Rolbin para. 18.)

p.  Mr. Pakosz wrote "religious prohibition 42 USC 2000bb1" in box five of the passport renewal application form in which applicants are directed to place a SSN. (Rolbin para. 18.)

q.   On September 1, 2017, the Defendant sent Mr. Pakosz a letter requesting that he either

provide 'his' SSN or declare under penalty of perjury that he had never been issued one.  (Rolbin

para. 19.)

r.   On September 8, 2017, Mr. Pakosz responded with a letter requresting a religious

accommodation to the requirement that he provide his SSN. (Rolbin para. 20.)

s.   On September 22, 2017, the Department denied Mr. Pakosz's passport application

because he failed to provide his SSN.

t.   On January 13, 2018, Mr. Pakosz submitted another passport renewal application, using

Form DS-82.  Mr. Pakosz wrote "42 USC 2000bb religious prohibition" in box five of the

passport renewal application form that directs the application to provide a SSN.  (Rolbin para.

22.)

u.   Paragraphs 22. through 24. provide confirmation of the facts regarding Plaintiff Pakosz

when he tried multiple times to obtain a renewal of his passport, having increased difficulty

when the Defendant did not return his original passport to him after denying a renewal for not

providing a SSN or a specified statement under penalty of perjury.   (Rolbin paras. 22-24.)

v.   Mr. Pakosz wrote "religious prohibition 42 USC 2000bb-1" on his passport application of

February 3, 2018. (Rolbin paras. 22-24.)

w.   Plaintiff Pakosz's motive for not identifying with a SSN is due to religion.

x.   Passports are travel documents attesting to the bearer's identity and nationality. (Fultz

para. 2.)

3.   **The Defendants'** by way of not making conflicting statements of facts, nor disputing facts of

the Plaintiffs' Complaint, **have conceded** that:

a.   The Plaintiffs are not those who are subject to the denial of their passport renewal on the

basis of those things listed or referenced on the application form. (Compl. Para. 106.)

b.  The Defendant did not follow the directives of Executive Order 13798 and its

implementing memorandum for all departments entitled Federal Law Protections For Religious

Liberties.  The Defendant also did disseminate it to his subordinate actors and train them to apply

E.O. 13798 and its implementing directives. (Compl. Para. 108.)

c.  The Defendant and his agents knew and should have known that to cancel Carmichael's

passport and to deny Plaintiffs' passport renewals, knowing the lack of SSN was on the basis of

sincere and bona fide religion that is substantially burdened, was clear violation of the Bill of

Rights; 42 USC §2000bb, et seq.; E.O. 13798 and its implementing directives from the Attorney

General; and 22 USC §2721. (Compl. Para. 109.)

d.  The Plaintiffs propose that the following facts are true as a matter of judicial notice since

they are printed on government documents available to the public.

e.  Forms DS-82 06 2016, and DS-11 01 2017, on page 1 of 4, state:

> **"FAILURE TO PROVIDE INFORMATION REQUESTED ON THIS FORM, INCLUDING YOUR
> SOCIAL SECURITY NUMBER, MAY RESULT IN SIGNIFICANT PROCESSING DELAYS
> AND/OR THE DENIAL OF YOUR APPLICATION"**

f.  Form DS-11 06 2005, on page 3 of 4, states:

> "Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to
> provide your Social Security Number (SSN), if you have one, when you apply for
> a U.S. passport or renewal of a U.S. passport.  If you have not been issued a SSN,
> enter zeros in box #5 of this form.  If you are residing abroad, you must also
> provide the name of the foreign country in which you are residing.  The
> Department of State must provide your SSN and foreign residence information to
> the Department of Treasury.  If you fail to provide the information, you are
> subject to a $500 penalty enforced by the IRS.  All questions on this matter should
> be directed to the nearest IRS office."

g.  Forms DS-82 06 2016, and DS-11 01 2017, on page 1 of 4, state:

> "Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C
> 2714a(f) require you to provide your Social Security number (SSN), if you have
> one, when you apply for or renew a U.S. passport. If you have never been issued a
> SSN, you must enter zeros in box #5 of this form. If you are residing abroad, you
> must also provide the name of the foreign country in which you are residing. The
> U.S. Department of State must provide your SSN and foreign residence

information to the U.S. Department of the Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be referred to the nearest IRS office."

h.  Forms DS-11 08 2005; DS-82 06 2016; and DS-11 01 2017, on page 3 of 4, identically

state:

