# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>          *et al.*<br><br>     *Plaintiffs*<br><br>          v.<br><br>Michael Richard Pompeo<br>     *In his Official Capacity as Secretary of State*<br>          *et al.*<br><br>     *Defendants* | Civil Action No.  1:19-CV-2316-RC |

**Cover Sheet**

**Plaintiffs' Proposed Order**

**On Their Motion For Declaratory Partial Summary Judgment and Injunction
As Partial Relief On The First Cause of Action**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael )<br>*et al.* )<br> )<br>*Plaintiffs* )<br> )<br>v. )<br> )<br>Michael Richard Pompeo )<br>*In his Official Capacity as Secretary of State* )<br>*et al.* )<br> )<br>*Defendants* ) | Civil Action No. 1:19-CV-2316-RC |

**Plaintiffs' Proposed Order**

**On Their Motion For Declaratory Partial Summary Judgment and Injunction
As Partial Relief On The First Cause of Action**

**Proposed Order**

It is the opinion of this Court that the Defendants had, and have, a duty according to law, to issue passports to Plaintiffs Pakosz and Lewis, and had a duty to not revoke Plaintiff Carmichael's passport, notwithstanding they do not identify with a SSN as an exercise of religion.

Therefore, it is ordered:

The Defendants shall have thirty days to "re-open" the Plaintiffs' Lewis and Pakosz passport application files and issue passports to them without fee; and to "re-open" Plaintiff Carmichael's passport file and void its revocation.

There shall not be any addition or extension of time allowed.

Should the Defendants' not comply, the Court shall declare void the denial of Plaintiffs' Lewis and Pakosz passport renewal applications, and declare void that revocation of Plaintiff Carmichael's passport. The Court shall then enjoin the Defendant to issue passports to Plaintiffs Lewis and Pakosz.

This order shall serve as (30 days) notice to the Defendant to show by what cause injunction shall not ensue.

The Plaintiff shall submit to the Court within sixty days of this order, any petition for further process or further relief.

This order is final as for the purposes of Defendants' filing an appeal, notwithstanding further relief is available to the Plaintiffs on this First, or other, causes of action.

It is so ordered.

I, David Alan Carmichael, declare that I have conferred with the two other plaintiffs on this *Plaintiffs' Proposed Order On Their Motion For Declaratory Partial Summary Judgment and Injunction As Partial Relief On The First Cause of Action*. I agree with them that this is our proposed order on the matter of the First Cause of Action.

Signed _____    Date February 19, 2020
David Alan Carmichael    Date
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life

I, William Mitchell Pakosz, declare that I have conferred with the two other plaintiffs on this *Plaintiffs' Proposed Order On Their Motion For Declaratory Partial Summary Judgment and Injunction As Partial Relief On The First Cause of Action*. I agree with them that this is our proposed order on the matter of the First Cause of Action.

Signed _William M. Pakosz_          Date: _18 Feb 2020_
William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443
(708) 748-8585

I, Lawrence Donald Lewis, declare that I have conferred with the two other plaintiffs on this *Plaintiffs' Proposed Order On Their Motion For Declaratory Partial Summary Judgment and Injunction As Partial Relief On The First Cause of Action*. I agree with them that this is our proposed order on the matter of the First Cause of Action.

Signed  *Lawrence D. Lewis*                                    Date: 17 FEB 20.20
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848
(208) 443-3852
larrynordlewis@povn.com