# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRACE et al.;<br><br>    *Plaintiffs*,<br><br>  v.<br><br>JEFFERSON BEAUREGARD SESSIONS III,<br>Attorney General of the United States, et al.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-01853 EGS<br>)<br>)<br>)<br>) |

## DECLARATION OF KATRINA EILAND IN SUPPORT OF UNOPPOSED MOTION BY PLAINTIFF MONA TO LIFT STAY OF REMOVAL AS TO HER ONLY

Jennifer Chang Newell*
Katrina Eiland*
Cody Wofsy*
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Judy Rabinovitz*
Omar C. Jadwat**
Lee Gelernt**
Celso J. Perez*** (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800

Eunice Lee**
Karen Musalo**
Anne Dutton**
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877

Sandra S. Park**
Lenora M. Lapidus
American Civil Liberties Union Foundation,
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7871

* Admitted pro hac vice
**Pro hac vice application forthcoming
***Admission to D.D.C. forthcoming

*Attorneys for Plaintiffs*

*Additional counsel on next page*

Thomas Buser-Clancy
Andre Segura
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

I, Katrina Eiland, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

1. I am an attorney with the American Civil Liberties Union Foundation. I am licensed in the state of California and have been admitted to practice in this court *pro hac vice*. I am one of the attorneys representing Plaintiffs in the above-entitled action.

2. Plaintiff Mona* is presently detained at the T. Don Hutto Residential Center in Taylor, Texas.

3. On Thursday, August 9, 2018, an immigration judge affirmed the negative credible fear determination issued to Mona.

4. On August 9, 10, and 11, 2018, I spoke with Mona by telephone.

5. Plaintiff Mona has been detained for nearly two months, during which time she has experienced extreme emotional distress as a result of her confinement. Given her young age, Mona has also found it difficult to be far from her mother and other support systems, particularly without the ability to communicate with them freely and without adequate psychological support. This also has caused her to suffer greatly.

6. Mona has expressed her desire to have the stay of removal lifted as to her in light of the intense suffering she is experiencing in detention, notwithstanding the extreme danger she faces in her home country.

7. I have advised her of her rights under this Court's order and counseled her on her options.

8. I believe that her decision to ask the court to lift the stay of removal issued in this case is knowing and voluntary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed at San Francisco, California, on August 13, 2018.

Dated: August 13, 2018                              Respectfully submitted,

1

2

        /s/ Katrina Eiland
Katrina Eiland**
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770

*\*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that, on August 13, 2018, I electronically transmitted the attached document using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

>
> */s/ Cody Wofsy*
> Cody Wofsy