UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,<br><br>    Defendants. | Civil Action No. 19-2316 (RC) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENTION OF TIME
TO FILE THEIR COMBINED REPLY AND OPPOSITION TO PLAINTIFFS' MOTION**

    Defendants, Michael Pompeo, in his official capacity as the Secretary of State, and the United States, by and through undersigned counsel, respectfully move the Court for an extension of time until March 25, 2020, to file the government's combined reply in support of its motion for dismiss or, in the alternative, for summary judgment (ECF No. 24), and opposition to Plaintiffs' motion for partial summary judgment (ECF No. 28). This is Defendants' third request for an extension in this matter, including Defendants' first request for an extension that was mooted by Plaintiffs' submission of an amended complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with Plaintiffs and Plaintiffs do not oppose the requested relief.

    There is good cause for granting Defendants' motion. Defendants were served with a copy of Plaintiffs' opposition to Defendants' motion (ECF No. 27) and motion for partial summary judgment while undersigned counsel for Defendants was out of the office on leave, and undersigned did not return to the office until March 2, 2020. Further, undersigned is currently handling a large number of active cases and is currently preparing five substantial briefs, in additional to numerous other minor filings, that are due prior to the requested due date of

Defendants' combined reply and opposition. Moreover, counsel for the State Department is currently scheduled for a trial for the week beginning on March 16, 2020, and will have limited availability to review Defendants' brief during that week. Accordingly, undersigned counsel requires a reasonable amount of additional time to prepare Defendants' combined reply and opposition and have the brief reviewed by the State Department.

A proposed order is attached.

Dated: March 4, 2020    Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/   Christopher Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, a copy of the foregoing was served upon *pro se* Plaintiffs via first class U.S. Mail addressed to:

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60442

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, ID 83848

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MICHAEL POMPEO, Secretary of the U.S. Department of State, *et al.*,<br><br>    Defendants. | Civil Action No. 19-2316 (RC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for an extension of time to file their combined reply in support of their motion to dismiss or, in the alternative, for summary judgment, and opposition to plaintiffs' motion for partial summary judgment, it is hereby **ORDERED** that Defendants' motion is **GRANTED.** Defendants shall file their combined reply and opposition by March 25, 2020.

**SO ORDERED**.

_____                                                    _____
Date                                                                                    Hon. Rudolph Contreras
                                                                                      United States District Judge