# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| David Alan Carmichael<br>*et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>Michael Richard Pompeo<br>*In his Official Capacity as Secretary of State*<br>*et al.*<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:19-CV-2316-RC |

## Coversheet

## Plaintiffs' Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment

## Addendum 3

## Declaration of Fact, William Mitchell Pakosz

I, William Mitchell Pakosz, declare that I have conferred with the two other plaintiffs on this "Plaintiffs' Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment." I agree with them that this is our reply to the Defendants' response to our cross-motion on the First Cause of Action. The foregoing statements known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. I so swear under the penalty of perjury under the laws of the United States of America.

Signed _____     Date: 1 Apr 2020
William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443

# CERTIFICATE OF SERVICE

I, William Mitchell Pakosz, hereby certify that I delivered by mail, my signature page and addendum 3 for the Plaintiffs' "Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment" for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I mailed the documents with this certificate of service to the Court at:

>    Angela D. Caesar
>    Clerk of Court, District Court of the United States
>    Attn:  Tonya Hightower
>    United States Courthouse
>    333 Constitution Ave NW
>    Washington, DC 20001

I sent A copy of the documents and certificate of service to:

>    United States Attorney
>    United States Attorney's Office
>    Attn:  Christopher Hair
>    555 4th Street, N.W.
>    Washington, D.C.  20530
>
>    Lawrence Donald Lewis
>    966 Bourbon Lane
>    Nordman, Idaho  83848
>
>    David Alan Carmichael
>    1748 Old Buckroe Road
>    Hampton, Virginia  23664

I served myself at:
William Mitchell Pakosz
Box 25
Matteson, Illinois  60443

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____   _____
William Mitchell Pakosz          Date   1 Apr 2020

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>*et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>Michael Richard Pompeo<br>*In his Official Capacity as Secretary of State*<br>*et al.*<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-CV-2316-RC<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiffs' Combined Reply to Defendants' Opposition
To Plaintiffs' Motion For Partial Summary Judgment**

**Addendum 3**

**Plaintiff Pakosz's Declaration of Fact and Motion To Add To The Record As Evidence,
Pakosz's Petition For Joinder And Subsequent Documents**

1. The "PETITION FOR JOINDER by William Mitchell Pakosz" was filed by the Clerk filed on September 27, 2019 (ECF 6, Att. 2); and was signed as sworn under oath, verified by a notary public commissioned in the State of Illinois, with the Notary's jurat seal affixed. There I did swear that "… the foregoing statement of facts is true."

2. The Complaint – Amended, filed by the Clerk on December 3, 2019 (ECF 15), was signed by me (p. 45 of 46) sworn under the penalty perjury where I declared, "I, William Mitchell Pakosz, do swear that the foregoing facts in the statement of facts, known by me first-hand, are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. Under the penalty of perjury under the laws of the United States."

3. My Petition for Joinder sworn declaration (ECF 6, Att. 2), and my sworn declaration in the Complaint - Amended (ECF 15), and the facts therein, have not been particularly refuted by the Defendants though they have had ample time. Facts from those documents (ECF 6 & 15) were cited in

Page 1 of 2

the "Plaintiffs' Combined Memorandum In Support of: Response to Defendants' Motions to Dismiss Rule 12(b)(1) and (6), or In The Alternative For Summary Judgment under Rule 56; and Plaintiffs Cross-Motion for Declaratory Partial Summary Judgment and Injunction On The First Cause of Action" (ECF 27, Att. 1)  Facts from those documents (ECF 6 & 15) were cited in the "Plaintiff's Statement of Undisputed and Uncontroverted Facts (ECF 27, Att. 3).  The Defendant had ample time to refute them particularly but has not done so.

    4.  I hereby move, that my Petition for Joinder (ECF 6, Att. 2), and my sworn declaration in the Complaint - Amended (ECF 15), be ordered as **evidence** for the record.


I, William Mitchell Pakosz, swear under the penalty of perjury under the laws of the United States of America, that the foregoing statements known by me first-hand are true.  The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.


(Signature): ___[signature]___   (Date) _1 April 2020_
William Mitchell Pakosz
Box 25
Matteson, Illinois  60443

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

April 1, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:   Case #1:19-CV-2316-RC, Carmichael v. Pompeo Plaintiffs' Combined
      Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary
      Judgment

Clerk Caesar,

Enclosed is the signature page # 22 of 23 for the above referenced document. Because of the great distance between the joined Plaintiffs, we did not have time to ship my signature page to our case manager before the deadline to file the package to you. We all are meeting the deadline simultaneously.

Also enclosed in the contents for Addendum 3. It is a motion to add my Petition For Joinder (ECF 6, Att. 2) and the Complaint – Amended (ECF 15) as evidence. The case manager, Plaintiff Carmichael, sent the package to you with merely a green cover sheet labeled "Addendum 3". Please insert these contents into our referenced submission and forward my motion to the Court.

Respectfully,

*William Mitchell Pakosz*
William Mitchell Pakosz

WMP/dac

cc:   David Alan Carmichael
      Lawrence Donald Lewis
      U.S. Attorney for D.C.



RECEIVED
Mail Room

APR - 2 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

April 1, 2020

United States Attorney
United States Attorney's Office
Attn: Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

Re: Case #1:19-CV-2316-RC, Carmichael v. Pompeo, Plaintiffs' Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment

Attorney Shea,

Enclosed is my signature page and Addenda 3 containing motions to add evidence to the record.

Respectfully,

*[signature]*

William Mitchell Pakosz