# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by mail, the Plaintiffs' "Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment" for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I mailed the documents with this certificate of service to the Court at:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    Attn:  Tonya Hightower
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001

*U.S. Mail Cert. # 7016 0910 0001 6816 1245*

I sent A copy of the document and certificate of service to:

    United States Attorney
    United States Attorney's Office
    Attn:  Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

*U.S. Mail Cert. # 7016 0910 0001 6816 1252*

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho   83848

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois   60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia   23664

I do not accept service, but can be reached informally at:
TEL:    (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____          _April 7, 2020_
David Alan Carmichael                     Date