UNITED STATES DISTRICT COURT
for the
District of Columbia

David Alan Carmichael )
    *et al.* )
      )
   *Plaintiffs* )
      )
v. )   Civil Action No.  1:19-CV-2316-RC
      )
Michael Richard Pompeo )
   *In his Official Capacity as Secretary of State* )
    *et al.* )
      )
   *Defendants* )

**Plaintiffs' Combined Reply to Defendants' Opposition
To Plaintiffs' Motion For Partial Summary Judgment**

**Addendum 2**

**Plaintiff Lewis's Declaration of Fact and Motion To Add To The Record As Evidence,
Lewis's Petition For Joinder And Subsequent Documents**

1. The "PETITION FOR JOINDER by Lawrence Donald Lewis" was filed by the Clerk filed on September 26, 2019 (ECF 5), was signed as sworn under oath, verified by a notary public commissioned in the State of Idaho, with the Notary's jurat seal affixed. There I did swear that "… the foregoing facts in the statement of facts, known by me first-hand, are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof."

2. The Complaint – Amended, filed by the Clerk on December 3, 2019 (ECF 15), was signed by me (p. 46 of 46) sworn under the penalty perjury where I declared, "I, Lawrence Donald Lewis, do swear that the foregoing facts in the statement of facts, known by me first-hand, are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. Under the penalty of perjury under the laws of the United States."

3. My Petition for Joinder sworn declaration (ECF 5), and my sworn declaration in the Complaint - Amended (ECF 15), and the facts therein, have not been particularly refuted by the Defendants though

they have had ample time. Facts from those documents (ECF 5 & 15) were cited in the "Plaintiffs' Combined Memorandum In Support of: Response to Defendants' Motions to Dismiss Rule 12(b)(1) and (6), or In The Alternative For Summary Judgment under Rule 56; and Plaintiffs Cross-Motion for Declaratory Partial Summary Judgment and Injunction On The First Cause of Action" (ECF 27, Att. 1) Facts from those documents (ECF 5 & 15) were cited in the "Plaintiff's Statement of Undisputed and Uncontroverted Facts (ECF 27, Att. 3). The Defendant had ample time to refute them particularly but has not done so.

4. I hereby move, that my Petition for Joinder (ECF 5), and my sworn declaration in the Complaint - Amended (ECF 15), be ordered as evidence for the record.

I, Lawrence Donald Lewis, swear under the penalty of perjury under the laws of the United States of America, that the foregoing statements known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof.

(Signature): *Lawrence Donald Lewis*   (Date) / APRIL 2020

Lawrence Donald Lewis
966 Bourbon Road
Nordman, Idaho  83848

I, Lawrence Donald Lewis, declare that I have conferred with the two other plaintiffs on this "Plaintiffs' Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment." I agree with them that this is our reply to the Defendants' response to our cross-motion on the First Cause of Action. The foregoing statements known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. I so swear under the penalty of perjury under the laws of the United States of America. .

Signed *Lawrence Donald Lewis*    Date: 1 APRIL 2020

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

# CERTIFICATE OF SERVICE

I, Lawrence Donald Lewis, hereby certify that I delivered by *mail, my signature page and addendum 2 for the Plaintiffs'* "Combined Reply to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment" for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I mailed the documents with this certificate of service to the Court at:

**Angela D. Caesar CERTIFIED Mail RRR #** 7000 0520 0019 0823 4878
   Clerk of Court, District Court of the United States
   Attn: Tonya Hightower
   United States Courthouse
   333 Constitution Ave NW
   Washington, DC 20001

I sent A copy of the documents and certificate of service to:

   United States Attorney
   United States Attorney's Office
   Attn: Christopher Hair
   555 4th Street, N.W.
   Washington, D.C.  20530

   William Mitchell Pakosz
   Box 25
   Matteson, Illinois  60443

   David Alan Carmichael
   1748 Old Buckroe Road
   Hampton, Virginia  23664

I served myself at:
*Lawrence Donald Lewis*
966 Bourbon Lane
Nordman, Idaho  83848

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____          1 APRIL 2020
Lawrence Donald Lewis                  Date