David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

April 10, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:   Case #1:19-CV-2316-RC, Carmichael v. Pompeo, - Plaintiffs' Combined Reply
      to Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment

Clerk Caesar,

We submitted by certified U.S. mail our referenced document on April 1, 2020, to meet the local rule deadline of 7 days. Because of the thousands of miles distance between the Plaintiffs, our inability to transfer signed documents to each other in the mail in the time allotted, and our not having access to electronic filing, I sent the major portion of our document by mail. The other two plaintiffs sent their motions (Addenda 2 & 3) and signature pages 22 & 23 of the 23 page reply. I assume Mr. Lewis sent his by mail, and Mr. Pakosz was supposed to send his by mail but ended up sending it by FEDEX due to certain constraints upon is situation due to precautions against COVID-19. The next day, the court ordered to allow 'pro se' plaintiffs to file documents by email for the reasons of the COVID-19 national emergency (Standing Order 20-19).[1]

The document arrived in the Clerk's office on early Monday. The docket shows our April 1 document to be added to the file in piece-meal fashion. As of today, our document referenced above has not been added to the file.

Based upon the Court order, I am submitting to you by email the complete package that needs to be added to the file. Take note: Addenda 1 through 3 are motions.

Respectfully,

*David Alan Carmichael* (signature)
David Alan Carmichael

DAC/slf

cc:   William Mitchell Pakosz
      Lawrence Donald Lewis

---

[1] Dcdml_intake@dcd.uscourts.gov as per COVID-19 Standing Order 20-19, para 8.c.