# UNITED STATES DISTRICT COURT

for the
District of Columbia

| | | |
|---|---|---|
| David Alan Carmichael | ) | |
| *et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:19-CV-2316-RC |
| | ) | |
| Michael Richard Pompeo | ) | |
| *In his Official Capacity as Secretary of State* | ) | |
| *et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**Plaintiffs' Combined Motion To Schedule Hearing On Plaintiffs' and Defendants' Motions**

1.    The complaint was submitted on July 30, 2019 and filed by the Clerk on July 31, 2019.

2.    The factual and legal basis for the Defendants' motion for dismissal or in the alternative summary judgment, and the Plaintiffs' cross-motion on the First Cause of action, are briefed.

3.    The Plaintiffs' motion for electronic filing had no objection from the Defendant but it has not been approved or denied.

4.    The Plaintiffs have a motion to compel the Defendant to produce documents and to answer interrogatories.

5.    We move the Court to schedule a hearing on all motions before the court, at the earliest practicable time but no sooner than April 20, 2020.

6.    The national emergency related to the COVID-19 pandemic requires that we minimize social contact, and maximize physical distancing.  Each of us Plaintiffs are at a relatively high risk for our life should we contract the virus.  Plaintiff Pakosz is 79 years old, Lewis is 69 years old, and Carmichael is 58 years old, having survived an emergency 5-way cardio arterial bypass less than a year and a half ago.  Plaintiff Carmichael can travel by private automobile

to Washington D.C. without serious imposition, but not so for the other Plaintiffs.

7.   We request that Plaintiff Carmichael be allowed to attend the hearing in public at the courthouse, and allow Plaintiffs Lewis and Pakosz to participate by teleconference.

8.   To decrease the number of people in the courtroom, we request to record the hearing by audio, and produce a transcript to be submitted to all parties for verification.

9.   The motions that need to be discussed, suggested in the following sequence are:

a. Defendants' motion for dismissal on Rule 12(b)(1) & (6)

b. Defendants' alternative motion for summary judgment on the first cause of action and the matter of the Plaintiff's cross-motion on the first cause of action.

c. Defendants' alternative motion for summary judgment on the remaining causes of action.

d. Plaintiffs motion to compel production of documents and answering interrogatories, and to discuss discovery scheduling.

e. Plaintiffs' motion for electronic case filing

f. Further procedures, or issues relating to amending the complaint depending on the outcome of the court's ruling on the motions.

10.   We notified the Defendants by email of our intention to request a hearing and the Defendants, "… take no position on the request."

11.   This motion filing is by email pursuant to Standing Order No. 20-19 of April 2, 2020.

I, David Alan Carmichael, declare that I have conferred with the two other plaintiffs on this "Plaintiffs' Combined Motion To Schedule Hearing On Plaintiffs' and Defendants' Motions." I agree with them that this is our motion to schedule the moved-for hearing. The foregoing

statements of fact known by me first-hand are true.  The other facts, deducible by the facts and

circumstances, are believed by me to be true unless refuted by proof.  I so swear under the

penalty of perjury under the laws of the United States of America.


Signed *David Alan Carmichael*          Date: *April 10 2020*

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia   23664
(757) 850-2672
david@freedomministries.life

I, William Mitchell Pakosz, declare that I have conferred with the two other plaintiffs on this

"Plaintiffs' Combined Motion To Schedule Hearing On Plaintiffs' and Defendants' Motions." I

agree with them that this is our motion to schedule the moved-for hearing.  The foregoing

statements of fact known by me first-hand are true.  The other facts, deducible by the facts and

circumstances, are believed by me to be true unless refuted by proof.  I so swear under the

penalty of perjury under the laws of the United States of America.


Signed *William M. Pakosz*          Date: 6 April 2020
          William Mitchell Pakosz
          P.O. Box 25
          Matteson, Illinois  60443

I, Lawrence Donald Lewis, declare that I have conferred with the two other plaintiffs on this "Plaintiffs' Combined Motion To Schedule Hearing On Plaintiffs and Defendants' Motions." I agree with them that this is our motion to schedule the moved-for hearing. The foregoing statements of fact known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. I so swear under the penalty of perjury under the laws of the United States of America. .

Signed _____ Date: 6 APR 2020

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

# C E R T I F I C A T E    O F    S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by
email, the "Plaintiffs' Combined Motion To Schedule Hearing
On Plaintiffs' And Defendants' Motions" for case #1:19-CV-
2316-RC, Carmichael v. Pompeo.  Pursuant to the Court order
of April 2, 2020, COVID-19 Standing Order 20-19 Extension of
Postponed Court Proceedings, paragraph 8.c., I emailed the
documents to:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> 333 Constitution Ave NW
> Washington, DC 20001
> Via email - dcdml_intake@dcd.uscourts.gov

I sent A copy of the document and certificate of service to:

> United States Attorney
> United States Attorney's Office
> Attn:  Christopher Hair
> 555 4th Street, N.W.
> Washington, D.C.  20530
> Via email - Christopher.Hair@usdoj.gov

> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho  83848 (U.S. Mail or alternative)

> William Mitchell Pakosz
> Box 25
> Matteson, Illinois  60443 (U.S. Mail or alternative)

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury
under the laws of the United States that the foregoing is
true.

David Alan Carmichael          Date

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

April 10, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:   Case #1:19-CV-2316-RC, Carmichael v. Pompeo, Plaintiffs' Combined
      Motion To Schedule Hearing On Plaintiffs' And Defendants' Motions

Clerk Caesar,

Enclosed is our referenced filing for the Court.  We submit it via email pursuant to
the Court order of April 2, 202, COVID-19 Standing Order 20-19 Extension of
Postponed Court Proceedings, paragraph 8.c. (dcdml_intake@dcd.uscourts.gov)

This document is intended to be filed immediately subsequent to our motion to
compel discovery which was emailed to you just prior to this motion.

Respectfully,

David Alan Carmichael

DAC/slf

cc:   William Mitchell Pakosz
      Lawrence Donald Lewis
      U.S. Attorney for D.C.