**From:** david@freedomministries.life <david@freedomministries.life>
**Sent:** Friday, April 10, 2020 4:53 PM
**To:** DCDml_Intake <DCDml_Intake@DCD.USCOURTS.GOV>
**Cc:** Christopher Hair <Christopher.Hair@usdoj.gov>
**Subject:** RE: 1-19-cv-2316-1apr2020-document

Just to be clear about docket item #34, the docket described it as "REPLY to opposition to motion re 28 MOTION for Partial Summary Judgment MOTION for Prliminary Injunction filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 04/09/2020) What is actually there is only 4 pages, consisting of Mr. Lawrence Donald Lewis's signature page, Addendum 2 (2 pages) and his certificate of service (Attached). The attached file is that which I downloaded from the docket via pacer.gov, docket file #34.

David Alan Carmichael


-------- Original Message --------
Subject: 1-19-cv-2316-1apr2020-document
From: <david@freedomministries.life>
Date: Fri, April 10, 2020 8:31 am
To: "dcdml_intake@dcd.uscourts.gov" <dcdml_intake@dcd.uscourts.gov>
Cc: "Christopher Hair" <Christopher.Hair@usdoj.gov>

Clerk Caesar,

We submitted by certified U.S. mail our referenced document on April 1, 2020, to meet the local rule deadline of 7 days. Because of the thousands of miles distance between the Plaintiffs, our inability to transfer signed documents to each other in the mail in the time allotted, and our not having access to electronic filing, I sent the major portion of our document by mail. The other two plaintiffs sent their motions (Addenda 2 & 3) and signature pages 22 & 23 of the 23 page reply. I assume Mr. Lewis sent his by mail, and Mr. Pakosz was supposed to send his by mail but ended up sending it by FEDEX due to certain constraints upon is situation due to precautions

against COVID-19.  The next day, the court ordered to allow 'pro se' plaintiffs to file documents by email for the reasons of the COVID-19 national emergency (Standing Order 20-19).[1]

The document arrived in the Clerk's office on early Monday.  The docket shows our April 1 document to be added to the file in piece-meal fashion.  As of today, our document referenced above has not been added to the file.

Based upon the Court order, I am submitting to you by email the complete package that needs to be added to the file.  Take note:  Addenda 1 through 3 are motions.

Respectfully,


David Alan Carmichael

---

[1] Dcdml_intake@dcd.uscourts.gov as per COVID-19 Standing Order 20-19, para 8.c.