**From:** david@freedomministries.life <david@freedomministries.life>
**Sent:** Sunday, April 12, 2020 6:40 PM
**To:** DCDml_Intake <DCDml_Intake@DCD.USCOURTS.GOV>
**Cc:** Christopher Hair <Christopher.Hair@usdoj.gov>
**Subject:** 1-19-cv-2316-1apr2020-document With Cover- Contents - Authorities

Clerk Caesar,

The email that I sent regarding our April 1 submission of our reply indicated that I had combined all the elements of our reply document into 1 pdf file. I just noticed that I had neglected to include the cover sheet, table of contents and table of authorities in the submission.

The confusion and impetus for me to send the total pdf file is due to docket item #34 indicating that it was the main document, and only had errata showing in that link through the [pacer.gov](pacer.gov) website.

The document arrived in the Clerk's office on early Monday. The docket shows our April 1 document to be added to the file in piece-meal fashion. As of today, our document referenced above has not been added to the file.

Therefore, I try again, attaching the pdf document that should show every page in one document from the cover sheet, tables, main document, and addenda 1 through 5.

Respectfully,


David Alan Carmichael