# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael<br>*et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>Michael Richard Pompeo<br>*In his Official Capacity as Secretary of State*<br>*et al.*<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-CV-2316-RC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-Action**

**Notice Regarding Motions On The Docket**

1. The last document received by the Court was on May 4, 2020 (ECF 42). It was the Plaintiffs' reply to the Defendants' Opposition (ECF 41) to Plaintiff's motion to compel Defendants to answer production of documents requests and interrogatories (ECF 40) of April 10, 2020.

2. On April 10, 2020, the Court received the Plaintiffs' filed motion for a hearing (ECF 37). The motion cited the Court's Standing Orders 20-17 and 20-19 of March 30 and April 2, 2020 relating to COVID-19.

3. Along with the hearing motion, Plaintiffs filed a motion to compel production of documents and for Defendants to answer interrogatories (ECF 40) received by the Court on April 10, 2020.

4. The most significant matter before the Court is the Defendants' motion to dismiss or in the alternative summary judgment (ECF 24) with the Plaintiffs' Cross-Motion for declaratory partial summary judgment and relief (ECF 27). The Plaintiffs' main document and addenda were received by the Court by April 6, 2020. The Clerk also received a copy of those documents in one comprehensive document on April 10, 2020 (ECF 39), to correct the Clerk's "errata" designation of main documents (ECF 32-36, 38).

RECEIVED
Mail Room
JUN 22 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5. It has been sixty-seven days since the Court received the last of the parties' motions on the merits, and the Plaintiffs motion for a hearing. It is understandable to take due time to rightly adjudicate the parties' substantive motions. Yet, not responding at all to the Plaintiffs' motion for a hearing on the matter without any denial or approval is not merely inconvenient to the Plaintiffs, it is injurious.

6. The Court's Standing Order 20-19 stated that hearings prior to June 1, 2020 might be delayed. Such a delay of some hearings until June 1, 2020, does not account for the sixty-seven day silence on the motion for a hearing that could have been scheduled for June 1st or later.

7. It is Plaintiff Carmichael's understanding that some action should have been taken by the Court within thirty days in response to the Plaintiffs' motion for a hearing, and for Plaintiffs' motion to compel. The last document received by the Court on the motion to compel was forty-three days ago.

8. If the Court intends to grant a hearing prior to ruling on the substantive motions, the Court cannot adjudicate the motions until the hearing occurs. Silence of process sounds of denial of process.

**Praecipe**

9. Therefore, Plaintiff Carmichael demands that the Court answer the Plaintiffs' motions within thirty-days of the filing of this notice and Praecipe, or show cause why the Court is not subject to an action in higher court as a consequence to its silence.

I, David Alan Carmichael, have conferred with Plaintiffs Lewis and Pakosz yesterday, June 15, 2020. I hereby submit this reply on behalf of myself, with their council and encouragement. The foregoing statements known by me first-hand are true. The other facts, deducible by the facts and circumstances, are believed by me to be true unless refuted by proof. I so swear under the penalty of perjury under the laws of the United States of America.

Sign: _David Alan Carmichael_ Date: _June 16, 2020_
David Alan Carmichael, Plaintiff

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I served the Court and Parties with the "Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-Action" for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I delivered it by server to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    333 Constitution Ave NW
    Washington, DC 20001

I sent A copy of the document and certificate of service to:

    United States Attorney          (U.S. Mail Cert.#
    United States Attorney's Office  (7016 0910 0001 6816 1092)
    Attn: Christopher Hair
    555 4th Street, N.W.
    Washington, D.C. 20530
    & Via email – Christopher.Hair@usdoj.gov on 5/4/2020

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848 (U.S. Mail, First Class)

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443 (U.S. Mail, First Class)

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia  23664

I do not accept service, but can be reached informally at:
TEL:   (757) 850-2672
EMAIL: david@freedomministries.life

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true.

_David Alan Carmichael_ (signature)     _June 16, 2020_
David Alan Carmichael                    Date


# PROOF OF SERVICE

This **Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-Action** document for submission to the United States District Court, District of Columbia, with a cover letter for the Clerk, was received by me, from David Alan Carmichael, on (Date) June 16, 2020.

I served the **Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-Action** document with its cover letter to Angela D. Caesar, Clerk of the United States District Court, District of Columbia, via the United States Postal Service, Certificate Number # 7016 0910 0001 6817 2029. The **Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-Action** document and cover letter was mailed to:

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

I declare under penalty of perjury, under the laws of the United States of America, that this information is true.

Date: June 16, 2020

Server's signature: *John Risser Lehman*

Printed name and title: John Risser Lehman

Server's service address: c/o 3087 Harris Creek Rd. Prospect, Virginia 23960

[Stamp: RECEIVED Mail Room, JUN 22 2020, Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]

Additional information regarding attempted service, etc: _____

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

June 15, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:  Case #1:19-CV-2316-RC, Carmichael v. Pompeo - Plaintiff Carmichael's Notice
and Praecipe Regarding Court's Non-Action

Clerk Caesar,

Enclosed is my "Plaintiff Carmichael's Notice and Praecipe Regarding Court's Non-
Action."  It is submitted to the Court, served by a third party, for filing and action.

Respectfully,

David Alan Carmichael



RECEIVED
Mail Room

JUN 2 2 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia