# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : |
| | : |
| Plaintiffs, | :   Civil Action No.:   19-2316 (RC) |
| | : |
| v. | :   Re Document Nos.:   24, 28 |
| | : |
| MICHAEL RICHARD POMPEO, in his | : |
| Official capacity as Secretary of State, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND INJUNCTION; DENYING PLAINTIFFS' ADDITIONAL PENDING MOTIONS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Government's motion to dismiss (ECF No. 24) is **GRANTED** with respect to Plaintiffs' first, third, fourth (with respect to Carmichael), fifth, sixth, eighth, and ninth causes of action; it is **DENIED** with respect to Plaintiffs' second, fourth (with respect to Lewis and Pakosz), and seventh causes of action.  The Government's motion in the alternative for summary judgment is **DENIED**.  Plaintiffs' motion for partial summary judgment and injunction (ECF No. 28) is **DENIED**.  Plaintiffs' other pending motions (ECF Nos. 14, 21, 23, 33, 36, 37, 40) are **DENIED**.  It is hereby:

**ORDERED** that Plaintiffs may file an amended complaint with respect to their fourth cause of action within thirty days.

**SO ORDERED**.

Dated:  August 28, 2020                                    RUDOLPH CONTRERAS
                                                                               United States District Judge