David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

October 16, 2020

LET THIS BE FILED
*signature*
10/20/2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:  Case #1:19-CV-2316-RC – Attachments/Exhibits Not Being Cited On The Docket Report

Clerk Caesar,

On September 28th, we mailed our motion to amend the complaint (ECF 46) in accordance with the Court's order (ECF 45). With the motion as a Memorandum In Support, and Nine Attachments that were each contained a descriptive coversheet, and each were separated by a blank colored paper in order for the Clerk's office to easily separate each of the separate attachments. However, the docket shows the memorandum in support as merely an attachment, and then it shows the nine attachments merely as "Attachment #2."

The lack of clear identification of each of our document submissions has caused problems in the past, with important attachments being labeled is some instances as merely errata. It appears to have created a problem again, unnecessarily prompting Judge Contreras to issue and order that has already been fulfilled.

Yesterday, October 15th, I received an automated message of the court's updating the electronic reporting of the docket on the PACER system. I received it from an arrangement that I've made with a 3rd party system that tracks the PACER record for our case and immediately provides notice to me. It is normally perfectly reliable to give me timely updates. However, the October 15th report showed that the ECF PACER reporting system had just posted a Court order of October 2nd, that was supposedly posted to the system on October 8th.

The Oct. 2nd Court order demanded a document that was already in the ECF system, put there by the Clerk's office from the Motion that I mailed on Sep. 28th (ECF 46). The Document already in the Court's possession was with the ECF 46 Motion, referenced by the Memorandum in Support Table of Contents, and included with it as Attachment #9.

I recommend that the Clerk's office list each item (Attachment) as a separate, hyperlinked, attachment, especially when each attachment has a cover sheet with a descriptive title. That descriptive title, as well as its citing in the Table of Contents,

should have alerted the Court to the fact that the document demanded by the rules was actually supplied.

We are not allowed to participate in the Electronic Filing System because two of the Plaintiffs do not have ready access to computer communications. Therefore, I cannot myself make adjustments to how the documents are submitted into the Electronic Filing System.

Please let me know what I can do differently when I submit documents by mail, to ensure that each important document is adequately referenced in the Electronic Filing System.

Please let me know what we should do to alert Judge Rudolph Contreras to the fact that the document ordered by the court to be delivered was in the Court's possession and in the ECF system two days prior to the order (ECF 46, "attachment #2" pp. 21-85 – Labeled Attachment 9 – Styled as "Complaint – Second Amendment")

Sincerely,

*David Alan Carmichael*  Oct 16, 2020

David Alan Carmichael

DAC/slf

cc: Christopher Hair (U.S. Attorney's Office, District of Columbia)
Lawrence Donald Lewis (Plaintiff)
William Mitchell Pakosz (Plaintiff)

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, for Case #1:19-cv-0216-RC, my letter to the Clerk "Attachments/Exhibits Not Being Cited On The Docket" on this 16th Day of October, 2020:

I mailed the document with this certificate of service to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    Attn: Tonya Hightower
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001
    (U.S. Mail Certified# 7015 0640 0002 8789 1080

I sent A copy of the document by U.S. mail, first class, and email to:

    United States Attorney
    United States Attorney's Office
    Attn: Christopher Hair
    555 4th Street, N.W.
    Washington, D.C. 20530

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho 83848

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois 60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia 23664

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_David Alan Carmichael_      _October 16, 2020_
David Alan Carmichael      Date