**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>Michael Richard Pompeo, *et al.* )<br>)<br>Defendants-Respondents ) | Plaintiffs, *in propria persona*<br>Case No: **19-CV-2316-RC**<br><br>RE: ECF 46 / Oct. 2nd Order |

**Notice – Amendment Document Already Submitted In ECF 46**

1. On September 28th, we plaintiffs mailed our timely motion to amend the complaint (ECF 46) in accordance with the Court's order (ECF 45). With the motion is a Memorandum In Support listed on the docket as "Attachment 1, Memorandum in Support." With the Memorandum In Support are nine attachments, all of them merely listed on the docket in one hyperlink, "Attachment 2, Exhibit." The nine attachments were listed in the memorandum's table of contents. Each of the nine attachments contained a descriptive coversheet. Each of the nine attachments were separated by a blank colored paper in order for the Clerk's office to easily separate each of the separate attachments for itemized listing.

2. The lack of clear identification of each of our document submissions has caused problems in the past, with important attachments being labeled in some instances as merely errata. It appears to have created a problem again, unnecessarily prompting Judge Contreras to issue an order that has already been fulfilled.



p. 1 of 2

3. Though the order was issued October 2nd, and listed on the docket as being posted on the Electronic Case File as October 8th, I was not notified electronically of its existence on October 15th. As of yesterday's mail, October 19th, there has been no order in the mail.

4. My 3rd party system that tracks the PACER record for our case and immediately provides notice to me is normally perfectly reliable to give me timely updates. I periodically check the docket to peruse for updates and as a quick reference to the filed documents. Until October 15, 2020, I had not noticed any ECF docket update listing the court order of October 2, 2020.

5. <u>The Oct. 2nd Court order demanded a document that was already in the ECF system, ECF 46</u>, listed as their "Attachment 2, Exhibit" and is the 65-page document which we particularly listed as attachment 9, "Complaint – Second Amendment."

6. I recommend that the Clerk's office list each item (Attachment) as a separate, hyperlinked, attachment, especially when each attachment has a cover sheet with a descriptive title. That descriptive title, as well as its citing in the Table of Contents, should have alerted the Court to the fact that the document demanded by the rules was actually supplied.

7. We are not allowed to participate in the Electronic Filing System because two of the Plaintiffs do not have ready access to computer communications. Therefore, I cannot myself make adjustments to how the documents are submitted into the Electronic Filing System.

8. This notice has been discussed with Plaintiffs Lewis and Pakosz. They concurred.

The facts stated herein are true by my first-hand knowledge, or understood by me to be true until proven otherwise. Under the penalty of perjury under the laws of the United States of America,

Signed: _David Alan Carmichael_   Date: _October 20, 2020_
David Alan Carmichael, Plaintiff

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

October 20, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re: Case #1:19-CV-2316-RC – Notice – Amendment Document Already Submitted In ECF 46

Clerk Caesar,

Enclosed is the referenced notice for filing and the Certificate of Service.

Sincerely,

*[signature]*
David Alan Carmichael

DAC/slf

cc: Christopher Hair (U.S. Attorney's Office, District of Columbia)
Lawrence Donald Lewis (Plaintiff)
William Mitchell Pakosz (Plaintiff)

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, for Case #1:19-cv-0216-RC, Notice - Amendment Document Already Submitted In ECF 46:

I mailed the document with this certificate of service to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    Attn: Tonya Hightower
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001
    (U.S. Mail Certified# 7015 0640 0002 8789 1035)

I sent A copy of the document by U.S. mail, first class, and email to:

    United States Attorney
    United States Attorney's Office
    Attn: Christopher Hair
    555 4th Street, N.W.
    Washington, D.C. 20530

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho 83848

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois 60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia 23664

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____    October 29, 2020
David Alan Carmichael                  Date