UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL, *et al.*,

*Plaintiffs,*

v.

MICHAEL RICHARD POMPEO, in his
official capacity as Secretary of State, *et al.*,

*Defendants.*

Civil Action No. 19-2316 (RC)

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

Plaintiffs David Alan Carmichael, Lawrence Donald Lewis, and William Mitchell Pakosz, each proceeding *pro se*, challenge the Department of State's alleged adverse actions regarding Plaintiff Carmichael's passport or Plaintiffs Lewis and Pakosz's passport renewal applications for failure to provide social security numbers as part of their respective applications. On August 28, 2020, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss, denying Defendants' alternative motion for summary judgment, and denying Plaintiffs' motion for partial summary judgment, among other motions. *See* ECF No. 44. The Court also afforded Plaintiffs the opportunity to file an amended complaint with respect to their fourth cause of action (*i.e.*, Plaintiffs' claim related to Mr. Carmichael's passport revocation under the Fifth Amendment) within 30 days. *Id.* at 1. Plaintiffs proceeded to file a motion for leave to amend their complaint, *see* ECF No. 46.

On October 2, 2020, the Court issued a Minute Order noting that, pursuant to Local Civil Rules 7(i) and 15.1, Plaintiffs are required to attach a copy of the proposed pleading as amended. The Court therefore ordered Plaintiffs to "make a filing that complies with the Local Rules on or

before October 23, 2020." Plaintiffs then submitted a letter noting to the Court that Plaintiffs' motion for leave had included a copy of the complaint, as amended. *See* ECF No. 48. Specifically, Plaintiffs noted that they had appended the amended complaint to their motion as Attachment #9 (ECF No. 46-2 at 21-85). *See id.* at 1-2. Accordingly, the Court Ordered Defendants to file their response to Plaintiffs' motion to amend. *See* Oct. 28, 2020, Minute Order.

Defendants do not oppose either Plaintiffs' motion for leave or the docketing of Plaintiffs' amended complaint, as appended to their motion. As permitted by the Court's August 28th Order, the amended complaint contains additional allegations regarding Mr. Carmichael's passport revocation due process claim. Those allegations appear in the 40 additional paragraphs contained on pages 33-65 of the document.

In lieu of responding to the complaint, however, the Department of State intends to seek a temporary stay of proceedings and a voluntary remand to reconsider the passport adjudications relevant to this matter and determine whether it can grant Plaintiffs' religious accommodation requests. Undersigned counsel for Defendants recently conferred with Plaintiff Carmichael regarding the possibility of a stay and voluntary remand, and Plaintiff Carmichael noted his intention to discuss this matter further with Plaintiffs Pakosz and Lewis. The parties therefore intend to continue these discussions in a good faith effort to potentially resolve or reduce the disputed issues in this litigation.

In light of the above, Defendants respectfully request that the Court docket Plaintiffs' amended complaint and permit the parties to submit a joint status report by December 4, 2020, proposing a schedule for further proceedings (to include Defendants' request for a remand to the Department of State). In the meantime, Defendants request that the Court stay their deadline to

respond to Plaintiffs' amended complaint.   Defendants have conferred with Plaintiffs and Plaintiffs do not oppose this proposal.

A proposed order is attached.

Dated November 11, 2020          Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2020, I caused the foregoing to be served on *pro se* Plaintiffs David Carmichael, William Mitchell Pakosz, and Lawrence Donald Lewis, via U.S. Mail with pre-paid postage, addressed as follows:

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60443

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, ID 83848

*Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL, *et al.*,

*Plaintiffs,*

v.

MICHAEL RICHARD POMPEO, in his
official capacity as Secretary of State, *et al.*,

*Defendants.*

Civil Action No. 19-2316 (RC)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for leave to amend their complaint and Defendants' response thereto, it is hereby **ORDERED** that the amended complaint appended to Plaintiffs' motion (ECF No. 46-2 at 21-85) shall be docketed. It is **FUTHER ORDERED** that the Parties shall jointly submit a status report by December 4, 2020, proposing further proceedings in this matter, to include Defendants' remand request and response to the amended complaint. Defendants' deadline to respond the amended complaint shall be stayed pending further order of the Court.

**SO ORDERED**.


_____
Date

_____
Hon. Rudolph Contreras
United States District Judge

5