**United States District Court,**
**District of Columbia**

RECEIVED
Mail Room

DEC - 3 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| | |
|---|---|
| David Alan Carmichael, *Et al.*      ) | |
|      ) | |
| *Plaintiffs*      ) | Case No: 19-CV-2316-RC |
|      ) | |
| v.      ) | |
|      ) | |
| Michael Richard Pompeo, *Et al.*      ) | |
|      ) | |
| *Defendants*      ) | |

## NOTICE AND DEMAND

**Plaintiff Pakosz Gives Notice To Defendants And Demands That Defendants Show Cause By Clear And Convincing Evidence That The Actual Identity Of Pakosz Is In Question**

**Notice**

1. The Defendants have admitted that the passport issued for me on December 11, 2007, was done so lawfully.

2. The passport issued for me on December 11, 2007, has <u>never</u> been questioned by the defendant as being improperly or unlawfully issued.

3. The passport issued on December 11, 2007, by the Defendants in response to my DS-11 U.S. Passport Application has never been questioned by the defendant as being issued due to erroneous, or lacking, information to support the verity of my identity.

4. Attachment 1, "20 Feb. 2019 Letter To Mike Pompeo, Secretary of State, Passport Renewal Application and Request For Religious Accommodation" is an accurate copy of the letters, and their attachments that I signed and sent to the Defendants on "20 Feb. 2019, with exhibit cover sheets replaced. It includes my letter and its exhibits particularly address to the Secretary of State, Mike Pompeo. This is my evidence that I am the man for whom you issued a

passport on December 11, 2007. I am that same man who made several attempts to renew my passport under the same auspices of a request for religious accommodation that I made for my 2007 passport.

5. **The elements of Attachment 1 are**:

A.    "20 Feb. 2019 Letter To Mike Pompeo, Secretary of State, Passport Renewal Application and Request For Religious Accommodation." It references the formal request for religious accommodation sent with this letter, demanding that the request be sent to Mike Pompeo, Secretary of State, to whom the request is addressed. (Attachment 1, pp. 1-3) (Hereinafter "Att. pp. #-#")

B.    "20 Feb. 2019 Letter To Mike Pompeo, Secretary of State, Passport Renewal Application and Request For Religious Accommodation" (Att. pp. 4-12)

C.    Request for Religious Accommodation to Pompeo - **Timeline of Correspondence**, describing several of the twenty-one (21) exhibits supplied with the religious accommodation request to which the exhibits were attached. (Att. pp. 13-17)

D.    Pompeo Ltr. Exhibit 1, August 16, 2017 Passport Renewal Application. (Attachment 1, pp. 18-20)

E.    Pompeo Ltr. Exhibit 2, September 1, 2017, Passport Center SSN Affidavit Form (Att. pp. 21-22)

F.    Pompeo Ltr. Exhibit 3, September 8, 2017, Reiteration of Request for Religious Accommodation (Att. pp. 23-24).

G.    Pompeo Ltr. Exhibit 4, September 22, 2017, Unsigned Denial Letter From Passport Office In Sterling, Virginia (Att. pp. 25-26).

H.    Pompeo Ltr. Exhibit 5, October 3, 2017, Reiterated Request For Religious

Accommodation (Att. pp. 27-28)

I.      Pompeo Ltr. Exhibit 6, November 10, 2017 New Submission of Application as Directed By National Passport Center (Att. pp. 29-30).

J.      Pompeo Ltr. Exhibit 7, January 13, 2018 New Submission of Application and Request for Religious Accommodation (Att. pp. 31-35).

K.      Pompeo Ltr. Exhibit 8, January 13, 2018, Letter to Secretary Tillerson to Return My Passport (Att. pp. 36-37).

L.      Pompeo Ltr. Exhibit 9, February 2, 2018 Copy of New Passport Application DS11 Submission and Lost or Stolen Passport Form DS64 (Att. pp. 38-42).

M.      Pompeo Ltr. Exhibit 10, February 14, 2018, Reiteration of Religious Accommodation Request With Signed Affidavit Form (Att. pp. 43-44).

N.      Pompeo Ltr. Exhibit 11, March 22, 2018 Reiteration of Religious Accommodation Request (Att. pp. 45-46).

O.      Pompeo Ltr. Exhibit 12, April 2, 2018 Unsigned Denial Letter From Passport Office In Sterling, Virginia (Att. pp. 47-48).

P.      Pompeo Ltr. Exhibit 13, April 12, 2018 Response to Denial, Reiteration of Religious Accommodation Request and The Mark of the Beast Pamphlet (Att. pp. 49-52).

Q.      Pompeo Ltr. Exhibit 14, May 8, 2018 Letter to Mike Pompeo, Secretary of State, Reiterating Request for Religious Accommodation (Att. pp. 53-70).

R.      Pompeo Ltr. Exhibit 15, June 26, 2018 Letter To Senator Dick Durbin (Att. pp. 71-76).

S.      Pompeo Ltr. Exhibit 16, August 30, 2018 Request for Appeal Processing, FOIA, Reiteration of Religious Accommodation Request (Att. pp. 77-92).

T.     Pompeo Ltr. Exhibit 17, October, 2, 2018 National Passport Processing Center Returning Documents (Att. pp. 93-94).

U.     Pompeo Ltr. Exhibit 18, November 16 2018 Reiteration of Request for Administravie Hearing, FOIA, and Religious Accommodation Request. (Att. pp. 95-96).

V.     Pompeo Ltr. Exhibit 19, November 20, 2018 Letter to Secretary Pompeo, Reiterating Religious Accommodation Request (Att. pp. 97-98).

W.     Pompeo Ltr. Exhibit 20, December 4, 2018 National Passport Center, Sterling Virginia, Response to my FOIA, and Hearing Request (Att. pp. 99-100).

X.     Pompeo Ltr. Exhibit 21, December 12, 2018, Letter to Office of Legal Affairs Reiterating Request for Religious Accommodation Administrative Hearing (Att. pp. 101-105).

Y.     Pompeo Ltr. Exhibit 22, January 6, 1981, Commissioner of Social Security Letter Regarding Religious Objector SSN Entry on Tax Reporting Forms (Att. pp. 106-108)

6.   Nowhere in any of the correspondence to me from the Defendants, do the Defendants at any time indicate that there is any question to the verity of my identity.

7.   The Defendants ordinary procedure in renewing a passport in response to a DS-82 passport renewal application is to use the previously issued passport as evidence of identity. There is no other requirement.  The DS-82 U.S. Passport renewal applications are normally sent by the applicant through the mail to the Defendants, along with the U.S. Passport holder's previously issued passport.  If there is no reason to believe that the sender of the renewal application is not the person sending in the renewal application, there is no change in the residence or mailing address, and the proper fees are submitted, the passport is ordinarily renewed and sent to the renewal applicant by mail.

8.  I, William Mitchell Pakosz, am the same man who applied for a passport in 2007 on form DS-11, and had a U.S. Passport issued for me, passport number 434370467.  I have not changed my identity, residence, domicile, religion, or any other thing relevant to the administration or law relating to United States passports.

9.  The Defendants in the case referenced and styled above, have made <u>no</u> good faith allegation that there is any question regarding my true identity, or that they do not believe that I am the man that I say that I am, and that I said I am when I applied for a passport in 2007 and was issued a passport on December 11, 2007.

10. The Defendants, through their Attorney affirmed on November 10, 2020, in a statement made to Plaintiff David Alan Carmichael that there was no question as to the validity of the identity of any of the Plaintiffs made by the Defendants in this case.

**Demand**

11. I hereby demand that the Defendants cease and desist from using as an excuse for delaying, remanding, staying, obstructing or in any otherwise impeding the judicial process of this civil action under the guise of needing to verify my identity with regard to the processing of my passport renewal applications and the Defendants obligations regarding it as a matter of law.

12. I hereby demand that the Defendants **before** <u>making any allegation</u> that they have a need to invoke, determine, discover, or in any other way administer, a process to verify my identity with regard to the processing of my passport renewal applications; **show by clear and convincing evidence** why the verity of my identity as a man communicated to the Defendants for the purposes of my passport application of March 2008 or my passport renewal application of April 2019, should be questioned by the United States District Court or any party, agency or

other natural or artificial person.

**Verification**

I, William Mitchell Pakosz declare by the penalty of perjury under the laws of the United States of America, that the foregoing statements of fact in my NOTICE AND DEMAND are true or are believed by me to be true as I have deduced it by information available to me.   I likewise declare that the attachments supplied with this notice and demand are true copies of the actual documents to which I refer in the NOTICE AND DEMAND.  I likewise declare that my demand here is in good faith in the cause of my seeking to establish justice, and not for evasion, delay or any other maladministration.

_William M Pakosz_                                    _27 Nov 2020_

William Mitchell Pakosz                              Date
Box 25
Matteson, Illinois  60443

# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by mail, **five separate** packages in separate envelopes, enclosed in one Priority Mail delivery envelope.  The packages are 1) Plaintiffs' Joint Status Report; 2)  Plaintiffs' Motion For Rule 16(b) Scheduling Conference; 3)  Plaintiff Carmichael Notice And Demand…; 4) Plaintiff Lewis Notice And Demand…; 5) Plaintiff Pakosz Notice And Demand…; for case #1:19-CV-2316-RC, Carmichael v. Pompeo. I mailed the documents with this certificate of service to the Court at:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> Attn:  Tonya Hightower
> United States Courthouse
> 333 Constitution Ave NW
> Washington, DC 20001
> > U.S. Certified Mail #7019 0160 0000 9640 7590

I sent A copy of the document and certificate of service to:

> United States Attorney
> United States Attorney's Office
> Attn:  Christopher Hair
> 555 4th Street, N.W.
> Washington, D.C.  20530
> > U.S. Certified Mail #7019 0160 0000 9640 7606

> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho  83848

> William Mitchell Pakosz
> Box 25
> Matteson, Illinois  60443

I served myself at:
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____          _____
David Alan Carmichael                                    Date

**United States District Court,
District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| *v.* | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**A Through Y**

**Pages 1 - 108**

**United States District Court,
District of Columbia**

David Alan Carmichael, *Et al.*     )
     )
   *Plaintiffs*     )     Case No: 19-CV-2316-RC
     )
     v.     )
     )
Michael Richard Pompeo, *Et al.*     )
     )
   *Defendants*     )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**A.**

**20 Feb. 2019 Letter To Bureau of Consular Affairs,
Passport Services, Office of Legal Affairs**

**Attachment 1 - Pages 1 - 3**



*P. 1*

William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443

Date: _20 Feb. 2019_

Principal Officer
Bureau of Consular Affairs, Passport Services
Office of Legal Affairs
44132 Mercure Circle
P.O. Box 1227
Sterling, Virginia  20166-1227

Re:   Passport Renewal Application 284901802 & Request for Religious
       Accommodation & Administrative Hearing & FOIA

Principal Officer,

I was directed by the U.S. State Department to send my correspondence to
your office regarding the referenced passport renewal applications that I
have submitted over and again since August 16, 2017.

I sent my last correspondence to your office in early December 12, 2018 and
I have not received a reply from you.

Enclosed with this is my correspondence to the Secretary of State, with its
timeline and twenty-two exhibits.  I am also enclosing a copy for you since
the matter falls squarely upon principals at the Sterling, Virginia office.

Therefore, take action on the correspondence that I have sent to your office
and forward the original letter and its exhibits that I am sending to the
Secretary of State through you.

In accordance with the Freedom Of Information Act, provide any document,
media, or other record that provides information as to:

   1.  The Freedom Of Information Act Officer or Officers at the Bureau of
       Consular Affairs, Passport Services at Sterling, Virginia.
   2.  The Officers of the State Department that serve at the Bureau of
       Consular Affairs, Passport Services at Sterling, Virginia.
   3.  The Title and contact phone number of the Officers of the State
       Department that serve at the Bureau of Consular Affairs, Passport
       Services at Sterling, Virginia.

Forwarding ltr & FOIA                                              p. 1 of 2

_p. 2_

4. The Authorized Officer, or Authorized Agent that are, are have been, assigned to process my referenced or other passport renewal applications.
5. State Department emails, or internal or other memoranda regarding my passport renewal applications.

Please act promptly to ensure that my passport renewal application is processed for approval, that correspondence is forwarded to the Secretary of State and that the information I lawfully request is provided in a timely manner.  Such prompt action will help to diminish the injuries I am wrongfully suffering due to the unlawful and bad faith denial of my passport renewal application and religious accommodation request.  It will aid to avoid civil action by writ of mandamus and other remedies which may include civil or criminal penalties available by law to those who do arbitrarily, capriciously, in bad faith, etc., injure me in my religious and ignore their ministerial duties.

Sincerely,

William M. Pakosz

William Mitchell Pakosz

WMP/dac

Enclosures:  Pompeo ltr re: Passport Renewal and 22 Exhibits

cc:   American Christian Liberty Society

**United States District Court,**
**District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| *v.* | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**B.**

**20 Feb. 2019 Letter To Mike Pompeo, Secretary of State, Passport**
**Renewal Application and Request For Religious Accommodation**

**Attachment 1 - Pages 4 - 12**

P. 4

William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443

Date: 20 Feb. 2019


Mike Pompeo
Secretary of State
United States Department of State
Via:  Bureau of Consular Affairs, Passport Center
44132 Mercure Circle
Sterling, Virginia  20166

Re:   Passport Renewal Application 284901802 & Request for Religious
      Accommodation & Administrative Hearing

Secretary Pompeo,

My application for passport renewal was sent to you with a request for
religious accommodation (See Enclosures 1 -21 associated with the enclosed
timeline).  The passport application form directed me to identify myself with
a Social Security account number (SSN), which I cannot do for reasons of
religion.   I have sent many timely correspondences to your officers
regarding my applications to renew my passport, yet the passport offices
have not fulfilled their legal duties.  Your denial was based on a form that I
am not required to answer since it has been sent to at least ten people and
it has no OMB number (5 CFR 1320).  There is no actual denial of my
request since the purported "denial" was done without authority in law and
without fulfilling the specifications cited by the CFR, and my protests have
been timely, my passport renewal request is not expired.

I requested an "Administrative Hearing" in my letter of November 16, 2018,
cited in the enclosed timeline.  **I demand that you approve my passport
renewal or assign an "Authorizing Officer" who will approve it** since it
is submitted with a bona fide and worthy request for religious
accommodation. Should it not be approved, **cite the authority of law that
permits you to deny a passport for refusing to supply a SSN as a
matter of religion** rather than a matter of fraud or error cited in your
previous letters.

If my November 16, 2018 request for an "administrative hearing" precludes
you from intervening to approve my request at this stage, I demand that
you ensure that you or your agency provides that due process of

P. 5

administrative hearing and assign an administrative officer to oversee the process of that hearing.

**I reiterate my religious accommodation request and I point out the legal authority and duty for the Secretary of State to approve my passport application and religious accommodation request.**

The Congressional authority given to the Secretary of State to deny a passport application for not identifying with a Social Security Account Number is reflected in:

"22 U.S. Code § 2714a - Revocation or denial of passport in case of certain unpaid taxes...

(f)  Revocation or denial of passport in case of individual without social security account number
(1)  Denial
(A)  In general
Except as provided under subparagraph (B), upon receiving an application for a passport from an individual that either—
(i)  does not include the social security account number issued to that individual, or
(ii)  includes an incorrect or invalid social security number willfully, intentionally, negligently, or recklessly provided by such individual, the Secretary of State is authorized to deny such application and is authorized to not issue a passport to the individual." (Emphasis added)

That particular portion of the United States Code was recently reiterated in the Act of the 114th Congress, Section 94, the **Fixing America's Surface Transportation** (FAST) Act, with the provision above found at 129, Stat. 1732.  If you read that Act of Congress, you will find that the governmental purpose of the authority given to the Secretary of State to deny a passport application for the lack of a SSN relates to those persons who have "seriously delinquent tax debt." The threshold for such a delinquent tax debt is above $50,000 United States Dollars.  Also, for the prerequisite to be met, there must first be a notice of lien filed pursuant to section 6323 and the administrative rights under section 6320, etc.  I am not a man who falls within that criteria and there is no evidence to suggest otherwise.

