**United States District Court,
District of Columbia**

RECEIVED Mail Room
DEC - 3 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

David Alan Carmichael )
    *Et al.* )
                                        )      Case No: 19-CV-2316-RC
    v. )
)
Michael Richard Pompeo )
    *Et al.* )

## NOTICE AND DEMAND

**Plaintiff Lewis Gives Notice To Defendants And Demands That Defendants Show Cause By Clear And Convincing Evidence That The Actual Identity Of Lewis Is In Question**

**Notice**

1. The Defendants have admitted that the passport issued for me on May 2, 2008 was done so lawfully.

2. The passport issued to me on May 2, 2008, has <u>never</u> been questioned by the Defendants as being improperly or unlawfully issued.

3. The passport issued on May 2, 2008, by the Defendants in response to my DS-11 U.S. Passport Application has never been questioned by the Defendant as being issued due to erroneous, or lacking, information to support the verity of my identity.

4. The Defendants' ordinary procedure in renewing a passport in response to a DS-82 passport renewal application is to use the previously issued passport as evidence of identity. There is normally no other requirement. The DS-82 U.S. Passport renewal applications are normally sent by the applicant through the mail to the Defendants, along with the U.S. Passport holder's previously issued passport. If there is no reason to believe that the sender of the renewal application is not the person sending in the renewal application, there is no change in the residence or mailing address, and the proper fees are submitted, the passport is ordinarily

renewed and sent to the renewal applicant by mail.

5. I, Lawrence Donald Lewis, am the same man who applied for a passport in April, 2008 on form DS-11, and had a U.S. Passport issued for me, passport number 445066501. I have not changed my identity, residence, domicile, religion, or any other thing relevant to the administration or law relating to United States passports.

6. The Defendants in the case referenced and styled above, have made no good faith allegation that there is any question regarding my true identity, or that they do not believe that I am the man that I say that I am, and that I said I am when I applied for a passport in April 2008 and was issued a passport on May 2, 2008.

7. The Defendants, through their Attorney affirmed on November 10, 2020, in a statement made to Plaintiff David Alan Carmichael that there was no question as to the validity of the identity of any of the Plaintiffs made by the Defendants in this case.

8. The Defendants admit that they issue passports to people who have never been associated with a Social Security Number.

**Demand**

9. I hereby demand that the Defendants cease and desist from delaying, remanding, staying, obstructing or in any otherwise impeding the judicial process of this civil action under the guise of needing to verify my identity with regard to the processing of my passport renewal applications and the Defendants obligations regarding it as a matter of law.

10. I hereby demand that the Defendants **before** making any allegation that they have a need to invoke, determine, discover, or in any other way administer, a process to verify my identity with regard to the processing of my passport renewal applications; **show by clear and convincing evidence** why the verity of my identity as a man communicated to the Defendants

for the purposes of my passport application of March 2008 or my passport renewal application of April 2019, should be questioned by the United States District Court or any party, agency or other natural or artificial person.

**Verification**

I, Lawrence Donald Lewis declare by the penalty of perjury under the laws of the United States of America, that the foregoing statements of fact are true or are believed by me to be true as I have deduced it by information available to me. I likewise declare that my demand here is in good faith in the cause of my seeking to establish justice, and not for evasion, delay or any other maladministration.

*Lawrence Donald Lewis*    23 NOVEMBER 2020
Lawrence Donald Lewis           Date
966 Bourbon Lane
Nordman, Idaho  83848