United States District Court,
District of Columbia

David Alan Carmichael, *Et al.*        )
                                        )
   *Plaintiffs*                      )
                                        )  Case No: 19-CV-2316-RC
   v.                                 )
                                        )
Michael Richard Pompeo, *Et al.*       )
                                        )
   *Defendants*                      )

## NOTICE AND DEMAND

**Plaintiff Carmichael Gives Notice To Defendants And Demands That Defendants Show Cause By Clear And Convincing Evidence If The Identity Of Carmichael Is In Question**

**Notice**

1. The Defendants have admitted that the passport issued for me on January 24, 2008, was done so lawfully.

2. The passport issued for me on January 24, 2008, has never been questioned by the defendant as being improperly or unlawfully issued.

3. The passport issued on January 24, 2008, by the Defendants in response to my DS-11 U.S. Passport Application has never been questioned by the defendant as being issued due to erroneous, or lacking, information to support the verity of my identity.

4. In my conversation with Christine McClean regarding Plaintiff William Pakoz, on March 12, 2019, she never said that there was any question regarding verity of William's identity. She readily spoke to me about William's case which causes me to understand that she had read the document made by William that granted to me his power of attorney for the matter of his passport processing. She had no question about my identity as being the one who had William's power of attorney.

p. 1 of 4

5. In the correspondence from the Defendants, they have never asserted that their revoking my passport issued on January 30, 2018 was on the basis of their not being certain about my identity.

6. Nowhere in any of the correspondence to me from the Defendants, do the Defendants at any time indicate that there is any question to the verity of my identity.

7. The Defendants ordinary procedure in renewing a passport in response to a DS-82 passport renewal application is to use the previously issued passport as evidence of identity. There is normally no other requirement. The DS-82 U.S. Passport renewal applications are normally sent by the applicant through the mail to the Defendants, along with the U.S. Passport holder's previously issued passport. If there is no reason to believe that the sender of the renewal application is not the person sending in the renewal application, there is no change in the residence or mailing address, and the proper fees are submitted, the passport is ordinarily renewed and sent to the renewal applicant by mail.

8. I, David Alan Carmichael, am the same man who applied for a passport in 2007 on form DS-11, and had a U.S. Passport issued for me, passport number 436634760. I have not changed my identity, residence, domicile, religion, or any other thing relevant to the administration or law relating to United States passports.

9. The Defendants in the case referenced and styled above, have made <u>no</u> good faith allegation that there is any question regarding my true identity, or that they do not believe that I am the man that I say that I am, and that I said I am when I applied for a passport in 2007 and was issued a passport on January 24, 2008.

10. The Defendants, through their Attorney affirmed on November 10, 2020, in a statement made to me that there was no question as to the validity of the identity of any of the Plaintiffs

made by the Defendants in this case.

11. The Defendants admit that they issue passports to people who have never been associated with a Social Security Number.

12. I have observed that the Defendants do not normally send a supplemental questionnaire to determine identity for a U.S. passport to those who have never been associated with a SSN when they apply to renew their passports and are approved.

**Demand**

13. I hereby demand that the Defendants cease and desist from delaying, remanding, staying, obstructing or in any otherwise impeding the judicial process of this civil action under the guise of needing to verify my identity with regard to the processing of my passport renewal applications and the Defendants obligations regarding it as a matter of law.

14. I hereby demand that the Defendants **before** making any allegation that they have a need to invoke, determine, discover, or in any other way administer, a process to verify my identity with regard to the processing of my passport renewal applications; **show by clear and convincing evidence** why the verity of my identity as a man communicated to the Defendants for the purposes of my passport application of 2008 or my passport renewal application of January 2018, should be questioned by the United States District Court or any party, agency or other natural or artificial person.

**Verification**

I, David Alan Carmichael, declare by the penalty of perjury under the laws of the United States of America, that the foregoing statements of fact are true or are believed by me to be true as I have deduced it by information available to me.   I likewise declare that my demand here is

in good faith in the cause of my seeking to establish justice, and not for evasion, delay or any other maladministration.

_David Alan Carmichael_  _December 1, 2020_
David Alan Carmichael                                    Date
1748 Old Buckroe Road
Hampton, Virginia 23664