David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

December 18, 2020

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC – Via email

Re: Case #1:19-CV-2316-RC, Carmichael v. Pompeo, PLAINTIFF RESPONSE IN OPPOSITION TO DEFENDANT MOTION AND PROPOSED ORDER IN DECEMBER 4, 2020 DEFENDANT STATUS REPORT

Clerk Caesar,

Your Courthouse refuses to allow me to visit your office according to the security detail who explained that fact to me when I tried to enter the courthouse to file my complaint on July 30, 2019. I have a document that I would have driven to the courthouse on Wednesday, December 16th, but according to the security detail, they won't let me in the building; and according to your Clerk's office, they will not meet me at the door of the courthouse to exchange documents.

As an alternative, I purchased United States post office overnight delivery to have it delivered by noon yesterday, Thursday, December 17th. By the time I got out of the post office, on the 16th, I could have had it in the hands of the clerk's office and filed if I was someone who was allowed in the building.

It is critically important that I have this "Response" filed today. It would have been better if I was able to file it on Wednesday, and I would have done so but for it being futile since because of my lower station.

I have checked on the tracking of this document that I sent to you express delivery. It merely has the same information that it had on Wednesday.

Submit for filing is a copy of the Plaintiffs' referenced Response, its certificate of service and forwarding letters, and an updated certificate of service to reflect this email.

Respectfully,

David Alan Carmichael

DAC/slf

cc: William Mitchell Pakosz
    Lawrence Donald Lewis
    U.S. Attorney for D.C.

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** EJ446932619US

**Scheduled Delivery by**

**THURSDAY**
**17** DECEMBER 2020 ⓘ | by **12:00pm** ⓘ

Feedback

## In-Transit

December 16, 2020 at 3:47 pm
Arrived at USPS Regional Origin Facility
NORFOLK VA DISTRIBUTION CENTER

Get Updates ⌄

---

Text & Email Updates ⌄

---

Proof of Delivery ⌄

---

Tracking History ⌃

December 16, 2020, 3:47 pm
Arrived at USPS Regional Origin Facility
NORFOLK VA DISTRIBUTION CENTER
Your item arrived at our NORFOLK VA DISTRIBUTION CENTER origin facility on December 16, 2020 at 3:47 pm. The item is currently in transit to the destination.

12/18/2020 USPS.com® - USPS Tracking® Results

Case 1:19-cv-02316-RC   Document 63-1   Filed 12/21/20   Page 3 of 3

**December 16, 2020, 10:36 am**
USPS in possession of item
HAMPTON, VA 23670

## Product Information ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback