# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that **I am now attempting to deliver by email**, a copy of the "PLAINTIFF RESPONSE IN OPPOSITION TO DEFENDANT MOTION AND PROPOSED ORDER IN DECEMBER 4, 2020 DEFENDANT STATUS REPORT for case #1:19-CV-2316-RC, Carmichael v. Pompeo that I mailed express delivery that was supposed to be delivered by noon yesterday. Today, I emailed a copy of the original "Response" documents, a copy of page 9 or 9 signed by Pakosz, copies of the U.S. Mail tracking, with this certificate of service to the Court at:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> United States Courthouse
> 333 Constitution Ave NW
> Washington, DC 20001
> Via email: dcdml_intake@dcd.uscourt.gov

I sent A copy of the document and certificate of service to:

> United States Attorney
> United States Attorney's Office
> Attn: Christopher Hair
> 555 4th Street, N.W.
> Washington, D.C. 20530
>     Via email: Christopher.Hair@usdoj.gov

With copies to:  Lawrence Donald Lewis
>     966 Bourbon Lane
>     Nordman, Idaho  83848
>
>     William Mitchell Pakosz
>     Box 25
>     Matteson, Illinois  60443

I served myself at:
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_____          December 19, 2020
David Alan Carmichael                Date
                                     9:38 a.m. (EST)