# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, the "PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MOTION FOR VOLUNTARY REMAND" for Carmichael v. Pompeo, case #1:19-CV-2316-RC.

   I certify that I am sick with COVID-19.  It is a Class 1 Misdemeanor for me to visit the post office.  It would not be good to send our COVID germs to the Court, The Defendants, or the other Plaintiffs through the mail.  Therefor, in lieu of filing by mail until we are COVID free, I certify that I emailed the documents to:

   Angela D. Caesar
   Clerk of Court, District Court of the United States
   United States Courthouse
   333 Constitution Ave NW
   Washington, DC 20001 via dcdml_intake@dcd.uscourts.gov

   I certify that I sent A copy of the document and certificate of service to:

   United States Attorney
   United States Attorney's Office
   Attn: Christopher Hair
   555 4th Street, N.W.
   Washington, D.C.  20530 via Christopher.Hair@usdoj.gov

   William Mitchell Pakosz
   Box 25
   Matteson, Illinois  60443 via FEDEX online printing

   Lawrence Donald Lewis
   966 Bourbon Lane
   Nordman, Idaho  83848 via larrynordlewis@povn.com

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed : *David Alan Carmichael*    Date: *December 30, 2020*
(Print): *David Alan Carmichael*