# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>Michael Richard Pompeo, *et Al.* )<br>)<br>*Defendants* ) | Civil Case: 1:19-CV-2316-RC<br><br>Re: Electronic Filing |

**Plaintiff Carmichael Motion for CM/ECF User Name and Password**

In accordance with local Rule LCvR 5.4, I, Plaintiff David Alan Carmichael, move the court to order that I be permitted to file electronically. In the alternative, I move to file by email at dcdml_intake@dcd.uscourts.gov.

I hereby certify that I have continuous internet access in my office where I work in my home. The internet is provided by verizon DSL. I check my email daily. david@freedomministries.life is my email address. I also have a cell phone that has data capabilities where I can access the internet and email. I confirm that I have capacity to file documents and receive filing electronically of a regular basis. I certify that I have completed the Clerk's Office on-line tutorial. I also watched training videos provided by third parties that give more details on the process for electronic filing in the District Court.

Whether or not the other Plaintiffs can or cannot fulfill the Court's rule 5.4 requirements, the documents that need to be filed are prepared by me for submission to the court. I am the custodian by agreement among the plaintiffs. I get documents to them either electronically or by third party service such as FEDEX printing services. I receive their documents electronically, and I compile the documents and submit them to the court in agreement with my fellow plaintiffs. I, David Alan Carmichael, am the Custodian who will file on behalf of the Plaintiffs.

I am grossly disadvantaged without ECF access since I am excluded from the court and the Clerk's office does not properly docket our mailings nor do they send court documents to the Plaintiffs by mail.

RECEIVED
Mail Room
FEB - 3 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 2

I communicated to the Defendant Attorney our desire to have me manage the case for the Plaintiffs and our desire to file electronically. The Defendant Attorney does not object to that arrangement.

A proposed order is attached.

I hereby swear under penalty of perjury, under the laws of the United States of America, that the factual statements that I make herein above are true according to my first hand knowledge or from that is deducible according to my understanding.

Signed _David Alan Campbell_   Date: _January 24, 2021_
David Alan Carmichael

United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Civil Case: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re: Electronic Filing |
| Michael Richard Pompeo, *et Al.* ) | |
| ) | |
| *Defendants* ) | |

[PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff David Alan Carmichael's motion to permit him to file electronically, and upon his showing that he has regular internet access and has received the Clerk's training by video regarding Electronic Case Filing:

It is hereby Ordered that Plaintiff Carmichael file his case documents electronically, to include combined filings of the Plaintiffs wherever required and practicable. The Clerk's office shall provide Plaintiff Carmichael an access account and password to facilitate the Electronic Case Filing. Plaintiff Carmichael is permitted to use the Electronic Case Filing System to file documents for his fellow plaintiffs. Should Plaintiff Carmichael no longer have the means to file electronically, the order shall be rescinded.

_____            _____
Date                                                                            RUDOLPH CONTRERAS
                                                                                      United States District Judge

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, for Case #1:19-cv-0216-RC, "Plaintiff Carmichael Motion for CM/ECF User Name and Password" with its "[PROPOSED] ORDER."

I mailed the document with this certificate of service to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    Attn:  Tonya Hightower
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001
    U.S. Mail Certified# 7019 0160 0000 9640 7545

I sent A copy of the document by U.S. mail, first class, and email to:

    United States Attorney
    United States Attorney's Office
    Attn:  Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443

I served myself at:
1748 Old Buckroe Road
Hampton, Virginia  23664

Wherefore, I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true.

_David Alan Carmichael_      _January 25, 2021_
David Alan Carmichael      Date

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

January 24, 2021

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:  Case #1:19-CV-02316, Carmichael v. Pompeo, "Plaintiff Carmichael Motion for
     CM/ECF User Name and Password" with its "[PROPOSED] ORDER."

Clerk Caesar,

Enclosed is the referenced motion and proposed order for filing, with the Certificate of Service.

Sincerely,

*David Alan Carmichael* (signature)

David Alan Carmichael

DAC/slf

cc:   Christopher Hair (U.S. Attorney's Office, District of Columbia)
      Lawrence Donald Lewis (Plaintiff)
      William Mitchell Pakosz (Plaintiff)

David Alan ~~~~~~~~
1748 Old Buckroe Road
Hampton, Virginia 23664

7019 0360 0000 9640 7545



Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001


1024


20001

U.S. POSTAGE PAID
FCM LG ENV
SANDSTON, VA
23150
JAN 25, 21
AMOUNT
$4.80
R2305M145763-13