United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Civil Case: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re: ECF 61 (63, 66), 53, 56 57 |
| ) | (67, 68), 55, 51, 44 |
| Michael Richard Pompeo, *et Al.* ) | |
| ) | |
| *Defendants* ) | |

PLAINTIFFS PROPOSED ORDER SUBMISSION

1. After consideration of: the Defendants' motions for stay and remand and proposed orders, along with their replies (ECFs 61, 66); the plaintiffs motion for scheduling conference (ECF 55); the Plaintiffs notices and demands regarding the issue of their identities (ECFs 53, 56, 57); the Defendants response to the notices and demands and the Plaintiffs' reply (ECFs 67 & 68); the Plaintiffs amended complaint (ECF 51) and the Court's Memorandum Opinion and Order regarding jurisdiction (ECF 44); Plaintiff David Alan Carmichael submits the following proposed order.

2e. This is a timely submission, within fourteen days of the Defendants' reply to the Plaintiffs notices (ECF 67).

3. Plaintiffs Lewis and Pakosz have been informed of this proposed order submission and they support my proposal.

Very Respectfully,

David Alan Carmichael, Plaintiff          Date  January 19, 2021

RECEIVED
Mail Room

FEB - 3 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Civil Case: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re:  ECF 61 (63, 66), 53, 56 57 |
| ) |     (67, 68), 55, 51, 44 |
| Michael Richard Pompeo, *et Al.* ) | |
| ) | |
| *Defendants* ) | |

[PROPOSED] ORDER

UPON CONSIDERATION of: The Defendants' motion for voluntary remand (ECF 61); the Plaintiffs' Response in opposition thereto (ECF 65); the Defendants' reply (ECF 66); the Plaintiffs Response in opposition to the Defendants' Proposed order of December 4th (ECF 63); the lack of any record on review; there is no statutory support for the remand requested where 28 U.S.C. §§2106 provides for further procedures restricted to the judiciary and 28 U.S.C. § 2112 gives and restricts to the Court the power to "enjoin, set aside, suspend, modify, or otherwise review or enforce orders" of the agency; the Plaintiffs' judiciable actions are the duty of this court to adjudicate pursuant to 28 U.S.C. § 1331 (ECF 44); the Defendants can not show, and have waived opportunity to show, that there is now, or ever has been, a question by the Defendants regarding the identify of the Plaintiffs; it appears that the motion is an unfair or manipulative litigation strategy; and the Plaintiffs shall be unduly prejudiced by a remand;  it is hereby ORDERED that Defendants' motion is for STAY AND REMAND is DENIED.

FURTHERMORE, it is hereby ORDERED that the Plaintiffs' motion for a Rule 16(b) Scheduling Conference is GRANTED.  The Rule 16(b) Scheduling conference shall be

conducted no later than Friday, February 26, 2021. The Parties shall coordinate with the Judge's Secretary to arrange for a video/telephonic conference mutually agreeable to the Parties.

FURTHERMORE , it is hereby ORDERED that the STAY of this action is LIFTED. The Defendants have fourteen days from the date of this order to file a response to the Plaintiffs' Amended Complaint (ECF 51).

FURTHERMORE, upon Consideration of the Plaintiffs' Notices and Demands (ECFs 53, 56, 57), the Defendants' Response thereto (ECF 67), and the Plaintiffs' Reply (ECF 68), whereby the Defendants do not contest the facts proffered by the Plaintiffs regarding their identities and that the Defendant can show no record of the Plaintiffs' identities being in question, there is no need for a show cause hearing. Docket items ECF 58, 59 and 60 are moot.

_____  _____
Date                             RUDOLPH CONTRERAS
                                 United States District Judge

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, the "PLAINTIFFS PROPOSED ORDER SUBMISSION" for Carmichael v. Pompeo, case #1:19-CV-2316-RC.

I certify that: I mailed the documents to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001
        Certified mail #7019 0160 0000 9640 7521


    I sent a copy by first class mail to:

    United States Attorney
    United States Attorney's Office
    Attn:  Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed : _____  Date: _January 20 2021_
    David Alan Carmichael
    1748 Old Buckroe Road
    Hampton, Virginia  23664

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

January 19, 2021

(This Forwarding Letter is **not** the "Main Document")

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:   Case #1:19-CV-2316-RC, Carmichael v. Pompeo, "PLAINTIFFS'
      PROPOSED ORDER SUBMISSION"

Clerk Caesar,

Enclosed in our referenced Plaintiffs' Proposed Order Submission.

Respectfully,

*[signature]*
David Alan Carmichael

DAC/slf

cc:   William Mitchell Pakosz
      Lawrence Donald Lewis
      Christopher Hair, U.S. Attorney's Office, District of Columbia

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

CERTIFIED MAIL

7019 0360 0000 9640 7521

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001



1024



20001



U.S. POSTAGE PAID
FCM LG ENV
HAMPTON, VA
23663
JAN 20, 21
AMOUNT
$4.95
R2304N118566-77

