# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>Michael Richard Pompeo, *et Al.* )<br>)<br>*Defendants* ) | Civil Case: 1:19-CV-2316-RC<br><br>Re:  Order 08 Feb 2021, Electronic<br>       Filing Motion, ECF 69 |

### Plaintiffs Response To Court Order Of February 8, 2021, Requiring Affidavits For Consolidated CM/ECF Filing

Affidavits are herewith submitted in response to the Court's order of February 8, 2021. The Affidavits of Plaintiffs Lawrence and Pakosz confirm their agreement to have Plaintiff Carmichael manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs.

I, David Alan Carmichael hereby swear under penalty of perjury, under the laws of the United States of America, that I agree with fellow Plaintiffs Lawrence and Pakosz to manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs, upon being given the proper access to the Case Management, Electronic Case Filing system.

Signed *David Alan Carmichael* Date: February 1, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
david@freedomministries.life
(757) 320-2220 (cell), (757) 850-2672 (home – with answering machine)


RECEIVED Mail Room — FEB 16 2021 — Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
for the
District of Columbia

David Alan Carmichael, *et al.*  )
                *Plaintiffs*  )    Civil Case: 1:19-CV-2316-RC
)
                v.  )    Re:  Order 08 Feb 2021, Electronic
Michael Richard Pompeo, *et Al.*  )         Filing Motion, ECF 69
)
                *Defendants*  )

**Affidavit By Plaintiff Lawrence Donald Lewis Regarding CM/ECF Consolidated Case Filing**

1. I, Lawrence Donald Lewis, joint Plaintiff in the above styled case, submit my affidavit in response to the Court's MINUTE ORDER of February 8, 2021.

2. I do agree with the Court and co-Plaintiffs William Mitchell Pakosz and David Alan Carmichael, to have Plaintiff Carmichael manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs.

I hereby swear under penalty of perjury, under the laws of the United States of America, that the agreement according to my foregoing statement, made without reservation or hesitation, is true.

Signed _/s/ Lawrence Donald Lewis_    Date: __8 FEBRUARY 2021__
Lawrence Donald Lewis
906 Bourbon Road
Nordman, Idaho 83848

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>Michael Richard Pompeo, *et Al.* )<br>)<br>*Defendants* ) | Civil Case: 1:19-CV-2316-RC<br><br>Re: Order 08 Feb 2021, Electronic<br>Filing Motion, ECF 69 |

**Affidavit By Plaintiff William Mitchell Pakosz Regarding CM/ECF Consolidated Case Filing**

1. I, William Mitchell Pakosz, joint Plaintiff in the above styled case, submit my affidavit in response to the Court's MINUTE ORDER of February 8, 2021.

2. I do agree with the Court and co-Plaintiffs Lawrence Donald Lewis and David Alan Carmichael, to have Plaintiff Carmichael manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs.

I hereby swear under penalty of perjury, under the laws of the United States of America, that the agreement according to my foregoing statement, made without reservation or hesitation, is true.

Signed *William M. Pakosz*   Date: Feb 10 2021
William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

p. 3 of 3

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, the "Plaintiffs Response To Court Order Of February 8, 2021, Requiring Affidavits For Consolidated CM/ECF Filing for Carmichael v. Pompeo, case #1:19-CV-2316-RC.

I certify that I mailed the documents to:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001
        Certified mail #7019 0160 0000 9640 7569

    I certify that I sent A copy of the document to:

United States Attorney
United States Attorney's Office
Attn: Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530
    Certified mail #7019 0160 0000 9640 6661

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed: _David Alan Carmichael_     Date: _February 1, 2021_
    David Alan Carmichael
    1748 Old Buckroe Road
    Hampton, Virginia 23664