UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   19-2316 (RC) |
| | : | |
| v. | : | Re Document No.:   69 |
| | : | |
| ANTONY JOHN BLINKEN,[1] in his | : | |
| Official capacity as Secretary of State, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR CM/ECF PASSWORD

*Pro se* Plaintiff David Alan Carmichael filed a motion seeking leave of the Court to obtain a user name and password for the Court's Case Management/Electronic Case Filing ("CM/ECF") system. *See* Pls.' Mot. for CM/ECF Password, ECF No. 69. Local Civil Rule 5.4(b) permits a party appearing *pro se* before the Court to obtain a CM/ECF user name and password from the Clerk of the Court with the Court's permission. *See* Local Civ. R. 5.4(b)(2). "Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned." *Id.* To obtain leave of the Court, the *pro se* party must file a written motion entitled "Motion for CM/ECF User Name and Password" that contains: (a) a description of the party's access to the internet; (b) confirmation of the party's "capacity to file documents and receive filings electronically on a regular basis"; and (c) a certification that he "either has successfully completed the entire Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts." *Id.* In response to Plaintiff Carmichael's motion, the

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Antony John Blinken.

Court requested that he submit a document signed by Plaintiff Lawrence Donald Lewis and Plaintiff William Pakosz evidencing an agreement to have Plaintiff Carmichael manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs.  *See* Min. Order (Feb. 8, 2021).

The motion satisfies the local rule and Plaintiffs' response to the Court's February 8, 2021 order establishes the agreement to have Plaintiff Carmichael handle electronic filings on behalf of all Plaintiffs.  *See* Pls.' Resp. to Order of Court, ECF No. 73.  Plaintiff Carmichael states that he has a computer with access to the internet.  Pl.'s Mot. for CM/ECF Password at 1.  He also states that he can file documents and receive filings electronically on a regular basis.  *Id.*  He has also confirmed that he has completed all tutorial training related to the case management electronic case file system.  *Id.* at 2.  Plaintiffs' response to the Court's order establishes an agreement that Plaintiff Carmichael will manage all electronic filings on behalf of Plaintiffs and circulate electronically filed materials to all Plaintiffs.  *See* Pls.' Resp. to Order of Court at 1–3.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for CM/ECF Password (ECF No. 69) is **GRANTED**.

**SO ORDERED**.

Dated:  February 17, 2021                                RUDOLPH CONTRERAS
                                                                     United States District Judge