United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>Antony John Blinken, *in his* )<br>*Official capacity as Secretary of State, et al.,* )<br>)<br>*Defendants* ) | Case No: 1:19-CV-2316-RC<br><br>Re: ECF (Pltf) 68, 65, 54, 57, 56, 53<br>& (Def) 67, 66, 61, 52 |

NOTICE

**PLAINTIFFS JOIN MOTION FOR DECLARATORY JUDGEMENT OR PARTIAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING THE COURT'S REMAND ORDER OF JANUARY 19, 2021**

 The following three pages constitute notice by each Plaintiff, joining the above captioned motion. Each original signature document is on file and accessible upon request. I, David Alan Carmichael submit this consolidated filing of notice along with motion and memorandum of the above captioned motion pursuant to CM/ECF filing authorization (ECF 74).

         /s/ *David Alan Carmichael*

         David Alan Carmichael, Plaintiff
         1748 Old Buckroe Road
         Hampton, Virginia  23664
         david@freedomministries.life
         (757) 850-2672

United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Case No: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re: ECF (Pltf) 68, 65, 54, 57, 56, 53 |
| ) | & (Def) 67, 66, 61, 52 |
| Antony John Blinken, *in his* ) | |
| *Official capacity as Secretary of State, et al.*, ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF DAVID ALAN CARMICHAEL JOINS WITH PLAINTIFFS PAKOSZ AND LEWIS MOTION FOR DECLARATORY JUDGEMENT OR PARTIAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING THE COURT'S REMAND ORDER OF JANUARY 19, 2021**

1. I, David Alan Carmichael hereby join the Plaintiffs' Motion For Declaratory Judgment Or Partial Findings Of Facts And Conclusions Of Law Regarding The Court's Remand Order Of January 19, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

> (1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,

Signed: *David Alan Carmichael*           Date: *February 25, 2021*
David Alan Carmichael

United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Case No: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re: ECF (Pltf) 68, 65, 54, 57, 56, 53 |
| ) | & (Def) 67, 66, 61, 52 |
| Antony John Blinken, *in his* ) | |
| *Official capacity as Secretary of State, et al.*, ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF LAWRENCE DONALD LEWIS JOINS WITH PLAINTIFFS CARMICHAEL AND PAKOSZ MOTION FOR DECLARATORY JUDGEMENT OR PARTIAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING THE COURT'S REMAND ORDER OF JANUARY 19, 2021**

1. I, Lawrence Donald Lewis hereby join the Plaintiffs Motion For Declaratory Judgment Or Partial Findings Of Facts And Conclusions Of Law Regarding The Court's Remand Order Of January 19, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

> (1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,



Signed: _Lawrence Donald Lewis_   Date: FEB 22, 2021
Lawrence Donald Lewis, Plaintiff

United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> Antony John Blinken, *in his Official capacity as Secretary of State, et al.,* <br><br> Defendants | Case No: 1:19-CV-2316-RC <br><br> Re: ECF (Pltf) 68, 65, 54, 57, 56, 53 & (Def) 67, 66, 61, 52 |

**PLAINTIFF WILLIAM MITCHELL PAKOSZ WITH PLAINTIFFS CARMICHAEL AND LEWIS MOTION FOR DECLARATORY JUDGEMENT OR PARTIAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING THE COURT'S REMAND ORDER OF JANUARY 19, 2021**

1. I, William Mitchell Pakosz hereby join the Plaintiffs Motion For Declaratory Judgment Or Partial Findings Of Facts And Conclusions Of Law Regarding The Court's Remand Order Of January 19, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,

Signed: *William M. Pakosz*  Date: 25 Feb 2021
William Mitchell Pakosz