# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the PLAINTIFFS' MOTION FOR DELCARATORY JUDGEMENT OR PARTIAL FINDING OF FACTS AND CONCLUSIONS OF LAW REGARDING REMAND ORDER OF JANUARY 19, 2021, along with its memorandum in support, Notice of the Plaintiffs joining the motion - In the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

The Clerk obtained the documents by electronic filing:

>Angela D. Caesar
>Clerk of Court, District Court of the United States
>United States Courthouse
>333 Constitution Ave NW
>Washington, DC 20001

The Defendant was notified electronically:

>United States Attorney
>United States Attorney's Office
>Attn: Christopher Hair
>555 4th Street, N.W.
>Washington, D.C. 20530

Courtesy Copies are mailed or delivered by other hardcopy service to:

>William Mitchell Pakosz
>Box 25
>Matteson, Illinois 60443

>Lawrence Donald Lewis
>966 Bourbon Lane
>Nordman, Idaho 83848

>And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed: _/s/ David Alan Carmichael_   Date: February 25, 2021

>David Alan Carmichael
>1748 Old Buckroe Road
>Hampton, Virginia 23664