United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | Case No: 1:19-CV-2316-RC |
| ) | |
| v. ) | Re: ECF 75, 72 |
| ) | |
| Antony John Blinken, *in his* ) | |
| *Official capacity as Secretary of State, et al.*, ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF CARMICHAEL'S MOTION FOR IMMEDIATE LIFTING OF STAY OF PROCEEDING FOR COURT TO CONSIDER PLAINTIFFS' DECLARATORY JUDGMENT AND ALTERNATIVE MOTION**

1. Today, Plaintiffs fulfilled our promise to submit our motion for declaratory judgment for the Court to consider rescission of its remand order or to alternatively certify the remand challenge for an interlocutory appeal (ECF 72, p. 5).

2. The proceeding is currently stayed by the Court's minute order of January 20, 2021, to which we submitted our timely objection (ECF 71) mailed February 2, 2021 priority mail, delivered February 10th, filed on February 16th.

3. Today, the Clerk provided access through my PACER account to provide CM/ECF filing to us, pursuant to the Court's order (ECF 74) which will alleviate the hurdles to timely and accurate docketing.

4. Consistent with our document protesting the Court's remand order and providing appropriate motions (ECF 72), **Plaintiff Carmichael hereby moves the Court to immediately lift the stay of proceeding in order for the Court to consider the Declaratory motion and memorandum in support submitted today (ECF 75); and to Consider the alternative**

**motion to certify the matter to the Circuit court in accordance with our motion previously submitted** (ECF 72, p. 5, para. C.).

    5.   Such a lifting of the stay for the purpose of finding fact and conclusions of law on the matter of the Court's remand order does no prejudice to the Defendants as matter of fact and law as briefed in our memorandum (ECF 75).  There is nothing stopping the Defendants' 90-day consideration of what new action they intend to take whether it is to issue passports, to void revocation of a passport, or to generate some new administrative action against the Plaintiffs regarding a question of identity or any other guise.   Should justice be reached by the declaratory judgment, there is no prejudice to anyone.

    6.   The other Plaintiffs have not been yet notified of this particular house-keeping motion.  Their non-objection is implicit in their signing both our objections and motions of February 2, 2021 (ECF 71/72) and their joining the motion and memorandum documents submitted today (ECF 75, Attachment 2).

    7.   The Defendants have not been consulted as they are presumed to be in objection on the basis of (ECF 52, 61, 66, 67), and no doubt intend to file the ordinary objection due within 14 days of these filings or according to a date set by order of the Court.

    I, David Alan Carmichael, Plaintiff, hereby certify that this motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;  The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;   The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and The denials of factual contentions are warranted

on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

/s/ *David Alan Carmichael*

David Alan Carmichael, Plaintiff
1748 Old Buckroe Road
Hampton, Virginia  23664
david@freedomministries.life
(757) 850-2672