United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*   ) | |
| ) | |
| *Plaintiffs*   ) | Case No: 1:19-CV-2316-RC |
| ) | |
| v.   ) | Re: ECF 75, 72 |
| ) | |
| Antony John Blinken, *in his*   ) | |
| *Official capacity as Secretary of State, et al.,*   ) | |
| ) | |
| *Defendants*   ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of plaintiff Carmichael's motion for immediate lifting of stay of proceeding for court to consider plaintiffs' declaratory judgment and alternative motion (ECF 76), the plaintiffs' plaintiffs' motion for declaratory judgment or partial finding of facts and conclusions of law regarding remand order of January 19, 2021 and the comprehensive memorandum is support (ECF 75):

It is hereby ORDERED that STAY is lifted in order for the Court to make a finding of fact and conclusion of law regarding the Plaintiffs motion for declaratory judgment and partial finding regarding the Court's remand order of January 20, 2019.

Furthermore, the Defendants are ordered to file a response to the Plaintiffs motion for declaratory judgment (ECF 75) no later than March 12, 2021.  The Plaintiff may reply not later than fourteen (14) days after the Defendants file their reply.

**It is so ordered**

_____     _____
Date                                                                            RUDOLPH CONTRERAS
                                                                                      United States District Judge