# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the PLAINTIFF CARMICHAEL'S MOTION FOR IMMEDIATE LIFTING OF STAY OF PROCEEDING FOR COURT TO CONSIDER PLAINTIFFS' DECLARATORY JUDGMENT AND ALTERNATIVE MOTION along with its [Proposed] Order – In the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

The Clerk obtained the documents by electronic filing:

>Angela D. Caesar
>Clerk of Court, District Court of the United States
>United States Courthouse
>333 Constitution Ave NW
>Washington, DC 20001

The Defendant was notified electronically:

>United States Attorney
>United States Attorney's Office
>Attn:  Christopher Hair
>555 4th Street, N.W.
>Washington, D.C.  20530

Courtesy Copies are mailed or delivered by other hardcopy service to:

>William Mitchell Pakosz
>Box 25
>Matteson, Illinois  60443

>Lawrence Donald Lewis
>966 Bourbon Lane
>Nordman, Idaho  83848

And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed : _____   Date: February 25, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664