# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the PLAINTIFFS' REPLY TO "DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A REMAND, STAY, CERTIFICATION FOR INTERLOCUTORY APPEAL" along with its affidavits of joining plaintiffs and this certificate – In the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

The Clerk obtained the documents by electronic filing:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001

The Defendant was notified electronically:

    United States Attorney
    United States Attorney's Office
    Attn: Christopher Hair
    555 4th Street, N.W.
    Washington, D.C. 20530

Courtesy Copies are mailed or delivered by other hardcopy service to:

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois 60443

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho 83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed: _____ (David Alan Carmichael) Date: March 2, 2021

    David Alan Carmichael
    1748 Old Buckroe Road
    Hampton, Virginia 23664