United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*          ) | |
| ) | |
| *Plaintiffs*                             ) | Case No:  1:19-CV-2316-RC |
| ) | |
| v.                                       ) | Re:  ECF 75 |
| ) | |
| Antony John Blinken, *in his*            ) | |
| *Official capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants*                             ) | |

**PLAINTIFF DAVID ALAN CARMICHAEL SUPPLEMENTAL MEMORANDUM, EVIDENCE TO SHOW DEFENDANT'S OBSTRUCTION OF DUE PROCESS**

**ATTACHMENT 1**

**Letters Sent By David Alan Carmichael to Accompany His Passport Application December 17, 2007**

**EXHIBIT _____**

**coversheet plus 4 pages**

# David Alan Carmichael

17 December 2007

U.S. Department of State
2201 C Street NW
Washington, DC  20520

Re:   Carmichael Family Religious Accommodation Request Relating To Application For United States Passports

To Whom It May Concern,

    I am submitting three applications for passports for myself, ~~████████~~, and ~~████████████~~, along with our request for religious accommodation.

    I and my household are disciples of Jesus Christ, Son of God Almighty.  We are prohibited from identifying with the number of the beast, the mark of the beast, the name of the beast, the number of His name, or the number of a man.  This prohibition is found in the Holy Bible, beginning in Chapter Thirteen of the book of Revelation.  The Social Security Number is the number of the beast prophesied about in the book of Revelation.  To identify with the Social Security Number is to deny Jesus Christ for the sake of loyalty to the Anti-Christ.  According to the Bible, denying Christ guarantees eternal damnation.  Therefore, I request for myself and my household, that we each be issued United States passports even though we are unable to associate with a Social Security Numbers, so that we might be able to travel on missions trips to Guatemala, and Brazil and other places so that we can fulfil Jesus' command to go into all the world and preach the gospel.  We also make a religious accommodation request that the Department of State not adhere a Social Security Number to the passport records relating to us.

    Because of our unique situation, we are unable to provide to you government identification cards.  Please accept the alternative forms of identification information that we are enclosing with our applications.  Please render these accommodations according your United States Code, 42 USC §2000bb.

Respectfully yours,

*David Alan Carmichael* (signature)

David Alan Carmichael

# David Alan Carmichael

17 December 2007

From:   David Alan Carmichael

To:     The Agent Processing Our Passport Applications.

Re:     Carmichael Family Religious Accommodation Relating To Application For United States Passports And Religious Prohibition Against Association With Social Security And Its Account Record Numbers

1.      I have read the instructions on page 3 of the passport application, DS-11, relating to rendering a Social Security Number for the purpose of applying for a passport. We have requested a religious accommodation, citing the provisions of 42 USC §2000bb. Yet, I will address the references given on page 3 as the authority for the demand for a Social Security Number to show that they are directory rather than mandatory. The references either do not apply to us or are mitigated by the waiver provisions contained in those references.

2.      The first reference is 26 USC 6039E. Because we do not participate in social security because the obligations of our religion, we have placed Religious Prohibition in the SSN block of the form. We are concerned that merely placing zeros might allow someone to associate our names with SSNs against our volition. We have found procedures where people's names are being associated with SSNs 'behind their backs' so to speak, by the filing of SS-5 forms and through other means without the person's permission or knowledge. We know of other people of our Christian religion who have had their passport applications accepted with the word "religious prohibition" in the SSN block. The $500 penalty cited on your form, referring to 26 USC §6039E is found in sub-paragraph (c) of that reference. In that same paragraph it says:

> "(c) Penalty
> Any individual failing to provide a statement required under subsection (a) shall be subject to a penalty equal to $500 for each such failure, **unless it is shown that such failure is due to reasonable cause** and not to willful neglect." (Emphasis added)

3.      Prohibitions of religion are reasonable causes. It also says in sub-paragraph (e):

> "(e) Exemption
> The Secretary may by regulations exempt any class of individuals from the requirements of this section if he determines that applying this section to such individuals is not necessary to carry out the purposes of this section."

1748 Old Buckroe road ▪ Hampton, Virginia ▪ 23664
(757) 850-2672 ▪ www.faithfrontier.com

4. 31 U.S.C 7701 relates to situations where someone pays by check, credit card or some other business of banking or credit services, where debt collection might be required. We are paying cash, or by U.S. Postal Money Order obtained at the Post Office where we are applying cash cannot be accepted. The regulation does not apply to us.

5. There are less restrictive means to find out whether we are ineligible or potentially ineligible to receive a U.S. passport.

6. There are penalties imposed upon someone in violation of the Social Security Act as it relates to trying to compel someone to identify with a Social Security Number. The Social Security Act, 42 USC §408, Penalties:

> (a) Whoever—
> **(8)** discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both."

6. Therefore, I respectfully request that you process our passport applications according to our good faith religious accommodation request.

Respectfully yours,

*[signature]*

David Alan Carmichael

December 17, 2007

# David Alan Carmichael

17 December 2007

U.S. Department of State
2201 C Street NW
Washington, DC  20520

Re:   David Alan Carmichael Religious Accommodation Request Relating To
      Application For United States Passport

To Whom It May Concern,

    With regard to my passport request, if you cannot issue a passport for me without associating those passport records with a Social Security Number, 42 USC §2000bb notwithstanding, please do not issue the passport.  The passport would then be a benefit of associating with a SSN which is something that I am prohibited from doing on the basis of the duty that I owe the Creator.

Respectfully yours,

*David Alan Carmichael*

David Alan Carmichael