United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*       ) | |
| )                                         | |
| *Plaintiffs*                          ) | Case No:  1:19-CV-2316-RC |
| )                                         | |
| v.                                    ) | Re:  ECF 75 |
| )                                         | |
| Antony John Blinken, *in his*         ) | |
| *Official capacity as Secretary of State, et al.,*  ) | |
| )                                         | |
| *Defendants*                          ) | |

**PLAINTIFF DAVID ALAN CARMICHAEL SUPPLEMENTAL MEMORANDUM
EVIDENCE TO SHOW DEFENDANT'S OBSTRUCTION OF DUE PROCESS**

**ATTACHMENT 2**

**Letters Sent By David Alan Carmichael to Tamara
At The Passport Processing Center In New Orleans
In Response To The Agency's Query For More Information**

**EXHIBIT** _____

**coversheet plus 3 pages**

# David Alan Carmichael

U.S. Department of State, New Orleans Passport Agency
Attn: Tamara
One Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6508

Re:   David, ███████ Carmichael Passport Application Identification Information

Ref:   Telephone conversation between Tamara and David on January 14, 2008

Dear Tamara;

As per you request during our conversation yesterday, I am sending documents that will aid in verifying that we are who we have said that we are. You requested five documents that will verify their long-standing identification. I will explain here why we do not have access to documents that are otherwise available to most people.

I was in the Navy until March of 1997. I was discharged because of the duties of my religion to not identify with a Social Security Number. I filed suit in Federal Court claimed that I was unlawfully discharged. We eventually won the case *David Alan Carmichael v. United States*, 298 F3d 1367 US Ct. App. Fed. Cir (Aug 2002); 66 Fed. Cl. 115 (2005). I give this information to show that we are certainly not trying to live a clandestine life, that our religious convictions are on public record, and that there is support in the law for the protection of our religion. ███████ and ███ were both born at the military hospital at Langley Air Force Base while I was on active duty. I am sending copies of some of those medical records.

███████ and ███ do not have many other records from other agencies. They were schooled at home. We graduated ███████ when she was 17 in 2006 and graduated ███ at the same time at the age of 15. We then enrolled them in college. Their college identification cards were the first formal identification cards that they obtained. We did hire an agency to test their academic progress and I am sending copies of those documents to you. The lady who signed the affidavits that were done to verify our identification, ███████████, was in the delivery room when ███ was born.

Regarding ███, you told me that I was supposed to have sent a copy of identification of me as his parent. All three of us are in the same situation. We have been trying to get driver's licenses but section 666 of the U.S. Health & Human Services Code [42 USC §666(a)(13)] is forcing states to refuse people professional, occupational, recreational, marriage and fishing licenses unless the applicants identify themselves with SSNs. We are working on addressing that issue with the government of Virginia. In the meantime, we have not been able to obtain documents that most people have access to. Thus, I am sending documents that tie me to the location where we live, and that tie me to my case in Federal Court.

Please do not hesitate to contact my lawyer, Herb Titus, at (757) 421-4141; or my Pastor, Leonard Riley, at Restoration Church in Hampton, Virginia, (757) 851-3625.

Please give us, ██████, ████ and me, every opportunity to successfully obtain passports.

Sincerely,

*David Alan Carmichael*

Enclosure: Fax documents for identification verification

# David Alan Carmichael

U.S. Department of State, New Orleans Passport Agency
Attn: Tamara
One Canal Place
365 Canal Street
New Orleans, Louisiana  70130-6508

Re:     David, ▆▆▆ & ▆▆▆ Carmichael Passport Application Identification Information

Dear Tamara;

Here is a list of documents that I am sending to verify my identification.  I will send a separate list for the documents for ▆▆▆, and another list for ▆▆▆.

- November 16, 1999 letter from lawyer Herbert W. Titus, TROY A. TITUS, P.C., to David Alan Carmichael regarding the David Alan Carmichael v. United States case in the United States Court of Federal Claims.
- August 6, 1997 letter from the Department of the Navy, Bureau of Naval Personnel to David Alan Carmichael
- December 29, 1984, State of Mississippi Marriage License for David Alan Carmichael & Leslie Kay Young (now Leslie Young Carmichael).
- May 3, 1988 letter from the Veterans Administration letter to David Alan Carmichael regarding purchase of house at 1748 Old Buckroe Road, Hampton, Virginia.
- February 29, 2000, United States Government Certificate to Obtain Title to a Vehicle with David Alan Carmichael listed as Transferee for title to a pop-up camper.
- September 20, 1991 Department of the Navy certification of completed training for David Carmichael.
- July 2, 1993, Department of the Navy, Certificate of Training for David A. Carmichael
- August 3, 1979, State of California, High School Certificate of Proficiency for David A Carmichael.
- 1979 Glendale Unified School District, Glendale California, Student Permanent Record for David Alan Carmichael.
- July 11, 1997, Department of the Navy, Bureau of Naval Personnel letter to David Alan Carmichael regarding Carmichael's challenge to Navy actions leading to Carmichael's separation.
- October 5, 2001, Commonwealth of Virginia, Office of Attorney General, letter to David Alan Carmichael regarding Carmichael's attempts to obtain a driver's license.
- May 17, 1998, Richmond Times Dispatch letter to David Alan Carmichael regarding publishing of public announcement regarding Educational Christian Ministries.
- August 20, 1996, Congress of the United States, letter from Congressman Herb Bateman to David Alan Carmichael regarding Carmichael query.
- 1997 Newport News Waterworks Bill to David A & Leslie Y Carmichael at 1748 Old Buckroe Road, Hampton, Virginia.

Sincerely,

*David Alan Carmichael* (signature)

1748 Old Buckroe Road • Hampton • Virginia • 23664
757-850-2672 • freelancehuman@verizon.net