# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the "PLAINTIFF DAVID ALAN CARMICHAEL SUPPLEMENTAL MEMORANDUM, EVIDENCE TO SHOW DEFENDANT'S OBSTRUCTION OF DUE PROCESS" in the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

The Clerk obtained the documents by electronic filing:

> Angela D. Caesar
> Clerk of Court, District Court of the United States
> United States Courthouse
> 333 Constitution Ave NW
> Washington, DC 20001

The Defendant was notified electronically:

> United States Attorney
> United States Attorney's Office
> Attn: Christopher Hair
> 555 4th Street, N.W.
> Washington, D.C. 20530

Courtesy Copies are mailed or delivered by other hardcopy service to:

> William Mitchell Pakosz
> Box 25
> Matteson, Illinois 60443

> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho 83848

> And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed: _David Alan Carmichael_   Date: _March 4, 2021_

> David Alan Carmichael
> 1748 Old Buckroe Road
> Hampton, Virginia 23664