# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTONY BLINKEN,[1] in his official capacity as Secretary of State, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2316 (RC) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order dated February 26, 2021, Defendants, Antony J. Blinken, in his official capacity as the Secretary of State, and the U.S. Department of State ("Department"), respectfully submit the following status report to inform the Court of the Department's progress since the Court's remand in this action. Defendants hereby state as follows:

1. On January 20, 2021, the Court granted Defendants' motion for a voluntary remand (ECF No. 61) and remanded this matter to the Department for a period of 90 days. *See* 1/20/21 Minute Order (hereafter "Remand Order").

2. After the Court's Remand Order, the Department conducted a thorough review of Plaintiffs' prior passport applications and submissions in this litigation. The Department recently completed this review and has determined that there is no need to request any additional evidence from the Plaintiffs during the remand period. Specifically, based on Plaintiffs' prior passport submissions and court records, the Department is satisfied with (1) the sincerity of Plaintiffs'

---

[1] The current Secretary of State is automatically substituted as a Defendant pursuant to Federal Rule of Civil Procedure 25(d).

religious beliefs; and (2) the adequacy of the citizenship and identity evidence previously submitted by each Plaintiff.

3. Accordingly, the Department is inviting Plaintiffs to submit Form DS-82, U.S. Passport Renewal Application for Eligible Individuals, with new photographs, using the following instructions:

   a. Plaintiffs are not required to identify any Social Security Number in their Form DS-82 applications and should write 'refused for religious reasons.'

   b. Plaintiffs are not required to submit any fees with their applications.

   c. Plaintiffs do not need to submit their previous passports.

   d. Plaintiffs must send their completed applications, along with a new photograph that conforms with instructions included in the Form DS-82, to the below address:

   > National Passport Center
   > c/o Charles Badger
   > 207 International Drive
   > Portsmouth, NH 03801

4. Assuming that Plaintiffs otherwise meet the Department's eligibility requirements to receive a passport, *see* 22 C.F.R. § 51.60, the Department intends to issue passports to them upon receipt of the information and photographs described above (notwithstanding the exclusion of any Social Security Number on the Form DS-82).

5. Defendants appreciate the opportunity provided by the Remand Order to reevaluate the passport-related actions relevant to this action in order to accommodate Plaintiffs, should they duly submit the requested information described above.  Defendants believe that these minimal requirements are reasonable and provide a clear path forward to resolving Plaintiffs' lawsuit without the need for further litigation.

Dated March 5, 2020		Respectfully submitted,

		CHANNING D. PHILLIPS, D.C. Bar No. 415793
		Acting United States Attorney

		BRIAN P. HUDAK
		Acting Chief, Civil Division

		/s/   *Christopher C. Hair*
		CHRISTOPHER C. HAIR, PA Bar No. 306656
		Assistant United States Attorney
		555 Fourth Street, N.W.
		Washington, D.C. 20530
		(202) 252-2541
		Christopher.Hair@usdoj.gov

		*Counsel for Defendants*