**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.  ) | |
| ) | |
| *Plaintiffs*  ) | |
| ) | Case No: 19-CV-2316-RC |
| v.  ) | |
| ) | Re:  ECF 80 |
| Antony John Blinken, *in his Offiicial*  ) | |
|      *capacity as Secretary of State, et al.,*  ) | |
| ) | |
| *Defendants*  ) | |

**PLAINTIFF CARMICHAEL'S NOTICE OF INTENT TO RESPOND TO DEFENDANTS' MARCH 5, 2021 STATUS REPORT**

I, David Alan Carmichael, Plaintiff, herby notify the Court and all parties that I intend to respond to the government's March 5, 2021 status report in the ordinary time of 14 days.

I have spoken with Plaintiffs Pakosz and Lewis regarding this notice.  They do not object. Either or both of them may join my response, or respond individually as is appropriate for their case.

/s/ *David Alan Carmichael*

David Alan Carmichael, Plaintiff
1748 Old Buckroe Road
Hampton, Virginia  23664
david@freedomministries.life
(757) 850-2672