# C E R T I F I C A T E   O F   S E R V I C E

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the "PLAINTIFF CARMICHAEL'S NOTICE OF INTENT TO RESPOND TO DEFENDANTS' MARCH 5, 2021 STATUS REPORT" - In the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

The Clerk obtained the documents by electronic filing:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001

The Defendant was notified electronically:

United States Attorney
United States Attorney's Office
Attn:  Christopher Hair
555 4th Street, N.W.
Washington, D.C.  20530

Courtesy Copies are mailed or delivered by other hardcopy service to:

William Mitchell Pakosz
Box 25
Matteson, Illinois  60443

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed : _____[signature]_____ Date: _March 9, 2021_
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664