United States District Court,
District of Columbia

| | | |
|---|---|---|
| David Alan Carmichael, *et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Case No: 1:19-CV-2316-RC |
| | ) | |
| v. | ) | Re: ECF 80 |
| | ) | |
| Antony John Blinken, *in his* | ) | |
| *Official capacity as Secretary of State, et al.,* | ) | |
| | ) | |
| *Defendants* | ) | |

# NOTICE

## PLAINTIFFS JOIN "PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' STATUS REPORT"

    The following three pages constitute notice by each Plaintiff, joining the above captioned motion. Each original signature document is on file and accessible upon request. I, David Alan Carmichael submit this consolidated filing of notice along with motion and memorandum of the above captioned motion pursuant to CM/ECF filing authorization (ECF 74).

                                                    /s/ *David Alan Carmichael*

                                                    David Alan Carmichael, Plaintiff
                                                    1748 Old Buckroe Road
                                                    Hampton, Virginia 23664
                                                    david@freedomministries.life
                                                    (757) 850-2672

United States District Court,
District of Columbia

David Alan Carmichael, *et al.*            )
                                            )
    *Plaintiffs*,                          )  Case No:  1:19-CV-2316-RC
                                            )
    v.                                     )  Re:  ECF 80
                                            )
Antony John Blinken, *in his Official capacity* )
    *as Secretary of State, et al.*,        )
                                            )
    *Defendants*                           )


## PLAINTIFF DAVID ALAN CARMICHAEL JOINS PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' STATUS REPORT

1. I, David Alan Carmichael hereby join the Plaintiffs' Combined Response To Defendants' Status Report of March 5, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

> (1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;  (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;  (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and  (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,

Signed: ___/s/ David Alan Carmichael___      Date: March 19, 2021
       David Alan Carmichael

United States District Court,
District of Columbia

David Alan Carmichael, *et al.*    )
                                   )
    *Plaintiffs*            )    Case No: 1:19-CV-2316-RC
                                   )
    v.                      )    Re: ECF 80
                                   )
Antony John Blinken, *in his*      )
Official capacity as Secretary of State, *et al.*,   )
                                   )
    *Defendants*            )

## PLAINTIFF LAWRENCE DONALD LEWIS JOINS PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' STATUS REPORT

1. I, Lawrence Donald Lewis, hereby join the Plaintiffs' Combined Response To Defendants' Status Report of March 5, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

    (1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;  (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;  (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and  (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,

Signed: _/s/ Lawrence D. Lewis_____     Date: **11 MARCH 2021**
       Lawrence Donald Lewis

United States District Court,
District of Columbia

David Alan Carmichael, et al.      )
                                   )
    Plaintiffs                     )
                                   )   Case No: 1:19-CV-2316-RC
                                   )
        v.                         )   Re: ECF 80
                                   )
Antony John Blinken, in his        )
Official capacity as Secretary of State, et al.,   )
                                   )
    Defendants                     )

## PLAINTIFF WILLIAM MITCHELL PAKOSZ JOINS PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' STATUS REPORT

1. I, William Mitchell Pakosz, hereby join the Plaintiffs' Combined Response To Defendants' Status Report of March 5, 2021.

2. I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

> (1) The motion is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Under penalty of perjury under the laws of the United States of America,

Signed: _____         Date: 10 March 2021
        William Mitchell Pakosz