# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by electronic filing the "PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' STATUS REPORT" in the case of Carmichael v. Blinken, #1:19-CV-02316-RC. *With document of plaintiffs joining.*

The Clerk obtained the documents by electronic filing:

   Angela D. Caesar
   Clerk of Court, District Court of the United States
   United States Courthouse
   333 Constitution Ave NW
   Washington, DC 20001

   The Defendant was notified electronically:

   United States Attorney
   United States Attorney's Office
   Attn:  Christopher Hair
   555 4th Street, N.W.
   Washington, D.C.  20530

   Courtesy Copies are mailed or delivered by other hardcopy service to:

   William Mitchell Pakosz
   Box 25
   Matteson, Illinois  60443

   Lawrence Donald Lewis
   966 Bourbon Lane
   Nordman, Idaho  83848

   And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

Signed: *David Alan Carmichael*   Date: *March 19, 2021*

   David Alan Carmichael
   1748 Old Buckroe Road
   Hampton, Virginia  23664