**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.    ) | |
| ) | |
| *Plaintiffs*    ) | |
| ) | Case No: 19-CV-2316-RC |
| v.    ) | |
| ) | Re:  ECF 80, 81 |
| Antony John Blinken, *in his Official*    ) | |
| *capacity as Secretary of State, et al.,*    ) | |
| ) | |
| *Defendants*    ) | |

**[PROPOSED] ORDER**

**ORDER**

Presently pending before the Court is Plaintiff Carmichael's Motion For Status Conference (ECF 83), particularly relating to the matters of the Defendants' Status Report of March 5, 2021 (ECF 80) and the Plaintiffs Response of March 19, 2021 (ECF 82).

**IT IS HEREBY ORDERED** that a Status Conference shall be held _____ (From Tues March 30th through Friday April 2nd), at _____ (a.m or p.m.).

Parties shall contact the Judge's chambers at (###) ###-#### to arrange for a video/audio conference access.

**SO ORDERED.**

**Rudolph Contreras**
United States District Judge
