**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.<br><br>    *Plaintiffs*<br><br>        v.<br><br>Antony John Blinken, *in his Official*<br>    *capacity as Secretary of State, et al.,*<br><br>    *Defendants* | )<br>)<br>)<br>)  Case No: 19-CV-2316-RC<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiffs' Combined Motion To Compel Defendants To**
**Issue Passport Renewals To Lewis And Pakosz**

1.  Plaintiffs Lewis and Pakosz, hereby move the Court to compel the Defendant to issue renewed passports to plaintiffs Lawrence Donald Lewis and William Mitchell Pakosz in accordance with the applications which are the subject of this litigation.  The Plaintiffs pled for this relief in the amended complaints (ECFs 15, 51).  The Court has power to grant the relief.

2.  The Defendants again unreasonably, arbitrarily, and capriciously say that they denied the Plaintiff renewal applications.  They erroneously hinge the currency of the passport photograph to the "issue" date rather than the "application" date as provided by law. (Memorandum Attach. 1, 22 C.F.R. § 51.65)

3.  The Defendants admit that they are "satisfied with (1) the sincerity of Plaintiffs' religious beliefs; and (2) the adequacy of the citizenship and identity evidence previously submitted by each Plaintiff." (ECF 80, ¶2. & Memorandum Attach. 2. Summary of Phoncon)

4.  The Defendants issued a passport to Plaintiff Carmichael on April 19, 2021, while simultaneously saying by letter that they denied the applications of Plaintiffs Lewis and Pakosz whose photographs are not as old as Carmichael's (Memorandum, Attachs. 4 & 5).  In the

Defendants' letter notifying Plaintiff Pakosz of the application denial, the Defendants quoted something of which they have not shown to exist, saying that the passport photograph must be, "taken within the six months preceding the issue date." Their statement contradicts the Code of Federal Regulations as well as the references they cited in their letter (Memorandum, Attach. 6). The C.F.R. and the cited reference say the photograph currency is fixed to the date of the passport application.

5. The aging of the Plaintiffs' photographs is reasonably and legally solved by the provision in 22 C.F.R. § 51.4(b) whereby the expiration of the passport's validity can be shortened to less than ten years to account for the inordinate and unlawful delays of the Defendants (Memorandum, Attach. 7)

6. Denying the Plaintiffs passports for not providing new passport photographs is not reasonable, nor lawful. If the age of the photographs is an offence according to the reasoning of the Defendants, they should adjust the term of the passport validity rather than continue to injure the Plaintiffs again by arbitrarily denying their applications.

7. Therefore, in consideration of the facts, the law, the memorandum and the proposed order provided herewith, this Plaintiffs' motion to compel should be granted, and the order given, without a hearing.

_____     _Lawrence Donald Lewis_ (signed)
William Mitchell Pakosz         Lawrence Donald Lewis

Date signed: _____   Date Signed: 23 APRIL 2021

Defendants' letter notifying Plaintiff Pakosz of the application denial, the Defendants quoted something of which they have not shown to exist, saying that the passport photograph must be, "taken within the six months preceding the issue date." Their statement contradicts the Code of Federal Regulations as well as the references they cited in their letter (Memorandum, Attach. 6). The C.F.R. and the cited reference say the photograph currency is fixed to the date of the passport application.

5. The aging of the Plaintiffs' photographs is reasonably and legally solved by the provision in 22 C.F.R. § 51.4(b) whereby the expiration of the passport's validity can be shortened to less than ten years to account for the inordinate and unlawful delays of the Defendants (Memorandum, Attach. 7)

6. Denying the Plaintiffs passports for not providing new passport photographs is not reasonable, nor lawful. If the age of the photographs is an offence according to the reasoning of the Defendants, they should adjust the term of the passport validity rather than continue to injure the Plaintiffs again by arbitrarily denying their applications.

7. Therefore, in consideration of the facts, the law, the memorandum and the proposed order provided herewith, this Plaintiffs' motion to compel should be granted, and the order given, without a hearing.

_____  
William Mitchell Pakosz  
Date signed: 23 April 2021

_____  
Lawrence Donald Lewis  
Date Signed: 23 APRIL 2021