**United States District Court,
District of Columbia**

David Alan Carmichael, *et al.*  )
    *Plaintiffs*  )
          v.  )   Case No: 19-CV-2316-RC
Antony John Blinken, *in his Offiicial
    capacity as Secretary of State, et al.,*  )
    *Defendants*  )

**COVER SHEET**

**Plaintiffs' Combined Motion To Compel Defendants To
Issue Passport Renewals To Lewis And Pakosz**

**ATTACHMENT 1**

**22 C.F.R § 51.65**

Cover sheet plus 2 pages

https://www.law.cornell.edu/cfr/text/22/51.65

LII > Electronic Code of Federal Regulations (e-CFR) > Title 22 - Foreign Relations > CHAPTER I - DEPARTMENT OF STATE > SUBCHAPTER F - NATIONALITY AND PASSPORTS > PART 51 - PASSPORTS > Subpart E - Denial, Revocation, and Restriction of Passports and Cancellation of Consular Reports of Birth Abroad > § 51.65 Notification of denial, revocation or cancellation of passports and Consular Reports of Birth Abroad.

## 22 CFR § 51.65 - Notification of denial, revocation or cancellation of passports and Consular Reports of Birth Abroad.

CFR

### § 51.65 Notification of denial, revocation or cancellation of passports and Consular Reports of Birth Abroad.

(a) The Department will send notice in writing to any person whose application for issuance of a passport or Consular Report of Birth Abroad has been denied, whose passport has been revoked, or whose Consular Report of Birth Abroad has been cancelled. The notification will set forth the specific reasons for the denial, revocation or cancellation and, if applicable, the procedures for review available under 22 CFR 51.70 through 51.74.

(b) An application for a passport or Consular Report of Birth Abroad will be denied if an applicant fails to meet his or her burden of proof under the applicable regulations or otherwise does not provide documentation sufficient to establish entitlement to a passport or a Consular Report of Birth Abroad, or does not provide additional information as requested by the Department within the time provided in the notification by the Department that additional information is required. Thereafter, if an applicant wishes the Department to

Attach 1  P.1 of 2

adjudicate his or her claim of entitlement to a passport or Consular Report of Birth Abroad, he or she must submit a new application, supporting documents, and photograph, along with all applicable fees.

**(c)** The Department may, in its sole discretion, administratively re-open a previously filed passport or Consular Report of Birth Abroad application in order to issue a passport or Consular Report of Birth Abroad.

[83 FR 21874, May 11, 2018]

## 💼 CFR Toolbox

Law about... Articles from Wex
Table of Popular Names
Parallel Table of Authorities

◁ 1

P. 2 of 2