**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br>      )<br>  *Plaintiffs*  )<br>      ) Case No: 19-CV-2316-RC<br>    v.  )<br>      )<br>Antony John Blinken, *in his Offiicial*  )<br>    *capacity as Secretary of State, et al.*,  )<br>      )<br>  *Defendants*  )  | |

## COVER SHEET

**Plaintiffs' Combined Motion To Compel Defendants To**
**Issue Passport Renewals To Lewis And Pakosz**

**ATTACHMENT 4**

**Carmichael Passport – Issued April 19, 2021**

Cover sheet plus 2 pages



Attach. 4 P. 1 of 2

26

-THIS PASSPORT REPLACES REGULAR PASSPORT NUMBER 573508015 ISSUED ON JAN 30 2018. IT IS VALID UNTIL JAN 29 2028.

27

*Endorsements / Mentions Spéciales / Anotaciones*

Attach 4, P.2 of 2