**United States District Court,**
**District of Columbia**

David Alan Carmichael, *et al.*  )
    *Plaintiffs*  )
                        v.  )   Case No: 19-CV-2316-RC

Antony John Blinken, *in his Offiicial*
    *capacity as Secretary of State, et al.,*  )
    *Defendants*  )

## COVER SHEET

**Plaintiffs' Combined Motion To Compel Defendants To**
**Issue Passport Renewals To Lewis And Pakosz**

## ATTACHMENT 5

**Department of State Letter To Plaintiff Pakosz**
**Notice of Passport Denial**

Cover sheet plus 1 page



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

April 19, 2021

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60443

Dear Mr. Pakosz:

This letter is in reference to the passport renewal application you executed on June 13, 2018, which the Department of State reopened pursuant to the Court's Order dated January 19, 2021, in *Carmichael, et al. v. Blinken*, Civil Action No. 19-2316 (D.D.C.), which remanded your passport application to the Department for a period of 90 days.

After reopening your application during the remand period, the Department conducted a thorough review of your prior passport applications and submissions in the *Carmichael* litigation in connection with your religious accommodation request. After completing its review, the Department determined that it would grant your religious accommodation request and invited you to submit new passport photographs so that the Department could continue processing your passport application.

Section 51.26 of Title 22 of the U.S. Code of Federal Regulations (22 C.F.R. § 51.26) provides that an applicant for a U.S. passport "must submit with his or her application photographs as prescribed by the Department that are a good likeness of and satisfactorily identify the applicant." The Department follows the International Civil Aviation Organization's (ICAO) standards for machine-readable documents and requires that passport photographs must be "taken within the six months preceding the issue date." See https://travel.state.gov/content/travel/en/passports/how-apply/photos.html, 8 FAM 402.1, and ICAO Machine Readable Travel Document 9303 3.9.1.

Department records indicate you executed your passport application on June 13, 2018, meaning the passport photograph you submitted with your application is no longer compliant with the Department's requirement that passport photographs be taken within the six months preceding the issue date. On March 5, 2021, the Department requested that you provide a new passport photograph taken within the last six months. However, you have refused to voluntarily provide a new passport photograph and the Department has not received one from you. Absent a new photograph, the Department cannot process your passport application at this time and your application is therefore denied on this basis.