**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* )<br><br>*Plaintiffs*  )<br>)<br>v.  )<br>)<br>Antony John Blinken, *in his Offiicial*  )<br>*capacity as Secretary of State, et al.,*  )<br>)<br>*Defendants*  )<br>) | Case No: 19-CV-2316-RC |

**COVER SHEET**

**Plaintiffs' Combined Motion To Compel Defendants To**
**Issue Passport Renewals To Lewis And Pakosz**

**ATTACHMENT 6**

**ICAO Passport Photograph Requirements**
**8 FAM 402.1-2**

Cover sheet plus 2 pages

UNCLASSIFIED (U)

# 8 FAM 402
# BIOMETRICS

# 8 FAM 402.1
# PASSPORT PHOTOGRAPHS

*(CT:CITZ-50;   01-21-2021)*
*(Office of Origin:   CA/PPT/S/A)*

## 8 FAM 402.1-1  INTRODUCTION

*(CT:CITZ-50;   01-21-2021)*

a. This subchapter provides policy for consular officers at U.S. embassies and consulates abroad (posts), and passport specialists at passport agencies and centers, hereinafter referred to as "you" unless otherwise specified, regarding specifications for passport photographs.  It also provides policy regarding commercial photographers.

b. You must determine whether the photographs submitted meet passport requirements.

c. Photograph standards:

  (1) 22 CFR 51.26 contains the regulatory requirements for photographs for use in U.S. passports:  i.e., that they be a "good likeness" and "satisfactorily identify the applicant;"

  (2) The International Civil Aviation Organization (ICAO) has set international specifications for machine-readable passports, including the placement and size of the passport photograph;

  (3) The ICAO standards and Department requirements are intended to ensure that the photograph adequately identifies the passport bearer and thereby prevents difficulties or delays to the bearer during his or her foreign travels;

  (4) While the Intelligence Reform and Terrorism Prevention Act of 2004, Public Law 108-458, and the REAL ID Act of 2005, Division B of Public Law 109-13, HR1268, do not deal with U.S. passport *photographs*, the Department of State digitizes *passport* photographs, consistent with the REAL ID standards; and

  (5) You are referred to the following sources for valuable information on passport photographs:

    (a) Passport photographs (available on travel.state.gov); and

    (b) ICAO Machine Readable Travel Document 9303.

d. Infants pose a particular challenge. The goal is the best likeness that can reasonably be obtained:

  (1) It is acceptable if the infant's eyes, particularly a newborn's, are partially or completely closed;

  (2) The infant's head may be discreetly supported, e.g., a car seat with a white or off-white blanket behind the child. Head tilt is acceptable for infants; and

  (3) A parent's face cannot be in the photograph of the infant.

e. Because minors do not typically submit identification, at the public counter you should verify with the applying parent(s)/legal guardian(s) that the biographic information matches the attached photograph to avoid accidentally switching photos:

  (1) Switched photographs sometimes occur when siblings apply at the same time. If it is obvious that the photographs for minor applicants (under age 16) were switched--based on ACRQ records, etc.--and you have both applications available, you must suspend the passport applications to be re-scanned with the correct photographs. (If a photograph is switched on a form DS-11, passport specialists should also notify the customer service manager (see 8 FAM 105.3).); or

  (2) If you do not have both passport applications or it is not obvious that the photographs were switched, you should suspend the passport application to request that the applicant re-execute the passport application with the correct photograph or refer the passport application to the fraud prevention unit, as appropriate.

## 8 FAM 402.1-2  PASSPORT PHOTOGRAPH REQUIREMENTS

(CT:CITZ-14;   12-08-2018)

You must request a new photograph if the photograph submitted does not meet the following requirements:

  (1) The photograph submitted by the applicant must be in color;

  (2) The photograph must be taken within <u>the past six months</u> (ICAO 9303 Section 3.9), be a good likeness of and *satisfactorily* identify the <u>applicant at the time of the application</u> (see 22 CFR 51.26). A photograph showing a change in hair or facial hair from the identification document submitted is acceptable if it still is a good likeness of the applicant;