# CERTIFICATE OF SERVICE

I, David Alan Carmichael, as case manager for the Plaintiffs, hereby certify that I delivered the document called "Plaintiffs' Combined Motion To Compel Defendants To Issue Passport Renewals To Lewis And Pakosz" with its proposed order, memorandum in support, and attachments in the case of Carmichael v. Blinken, #1:19-CV-02316-RC.

    The Defendant was notified electronically:

    United States Attorney
    United States Attorney's Office
    c/o Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

    Copies or originals are in the custody of, or are mailed or delivered by other hardcopy service to:

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.


S/ David Alan Carmichael

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
david@freedomministries.life
(757) 320-2220 (cell)   (757) 850-2672 (LL)