United States District Court
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*  ) | |
| ) | |
| *Plaintiffs*  ) | Case No:  1:19-CV-2316-RC |
| ) | |
| ) | Re:   Minute Order of |
| Antony John Blinken, *in his*  ) |        April 19, 2021 |
| *Official capacity as Secretary of State, et al.,*  ) | |
| ) | |
| *Defendants*  ) | |

**Plaintiffs' Immediate Response In Opposition To Court Minute Order And Notice Of Defendant Misconduct; Relief From The April 19, 2021 Order Is Requested**

**ATTACHMENT 1**

**Travel.state.gov/content/travel/en/passports/passport-help/faqs.html/#ssn
page8**

### 5. My child's address has changed. Do I need to update his or her passport?

**Social Security Number Requirement**

ALL +/−

### 1. Do I have to provide my Social Security number on my passport application?

Yes. 22 U.S.C. 2714a and 22 C.F.R 51.60(f) requires you to provide your Social Security number, if you have one, when you apply for a U.S. passport or renewal of a U.S. passport.

If you fail to provide the information, you will encounter a delay in processing and/or denial of your passport application.  You will also be subject to a $500 penalty enforced by the IRS pursuant to Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E). All questions on this matter should be directed to the nearest IRS office.

### 2. What if I don't have a Social Security number?

If you would like to apply for a U.S. passport, and you don't have a Social Security number, you will need to submit a statement, signed and dated, which includes the phrase, "I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security number by the Social Security Administration."