# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail, the "Plaintiffs' Immediate Response In Opposition To Court Minute Order And Notice Of Defendant Misconduct; Relief From The April 19, 2021 Order Is Requested" for Carmichael v. Pompeo, case #1:19-CV-2316-RC.

The Clerk obtained the documents by electronic filing:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001

    The Defendants were notified electronically:

    United States Attorney
    United States Attorney's Office
    Attn:  Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

    Courtesy Copies are mailed or delivered by other hardcopy service to:

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.

                                        David Alan Carmichael, Plaintiff
                                        1748 Old Buckroe Road
/s/ David Alan Carmichael   Hampton, Virginia  23664
May 4, 2021                         david@freedomministries.life
                                        (757) 850-2672