## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiffs Lewis And Pakosz Response In Opposition To The First Minute Court Order Of May 07, 2021" upon the Court, the Defendants, and Plaintiffs, in the case of Carmichael, et al., v. Blinken, et al., case no. 1-19-cv-02316-RC.  The document was filed and served to the court electronically.

The Defendant was notified electronically:

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

To the Co-plaintiffs via United States mail at:

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

and,

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

And,

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664


s/ David Alan Carmichael          Dated: May 21, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life