United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al*.     ) | |
| ) | |
| *Plaintiffs*     ) | |
| ) | Case No: 19-CV-2316-RC |
| v.     ) | |
| ) | |
| Antony John Blinken, *in his Offficial*     ) | |
| *capacity as Secretary of State, et al.,*     ) | |
| ) | |
| *Defendants*     ) | |

## PLAINTIFFS' COMBINED MOTION TO JOIN MICHELLE BOULTON

1. Michelle Boulton notified the Plaintiffs regarding the denial of her passport renewal application, Form DS-82. The renewal application was disapproved because she did not identify with a Social Security Number on block 5 of the form, but instead placed the words "Refused for religious reasons."

2. The continual failure to apply the prohibitions of 22 U.S.C. § 2721, and 42 U.S.C. § 2000bb, as well as United States public policy, enacted to protect rights under the First Amendment, reveals systemic corruption and evading of the law by the Defendant to the public's injury.

3. We therefore move that she be joined as Plaintiff to the case as a matter of right. A proposed order is submitted with this motion, followed by the submission of the filings of Michelle Boulton with service through the CM/ECF system for efficiency.

s/ David Alan Carmichael
David Alan Carmichael, Plaintiff - CM/ECF Filing Granted
1748 Old Buckroe Road
Hampton, Virginia  23664

p. 2 of 2

s/ Lawrence Donald Lewis
Lawrence Donald Lewis, Plaintiff
966 Bourbon Lane,
Nordman, Idaho  83848



s/ William Mitchell Pakosz
William Mitchell Pakosz, Plaintiff
P.O. Box 25
Matteson, Illinois  60443