**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.   )<br>   )<br>   *Plaintiffs*   )<br>   )   Case No: 19-CV-2316-RC<br>v.   )<br>   )   Re:<br>Antony John Blinken, *in his Offiicial*   )<br>   *capacity as Secretary of State, et al.,*   )<br>   )<br>   *Defendants*   ) | |

**[Proposed] Order To Join Michelle Boulton As Plaintiff In Intervention**

THE PLAINTIFFS MOVED IN COMBINATION to join Michelle Boulton as an intervenor plaintiff.  Michelle Boulton has filed a Motion For Leave To Intervene As A Plaintiff, accompanied by a Complaint.   Boulton notified the Plaintiffs regarding the denial of her passport renewal application, Form DS-82.  The renewal application was disapproved because she did not identify with a Social Security Number on block 5 of the form, but instead placed the words "Refused for religious reasons."

Boulton's Complaint, provided with her motion to intervene, is appropriate for consideration by the court.  The Defendants were properly served (Rule 5) via Plaintiff Carmichael who acted as the server through the CM/ECF filing system.

THE CLERK SHALL amend the docket, adding Michelle Boulton as Plaintiff.

IT IS HEREBY ORDERED

                                                                    s/Rudolf Contreras
                                                                    United States District Court Judge