**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 92 |
| Antony John Blinken, *in his Offiicial* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFFS CARMICHAEL MOTION FOR LEAVE TO FILE VIA CM/ECF FOR INTERVENOR PLAINTIFF MICHELLE BOULTON**

1.  Michelle Boulton is moving to file as intervener plaintiff, without an attorney. We moved for the Court to grant the joining of Boulton (ECF 92). The Court has granted CM/ECF filing access to me for the sake of administrative efficiency. The Docketing has of Plaintiff documents has improved as a result.

2.  Michelle Boulton has asked me to serve her documents, that she is filing, via the CM/ECF system. The CM/ECF system defaults at listing the new filer as not pro se.

3.  I hereby move the court to grant me the power to file via CM/ECF as directed to by Michelle Boulton as an intervener Plaintiff in this case; and I move that the Court accept the filing of Michelle Boulton, with notice that she is not represented by an attorney.

s/ David Alan Carmichael
David Alan Carmichael, Plaintiff - CM/ECF Filing Granted
1748 Old Buckroe Road
Hampton, Virginia  23664