<div style="text-align:center">

**United States District Court,
District of Columbia**

</div>

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 92 |
| Antony John Blinken, *in his Official* ) | |
| *capacity as Secretary of State, et al.*, ) | |
| ) | |
| *Defendants* ) | |

<div style="text-align:center">

**[Proposed] Order**

</div>

IT IS MOVED, by Plaintiff Carmichael, case manager for the Plaintiff with access to file via the CM/ECF system, to file documents for Michelle Boulton. She has filed for intervener plaintiff status Pro Se. The ECF filing system defaults at listing the new filing as not Pro Se. The Court takes notice that Michelle Boulton is filing Pro Se. Filing via the CM/ECF system by Plaintiff Carmichael as case manager is granted.

<div style="margin-left:50%">

s/ Rudolf Contreras
United States District Court Judge

</div>