> "Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34, and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel."

i.  Forms DS-11 08 2005; DS-82 06 2016; and DS-11 01 2017, on page 3 of 4, in the USE

OF SOCIAL SECURITY NUMBER notice area state:

> "Your Social Security number will be provided to U.S. Department of Treasury, used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses."

j.  Form DS-11 08 2005, on page 3 of 4, in the OTHER USEs OF SOCIAL SECURITY

NUMBERS notice area states:

> In addition to reporting your Social Security number to Treasury, and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

k.  **The Plaintiffs are prohibited from identifying with a SSN as a matter of religion.**

I, David Alan Carmichael, declare that I have conferred with the two other plaintiffs on this

*Plaintiffs Submission of Undisputed Or Uncontroverted Facts As Relevant To The First Cause of*

*Action.* I agree with them that these are material facts which we genuinely believe to be not

refuted or not disputed by the Parties.


Signed _David Alan Carmichael_                Date: _February 19, 2020_
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

I, William Mitchell Pakosz, declare that I have conferred with the two other plaintiffs on this *Plaintiffs Submission of Undisputed Or Uncontroverted Facts Relevant To The First Cause Of Action.*  I agree with them that these are material facts which we genuinely believe to be not refuted or not disputed by the Parties.


Signed  *William M Pakosz*              Date: *18 Feb 2020*
        William Mitchell Pakosz
        P.O. Box 25
        Matteson, Illinois  60443

I, Lawrence Donald Lewis, declare that I have conferred with the two other plaintiffs on this *Plaintiffs Submission of Undisputed Or Uncontroverted Facts Relevant To The First Cause of Action*. I agree with them that these are material facts which we genuinely believe to be not refuted or not disputed by the Parties.

Signed *Lawrence D. Lewis*          Date: 17 FEB 2020
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by mail, for Case #1:19-cv-0216-RC, the following documents from the Plaintiffs to the Court:

1) Plaintiffs' Combined Response to Defendants' Motions to Dismiss Rule 12(b)(1) and (6), or In The Alternative For Summary Judgment under Rule 56; and Plaintiffs Cross-Motion for Declaratory Partial Summary Judgment and Injunction On The First Cause of Action
2) Plaintiffs' Combined Memorandum In Support of: Response to Defendants' Motions to Dismiss Rule 12(b)(1) and (6), or In The Alternative For Summary Judgment under Rule 56; and Plaintiffs Cross-Motion for Declaratory Partial Summary Judgment And Injunction on The First Cause of Action
3) Plaintiffs' Statement of Disputed Facts
4) Plaintiffs Submission of Undisputed Or Uncontroverted Facts Relevant To The First Cause Of Action
5) Plaintiffs' Proposed Order On Their Motion For Declaratory Partial Summary Judgment and Injunction As Partial Relief On The First Cause of Action
6) Certificate of Service

I mailed the document with this certificate of service to:

Angela D. Caesar
Clerk of Court, District Court of the United States
Attn: Tonya Hightower
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001
(U.S. Mail Certified# 7015 0640 0002 8790 1871 )

I sent A copy of the document and certificate of service to:

United States Attorney
United States Attorney's Office
Attn: Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530
(U.S. Mail Certified# 7015 0640 0002 8790 1888 )

I mailed the document, First Class Mail, with this certificate of service to Plaintiffs at:

> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho  83848
>
> William Mitchell Pakosz
> Box 25
> Matteson, Illinois  60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

David Alan Carmichael                          Feb, 21, 2020
_____        _____
David Alan Carmichael                          Date

7015 0640 0002 8790 18

PLACE STICKER AT TOP OF ENVELOPE
OF THE RETURN ADDRESS

**CERTIFIED MAIL**

7015 0640 000    2 8790 1871




PRIORITY MAIL
POSTAGE REQUIRED

Please
Recycle

U.S. POSTAGE PAID
PM 2-DAY
HAMPTON, VA
23670
FEB 21 20
AMOUNT

**$11.80**

R2304N118294-22

UNITED STATES
POSTAL SERVICE®

1006        20001

OPE



**PRIORITY** ★ MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Va. 23664

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; October 2018; All rights reserved.

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

TYVEK® IS RECYCLABLE. ©2003, DUPONT™ AND TYVEK® ARE TRADEMARKS OF DUPONT

PRESS FIRMLY TO SEAL

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

:OM®
:NLINE

**DuPont™ Tyvek®**
Protect What's Inside.™