The governmental purpose of asking for a social security number on the passport application is to fulfill the tax code 26 USC 6039E, for the purpose of examining whether the applicant is a person on the list of those who qualify for having a "seriously delinquent tax debt" and have been properly

notified and administratively processed.  The purpose of Congress giving authority to the Secretary of State to deny a passport application for the applicant refusing to provide a SSN is <u>clearly **not**</u> stated <u>for the purpose of forcing someone to make the SSN an element of their identity</u>.

In my case, I am not a person who qualifies for denial under 22 UCS 1714a(f)(1)(A)(i) or (ii).  I placed the words, "None, Religious Prohibition" in the SSN blocks to indicate my need for religious accommodation.  **I am duty bound by religion to not participate in identifying with a SSN**. Secondly, the Social Security Administration has power over its records, not over me.  They issue numbers to account records.  An SSN might only be contemplated as mine if I had cognitively applied for such a number.  That is not the case.  There cannot be a "correct" SSN related to me.

The Social Security Administration Commissioner said the "correct" SSN for someone in my position is "Religious Objector."  (See Enclosure 22)

You do have mechanisms that provide "good cause" exceptions to the requirement of identifying with a SSN on the passport application.   You sent to me a form that indicates if someone has first hand knowledge of the Social Security Administration's records, and they can therefore authoritatively and legally sign an affidavit to attest to such first-hand knowledge of such records, then you provide an accommodation for technical reasons.  That is one good cause for which you allow an accommodation notwithstanding that specific cause is not specifically cited in the statutory or regulatory text.  Considering my obligations of religion to be not a "**good cause**" and treating it as not a good cause <u>shows hostility</u> toward me and my religion.  The United States Supreme Court declared in a SSN case, *Bowen v. Roy*, 476 US 693, 708 (1986):

> ""**If a state creates such a mechanism, its refusal to extend an exemption to an instance of religious hardship suggests a discriminatory intent**. Thus, as was urged in Thomas, to consider a religiously motivated resignation to be "**without good cause**" <u>tends to exhibit hostility</u>, not neutrality, towards religion. See Brief for Petitioner 15, and Brief for American Jewish Congress as Amicus Curiae 11, in Thomas v. Review Board of Indiana Employment Security Div., O. T. 1979, No. 79-952. See also Sherbert, supra, at 401-402, n. 4; United States v. Lee, 455 U. S., at 264, n. 3 (STEVENS, J., concurring in judgment)"" [Emphasis added]

<u>The State and Treasury Departments' Secretaries do not have a mandate to require people to identify with a SSN.</u>  In 1943, Executive Order 9397 was published that directed that Federal Departments "shall" use the SSN as a

*p. 7*

single record identification number for the sake of "efficiency." Because it was merely a directive and not a mandate, the Federal agencies did not apply the use of the SSN for several decades; the Treasury Department in 1961, and military and other agencies much later. Delaying to implement the use of the SSN until three presidential administrations later indicates the use of the SSN as 'the' unique identification number was clearly not a mandate. In support of the notion of SSN-identification not being a mandate, President George W. Bush amended Roosevelt's E.O. 9379, changing the word "shall" to the word "may" in Bush's Executive Order 13478. That confirms that an agency using the SSN is merely an administrative convenience. Efficiency is not the purpose for which the government was formed. The Secretary's request that I identify with a SSN cannot rise to a compelling governmental interest.

The State Department Secretary has a duty under law to grant the religious accommodation according to the laws of the United States. The 103rd Congress enacted the Religious Freedom Restoration Act (RFRA - Pub. L. 103–141, § 2, Nov. 16, 1993, 107 Stat. 1488), 42 USC §2000bb, "to restore the compelling interest test as set forth in Sherbert v. Verner, 374 U.S. 398 (1963) and Wisconsin v. Yoder, 406 U.S. 205 (1972) and to guarantee its application in all cases where free exercise of religion is substantially burdened." (Emphasis added)

With my original passport application ten years ago, I indicated on the application "Religious Prohibition, 42 USC §2000bb along with a statement by my Christian Minister, showing that I have sincere and bona fide Christian beliefs and practices where the demand for me to identify with a SSN imposes a substantial burden upon my religion. Therefore, I qualify for a religious accommodation under the RFRA's Sherbert v. Verner test. Under that test, the only way the government could be relieved of providing the accommodation for religion would be for them to "demonstrate" (by clear and convincing evidence) that they have a "compelling" governmental interest "to the person" for demanding me to identify with a SSN; and that there is no "less restrictive means" to otherwise meet their interest.

I do not qualify as a "Person" for which the government has interest in identifying to fulfill their tax delinquency disqualification. Even if I was one of those "persons" of governmental interest, my request for religious accommodating is an open invitation for higher scrutiny. It gives the government the opportunity to examine whether I am on a list of those who have "seriously delinquent tax debt" where the government can examine me by name and address.

The administrative convenience of an efficient universal identification number **is not sufficient to overcome the American law that protects religion**.

The President of the United States recently reiterated the Policy of the United States regarding the protection of religion in his Executive Order 13798.  In support of that E.O., Attorney General Jefferson Sessions strongly substantiated the Policy and the points I make in this my religious accommodation request through his "MEMORANDUM FOR ALL EXECUTIVE DEPARTMENTS AND AGENCIES, Federal Law Protections for Religious Liberties."  The E.O. and the declarations of the Attorney General's Memorandum shows that the <u>Secretary of State</u>, as the Principal Officer of his Department, <u>has a duty to provide a mechanism for accommodation of religion</u>.  Here are quotations from the Attorney General's Memorandum:

Section 1. Policy of the E.O. 13798 states:  **"It shall be the policy of the executive branch to vigorously enforce Federal law's robust protections for religious freedom**. The Founders envisioned a Nation in which religious voices and views were integral to a vibrant public square, and in which religious people and institutions were free to practice their faith without fear of discrimination or retaliation by the Federal Government. For that reason, the United States Constitution enshrines and protects the fundamental right to religious liberty as Americans' first freedom. Federal law <u>protects the freedom of Americans</u> and their organizations <u>to exercise religion and participate fully in civic life without undue interference</u> by the Federal Government. **The executive branch will honor and enforce those protections**."  (Emphasis added)

Particular portions of that MEMORANDUM state:

"Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of federal law. As James Madison explained in his Memorial and Remonstrance Against Religious Assessments, the free exercise of religion "is in its nature an unalienable right" because the duty owed to one's Creator "is precedent, both in order of time and in degree of obligation, to the claims of Civil Society." (in footnote citing James Madison, Memorial and Remonstrance Against Religious Assessments) **Religious liberty is not merely a right to personal religious beliefs or even to worship in a sacred place**. It also encompasses religious observance and practice. <u>Except in the narrowest circumstances, no one should be forced to choose between living out his or her faith and complying with the law</u>. Therefore, to the greatest extent practicable and permitted by law, religious observance and practice should be reasonably

accommodated in all government activity, including employment, contracting, and programming. The following twenty principles should guide administrative agencies and executive departments in carrying out this task. These principles should be understood and interpreted in light ofthe legal analysis set forth in the appendix to this memorandum."  (emphasis added)

In para. 4:  "Constitutional protections for religious liberty are not conditioned upon the willingness of a religious person or organization to remain separate from civil society."

In para 10:  "RFRA applies to all actions by federal administrative agencies, including rulemaking, adjudication or other enforcement actions, and grant or contract distribution and administration."

In para 13:  "In general, a government action that bans an aspect of an adherent's religious observance or practice, <u>compels an act inconsistent with that observance or practice, or substantially pressures the adherent to modify such observance or practice</u>, will qualify as a substantial burden on the exercise of religion."  (emphasis added)

In para 14:  "Only those interests of the highest order can outweigh legitimate claims to the free exercise of religion, and such interests must be evaluated not in broad generalities but as applied to the particular adherent. Even if the federal government could show the necessary interest, it would also have to show that its chosen restriction on free exercise is the least restrictive means of achieving that interest. That analysis <u>requires the government to show</u> that it cannot accommodate the religious adherent while achieving its interest through a viable alternative, which may include, in certain circumstances, expenditure of additional funds, modification of existing exemptions, or creation of a new program."  (emphasis added)

In the formal guidance of the "*MEMORANDUM*" in the section titled **"Agencies Engaged in Rulemaking"**, it states:

"In formulating rules, regulations, and policies, administrative <u>agencies should also proactively consider potential burdens on the exercise of religion and possible accommodations of those burdens</u>.  Agencies should consider designating an officer to review proposed rules with religious accommodation in mind or developing some other process to do so.  In developing that process, agencies should consider drawing upon the expertise of the White House Office of Faith Based and

Neighborhood Partnerships to identify concerns about the effect of potential agency action on religious exercise.  Regardless of the process chosen, agencies should ensure that they review all proposed rules, regulations, and policies that have the potential to have an effect on religious liberty for compliance with the principles of religious liberty outlined in this memorandum and appendix before finalizing those rules, regulations, or policies.  The Office of Legal Policy will also review any proposed agency or executive action upon which the Department's comments, opinion, or concurrence are sought, see, e.g., Exec. Order 12250 § 1-2, 45 Fed. Reg. 72995 (Nov. 2, 1980), to ensure that such action complies with the principles of religious liberty outlined in this memorandum and appendix.  The Department will not concur in any proposed action that does not comply with federal law protections for religious liberty as interpreted in this memorandum and appendix, and it will transmit any concerns it has about the proposed action to the agency or the Office of Management and Budget as appropriate.  If, despite these internal reviews, a member of the public identifies a significant concern about a prospective rule's compliance with federal protections governing religious liberty during a period for public comment on the rule, the agency should carefully consider and respond to that request in its decision. See Perez v. Mortgage Bankers Ass'n, 135 S. Ct. 1199, 1203 (2015). In appropriate circumstances, an agency might explain that it will consider requests for accommodations on a case-by-case basis rather than in the rule itself, but the agency should provide a reasoned basis for that approach."  (emphasis added)

In the "**APPENDIX**" of the "MEMORANDUM" in the section "3. Government Mandates", it states:

""Congress has undertaken many similar efforts to accommodate religious adherents in diverse areas of federal law. For example, it has exempted individuals who, "by reason of religious training and belief," are conscientiously opposed to war from training and service in the armed forces of the United States. 50 U.S.C. § 3806G). It has exempted "ritual slaughter and the handling or other preparation of livestock for ritual slaughter" from federal regulations governing methods of animal slaughter. 7 U.S.C. § 1906. It has exempted "private secondary school[ s] that maintain a religious objection to service in the Armed Forces" from being required to provide military recruiters with access to student recruiting information. 20 U.S.C. § 7908. It has exempted federal employees and contractors with religious objections to the death penalty from being required to "be in attendance at or to participate in any prosecution or execution." 18 U.S.C. § 3597(b). It has allowed individuals with religious objections to

certain forms of medical treatment to opt out of such treatment. See, e.g., 33 U.S.C. § 907(k); 42 U.S.C. § 290bb-36(t). It has created tax accommodations for members of religious faiths conscientiously opposed to acceptance of the benefits of any private or public insurance, see, e.g., 26 U.S.C. §§ 1402(g), 3127, and for members of religious orders required to take a vow of poverty, see, e.g., 26 U.S.C. § 3121(r)."" (emphasis added)

And in summary, the "MEMORANDUM" in the last paragraph states:

""The depth and breadth of constitutional and statutory protections for religious observance and practice in America confirm the enduring importance of religious freedom to the United States. They also provide clear guidance for all those charged with enforcing federal law: The free exercise of religion is not limited to a right to hold personal religious beliefs or even to worship in a sacred place. It encompasses all aspects of religious observance and practice. **To the greatest extent practicable and permitted by law, such religious observance and practice should be reasonably accommodated in all government activity, including employment, contracting, and programming.** See Zorach v. Clauson, 343 U.S. 306, 314 (1952) ("[Government] follows the best of our traditions ... [when it] respects the religious nature of our people and accommodates the public service to their spiritual needs.")."" (emphasis added)

Wherefore, I can find no authority in law for the Secretary of State to refuse my passport renewal application. Therefore, I respectfully request that my passport renewal application be immediately approved and that the renewed passport be sent to me.

Sincerely,

*William M. Pakosz*

**William Mitchell Pakosz**

WMP/dac

Enclosures
1) Timeline of Correspondence with Exhibits 1-21 and Exhibit of Commissioner of SSA statement of SSN identification procedure for religious objectors.

cc:  American Christian Liberty Society

p. 12

**United States District Court,**
**District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**C.**

Request for Religious Accommodation to Pompeo
**Timeline of Correspondence**

**Attachment 1 - Pages 13 - 17**

P/13

## Timeline of Correspondence for Passport Renewal

William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443

Re:   Passport Renewal Application 284901802 & Request for Religious
       Accommodation & Administrative Hearing

Submitted herein with enclosures is the timeline of my correspondence with
Secretaries, Tillerson and Pompeo and the passport agency:

August 16, 2017:
I submitted my application to renew my passport that was originally issued
December 11, 2007.  In keeping with the renewal application instructions, I
submitted my passport with the renewal application.  My application for
passport renewal was sent with a request for religious accommodation and a
note in the SSN block, "Religious Prohibition 42 USC 2000bb."  (Exhibit 1)

September 1, 2017:
The Passport Processing Center in Sterling Virginia sent a letter requesting
me to provide a Social Security Number or sign an affidavit regarding a third
party's records.  I have no first hand knowledge of a third party's record to
make an affidavit of mine valid, a third party's records are irrelevant, with
no OMB Number I am not required to answer (5 cfr 1320), and I requested
religious accommodation in keeping with the provisions of law.  (Exhibit 2)

September 8, 2017:
I sent a letter explaining that I was requesting a religious accommodation
and that it is necessary and was accommodated by the State Department
previously. (Exhibit 3)

September 22, 2017:
The Passport Processing Center in Sterling Virginia sent a letter explaining
that my passport application "may" be denied, but not that it "must" be
denied if I "willfully, intentionally, negligently, or recklessly" provides an
incorrect or invalid social security number.  None of those things applied to
my application. (Exhibit 4)

October 3, 2017:
I reiterated my request for a passport renewal to Secretary of State Rex
Tillerson.  I enclosed with that request to renew my passport my recent
passport, the September 22, 2017 denial letter, and the letter I had sent to
Secretary of State Condoleezza Rice the first time my passport was
approved with a religious accommodation. (Exhibit 5)

P.14

November 10, 2017:
I reiterated my request for my passport renewal in a letter to Secretary of State Rex Tillerson.  (Exhibit 6)

January 12, 2018:
I called the National Passport Center phone number, 877-487-2778 and spoke to David.  I explained my difficulty in obtaining a passport under 42 USC 2000 bb and he recommended to wait for a phone call from the passport center.  Geno called me and gave me instructions to (1) reapply for a passport at the National Passport Center and (2) attempt to get the expired passport back from Secretary of State Rex Tillerson's office that I sent on the October 3, 2017.

January 13, 2018:
I supplied another passport application as directed by Geno from the National Passport Processing Center to renew my passport that was originally issued #434370467.  I paid the fee again.  Nobody ever told me about a process for appeal, only to reapply and pay again. (Exhibit 7)

January 13, 2018:
I wrote a letter to Secretary of State Rex Tillerson's office asking them to return the original passport that I had mailed to him with my request for religious accommodation.  (Exhibit 8)

February 2, 2018:
I contacted the passport office again at 202-485-6373 and spoke to Cheryl Muzzo.  I sent with my letter, DS11 passport renewal form and DS64 lost or stolen passport form because I was told to do so.  I sent 4 of my past passports.  I also reiterated my request for religious accommodation. (Exhibit 9)

February 12, 2018:
I was contacted by Susan from the U.S. Department of State National Passport Center who told me that I send in a Social Security Statement Form.

February 14, 2018:
In reply to Susan's request of February 12, 2018, I sent a letter to the National Passport Center reiterating my request for religious accommodation and referencing the two docket numbers that were assigned to my case, 286329363 and 284901802.  I included the affidavit form that they requested, expressing specifically my convictions of religion.  (Exhibit 10)

*p. 15*

March 22, 2018:
I sent a follow-up letter and a reiteration of my request for religious accommodation. (Exhibit 11)

April 2, 2018:
The United States Department of State, National Passport Center, Sterling, Virginia, sent an unsigned letter to me from the "Customer Service Department" stating that I had submitted a passport application on January 15, 2018.  "You submitted a passport application that did not provide your correct social security number."  The letter then stated that they request "that you provide your Social Security Number."  Notwithstanding my request for religious accommodation, the letter from the Customer Service Department stated, "Therefore, a U.S. passport cannot be issued to you and your passport is denied."  I have no way of knowing who it is at the passport center in Sterling, Virginia that is violating the law.  The statute cited as an authority only says that a passport "may" be denied under circumstances that do not apply to me or my situation.  I was not told of any appeal process.  (Exhibit 12)

April 12, 2018:
I replied to the denial letter pointing out that I had also sent other information to verify my identity.  I sent information that explains the SSN offence against religion in a document called "The Mark of The Beast... It Is Here, Now". (Exhibit 13)

April 12, 2018:
I submitted an information to Senator Duckworth asking him to do anything that he could to help me.

May 8, 2018:
I wrote directly to the Secretary of State, Mike Popeo, with a copy of my application for passport that I sent on January 15, 2018 with a copy of my letter to Senator Duckworth and a copy of a U.S. District court document where my religious accommodation was upheld for the sake of voting. (Exhibit 14)

June 26, 2018:
I wrote a letter to Senator Dick Durbin asking him to intervene. (Exhibit 15)

August 30, 2018:
I wrote to the National Passport Center in Sterling, Virginia, pointing out that I had responded to their denial letter in a timely fashion.  I requested the name of the Authorizing Officer (As defined in 22CFR§51.1) who is approving or disapproving my passport.  I requested information that ought to be

P.16

provided according to the Freedom Of Information Act.  Customer Service Department is not the Authorizing Officer.  I also requested the means of appeal.  (Exhibit 16)

October 2, 2018:
The National Passport Center in Portsmouth, New Hampshire sent a letter saying they are returning documents to me without saying which they were returning, for what reason. (Exhibit 17)

November 16, 2018:
I wrote to that same National Passport Center in Portsmouth, New Hampshire and I requested an Administrative Hearing under Section 51.70, a Written Determination signed by the Administrative Officer or his Delegate covering 42 USC 2000bb and Executive Order 13798, and answer to my Freedom Of Information Request. (Exhibit 18)

November 20, 2018:
I sent a letter again to the Secretary of State Mike Pompeo asking for a religious accommodation request regarding my passport application. (Exhibit 19)

December 4, 2018:
The National Passport Center in Sterling, Virginia responded and said that they sent my request to the Bureau of Consular Affairs, Passport Services, Office of Legal Affairs.  (Exhibit 20)

December 12, 2018:
I sent a letter to the office of legal affairs reminding them that I was seeking a religious accommodation.  (Exhibit 21)

p. 17

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*        )
                                       )
        *Plaintiffs*                   )        Case No: 19-CV-2316-RC
                                       )
        v.                             )
                                       )
Michael Richard Pompeo, *Et al.*       )
                                       )
        *Defendants*                   )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**D.**

**August 16, 2017 Passport Renewal Application**

**Attachment 1 - Pages 18 - 20**

*P. 18*

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 09-30-2019
ESTIMATED BURDEN: 40 MIN

**Attention: Read WARNING on page 1 of instructions**
**Please Print Legibly Using Black Ink Only**

**Please select the document(s) for which you are applying:**

☒ U.S. Passport Book          ☐ U.S. Passport Card          ☐ Both
The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ Regular Book (Standard)          ☐ Large Book (Non-Standard)

**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name Last**
PAKOSZ

☐ D   ☐ O   ☐ DP DOTS Code _____
End. # _____          Exp. _____

**First**
William

**Middle**
Mitchell

**2. Date of Birth** *(mm/dd/yyyy)*
09 08 1940

**3. Sex**
M ☒ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*
Harvey, Illinois 60443

**5. Social Security Number**
Religious
Prohibition 42 USC 2000 bbl

**6. Email** *(Info alerts offered at travel.state.gov)*
WPaKosz @Yahoo.com

**7. Primary Contact Phone Number**
708 228 1850

**8. Mailing Address: Line 1:** Street/RFD#, P.O. Box, or URB.
P.O. Box 25 Matteson, Illinois 60443

**Address Line 2:** Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of - Jane Doe, Apt # 100)

**City**
Matteson

**State**
IL.

**Zip Code**
60443

**Country, if outside the United States**

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. N.A.          B.

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card
Pakosz, William Mitchell

Most recent passport book number
434370467

Issue date *(mm/dd/yyyy)*
12/11/2007

Most recent passport card number

Issue date *(mm/dd/yyyy)*

**11. Name Change Information** *Complete if name is different than last U.S. passport book or passport card*

☐ Changed by Marriage          Place of Name Change *(City/State)*          Date *(mm/dd/yyyy)*

☐ Changed by Court Order

*Please submit a certified copy. (Photocopies are not accepted!)*

**CONTINUE TO PAGE 2**

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

X _William Mitchell Pakosz_          _16 August 2047_
**Applicant's Legal Signature**          **Date**

**FOR ISSUING OFFICE ONLY**     ☐ PPT BK C/R  ☐ PPT BK S/R  ☒ PPT CD C/R  ☐ PPT CD S/R

☐ Marriage Certificate     Date of Marriage/Place Issued:

☐ Court Order     Date Filed/Court:

From _____

To: _____

☐ Other:
☐ Attached:

For Issuing Office Only ➤ Bk Fee_____  Cd Fee_____  EF_____  Postage_____  Other_____

* DS 82 A 08 2013 1 *

DS-82 01-2017          Page 1 of 2

P.19

**Name of Applicant** (Last, First & Middle)

ŁAKOSZ , William Mitchell

**Date of Birth** (mm/dd/yyyy)

09/08/1940

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School (If applicable) |
|---|---|---|---|---|
| 5'11" | Blonde | Blue | Dental | N.A. |

**17. Additional Contact Phone Numbers**

708-228-1856

Home ☒ Cell
Work

Home ☐ Cell ☐
Work

**18. Permanent Address:** If P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address.

Street/RFD # or URB (No P.O. Box)

1110 Cloquet Ave

Apartment/Unit

City

Cloquet

State **MN**   Zip Code **55720**

**19. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.

Name

Dolores Joan Łakosz

Address: Street/RFD # or P.O. Box

P.O. Box 25

Apartment/Unit

City

Matteson

State **IL.**   Zip Code **60443**

Phone Number **708-253-2730**

Relationship **Spouse**

**20. Travel Plans**

Departure Date (mm/dd/yyyy)   Return Date (mm/dd/yyyy)   Countries to be visited

## STOP! YOU HAVE COMPLETED YOUR APPLICATION
### BE SURE TO SIGN AND DATE PAGE ONE

## WHERE DO I MAIL THIS APPLICATION?

**If applying in the United States or Canada:**

**FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY, or TX):
National Passport Processing Center
P.O. Box 640155
Irving, TX 75064-0155

**FOR ROUTINE SERVICE** (If you live in any other state or Canada):
National Passport Processing Center
P.O. Box 90155
Philadelphia, PA 19190-0155

**FOR EXPEDITED SERVICE** (Additional Fee, any state or Canada):
National Passport Processing Center
P.O. Box 90955
Philadelphia, PA 19190-0955

Because of the sensitivity of the enclosed documents, Passport Services recommends using trackable mailing service when submitting your application.

**If applying outside the United States or Canada:**

United States citizens residing outside the U.S. or Canada CANNOT submit this form to domestic addresses listed above. Such applicants should visit www.usembassy.gov to find the nearest U.S. Embassy or Consulate for procedures for applying outside the United States.

DS-82 01-2017

* DS 82 A 08 2013 2 *

Page 2 of 2

P. 20

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*    )
                              )
    *Plaintiffs*             )          Case No: 19-CV-2316-RC
                              )
      v.                 )
                              )
Michael Richard Pompeo, *Et al.*   )
                              )
    *Defendants*           )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**E.**

**September 1, 2017, Passport Center SSN Affidavit Form**

**Attachment 1 - Pages 21-22**

*p. 21*



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

September 1, 2017

William Mitchell Pakosz
PO Box 25
Matteson, IL 60443

RE: 286329363

Dear Mr. Pakosz:

Thank you for your recent passport application.

However, your Social Security Number was not provided on your passport application. Please provide your Social Security Number by clearly writing it in the spaces provided below.

_____ - \_\_\_\_ - _____

If you have never been issued a Social Security Number, please submit a signed statement under penalty of perjury to that effect or use the following:

To whom it may concern.

I _____ (print full name) declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration.

Executed on: _____
(DATE)

Signature: _____
(Sign using full name as indicated on the passport application)

To assist with processing your application, we must receive the requested information <u>within</u> <u>**ninety (90) days of the date shown on this letter.**</u> If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY/TDD: 1-888-874-7793)

P. 22

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*                    )
                                                   )
            *Plaintiffs*                           )              Case No: 19-CV-2316-RC
                                                   )
                    v.                             )
                                                   )
Michael Richard Pompeo, *Et al.*                   )
                                                   )
            *Defendants*                           )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**F.**

**September 8, 2017, Reiteration of Request for Religious Accommodation**

**Attachment 1 - Pages 23-24**

p,23

National Passport Center/Dept of State

44132 Mercure Cir/ PO Box 1108

Sterling, Virginia  20166-1108

William Mitchell Pakosz

PO Box 25 , Matteson, Illinois 60443

8 September 2017

Dear Sir or Madam,

I received you letter of 1 September 2017 and to which I respond.

I'm enclosing letters/documents useful to you and my spouse if she were to elect Religious Accommodation for entry into our National Veteran Cemeteries. Our family consisted of eight children and four were boys. Naturally , when called to duty, they served and one was killed in Action and rests in St. Avold, France. It would be a pity if I and my spouse would be denied entry in our National Cemeteries simply because I followed the Scriptures (Revelations) which Prohibits the use of the Beast Number (the Social Security Number). So I ask you, Do you need a Social Security Number to be within our National Cemeteries for Veterans of Foreign Wars ???

I'm enclosing a letter written to Condooleezza Rice, Secretary of State, by David Carmichael . Within , it mentions  42 USC 2000bb and request for Religious Accommodation which was granted, but I request, what would be a Governmental "compelling interest" to prevent me from visiting my brother's gravesite at St. Avold, France, if you decided to deny my request ???

Regarding clarification about having a valid SS number in my past, It was a shame that I was directed by an adult , and being ten to thirteen years of age, to make a contract and receive a number. Under Illinois State Law, minors are prohibited to enter into a valid contract. Even the Social Security Administration admits that parents must approve of a contract prior to receiving a number. Even a child does not know meaning of a Religious Prohibition and what's meant in being Numbered.  Then, how about the Adult when recognizing that something is wrong when everything requires a Number . In some mysterious way God reveals the meaning of being numbered and his condemnation of its practice. There is a price to being numbered and we refer to it as being God's Damn Number and what will happen if we disobey. I am NOT a number,  I am  William Mitchell Pakosz.

Under 42 USC 2000bb a request for Religious Accommodation was granted by (1) Secretary of State, Condoleezza Rice, (2) the FBI, and (3) the National Personnel Records Center.  I am enclosing each reply that demonstrate the lack of  S.S.  numbers indicating the Law has standing and recognition of Religious Accommodation.

I hope the enclosures have been helpful.

Sincerely,

P. 24

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*     )
                             )
     *Plaintiffs*           )      Case No: 19-CV-2316-RC
                             )
       v.               )
                             )
Michael Richard Pompeo, *Et al.*  )
                             )
     *Defendants*        )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**G.**

**September 22, 2017, Unsigned Denial Letter**
**From Passport Office In Sterling, Virginia**

**Attachment 1 - Pages 25-26**

*p. 25*



United States Department of State

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

September 22, 2017

William Mitchell Pakosz
PO Box 25
Matteson, IL 60443

RE: 286329363

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on **August 16, 2017**. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On **September 1,2017**, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

Enclosure(s):
Passport #434370467

P. 26

**United States District Court,**
**District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**H.**

**October 3, 2017, Reiterated Request For Religious Accommodation**

**Attachment 1 - Pages 27-28**

p,27

Rex Tillerson

Secretary of State

U. S. Department of State

2201 C Street N.W.

Washington, D.C. 20520

William Mitchell Pakosz

P.O. Box 25 , Matteson, Illinois 60443

3 October 2017

Re: Requesting Religious Accommodation under

42 USC 2000bb

Dear Secretary Tillerson,

I'm writing to you and requesting Religious Accommodation under 42 USC 2000bb for Passport.

I applied for Passport in August 2017 and requested Religious Accommodation in my application signed 16 August 2017. Since, the National Passport Center in Sterling, Virginia has rejected my application because I did not use a Social Security Number in my application. Before, a request was made to Secretary of State Condoleezza Rice and she granted the request.

Would you be so kind as to do the same and grant Religious Accommodation under 42 USC 2000bb.

Thank you.                                                      Sincerely,


William Mitchell Pakosz

Enclos:

Recent Passport

Letter of Denial 22 September 2017

My letter of 8 September 2017

Letter to Secretary of State , Condoleezza Rice

p. 28

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*      )
                         )
      *Plaintiffs*          )       Case No: 19-CV-2316-RC
                         )
         v.            )
                         )
Michael Richard Pompeo, *Et al.*    )
                         )
      *Defendants*      )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**I.**

**November 10, 2017 New Submission of Application**
**as Directed By National Passport Center**

**Attachment 1 - Pages 29-30**

p. 29

Secretary of State Rex Tillerson

U.S. Department of State

2201 C Street   N.W.

Washington, D.C.  20520

William Mitchell Pakosz

P.O. Box 25,  Matteson, IL. 60443

10 November  2017

Dear Secretary Rex Tillerson,

I recently wrote you on 3 October 2017 regarding my passport ( 434370467 ) being denied because of my religious objection of not being associated with a Social Security Number.

In the past I was given a passport without a Social Security Number by Secretary of State C. Rice and she granted the request. By law, 42 USC 2000bb was acceptable in granting that request.

I have not received a response from you nor have I been sent a passport from the National Passport center.

May I request from you, Secretary Of State  Rex Tillerson, to have you issue a passport without a Social Security Number through the National Passport Center and citing 42 USC 2000bb.

I thank you in advance.

Sincerely,


William Mitchell Pakosz

P. 30

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*     )
                              )
     *Plaintiffs*             )        Case No: 19-CV-2316-RC
                              )
       v.               )
                              )
Michael Richard Pompeo, *Et al.*     )
                              )
     *Defendants*          )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**J.**

**January 13, 2018 New Submission of Application**
**and Request for Religious Accommodation**

**Attachment 1 - Pages 31-35**

*p. 31*

National Passport Center

44132 Mercure Circle   P.O. Box1108

Sterling, Virginia  20166-1108

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois  60443

13 January 2018

Dear Sir or Madam,

RE: 286329363

      Early yesterday ( 12 January 2018 ) I called  877-487-2778 and spoke to David and explained my difficulty in  obtaining a passport under 42 USC 2000 bb and he recommended to wait for a phone call from the passport center.

      I received a call from Geno who gave me instructions to  ( 1 ) reapply for a passport at the National Passport Center and  ( 2  ) attempt to get the expired passport back from Secretary of State Rex Tillerson's office that I sent on the 3rd of October 2017 ( letter enclosed ).

      As directed by Geno,  I am enclosing that application for Passport and letter to Secretary of State Rex Tillerson requesting the expired Passport ( # 434370467 ) be returned.

Sincerely,

William Mitchell Pakosz

Enclos:

Passport Application

Letter of 13 Jan. 2018 to office of Sec. of State' Tillerson

Letters of  3rd October 2017 showing enclosure of Passport to Tillerson's office

Letter of 10 November 2017 to Sec of State Rex Tillerson

P.32

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 12-31-2016
ESTIMATED BURDEN: 40 MIN

**Please Print Legibly Using Black Ink Only**

**Attention: Read WARNING on page 1 of instructions**
**Please select the document(s) for which you are applying:**

☒ U.S. Passport Book   ☐ U.S. Passport Card   ☐ Both

The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ 28 Page Book (Standard)   ☐ 52 Page Book (Non-Standard)

**Note:** The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name Last**

PAKOSZ

☐ D   ☐ O   ☐ DP   DOTS Code _____
End. # _____   Exp. _____

**First**

WiLLiAM

**Middle**

**2. Date of Birth** *(mm/dd/yyyy)*

09 08 1940

**3. Sex**   M / ☒ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

HARVEY, ILLINOIS 60443

**5. Social Security Number**

42USC200066 Religious Prohibition

**6. Email Address** *(e.g., my_email@domain.com)*

WPAKOSZ @ Yahoo.com

**7. Primary Contact Phone Number**

708 228 1850

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

PO BOX 25 MATTESON ILLINOIS 60443

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City**

MATTESON

**State**

IL

**Zip Code**

60443

**Country, if outside the United States**

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. N. A.
B.

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card

PAKOSZ, WiLLiAM MiTCHELL

**Most recent passport book number**

434370467

**Issue date** *(mm/dd/yyyy)*

12/11/2007

**Most recent passport card number**

**Issue date** *(mm/dd/yyyy)*

**11. Name Change Information** *Complete if name is different than last U.S. passport book or passport card*

Changed by Marriage   Place of Name Change *(City/State)*   Date *(mm/dd/yyyy)*

Changed by Court Order

Please submit a certified copy. **(Photocopies are not accepted!)**

STAPLE / STAPLE
2" x 2" / 2" x 2"
FROM 1" TO 1 3/8"
STAPLE / STAPLE

Attach a color photograph taken within the last six months

**━━━ CONTINUE TO PAGE 2 ━━━**

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on the reverse side of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

x   William Mitchell Pakosz
**Applicant's Legal Signature**

13 January 2018
**Date**

**FOR ISSUING OFFICE ONLY**   ☐ PPT BK C/R   ☐ PPT BK S/R   ☐ PPT CD C/R   ☐ PPT CD S/R

☐ Marriage Certificate   Date of Marriage/Place Issued: _____

☐ Court Order   Date Filed/Court: _____

From _____

To: _____

☐ Other: _____

☐ Attached: _____

For Issuing Office Only ➤ Bk Fee_____   Cd Fee_____   EF_____   Postage_____   Other_____

\* DS 82 A 08 2013 1 \*

DS 82 08 2013

Page 1 of 2

P. 33

...e of Applicant *(Last, First, & Middle)*    ~~William~~ Pakosz, William Mitchell    Date of Birth *(mm/dd/yyyy)*    8 Sept 1940

**10. Parental Information**

Mother/Father/Parent - First & Middle Name    Josephine    Last Name *(at Parent's Birth)*    Nowarolnik ?

Date of Birth *(mm/dd/yyyy)*    03 04 1896    Place of Birth    Galetzia    Sex    U.S. Citizen?    Male    X Yes    X Female    No

Mother/Father/Parent - First & Middle Name    Peter    Last Name *(at Parent's Birth)*    Pakosz

Date of Birth *(mm/dd/yyyy)*    07 19 1894    Place of Birth    Ruthenia    Sex    U.S. Citizen?    X Male    X Yes    Female    No

**11. Have you ever been married?**    Yes    No    *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse    Dolores Joan    Date of Birth *(mm/dd/yyyy)*    09 11 1942    Place of Birth    Chicago

U.S. Citizen?  X Yes  No    Date of Marriage *(mm/dd/yyyy)*  06/27/1964    Have you ever been widowed or divorced?  Yes  X No    Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**    708 228 1850    Home  X Cell  Work    **13. Occupation** *(if age 16 or older)*  Dental    **14. Employer or School** *(if applicable)*

**15. Height**  5'11"    **16. Hair Color**  Blonde    **17. Eye Color**  Blue    **18. Travel Plans**  Departure Date *(mm/dd/yyyy)*    Return Date *(mm/dd/yyyy)*    Countries to be Visited

**19. Permanent Address** - If P.O. Box is listed under Mailing Address *or* if residence is different from Mailing Address.

Street/RFD # or URB *(No P.O. Box)*    P.O. Box 25 / 3900 & 216    Apartment/Unit

City    Matteson    State  IL    Zip Code  60443

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name    Cheryl O'Lear    Address: Street/RFD # or P.O. Box    128 East 7 ~~Steet~~ Street    Apartment/Unit

City    Lockport    State  IL    Zip Code  60441    Phone Number  ~~815~~ 815-828-2320    Relationship  Daughter

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?**  X Yes    No    *If yes, complete the remaining items in #21.*

Name as printed on your most recent passport book    William Mitchell Pakosz    Most recent passport book number  434370467    Most recent passport book issue date *(mm/dd/yyyy)*  11 Dec 2007

Status of your most recent passport book:    Submitting with application    Stolen  X Lost    In my possession *(if expired)*

Name as printed on your most recent passport card    Most recent passport card number    Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card:    Submitting with application    Stolen    Lost    In my possession *(if expired)*

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence _____

☐ Birth Certificate  SR  CR  City  Filed:    Issued:

☐ Nat. / Ctz. Cert. USCIS  USDC  Date/Place Acquired:    A#

☐ Report of Birth    Filed/Place:

☐ Passport  C/R  S/R  Per PIERS  #DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S    * DS 11 A 09 2013 2 *

DS-11   06-2016

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

**Attention:** Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:

☒ U.S. Passport Book   ☐ U.S. Passport Card   ☐ Both
This U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ Regular Book (Standard)   ☐ Large Book (Non-Standard)
**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name Last**

P a K o s z

☐ D   ☐ O   ☐ Dep DOTS _____

**First**

W i l l i A M

End. # _____   Exp. _____

**Middle**

M i t c h e l l

**2. Date of Birth** *(mm/dd/yyyy)*   **3. Sex**   **4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

09 08 1940   M / ☒ F

H a r v e y   I l l i N o i s   60443

**5. Social Security Number**

Religious Prohibition → 42 USC 2000bb-1

**6. Email** *(Info alerts offered at travel.state.gov)*

@

**7. Primary Contact Phone Number**

708 228 1850

**8. Mailing Address: Line 1:** Street/RFD#, P.O. Box, or URB.

P.O. Box 25

**Address Line 2:** Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City**

M a t t e s o N

**State**

I L

**Zip Code**

60443

**Country, if outside the United States**

**i. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

**B.**

## STOP! CONTINUE TO PAGE 2
## DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (If identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name _____

Issue Date *(mm/dd/yyyy)* _____   Exp. Date *(mm/dd/yyyy)* _____   State of Issuance _____

ID No _____   Country of Issuance _____

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (If identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name _____

Issue Date *(mm/dd/yyyy)* _____   Exp. Date *(mm/dd/yyyy)* _____   State of Issuance _____

ID No _____   Country of Issuance _____

STAPLE   FROM 1" TO 1 3/8"   2" X 2"   STAPLE

2" x 2"   Attach a color photograph taken within the last six months

☐ Acceptance Agent   ☐ (Vice) Consul USA
☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (if applicable)

Facility ID Number

x _____
**Applicant's Legal Signature - age 16 and older**

Facility Name/Location

Agent IQ Number

x _____
**Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)**

Signature of person authorized to accept applications

Date

x _____
**Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)**

06-2016

* DS 11 A 09 2013 1 *

P. 35

**United States District Court,**
**District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**K.**

**January 13, 2018, Letter to Secretary Tillerson to Return My Passport**

**Attachment 1 - Pages 36-37**

p. 36

Secretary of State Rex Tillersons ' Office

U.S. Department of State

2201 C Street  NW

Washington, D.C. 20520

William Mitchell Pakosz

P.O. Box  25,

Matteson, Illinois  60443

13 January 2018

RE: Requesting Return of My Passport  ( # 434370467 )

Dear Sir or Madam,

 I wrote a letter to Secretary of State Rex Tillerson on the 3rd of October 2017 ( Copy Enclosed ) and enclosed my Passport.  I did not receive a response to my letter nor return of that passport.

 That Passport is needed by the National Passport Center so I may reapply for a new one. Geno at the Center,  877-487-2778 , said to request that the Passport be returned.

 The number associated with my case is  286329363.

     Thank you.       Sincerely,

                  William Mitchell Pakosz

Copy to:

National Passport Center

44132 Mecre Circle

PO Box 1108

Sterling, Virginia 20166-1108

P.37

**United States District Court,**
**District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *Et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 19-CV-2316-RC |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Richard Pompeo, *Et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**L.**

**February 2, 2018 Copy of New Passport Application DS11**
**Submission and Lost or Stolen Passport Form DS64**

**Attachment 1 - Pages 38-42**

*P. 38*

US Department of State  National Passport Center

44132 Mercure Cir  P.O. Box 1108

Sterling, Va.  20166- 1108

William Mitchell Pakosz

P. O. Box  25

Matteson, Illinois 60443

2 February 2018

Dear Sir or Madam,

RE: 286329363 and 284901802

     In my last letter I enclosed a copy of a letter to Secretary of State Tillerson's office requesting that my recent passport (4343370467) be returned.  I spoke with Cheryl Muzzo (202-485-6373) and she did some checking and without any positive results but indicated that the item may be returned to you.

     As far as a Social Security Number, I do Not use one or have one because it is Prohibited within the Bible, Book of Revelations. Religious Accommodation is available in the Statutes at  42 United States Code 2000bb-1 (copy enclosed). I can make an AFFIDAVIT to that effect and send you David Carmichael supporting letter as to my conviction. Do you want me to do that ?

     I am enclosing DS 11  with 4 of my past Passports, one of which is prior to the one which is at - Secretary of State Tillersons office. DS 64 is also included.

     Geno said he sent directions about 42 USC 2000bb to you I believe his numbers originated from (603) 422-0000 and (202) 647-2977 and  (202) 647 8183.  I am to call there at a later time.

     Thank you.

Sincerely,

*William Mitchell Pakosz*

William Mitchell Pakosz

*p.39*



**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 06/30/2016
ESTIMATED BURDEN: 10 Minutes

## STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

### IMPORTANT NOTICE

A U.S. citizen may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Unit. See page one of this form for more information.

Please select the document (or documents) which you are reporting and its status.

**U.S. Passport Book**  ☒ Lost   ☐ Stolen

**U.S. Passport Card**  ☐ Lost   ☐ Stolen

### 1. IDENTIFYING INFORMATION: Type or print legibly in black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| Pakosz | William | Mitchell |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.
No

Sex ☐ Female ☒ Male

Date of Birth (mm-dd-yyyy): Sept-08-1940

Place of Birth (City & State if in U.S. or City & Country): Harvey, Illinois

Social Security Number: None 42 USC 2000bb
Religious PROHIBITION

Current Address (Street, City, State, and ZIP Code)
P.O. Box 25 Matteson, Illinois 60443

Telephone Number (708) 228-1850

Alternative Telephone Number ( )

E-mail Address

### 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☐ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen.
Sent to Rex Tillerson Secretary of State requesting Religious Accommodation under 42 USC 2000bb-1 FREE Exercise of Religion. Protected. Never received a Response. Nor

Did you file a police report? ☐ Yes ☒ No   Passport Returned. Sent on 3 Oct 2017. Copies enclosed.

Explain where the loss or theft occurred. Provide Address if known (City and State, if in the U.S., or City and Country as it is presently known) And made part of DS 64.

On what date was your U.S. passport book/card lost or stolen? (mm-dd-yyyy). If unknown, when was the last time you remember it in your possession?
3 Oct 2017

List your lost or stolen U.S. Passport Book:
Number: 434370467   Issue Date (mm/dd/yyyy): 11 Dec 2007

List your lost or stolen U.S. Passport Card:
Number:   Issue Date: (mm/dd/yyyy):

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☒ No

If yes, how many times? _____   Approximate time frame? _____   Did you file a police report? ☐ Yes ☒ No

### 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) That I have read and understood the warning on page one of this form; 2) The information furnished herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) If I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy, or U.S. consulate abroad.

William Mitchell Pakosz
**Legal Signature - age 16 or older or Parent/Guardian if under age 16**

2 Feb 2018
**Date (mm/dd/yyyy)**

**Legal Signature - Parent/Guardian if under age 16**

**Date (mm/dd/yyyy)**

Both parents or guardians of a child younger than 16 years old must sign this form when submitting on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

**Applicant** *(Last, First, & Middle)*
Pakosz, William Mitchell

**Date of Birth** *(mm/dd/yyyy)*
8 Sept 1940

**J. Parental Information**

**Mother/Father/Parent – First & Middle Name**
Josephine

**Last Name** *(at Parent's Birth)*
Nowarolnik ?

**Date of Birth** *(mm/dd/yyyy)*
03 04 1896

**Place of Birth**
Galetzia

**Sex** Male ☐  Female ☒

**U.S. Citizen?** Yes ☐  No ☒

**Mother/Father/Parent – First & Middle Name**
Peter

**Last Name** *(at Parent's Birth)*
Pakosz

**Date of Birth** *(mm/dd/yyyy)*
07 19 1894

**Place of Birth**
Ruthenia

**Sex** Male ☒  Female ☐

**U.S. Citizen?** Yes ☒  No ☐

**11. Have you ever been married?** Yes ☐  No ☐  *If yes, complete the remaining items in #11.*

**Full Name of Current Spouse or Most Recent Spouse**
Dolores Joan

**Date of Birth** *(mm/dd/yyyy)*
09 11 1942

**Place of Birth**
Chicago

**U.S. Citizen?** Yes ☒  No ☐

**Date of Marriage** *(mm/dd/yyyy)*
06/27/1964

**Have you ever been widowed or divorced?** Yes ☐  No ☒

**Widow/Divorce Date** *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**
708 228 1850  Home ☐  Cell ☒  Work ☐

**13. Occupation** *(if age 16 or older)*
Dental

**14. Employer or School** *(if applicable)*

**15. Height**
5'11"

**16. Hair Color**
Blonde

**17. Eye Color**
Blue

**18. Travel Plans**
Departure Date *(mm/dd/yyyy)*   Return Date *(mm/dd/yyyy)*   Countries to be Visited

**19. Permanent Address** - *If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.*
Street/RFD # or URB *(No P.O. Box)*
P.O. Box 25 / 3400 W 216

**Apartment/Unit**

**City**
Matteson

**State**
IL

**Zip Code**
60443

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

**Name**
Cheryl O'Lear

**Address: Street/RFD # or P.O. Box**
128 East 7 Street Street

**Apartment/Unit**

**City**
Lockport

**State**
IL

**Zip Code**
60441

**Phone Number**
#815-828-2320

**Relationship**
Daughter

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** Yes ☒  No ☐  *If yes, complete the remaining items in #21.*

**Name as printed on your most recent passport book**
William Mitchell Pakosz

**Most recent passport book number**
434370467

**Most recent passport book issue date** *(mm/dd/yyyy)*
11 Dec 2007

**Status of your most recent passport book:** Submitting with application ☐  Stolen ☐  Lost ☒  In my possession *(if expired)* ☐

**Name as printed on your most recent passport card**

**Most recent passport card number**   **Most recent passport card issue date** *(mm/dd/yyyy)*

**Status of your most recent passport card:** Submitting with application ☐  Stolen ☐  Lost ☐  In my possession *(if expired)* ☐

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

☐ Birth Certificate  SR   CR   City   Filed:   Issued:

☐ Nat. / Citz. Cert. USCIS  USDC  Date/Place Acquired:   A#

☐ Report of Birth   Filed/Place:

☐ Passport  C/R  S/R  Per PIERS  #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S

* DS 11 A 09 2013 2 *

DS-11   08-2016

P4(

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions.
Please select the document(s) for which you are applying:

☒ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
This U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)
Note: The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

**1. Name Last**

Pakosz

☐ D  ☐ O  ☐ Dep  DOTS _____

**First**

William

End. # _____    Exp. _____

**Middle**

Mitchell

**2. Date of Birth** *(mm/dd/yyyy)*

09 08 1940

**3. Sex**
M ☐
F ☒

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

Harvey Illinois 60443

**5. Social Security Number**

Religious Prohibition →42 USC 2000bb-i

**6. Email** *(info alerts offered at travel.state.gov)*

@ _____

**7. Primary Contact Phone Number**

708 228 1850

**8. Mailing Address: Line 1:** Street/RFD#, P.O. Box, or URB.

P.O. Box 25

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of – Jane Doe, Apt # 100)

**City**

Matteson

**State**

IL

**Zip Code**

60443

**Country, if outside the United States**

**i.** List all other names you have used. *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

**B.**

## STOP! CONTINUE TO PAGE 2
### DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☐ Driver's License    ☐ State Issued ID Card    ☐ Passport    ☐ Military    ☐ Other _____

Name

Issue Date *(mm/dd/yyyy)*    Exp. Date *(mm/dd/yyyy)*    State of Issuance

ID No    Country of Issuance

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)**

☐ Driver's License    ☐ State Issued ID Card    ☐ Passport    ☐ Military    ☐ Other _____

Name

Issue Date *(mm/dd/yyyy)*    Exp. Date *(mm/dd/yyyy)*    State of Issuance

ID No    Country of Issuance

Attach a color photograph taken within the last six months

FROM 1" TO 1 3/8"
2" x 2"    2" x 2"
STAPLE    STAPLE

☐ Acceptance Agent    ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (if applicable)

Facility ID Number

X _____
Applicant's Legal Signature - age 16 and older

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Facility Name/Location

Agent ID Number

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Signature of person authorized to accept applications    Date

Issuing Office Only → Bk ___ Card ___ EF ___ Postage ___ Execution ___ Other ___

* DS 11 A 09 2013 1 *

06-2016

P.42

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*        )
                                 )
      *Plaintiffs*             )       Case No: 19-CV-2316-RC
                                 )
          v.              )
                                 )
Michael Richard Pompeo, *Et al.*    )
                                 )
      *Defendants*           )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**M.**

**February 14, 2018, Reiteration of Religious Accommodation Request**
**With Signed Affidavit Form**

**Attachment 1 - Pages 43-44**

p.43

National Passport Center

207 International Drive

Portsmouth, N.H. 03801

Dear Sir or Madam,

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois  60443

14 February 2018

RE: 286329363 , 284901802

    On 12 February 2018 the National Passport Center ( Susan) requested that I send in a Social Security Statement Form,  executed on 12 February 2018 and enclosed and find within.  As mentioned, previously I was granted Religious Accommodation by Secretary of State C. Rice and recently my request had been directed to our present Secretary of State Rex Tillerson office which ended in vain.  Is it possible that the National Passport Center can request my Religious Accommodation to Rex Tillerson office or President Trump ?  Mr. Trump  made a statement earlier this month that the Freedom of Expression is being fully protected. It is also expressed in 42 USC 2000bb.

        Thank you.

Sincerely,

William Mitchell Pakosz

Enclos

Cert Mail 7015....7383

p.44

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*          )
                                         )
          *Plaintiffs*                   )          Case No: 19-CV-2316-RC
                                         )
               v.                        )
                                         )
Michael Richard Pompeo, *Et al.*         )
                                         )
          *Defendants*                   )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**N.**

**March 22, 2018 Reiteration of Religious Accommodation Request**

**Attachment 1 - Pages 45-46**

*P. 45*

National Passport Center

207 International Drive

Portsmouth, N.H.  03801

William Mitchell Pakosz

P.O.  Box 25

Matteson, Illinois  60443

Dear  Sir or Madam,

22  March  2018

RE: 286329363 , 284901802

I thought it would be proper to inquire about the passport application. I tried using the telephone several times but received a message that my phone can 't be used when dialing your number. I know you have had bad weather due to the "NorEasterner". I suspect this weather may have been the problem.

I am enclosing the correspondence of the 2nd of February and 14th of February of this year 2018 and making an offer of the Source of the Belief to which I hold or why I should Not be numbered with the Beast.  Let me offer you the proof of the of my conviction.

Thank you.

Sincerely,

William Mitchell Pakosz

Cert. Mail # 7015.....7505

P.4

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*          )
                                         )
           *Plaintiffs*                  )          Case No: 19-CV-2316-RC
                                         )
              v.                         )
                                         )
Michael Richard Pompeo, *Et al.*         )
                                         )
           *Defendants*                  )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**O.**

**April 2, 2018 Unsigned Denial Letter From Passport Office In Sterling, Virginia**

**Attachment 1 - Pages 47-48**

p. 47



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

April 2, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on 1/15/2018. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On 1/23/18, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

p.48

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*                    )
                                                    )
           *Plaintiffs*                             )           Case No: 19-CV-2316-RC
                                                    )
                  v.                                )
                                                    )
Michael Richard Pompeo, *Et al.*                   )
                                                    )
           *Defendants*                             )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**P.**

**April 12, 2018 Response to Denial, Reiteration of Religious Accommodation Request**
**and The Mark of the Beast Pamphlet**

**Attachment 1 – Pages 49-52**

p. 49

National  Passport Center

207 International Drive

Portsmouth, N.H.  03801

Dear Sir or Madam,

William M. Pakosz

P.O. Box  25

Matteson, Illinois 60443

12  April 2018

RE: 284901802

There must be some mistake.  I received a second denial from the NPC at Sterling, Virginia.

I followed out the directions from your office at Portsmouth, N.H. and was encouraged to follow through with additional steps to make my identity known.

It isn't my nature to express my religious burdens from the past  but I was seeking Religious Accommodation so I may freely exercise as to the Guarantee as to Article 1. A lack of Passport is important especially when one is denied by the State of Illinois for either State ID or Driver's License. I am enclosing p.35 for your understanding of  **A MARK OF OBEDIENCE to GOD.**

Thank you.

Sincerely,

William Pakosz

Enclos: p35  **THE MARK OF THE BEAST...IT IS HERE, NOW**



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

**April 2, 2018**

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on 1/15/2018. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On 1/23/18, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

p.51

## A MARK OF OBEDIENCE

We begin now to see that the MARK of the beast involves a point of OBEDIENCE—whether we shall OBEY GOD, or reject the commandment of God and obey MAN's rule.

It has something to do, then, with the COMMANDMENT OF GOD!

Notice, there are, in general, two classes—one has the MARK, the other rejects it and is martyred. Notice now the description of those who *refuse* this evil MARK: "Here is the patience of the saints: here are *they that keep the commandments* of God, and the faith of Jesus" (Revelation 14:12).

There it is! In verses 9-11 of this chapter, the third angel warns that those who have the mark of the beast shall be punished by the plagues of God. In the next verse, the 12th, the saints who do *not* have the mark are those who KEEP THE COMMANDMENTS OF GOD. Those who have the mark, therefore, are those who refuse to keep the commandments of God. The MARK of the beast, therefore, involves a rejection of the COMMANDMENTS OF GOD, or of one of them, for if we break one we are guilty of all (James 2:10).

So, one class of people accepts the MARK of the beast.

The other class keeps the commandments of God.

## A MARK OF DISOBEDIENCE

Hence, *whatever* the mark of the beast may be, it means disobedience to GOD's government—to the commandments of God.

Here's further proof—here are they who get victory over this mark:

Revelation 15:2-3: "And I saw as it were a sea of glass mingled with fire: and them that had gotten the victory over the beast, and over his image, and over his mark, and over the number of his name, stand on the sea of glass, having the harps of God. And they sing the song of Moses the servant of God, and the song of the Lamb, saying, Great and marvellous are thy works, Lord God Almighty; just and true are THY WAYS, thou King of saints."

This corresponds to the children of Israel, delivered from Egyptian bondage under Moses. Moses was a type of Christ.

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*       )
                                    )
       *Plaintiffs*                    )        Case No: 19-CV-2316-RC
                                    )
           v.                     )
                                    )
Michael Richard Pompeo, *Et al.*    )
                                    )
       *Defendants*                 )

## PLAINTIFF PAKOSZ NOTICE AND DEMAND

## ATTACHMENT 1

## Q.

**May 8, 2018 Letter to Mike Pompeo, Secretary of State,**
**Reiterating Request for Religious Accommodation**

**Attachment 1 - Pages 53-70**

*p.53*

**The Honorable Mike Pompeo**

Secretary of State

U.S. Department of State

 Via :

**National Passport Processing Center**

207 International Dr.

Portsmouth, N.H. 03801

William Mitchell Pakosz

P. O. Box  25

Matteson, Illinois 60443

8  May  2018

**Re:** Failure to Issue Passport / Executive Order 13798

Mr. Secretary,

  I have been denied twice by the National Processing Center to obtain a Passport, mainly because I do Not wish to be identified by a Social Security Number which is in disobedience to God and the Scriptures thereto.

  The denials are a contradiction to **42 USC 2000bb** and the efforts of  Attorney Jeff Sessions through the implementation process letter to establish a Memorandum ( executive order 13798- 4 May 2017 ) ; and the **Memorandum For All Executive Departments And Agencies** dated 6 Oct 2017.

  The National Processing Center had to be aware of those **Federal Law Protections for Religious Liberty** as I repeatedly referred to 42 USC 2000bb in correspondence with them.

  Previously I was given a Passport without a Social Security Number through **Secretary of State C. Rice** and a letter from our spiritual leader **David Alan Carmichael**. It was through Carmichael's Cause of Action that the United States Government acknowledged and recognized that you do  Not have to be identified by a Social Security Number, and that Principle of Law is expressed in :

  David Alan Carmichael vs  United States , 298 F3d. 1367, U.S.Ct. App. ( Fed. Cir.,Aug 2002 ); 66 Fed. Cl. 115, U.S. Ct. Fed. Cl. (2005).

  In my Cause of Action the Social Security Number played a role and I was denied the **Right To Vote**. The Cook County Clerk demanded an Illinois Driver's License to register to vote. Going back in time, I was denied an Illinois Driver's License because I did Not want to be numbered / associated with a Social Security Number. The State of Illinois does NOT provide any identification, State ID or Illinois State Driver's License, to anyone who does Not want to be associated with a Social Security Number :

  William Pakosz vs  County Clerk Orr and Sec. of State Mayer 06C5992 ( U.S. District Court / Northern District of Illinois )

*p.54*

Secretary of State Mike Pompeo (8May 2018)   p.2


I have rescinded and cancelled and made void my name with the application with the Social Security Administration as was done when I was a minor and the fraud thereto.

Would you grant me Religious Accommodation under the Federal Law Protections for Religious Liberty so I may have a Passport without a Social Security Number being associated with my name.

Thank You and may God bless you  with Wisdom in guiding this Nation forward.

Sincerely,


William Mitchell Pakosz

Enclos:

My Application for Passport (1-15-2018) within the letter to Senator Duckworth dated 12 April 2018 which also includes denial letter from the National Passport Center ( 2 April 2018 ).

My Cause of Action in Federal Court: William Pakosz vs  County Clerk Orr and SS Mayer 06C5992

p. 55

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

WILLIAM PAKOSZ,

    Plaintiff,

    -vs-

MICHAEL ORR,
Cook County Clerk, and

MICHAEL MAYER,
Director, Secretary of State's Office,

    Defendants.

RECEIVED

NOV 02 2006

Michael W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. MAGISTRATE JUDGE ASHMAN
06C 5992
JUDGE JOHN W. DARRAH

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

COMES NOW, William Pakosz, Plaintiff *pro se* who files this Complaint for denial of application for voter registration, and for this, states as follows:

### JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to Title 42 United States Code   Section 1983, this being a complaint against Illinois government officials.

2. Venue is proper, since the acts complained of, took place in the Northern District of Illinios.

*P.56*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 5992 | DATE | 11/6/2006 |
| CASE TITLE | William Pakosz vs. David Orr, Cook County Clerk, Michael Mayer, Director, Secretary of State's Office | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for a Temporary Restraining Order is granted. Defendants are ordered to accept Plaintiff's voter registration application and issue a voter's registration card so that Plaintiff may vote on a provisional ballot in the November 7, 2006 election. Status hearing set for November 14, 2006 at 9:00 a.m.

■ [For further details see text below.]                                                      Docketing to mail notices.

## STATEMENT

Plaintiff, William Pakosz, moving *pro se*, alleges that he was denied the right to register to vote, in violation of 42 U.S.C. § 1983. Plaintiff alleges that Defendants, David Orr (the Cook County Clerk) and Michael Mayer (the Director of the Secretary of State's Office) wrongly prevented Plaintiff from registering to vote. This matter comes before the Court on the eve of election on Plaintiff's Motion for a Temporary Restraining Order.

Plaintiff asserts that he complied with the Illinois voter registration guidelines, at 10 Ill. Comp. Stat. 5/4-10, which provides: "The registration officer shall require the applicant to furnish two forms of identification . . . one of which must include his or her residence address. These forms of identification shall include, but not be limited to, any of the following: driver's license, social security card, public aid identification card, utility bill, employee or student identification card, credit card, or a civic, union or professional association membership card." by providing for identification two utility bills, a library card, and a letter from U.S. Senator Richard Durbin. However, Plaintiff was denied the right to register to vote because he did not have a state-issued photo identification.

The Court has considered: (1) whether Plaintiff has a reasonable likelihood of success on the merits; (2) whether the Plaintiff has an adequate remedy at law and/or would be irreparably harmed if the injunction did not issue; (3) whether the threatened injury to Plaintiff outweighs the threatened harm an injunction would inflict on the Defendants; and (4) whether the granting of a preliminary injunction serves the public interest. *Faheem-El v. Klincar*, 841 F.2d 712, 716 (7th Cir.1988) (en banc).

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

**Attention: Read WARNING on page 1 of instructions**

**Please select the document(s) for which you are applying:**

☒ U.S. Passport Book   ☐ U.S. Passport Card   ☐ Both
The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ Regular Book (Standard)   ☐ Large Book (Non-Standard)

**Note:** The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D ☐ O ☐ Dep  DOTS _____
End. # _____   Exp. _____

**1. Name Last**

Pakosz

**First**

William

**Middle**

Mitchell

**2. Date of Birth** *(mm/dd/yyyy)*

09 08 1940

**3. Sex**
M ☒ F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

Harvey Illinois 60443

**5. Social Security Number**

Religious Prohibition → 42 USC 2000bb-1

**6. Email** *(Info alerts offered at travel.state.gov)*

@

**7. Primary Contact Phone Number**

708 228 1850

**8. Mailing Address: Line 1:** Street/RFD#, P.O. Box, or URB.

P.O. Box 25

**Address Line 2:** Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. *(e.g., In Care Of - Jane Doe, Apt # 100)*

**City**

Matteson

**State**

IL

**Zip Code**

60443

**Country, if outside the United States**

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A.

B.

---

STAPLE   STAPLE

FROM 1" TO 1 3/8"

2" x 2"   2" x 2"

STAPLE   STAPLE

Attach a color photograph
taken within the last six months

☐ Acceptance Agent   ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

**Name of courier company (if applicable)**

**Facility Name/Location**

**Facility ID Number**

**Agent ID Number**

**Signature of person authorized to accept applications**

**Date**

## STOP! CONTINUE TO PAGE 2
**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line** *(if identifying minor)*

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name

Issue Date *(mm/dd/yyyy)*   Exp. Date *(mm/dd/yyyy)*   State of Issuance

ID No   County of Issuance

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line** *(if identifying minor)*

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other _____

Name

Issue Date *(mm/dd/yyyy)*   Exp. Date *(mm/dd/yyyy)*   State of Issuance

ID No   County of Issuance

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

X _____
Applicant's Legal Signature - age 16 and older

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

For Issuing Office Only ➝ Bk _____  Card _____  EF _____  Postage _____  Execution _____  Other _____

* DS 11 A 09 2013 1 *

DS-11   06-2016

Page 1 of 2

P. 58

e of Applicant *(Last, First, & Middle)*    William Pakosz, William Mitchell

Date of Birth *(mm/dd/yyyy)*    8 Sept 1940

**10. Parental Information**
Mother/Father/Parent - First & Middle Name    Josephine

Last Name *(at Parent's Birth)*    Nowarolnik ?

Date of Birth *(mm/dd/yyyy)*    03 04 1896    Place of Birth    Galetzia

Sex    Male    Female X

U.S. Citizen?    Yes X    No

Mother/Father/Parent - First & Middle Name    Peter

Last Name *(at Parent's Birth)*    Pakosz

Date of Birth *(mm/dd/yyyy)*    07 19 1894    Place of Birth    Ruthenia

Sex    Male X    Female

U.S. Citizen?    Yes X    No

**11. Have you ever been married?**    Yes    No    *If yes, complete the remaining items in #11.*
Full Name of Current Spouse or Most Recent Spouse    Dolores Joan

Date of Birth *(mm/dd/yyyy)*    09 11 1942    Place of Birth    Chicago

U.S. Citizen?    Yes X    No    Date of Marriage *(mm/dd/yyyy)*    06/27/1964

Have you ever been widowed or divorced?    Yes    No X    Widow/Divorce Date *(mm/dd/yyyy)*

**12. Additional Contact Phone Number**    708 228 1850    Home    Cell X    Work

**13. Occupation** *(if age 16 or older)*    Dental

**14. Employer or School** *(if applicable)*

**15. Height**    5'11"    **16. Hair Color**    Blonde    **17. Eye Color**    Blue

**18. Travel Plans**
Departure Date *(mm/dd/yyyy)*    Return Date *(mm/dd/yyyy)*    Countries to be Visited

**19. Permanent Address** - If P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address.
Street/RFD # or URB *(No P.O. Box)*    P.O. Box 25 /3900 W 216    Apartment/Unit

City    Matteson    State    IL    Zip Code    60443

**20. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*
Name    Cheryl O'Lear    Address: Street/RFD # or P.O. Box    128 East 7 Steet Street    Apartment/Unit

City    Lockport    State    IL    Zip Code    60441    Phone Number    815-828-2320    Relationship    Daughter

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?**    Yes X    No    *If yes, complete the remaining items in #21.*
Name as printed on your most recent passport book    William Mitchell Pakosz    Most recent passport book number    434370467    Most recent passport book issue date *(mm/dd/yyyy)*    11 Dec 2007

Status of your most recent passport book:    Submitting with application    Stolen    Lost X    In my possession *(if expired)*
Name as printed on your most recent passport card    Most recent passport card number    Most recent passport card issue date *(mm/dd/yyyy)*

Status of your most recent passport card:    Submitting with application    Stolen    Lost    In my possession *(if expired)*

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence _____

☐ Birth Certificate    SR    CR    City    Filed:    Issued:

☐ Nat. / Citz. Cert. USCIS    USDC    Date/Place Acquired:    A#

☐ Report of Birth    Filed/Place:

☐ Passport    C/R    S/R    Per PIERS    #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz ☐ P/C of ID ☐ DS-71 ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5525 ☐ PAW ☐ NPIC ☐ IRL ☐ Citz W/S

* DS 11 A 09 2013 2 *

P.59



**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 06/30/2016
ESTIMATED BURDEN: 10 Minutes

## STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

### IMPORTANT NOTICE

A U.S. citizen may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Unit. See page one of this form for more information.

Please select the document (or documents) which you are reporting and its status.

**U.S. Passport Book** ☒ Lost  ☐ Stolen     **U.S. Passport Card** ☐ Lost ☐ Stolen

### 1. IDENTIFYING INFORMATION: Type or print legibly in black ink in white areas only.

Last Name: *Pakosz*  First Name: *William*  Middle Name: *Mitchell*

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued. *No*

Sex: ☐ Female ☒ Male  Date of Birth: *Sept-08-1940*  Place of Birth: *Harvey, Illinois*  Social Security Number: *None 42USC2000bb* *Religious PROHIBITION*

Current Address: *P.O. Box 25 Matteson, Illinois 60443*

Telephone Number: *(708) 228-1850*  Alternative Telephone Number: ( )  E-mail Address:

### 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☐ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen. *Sent to Rex Tillerson Secretary of State requesting Religious Accommodation under 42 USC 2000bb-1 FREE Exercise of Religion. Protected. Never received a Response Nor Passport Returned. Sent on 3 Oct 2017. Copies enclosed.*

Did you file a police report? ☐ Yes ☒ No

Explain where the loss or theft occurred. *Not Made PART OF DS-64.*

On what date was your U.S. passport book/card lost or stolen? *3 Oct 2017*

List your lost or stolen U.S. Passport Book: Number: *434370467* Issue Date: *11 Dec 2007*

List your lost or stolen U.S. Passport Card: Number: Issue Date:

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☒ No

If yes, how many times?  Approximate time frame?  Did you file a police report? ☐ Yes ☒ No

### 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) That I have read and understood the warning on page one of this form; 2) The information furnished herein is correct and complete; 3) I have not given my U.S. passport book or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) If I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy, or U.S. consulate abroad.

Legal Signature - age 16 or older or Parent/Guardian if under age 16: *William Mitchell Pakosz*  Date: *2 Feb 2018*

Legal Signature - Parent/Guardian if under age 16:  Date:

Both parents or guardians of a child younger than 16 years old must sign this form when submitting on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

DS-64 06-2015  Page 2 of 2  *P.60*



U.S. Senator Tammy Duckworth

524 Hart Senate Office Building

Washington, D.C.  20510

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443

12  April  2018

Dear  Senator Duckworth,                     Re: Religious Accommodation / Passport

By the dog tag, it is true I am a Veteran of the Vietnam era.

I'm writing regarding my inability to gain a Passport without being MARKED by the Beast. I have enclosed p.35 from a religious publication which gives you an idea of my obedience to obey God rather than Man's rule.

When applying for a Passport I enclosed 42 USC 2000bb which allows for a Passport without using a Social Security number ( The MARK ). I applied twice and was denied twice by the Passport Agency. Ten years ago  I applied for a Passport without a SS number ( The MARK of the Beast ) and I was granted a Passport  thanks to Condoleezza Rice (then US Secretary of State) and Brother David Alan Carmichael who was forced out of the Navy and asked to Resign because he no longer wished to be identified by the MARK of the Beast (the SS#).

Having no Illinois State ID or Illinois State Driver's License the US PASSPORT has been my major identifier when going to the Doctor, the Hospital, or when called upon to pick up my Granddaughter at school. Irrespective of Illinois State's denial to give me a ID or driver's license I heavily have relied on the possession of the US Passport to make my identity known.

My experience has been that both the Federal Government and the State of Illinois have laws protecting the Freedom of Religion and yet in practice they don't seem to exist.

Thank you for anything you may do in my behalf.          Sincerely,

William Mitchell Pakosz

Enclos: p.35 and other correspondence for App. for US Passport

P.61

## A MARK OF OBEDIENCE

We begin now to see that the MARK of the beast involves a point of OBEDIENCE—whether we shall OBEY GOD, or reject the commandment of God and obey MAN'S rule.

It has something to do, then, with the COMMANDMENT OF GOD!

Notice, there are, in general, two classes—one has the MARK, the other rejects it and is martyred. Notice now the description of those who *refuse* this evil MARK: "Here is the patience of the saints: here are *they that keep the command-ments* of God, and the faith of Jesus" (Revelation 14:12).

There it is! In verses 9-11 of this chapter, the third angel warns that those who have the mark of the beast shall be pun-ished by the plagues of God. In the next verse, the 12th, the saints who do *not* have the mark are those who KEEP THE COM-MANDMENTS OF GOD. Those who have the mark, therefore, are those who refuse to keep the commandments of God. The MARK of the beast, therefore, involves a rejection of the COMMANDMENTS OF GOD, or of one of them, for if we break one we are guilty of all (James 2:10).

So, one class of people accepts the MARK of the beast.

The other class keeps the commandments of God.

## A MARK OF DISOBEDIENCE

Hence, *whatever* the mark of the beast may be, it means dis-obedience to GOD'S government—to the commandments of God.

Here's further proof—here are they who get victory over this mark:

Revelation 15:2-3: "And I saw as it were a sea of glass min-gled with fire: and them that had gotten the victory over the beast, and over his image, and over his mark, and over the number of his name, stand on the sea of glass, having the harps of God. And they sing the song of Moses the servant of God, and the song of the Lamb, saying, Great and marvellous are thy works, Lord God Almighty; just and true are THY WAYS, thou King of saints."

This corresponds to the children of Israel, delivered from Egyptian bondage under Moses. Moses was a type of Christ.

*P.62*

Cornell Law School

U.S. Code › Title 42 › Chapter 21B › § 2000bb-1

# 42 U.S. Code § 2000bb-1 - Free exercise of religion protected

(a) In general

Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.

(b) Exception

Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person—

(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest.

(c) Judicial relief

p.63



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

April 2, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on 1/15/2018. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On 1/23/18, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

p.64

National Passport Center

207 International Drive

Portsmouth, N.H.  03801

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois  60443

Dear Sir or Madam,

14  February  2018

RE: 286329363 ,  284901802

On 12 February 2018 the National Passport Center ( Susan) requested that I send in a Social Security Statement Form,  executed on 12 February 2018 and enclosed and find within.  As mentioned, previously I was granted Religious Accommodation by Secretary of State C. Rice and recently my request had been directed to our present Secretary of State Rex Tillerson office which ended in vain.  Is it possible that the National Passport Center can request my Religious Accommodation to Rex Tillerson office or President Trump ?  Mr. Trump  made a statement earlier this month that the Freedom of Expression is being fully protected. It is also expressed in 42 USC 2000bb.

Thank you.

Sincerely,

*William Mitchell Pakosz*

William Mitchell Pakosz

Enclos

Cert Mail 7015....7383

P. 65

**IN ADDITION**, we have reviewed the identification that was presented with your application.

However, your Social Security Number was not provided on your passport application. Please provide your Social Security Number by clearly writing it in the spaces provided below.

_____ - ___ - _____

If you have never been issued a Social Security Number, please submit a signed statement under penalty of perjury to that effect or use the following:

To whom it may concern,

I _William Mitchell Pakosz_ (print full name) declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration *and since vowed to abstain and distance myself thus making known as to its voidness and cancellation. My conscious actions and objection to being numbered is my obedience (Book of Revelation) and pleasing to God. I do not have or use a Social Security Number.*

Executed on: _____ (DATE) *12 February 2016*

Signature: _William Mitchell Pakosz_

(Sign using full name as indicated on the passport application)

To assist with processing your application, we must receive the requested information **within ninety (90) days of the date shown on this letter.** If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY/TDD: 1-888-874-7793)

**For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE**

Sincerely,

Customer Service Department

*p.66*

# American Christian Liberty Society
*Where The Spirit of The Lord Is, There is Liberty*

20 March 2007

Condoleezza Rice
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC  20520

Re:   William Pakosz Request For Religious Accommodation Relating To Application
For A United States Passport

Dear Secretary Rice,

Mr. William Pakosz has asked me to write to you on his behalf to provide
information regarding the obligations and practices of his Christian religion on the
occasion of his requesting a religious accommodation.

William is a member of our Christian fellowship where I am the Principal Minister.
I have spent many hours with William discussing his religious convictions.  I interviewed
him with the intent of determining whether or not he is truly sincere, whether his beliefs
are Biblically based, and whether his lifestyle and actions are consistent with his
professed convictions.  I am certain that Brother William Pakosz is sure that the Social
Security Number is a manifestation of the "number" of the beast as referred to in the
book of Revelation, beginning in chapter 13.  I am certain that he is under the conviction
that he is prohibited from identifying with the Social Security Number.  I am certain that
to William, identifying with the Social Security Number is in affect denying loyalty to
Jesus Christ for the sake of loyalty to the Anti-Christ.  According to the Bible, denying
Christ guarantees eternal damnation.  Brother William is motivated to abstain from the
number of the beast on the basis of his sense of duty to Almighty God.

I am aware of Brother William Pakosz family situation and have found through
interviewing him and his wife he is not a dead-beat dad and does not have any child
support obligations.  His abstention from associating with the number of the beast
(SSN) is not motivated from some tax avoidance preference or to dodge some other
lawful or legal obligation that might be related to associating with a Social Security
Number.

Brother William desires to obtain a passport that would enable him to travel
abroad for the sake of fulfilling the great commission of the Christian religion, to go into
all the world, preaching the gospel, baptizing in the name of the Father, the Son and the
Holy Spirit, and teaching the world to observe all things that the Lord Jesus Christ has
commanded us.  On the passport, there is a field reserved for a Social Security
Number.  Mr. Pakosz cannot associate himself with a Social Security Number since
doing so commits a grievous and damnable sin.

P. 67

Mr. Pakosz is wholly devoted to observing his obligation to not associate with the number of the beast, Social Security Number. It is demonstrated in every area of his life where he is challenged to embrace that number. He suffers harm daily as a cost of His devotion to the Lord Jesus Christ as he obey's the Lord's edict regarding abstention from associating with the number of the beast.

Both Mr. Pakosz and I are aware that the United States has enacted the Religious Freedom Restoration Act, codified at 42 USC §2000bb. It reminds me of a Biblical parallel. In Daniel, Chapter 1, Daniel and his three friends made a religious accommodation request. Daniel had purposed in his heart that he would not defile himself with the King's delicacies. The Bible Pentateuch has very strict dietary mandates that Daniel and his friends were obligated to adhere to. Their conviction is much like Brother William Pakosz's. He has purposed in his heart that he will not defile himself with the number of the beast in accordance with the Biblical mandate. When Daniel approached his superior, the king's steward, the king's steward said that he feared punishment from the king if he did not enforce the king's dietary edict upon Daniel and his friends. Firstly, the king's steward referenced the fact that a law existed trying to indicate that he was compelled to enforce the dietary program. However, he then went on to explain to Daniel what the "interest" of government was concerning the king's menu. The "interest of government" was to ensure that "those men" who were on the king's staff were fed adequately to make sure they were healthy in body and appearance so that they would be fit to serve the king.

As I read the Federal Religious Freedom Restoration Act, I see that the government must have a "compelling governmental interest" to the "person." In Daniel's situation, the law did apply to him as a "person." Never-the-less, Daniel requested to see if there was a "less restrictive means" to accomplish the "governmental interest." Daniel showed that the "governmental interest" could be accomplished without having Daniel and his friends violate their faith obligations. Both Daniel and the entire Babylonian kingdom benefited from the accommodation of the religious practices of Daniel and his friends.

It seems that the Lord God Almighty has preserved a path of justice for Brother William Pakosz through the means of the Federal Religious Freedom Restoration Act. Brother William suffers for his conviction to abstain from associating with the number of the beast just as Daniel showed that he was willing to suffer rather than betray his obligations to Almighty God. Hundreds of generations of men have been encouraged by the just application of law in Daniel's situation. It would be a tragedy and travesty of justice if that same right application of law is not rendered in Brother William Pakosz's request to have a passport issued without his associating with the number of the beast (Social Security Number).

Therefore, please approve Brother William Pakosz's request for religious accommodation.

Respectfully yours,

David Alan Carmichael

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Condoleezza Rice
   Secretary of State
   US Dept. of State
   2201 C Street NW
   Washington, D.C. 20520

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 0810 0003 2111 1425

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

*For Religious Accommodation under 42 USC 2000bb*

Cornell Law School

U.S. Code › Title 42 › Chapter 21B › § 2000bb–1

# 42 U.S. Code § 2000bb–1 - Free exercise of religion protected

**(a) In general**
Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.

**(b) Exception**
Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person—

(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest.

**(c) Judicial relief**

P. 70

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*          )
                                         )
         *Plaintiffs*                    )          Case No: 19-CV-2316-RC
                                         )
              v.                         )
                                         )
Michael Richard Pompeo, *Et al.*         )
                                         )
         *Defendants*                    )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**R.**

**June 26, 2018 Letter To Senator Dick Durbin**

**Attachment 1 - Pages 71-76**

*/,71*

U.S. Senator Richard Durbin

Hart Senate Office Building                          William M. Pakosz

Washiington, D.C.  20510                            P.o. BOX  25

                                                    Matteson, Illinois 60443

                                                    26 June 2018

Dear Senator Durbin,                    Re: Religious Accommodation/ Passport

     I'm writing to you, being a Senator, and having been responsive to my past concerns about the misapplication of the Social Security Number when it comes to Religious Practice and 42 USC 2000 bb.

     The newly elected Senator from Illinois has NOT responded to my letter of 12 April 2018. I need not offer criticism but request that you read my letter to her  and letter to Secretary of State Mike Pompeo via the National Passport Center and other correspondence related to my inability to obtain a Passport without a Social Security Number as a Matter of Religious Practice.  42 USC 2000bb and the new Executive Order 13798 of 6 October 2017 clearly favors Religious Accommodation.

     The actions of the National Passport Center is a contradiction to the words of 42 USC 2000bb and Executive Order 13798 dated 6 October 2017.

     I urge you to establish a Congressional Commission to look into these Matters of Equal Protection as I know some individuals have been given Passports without a Social Security Number as I have from then Secretary of State C. Rice.

     Can you in light of Executive Order 13798 (6Oct.2017) and 42 USC 2000bb have the National Passport Center explain to you and Congress why they have NOT made an attempt to process applications favoring this minority group when it comes to their wish to be accommodated with a Passport that lacks a Social Security Number implanted into their document.

     Thank you and I await your response in regards to a Congressional Inquiry  and an explanation from the National Passport Center.

                                        Sincerely,

Cc: Attorney General Jeff Sessions

    American Christian Liberty Society        William M.  Pakosz

    Bro. David Alan Carmichael

P. 72

U.S. Senator Tammy Duckworth

524 Hart Senate Office Building                    William Mitchell Pakosz

Washington, D.C.  20510                            P.O. Box 25

                                                   Matteson, Illinois 60443

                                                   12  April  2018

Dear  Senator Duckworth,                 Re: Religious Accommodation / Passport

By the dog tag, it is true I am a Veteran of the Vietnam era.

I'm writing regarding my inability to gain a Passport without being MARKED by the Beast. I have enclosed p.35 from a religious publication which gives you an idea of my obedience to obey God rather than Man's rule.

When applying for a Passport I enclosed 42 USC 2000bb which allows for a Passport without using a Social Security number ( The MARK ). I applied twice and was denied twice by the Passport Agency. Ten years ago  I applied for a Passport without a SS number ( The MARK of the Beast ) and I was granted a Passport  thanks to Condoleezza Rice (then US Secretary of State) and Brother David Alan Carmichael who was forced out of the Navy and asked to Resign because he no longer wished to be Identified by the MARK of the Beast (the SS#)

Having no Illinois State ID or Illinois State Driver's License the US PASSPORT has been my major identifier when going to the Doctor, the Hospital, or when called upon to pick up my Granddaughter at school. Irrespective of Illinois State's denial to give me a ID or driver's license I heavily have relied on the possession of the US Passport to make my identity known.

My experience has been that both the Federal Government and the State of Illinois have laws protecting the Freedom of Religion and yet in practice they don't seem to exist.

Thank you for anything you may do in my behalf.          Sincerely,

                                                   William Mitchell Pakosz

Enclos: p.35 and other correspondence for App. for US Passport

P. 73

Case 1:19-cv-02316-RC   Document 53   Filed 12/03/20   Page 82 of 112

## A MARK OF OBEDIENCE

We begin now to see that the MARK of the beast involves a point of OBEDIENCE—whether we shall OBEY GOD, or reject the commandment of God and obey MAN's rule.

It has something to do, then, with the COMMANDMENT OF GOD!

Notice, there are, in general, two classes—one has the MARK, the other rejects it and is martyred. Notice now the description of those who *refuse* this evil MARK: "Here is the patience of the saints: here are *they that keep the command-ments* of God, and the faith of Jesus" (Revelation 14:12).

There it is! In verses 9-11 of this chapter, the third angel warns that those who have the mark of the beast shall be pun-ished by the plagues of God. In the next verse, the 12th, the saints who do *not* have the mark are those who KEEP THE COM-MANDMENTS OF GOD. Those who have the mark, therefore, are those who refuse to keep the commandments of God. The MARK of the beast, therefore, involves a rejection of the COMMANDMENTS OF GOD, or of one of them, for if we break one we are guilty of all (James 2:10).

So, one class of people accepts the MARK of the beast.

The other class keeps the commandments of God.

## A MARK OF DISOBEDIENCE

Hence, *whatever* the mark of the beast may be, it means dis-obedience to GOD's government—to the commandments of God.

Here's further proof—here are they who get victory over this mark:

Revelation 15:2-3: "And I saw as it were a sea of glass min-gled with fire: and them that had gotten the victory over the beast, and over his image, and over his mark, and over the number of his name, stand on the sea of glass, having the harps of God. And they sing the song of Moses the servant of God, and the song of the Lamb, saying, Great and marvellous are thy works, Lord God Almighty; just and true are THY WAYS, thou King of saints."

This corresponds to the children of Israel, delivered from Egyptian bondage under Moses. Moses was a type of Christ.



# Office of the Attorney General

## Washington, D.C. 20530

### October 6, 2017

MEMORANDUM FOR ALL EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:      THE ATTORNEY GENERAL

SUBJECT:   Federal Law Protections for Religious Liberty

The President has instructed me to issue guidance interpreting religious liberty protections in federal law, as appropriate. Exec. Order No. 13798 § 4, 82 Fed. Reg. 21675 (May 4, 2017). Consistent with that instruction, I am issuing this memorandum and appendix to guide all administrative agencies and executive departments in the execution of federal law.

### Principles of Religious Liberty

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of federal law. As James Madison explained in his Memorial and Remonstrance Against Religious Assessments, the free exercise of religion "is in its nature an unalienable right" because the duty owed to one's Creator "is precedent, both in order of time and in degree of obligation, to the claims of Civil Society."[1] Religious liberty is not merely a right to personal religious beliefs or even to worship in a sacred place. It also encompasses religious observance and practice. Except in the narrowest circumstances, no one should be forced to choose between living out his or her faith and complying with the law. Therefore, to the greatest extent practicable and permitted by law, religious observance and practice should be reasonably accommodated in all government activity, including employment, contracting, and programming. The following twenty principles should guide administrative agencies and executive departments in carrying out this task. These principles should be understood and interpreted in light of the legal analysis set forth in the appendix to this memorandum.

**1. The freedom of religion is a fundamental right of paramount importance, expressly protected by federal law.**

Religious liberty is enshrined in the text of our Constitution and in numerous federal statutes. It encompasses the right of all Americans to exercise their religion freely, without being coerced to join an established church or to satisfy a religious test as a qualification for public office. It also encompasses the right of all Americans to express their religious beliefs, subject to the same narrow limits that apply to all forms of speech. In the United States, the free exercise of religion is not a mere policy preference to be traded against other policy preferences. It is a fundamental right.

---

[1] James Madison, Memorial and Remonstrance Against Religious Assessments (June 20, 1785), *in* 5 THE FOUNDERS' CONSTITUTION 82 (Philip B. Kurland & Ralph Lerner eds., 1987).

Cornell Law School

U.S. Code › Title 42 › Chapter 21B › § 2000bb–1

# 42 U.S. Code § 2000bb–1 - Free exercise of religion protected

(a) In general

Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.

(b) Exception

Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person—

(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest.

(c) Judicial relief

**United States District Court,
District of Columbia**

David Alan Carmichael, *Et al.*      )
                                    )
      *Plaintiffs*             )       Case No: 19-CV-2316-RC
                                    )
         v.                 )
                                    )
Michael Richard Pompeo, *Et al.*   )
                                    )
      *Defendants*         )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**S.**

**August 30, 2018 Request for Appeal Processing, FOIA,
Reiteration of Religious Accommodation Request**

**Attachment 1 - Pages 77-92**

p, 77

7015 1730 0001 1274 7451

William M. Pakosz
P.O. Box 25
Matteson, Illinois  60443

August 30, 2018

United States Department of State
Via:  National Passport Center
44132 Mercure Circle
P.O. Box 1108
Sterling, Virginia  20166-1108

RE:  284901802

To The Passport Authorizing Officer of the enclosed U.S. State
Department Letter,

On April 12, 2018, I responded to your April 2, 2018 passport-renewal
denial letter in a timely fashion (Enclosure 1).  I pointed out that I was
**invoking protection of religion** for my right to not identify with a SSN
in keeping with the provisions of 42 USC §2000bb, *et seq.*

I also filed a timely response to the United States, Department of State,
Secretary (Enclosure 2).  In that letter, I pointed out both the RFRA and
the U.S. Attorney General's Memorandum for all Executive Departments
giving instruction on how to apply law protecting religion in matters
where your administrations conflict.

I have not received a reply from the national processing center nor have I
received a response from the office of the Secretary of State.

I need a determination on my request for accommodation of religion to
continue to be issued a passport without having to identify with a SSN.  I
cannot identify with such a number because of sincere and bona fide
religion, and such a requirement imposes a substantial burden on my
religion where it affects eternal judgment in negatively effects my eternal
reward according to the scriptures.

Please respond in a timely fashion **providing my renewed passport**.  If
you are unable to do so, provide:

1. The name of the Authorizing Officer (As defined in 22 CFR §51.1)
   who is approving or disapproving my passport.  (Customer Service
   Department is not the Authorizing Officer)

*P. 78*

2. If you are prohibited from providing that name, please provide the document that shows the prohibition. If it is indeed prohibited to show the name of the particular Authorizing Officer, then provide the documents or other records that list of names of Authorizing Officers of the particular passport processing office and their chain of authority. These things are requested in accordance with the Freedom Of Information Act, 5 USC §552.

3. The means of appeal, or documents, records, etc., that relate to the means of appeal and timelines.

You ought to approve my request because:

1. My passport is merely a renewal where communication by mail is authorized.

2. There is no evidence that someone is trying to steal my identity.

3. The approval of my request will conform to the U.S. Constitution Bill of Rights, the Religious Freedom Restoration Act, Executive Order 13798, and the U.S. Attorney General's "MEMORANDUM FOR ALL EXECUTIVE DEPART NTS AND AGENCIES: Federal Law Protections For Religious Liberty." *https://www.justice.gov/opa/press-release/file/1001891/download*

Thank you for your expeditious administration of the approval of my passport renewal request.

Sincerely,

William M. Pakosz

WMP/dac

Enclosures:

1) April 12, 2018, Case #284901802, Pakosz to National Processing Center

2) May 8, 2018, Case #284901802, Pakosz to U.S. Secretary of State

P.79

# Enclosure 1

### April 12 2018

### William M. Pakosz to National Passport Center
### (Including April 2, 2018 denial & RFRA citation)

National Passport Center

207 International Drive

Portsmouth, N.H.  03801                              William M. Pakosz

P.O. Box 25

Matteson, Illinois 60443

Dear Sir or Madam,                                      12 April 2018

RE: 284901802

There must be some mistake.  I received a second denial from the NPC at Sterling, Virginia.

I followed out the directions from your office at Portsmouth, N.H. and was encouraged to follow through with additional steps to make my identity known.

It isn't my nature to express my religious burdens from the past  but I was seeking Religious Accommodation so I may freely exercise as to the Guarantee as to Article 1. A lack of Passport is important especially when one is denied by the State of Illinois for either State ID or Driver's License. I am enclosing p.35 for your understanding of  **A MARK OF OBEDIENCE to GOD.**

Thank you.                                               Sincerely,

William Pakosz

Enclos: p35  **THE MARK OF THE BEAST...IT IS HERE, NOW**

*Denial letter next page.*

*encl 1 pl of 3*
*P. 81*



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

April 2, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on 1/15/2018. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On 1/23/18, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

encl 1 p.2of3
P.82

§ 2000bb-1 - Free exercise of religion protected | US La...          https://www.law.cornell.edu/uscode/text/42/2000bb-

Cornell Law School

U.S. Code › Title 42 › Chapter 21B › § 2000bb-1

# 42 U.S. Code § 2000bb-1 - Free exercise of religion protected

(a) In general

Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.

(b) Exception

Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person—

(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest.

(c) Judicial relief

# Enclosure 2

### May 8 2018

**William M. Pakosz to Mike Pompeo, U.S. Sec. of State
(Including April 12, 2018 letter to Senator Duckworth, Copy of portions
of Cause of Action in U.S. District Court, 2006)**

**The Honorable Mike Pompeo**

Secretary of State                                      William Mitchell Pakosz

U.S. Department of State                                P. O. Box 25

Via :                                                   Matteson, Illinois 60443

**National Passport Processing Center**                 8 May 2018

207 International Dr.            **Re: Failure to Issue Passport / Executive Order 13798**

Portsmouth, N.H. 03801


Mr. Secretary,

    I have been denied twice by the National Processing Center to obtain a Passport, mainly because I do Not wish to be identified by a Social Security Number which is in disobedience to God and the Scriptures thereto.

    The denials are a contradiction to **42 USC 2000bb** and the efforts of Attorney Jeff Sessions through the implementation process letter to establish a Memorandum ( executive order 13798- 4 May 2017 ) ; and the **Memorandum For All Executive Departments And Agencies** dated 6 Oct 2017.

    The National Processing Center had to be aware of those **Federal Law Protections for Religious Liberty** as I repeatedly referred to 42 USC 2000bb in correspondence with them.

    Previously I was given a Passport without a Social Security Number through **Secretary of State C. Rice** and a letter from our spiritual leader **David Alan Carmichael**. It was through Carmichael's Cause of Action that the United States Government acknowledged and recognized that you do Not have to be identified by a Social Security Number, and that Principle of Law is expressed in :

    David Alan Carmichael vs United States , 298 F3d. 1367, U.S.Ct. App. ( Fed. Cir.,Aug 2002 ); 66 Fed. Cl. 115, U.S. Ct. Fed. Cl. (2005).

    In my Cause of Action the Social Security Number played a role and I was denied the **Right To Vote**. The Cook County Clerk demanded an Illinois Driver's License to register to vote. Going back in time, I was denied an Illinois Driver's License because I did Not want to be numbered / associated with a Social Security Number. The State of Illinois does NOT provide any identification, State ID or Illinois State Driver's License, to anyone who does Not want to be associated with a Social Security Number :

    William Pakosz vs County Clerk Orr and Sec. of State Mayer 06C5992 ( U.S. District Court / Northern District of Illinois )

*encl 2, 1of 9*
*p. 85*

Secretary of State Mike Pompeo (8May 2018)  p.2


I have rescinded and cancelled and made void my name with the application with the Social Security Administration as was done when I was a minor and the fraud thereto.

Would you grant me Religious Accommodation under the Federal Law Protections for Religious Liberty so I may have a Passport without a Social Security Number being associated with my name.

Thank You and may God bless you  with Wisdom in guiding this Nation forward.

Sincerely,


William Mitchell Pakosz

Enclos:

My Application for Passport (1-15-2018) within the letter to Senator Duckworth dated 12 April 2018 which also includes denial letter from the National Passport Center ( 2 April 2018 ).

My Cause of Action in Federal Court: William Pakosz vs  County Clerk Orr and SS Mayer 06C5992


encl 2   2 of 8

p. 96



U.S. Senator Tammy Duckworth

524 Hart Senate Office Building

Washington, D.C.  20510

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443

12 April 2018

Dear  Senator Duckworth,                    Re: Religious Accommodation / Passport

By the dog tag, it is true I am a Veteran of the Vietnam era.

I'm writing regarding my inability to gain a Passport without being MARKED by the Beast. I have enclosed p.35 from a religious publication which gives you an idea of my obedience to obey God rather than Man's rule.

When applying for a Passport I enclosed 42 USC 2000bb which allows for a Passport without using a Social Security number ( The MARK ). I applied twice and was denied twice by the Passport Agency. Ten years ago  I applied for a Passport without a SS number ( The MARK of the Beast ) and I was granted a Passport  thanks to Condoleezza Rice (then US Secretary of State) and Brother David Alan Carmichael who was forced out of the Navy and asked to Resign because he no longer wished to be identified by the MARK of the Beast (the SS#).

Having no Illinois State ID or Illinois State Driver's License the US PASSPORT has been my major identifier when going to the Doctor, the Hospital, or when called upon to pick up my Granddaughter at school. Irrespective of Illinois State's denial to give me a ID or driver's license I heavily have relied on the possession of the US Passport to make my identity known.

My experience has been that both the Federal Government and the State of Illinois have laws protecting the Freedom of Religion and yet in practice they don't seem to exist.

Thank you for anything you may do in my behalf.           Sincerely,

William Mitchell Pakosz

Enclos: p.35 and other correspondence for App. for US Passport

encl 2, 3 of 4   P. 87

## A MARK OF OBEDIENCE

We begin now to see that the MARK of the beast involves a point of OBEDIENCE—whether we shall OBEY GOD, or reject the commandment of God and obey MAN's rule.

It has something to do, then, with the COMMANDMENT OF GOD!

Notice, there are, in general, two classes—one has the MARK, the other rejects it and is martyred. Notice now the description of those who *refuse* this evil MARK: "Here is the patience of the saints: here are *they that keep the command-ments* of God, and the faith of Jesus" (Revelation 14:12).

There it is! In verses 9-11 of this chapter, the third angel warns that those who have the mark of the beast shall be pun-ished by the plagues of God. In the next verse, the 12th, the saints who do *not* have the mark are those who KEEP THE COM-MANDMENTS OF GOD. Those who have the mark, therefore, are those who refuse to keep the commandments of God. The MARK of the beast, therefore, involves a rejection of the COMMANDMENTS OF GOD, or of one of them, for if we break one we are guilty of all (James 2:10).

So, one class of people accepts the MARK of the beast.

The other class keeps the commandments of God.

## A MARK OF DISOBEDIENCE

Hence, *whatever* the mark of the beast may be, it means dis-obedience to GOD's government—to the commandments of God.

Here's further proof—here are they who get victory over this mark:

Revelation 15:2-3: "And I saw as it were a sea of glass min-gled with fire: and them that had gotten the victory over the beast, and over his image, and over his mark, and over the number of his name, stand on the sea of glass, having the harps of God. And they sing the song of Moses the servant of God, and the song of the Lamb, saying, Great and marvellous are thy works, Lord God Almighty; just and true are THY WAYS, thou King of saints."

This corresponds to the children of Israel, delivered from Egyptian bondage under Moses. Moses was a type of Christ.

*encl 4 of 8*

*p. 88*

.e § 2000bb-1 - Free exercise of religion protected | US La...          https://www.law.cornell.edu/uscode/text/42/2000bb-

Cornell Law School

U.S. Code › Title 42 › Chapter 21B › § 2000bb-1

# 42 U.S. Code § 2000bb-1 - Free exercise of religion protected

**(a) In general**

Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.

**(b) Exception**

Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person—

(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest.

**(c) Judicial relief**

encl 2, 5of8

P.88



United States Department of State

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

April 2, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your passport request. Your passport application was submitted on 1/15/2018. You submitted a passport application that did not provide your correct Social Security Number.

Under the 22 U.S.C 2714a, a passport application may be denied if the applicant does not provide her/his Social Security Number or willfully, intentionally, negligently, or recklessly provides an incorrect or invalid Social Security Number.

On 1/23/18, we requested that you provide your Social Security Number. You either did not provide your Social Security Number or provided an incorrect or invalid Social Security Number. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

Sincerely,

Customer Service Department

*encl 2, 6 of 8*

*p. 98*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

WILLIAM PAKOSZ,

    Plaintiff,

    -vs-

MICHAEL ORR,
Cook County Clerk, and

MICHAEL MAYER,
Director, Secretary of State's Office,

    Defendants.

RECEIVED

NOV 02 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. MAGISTRATE JUDGE ASHMAN
06C 5992
JUDGE JOHN W. DARRAH

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

COMES NOW, William Pakosz, Plaintiff *pro se* who files this Complaint for denial of application for voter registration, and for this, states as follows:

### JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to Title 42 United States Code Section 1983, this being a complaint against Illinois government officials.

2. Venue is proper, since the acts complained of, took place in the Northern District of Illinios.

encl 2, 7of 9
P. 91

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 5992 | DATE | 11/6/2006 |
| CASE TITLE | William Pakosz vs. David Orr, Cook County Clerk, Michael Mayer, Director, Secretary of State's Office | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for a Temporary Restraining Order is granted. Defendants are ordered to accept Plaintiff's voter registration application and issue a voter's registration card so that Plaintiff may vote on a provisional ballot in the November 7, 2006 election. Status hearing set for November 14, 2006 at 9:00 a.m.

■ [For further details see text below.]                                    Docketing to mail notices.

### STATEMENT

Plaintiff, William Pakosz, moving *pro se*, alleges that he was denied the right to register to vote, in violation of 42 U.S.C. § 1983. Plaintiff alleges that Defendants, David Orr (the Cook County Clerk) and Michael Mayer (the Director of the Secretary of State's Office) wrongly prevented Plaintiff from registering to vote. This matter comes before the Court on the eve of election on Plaintiff's Motion for a Temporary Restraining Order.

Plaintiff asserts that he complied with the Illinois voter registration guidelines, at 10 Ill. Comp. Stat. 5/4-10, which provides: "The registration officer shall require the applicant to furnish two forms of identification . . . one of which must include his or her residence address. These forms of identification shall include, but not be limited to, any of the following: driver's license, social security card, public aid identification card, utility bill, employee or student identification card, credit card, or a civic, union or professional association membership card." by providing for identification two utility bills, a library card, and a letter from U.S. Senator Richard Durbin. However, Plaintiff was denied the right to register to vote because he did not have a state-issued photo identification.

The Court has considered: (1) whether Plaintiff has a reasonable likelihood of success on the merits; (2) whether the Plaintiff has an adequate remedy at law and/or would be irreparably harmed if the injunction did not issue; (3) whether the threatened injury to Plaintiff outweighs the threatened harm an injunction would inflict on the Defendants; and (4) whether the granting of a preliminary injunction serves the public interest. *Faheem-El v. Klincar*, 841 F.2d 712, 716 (7th Cir.1988) (en banc).

FILED

06C5992 William Pakosz. vs. David Orr, Cook County Clerk, Michael Mayer, Director, Secretary of State's Office                                    Page 1 of 2

encl 2, 8 of 8
p. 92

**United States District Court,
District of Columbia**

David Alan Carmichael, *Et al.*     )
                                 )

        *Plaintiffs*          )        Case No: 19-CV-2316-RC
                                 )

          v.              )
                                 )

Michael Richard Pompeo, *Et al.*  )
                                 )

        *Defendants*       )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**T.**

**October, 2, 2018 National Passport Processing Center
Returning Documents**

**Attachment 1 - Pages 93-94**

*P-23*



**United States Department of State**

*National Passport Center*
*207 International Drive*
*Portsmouth, New Hampshire 03801-6827*

October 2, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your request.  The documents you submitted to this office are being returned to you.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY/TDD: 1-888-874-7793)

**For general passport information, please visit us on-line at <u>travel.state.gov</u>.**

Sincerely,


Customer Service Department

*P. 94*

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*      )
                                )
      *Plaintiffs*               )      Case No: 19-CV-2316-RC
                                )
          v.                  )
                                )
Michael Richard Pompeo, *Et al.*    )
                                )
      *Defendants*           )

## PLAINTIFF PAKOSZ NOTICE AND DEMAND

## ATTACHMENT 1

## U.

**November 16 2018 Reiteration of Request for Administravie Hearing, FOIA,**
**and Religious Accommodation Request**

**Attachment 1 - Pages 95-96**

p.95

7015 1730 0001 1274 7482

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443                         Re: 1 Request for an Administrative Hearing

16 November 2018                                      2   Freedom of Information Request

  RE: 284901802

United States Department of State

National Passport Center

207 International Drive

Portsmouth, New Hampshire  03801-6827


Dear Sir or Madam,

   I recently sent you a letter dated 30 August 20018 and you replied with a Form Letter dated 2 Oct 2018 and letter was cancelled on 2 Oct 2018. The Form Letter simply stated, " The documents you submitted to this office are being returned to you."(letter enclosed).  You did NOT address the Freedom of Information Request under 5 USC Section 552  nor my request for a renewal of my passport.  Again, I'm renewing that which you have ignored, that is, the body of my letter of 30 August 2018, and the requests thereto.

   I'm requesting an Administrative Hearing under Section 51.70 (U.S. Citizenship and Immigration— Section 51.70 enclosed) and a Written Determination signed by the Administrative Officer or his Delegate covering 42 USC 2000bb, et seg, and Executive Order 13798 dated 6 Oct.2017 and an Answer to my Freedom of Information Request under 5 USC Section 552 dated 30 August 2018. The Authorizing Officer ( 22 CFR Sec 51.1) is not the Customer Service member.

                                               Sincerely,

                                               William Mitchell Pakosz

                                               William Mitchell Pakosz


Enclos:

Body of my letter of 30 Aug 2018

Copies to: US Secretary of State and David Alan Carmichael

P.96

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*                    )
                                                   )
            *Plaintiffs*                           )          Case No: 19-CV-2316-RC
                                                   )
              v.                                   )
                                                   )
Michael Richard Pompeo, *Et al.*                   )
                                                   )
            *Defendants*                           )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**V.**

**November 20, 2018 Letter to Secretary Pompeo,**
**Reiterating Religious Accommodation Request**

**Attachment 1 – Pages 97-98**

*p.97*

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443

20 November 2018

United States Department of State

√ The Honorable Mike Pompeo

2201 C St., NW

Washington, D.C. 20520

RE: (1) Passport Application 284901802

(2) Request for Religious Accommodation

Dear Secretary Pompeo,

I'm asking for Religious Accommodation from you under 42 USC 2000bb and President Trump's Executive Order 13798. Can you grant that to me so I can have a Passport without a Social Security Number being attached to that document and to my name. The Holy Bible prohibits me from being numbered and I am obedient to the Scriptures as found in the Book of Revelation. My last Passport without the Social Security Number was approved by the then Secretary of State C. Rice and I wish that you can grant that extension as well for me.

I have been having difficulty with the Passport Center as they have Not acknowledge 42 USC 2000bb and Executive Order 13798 and my bona fide Religious Belief and the requirement it imposes. As an example, the Passport Center on 2 October 2018, returned my Freedom of Information Request under 5 USC Section 552, without acknowledging my request. They simply put it in the mail and ignored my letter and requests. Certified Letter 7015 1730 0001 1274 7451 and others find attached.

Thank you for your Service. May Our Father protect you and continue His Favor upon you as you serve according to His Grace and Power.

Respectfully Yours,

*William Mitchell Pakosz*

William Mitchell Pakosz

Copy to: Bro. David Alan Carmichael (ACLS)

P.98

**United States District Court,**
**District of Columbia**

David Alan Carmichael, *Et al.*        )
                                       )
        *Plaintiffs*                   )        Case No: 19-CV-2316-RC
                                       )
            v.                         )
                                       )
Michael Richard Pompeo, *Et al.*       )
                                       )
        *Defendants*                   )

**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**W.**

**December 4, 2018 National Passport Center, Sterling Virginia,**
**Response to my FOIA, and Hearing Request**

**Attachment 1 - Pages 99-100**

*P.99*



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling. Virginia 20166-1108*

December 4, 2018

William Mitchell Pakosz
P.O.Box 25
Matteson, IL 60443

RE: 284901802

Dear Mr. Pakosz:

Thank you for your recent letter.  Your inquiry has been forwarded to the appropriate office listed below for further assistance:

      U.S. Department of State
      Bureau of Consular Affairs, Passport Services
      Attn: Office of Legal Affairs
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

Please address future correspondence on this subject to the office provided above.

Sincerely,

Customer Service Department

P. 100

**United States District Court,
District of Columbia**

David Alan Carmichael, *Et al.*        )
                                        )
        *Plaintiffs*                     )        Case No: 19-CV-2316-RC
                                        )
            v.                          )
                                        )
Michael Richard Pompeo, *Et al.*       )
                                        )
        *Defendants*                    )


**PLAINTIFF PAKOSZ NOTICE AND DEMAND**

**ATTACHMENT 1**

**X.**

**December 12, 2018, Letter to Office of Legal Affairs Reiterating
Request for Religious Accommodation Administrative Hearing**

**Attachment 1 - Pages 101-105**

*P101*

7018 0680 0000 0124 0755

U.S. Department of State

Bureau of Consular Affairs, Passport Services

Attn: Office of Legal Affairs

44132 Mercure Circle, PO Box 1227

Sterling, VA 20166-1227

William M. Pakosz

P.O. Box 25

Matteson, Illinois 60443

12 December 2018

RE: 284901802

Dear Sir:

On 20 November 2018 I wrote to Secretary of State Mike Pompeo seeking an extension of my last Passport that does Not come attached to the Social Security Number. In other words , I am seeking Religious Accommodation Not to be numbered with a S.S.number as Prohibited by the Scriptures. See my letter attached and with a letter written by David Alan Carmichael to Secretary of State, C. Rice.

May I ask of you to direct my Request to Secretary of State Mike Pompeo or his Delegate with an intent of seeking his approval of Religious Accommodation ?  Would you be so kind as to have a copy of the request and answer for me.

In addition,  I recently received a letter from Box 1108 with the same address as yours , 44132 Mercure Circle, Sterling, Virginia, dated 4 December 2018.. They directed me to your PO Box 1227 for further assistance so I may be able to continue the progression of this matter. I am enclosing the request that I sent on 16 November 2018 and they returned my request with the letter dated 4 December 2018, for your assistance.

Thank you.

Sincerely,

William M Pakosz

William  M. Pakosz

Enclos:

20 November 2018 letter to S.S. Mike Pompeo and attached D.A. Carmichael to S.S. C. Rice.

16 November 2018 letter and 4 December 2018 letter.

Packet of Multiple letters that were returned on 4 December 2018

Copy to:  David Alan Carmichael, (ACLS)

P,102

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443

20 November 2018

United States Department of State

The Honorable Mike Pompeo

2201 C St., NW

Washington, D.C. 20520

RE: (1) Passport Application 284901802

(2) Request for Religious Accommodation

Dear Secretary Pompeo,

     I'm asking for Religious Accommodation from you under 42 USC 2000bb and President Trump's Executive Order 13798. Can you grant that to me so I can have a Passport without a Social Security Number being attached to that document and to my name. The Holy Bible prohibits me from being numbered and I am obedient to the Scriptures as found in the Book of Revelation. My last Passport without the Social Security Number was approved by the then Secretary of State C. Rice and I wish that you can grant that extension as well for me.

     I have been having difficulty with the Passport Center as they have Not acknowledge 42 USC 2000bb and Executive Order 13798 and my bona fide Religious Belief and the requirement it imposes. As an example, the Passport Center on 2 October 2018, returned my Freedom of Information Request under 5 USC Section 552, without acknowledging my request. They simply put it in the mail and ignored my letter and requests. Certified Letter 7015 1730 0001 1274 7451 and others find attached.

     Thank you for your Service. May Our Father protect you and continue His Favor upon you as you serve according to His Grace and Power.

Respectfully Yours,

*William Mitchell Pakosz*

William Mitchell Pakosz

Copy to: Bro. David Alan Carmichael (ACLS)

P,103

7015 1730 0001 1274 7482

William Mitchell Pakosz

P.O. Box 25

Matteson, Illinois 60443                           Re: 1 Request for an Administrative Hearing

16 November 2018                                        2   Freedom of Information Request

 RE: 284901802

United States Department of State

National Passport Center

207 International Drive

Portsmouth, New Hampshire  03801-6827


Dear Sir or Madam,

     I recently sent you a letter dated 30 August 20018 and you replied with a Form Letter dated 2 Oct 2018 and letter was cancelled on 2 Oct 2018. The Form Letter simply stated, " The documents you submitted to this office are being returned to you."(letter enclosed).  You did NOT address the Freedom of Information Request under 5 USC Section 552  nor my request for a renewal of my passport.  Again, I'm renewing that which you have ignored, that is, the body of my letter of 30 August 2018, and the requests thereto.

     I'm requesting an Administrative Hearing under Section 51.70 (U.S. Citizenship and Immigration— Section 51.70 enclosed) and a Written Determination signed by the Administrative Officer or his Delegate covering 42 USC 2000bb, et seg, and Executive Order 13798 dated 6 Oct.2017 and an Answer to my Freedom of Information Request under 5 USC Section 552 dated 30 August 2018. The Authorizing Officer ( 22 CFR Sec 51.1) is not the Customer Service member.

                                                   Sincerely,

                                                   William Mitchell Pakosz

                                                   William Mitchell Pakosz

Enclos:

Body of my letter of 30 Aug 2018

Copies to: US Secretary of State and David Alan Carmichael

P/04