Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle Boulton**<br>8491 Hospital Dr., #178<br>Douglasville, GA 30134-2412<br>Ph: 770-315-5724<br>LadyTia2@aquawest.net<br>  *In Propria Persona.*<br><br>**Plaintiffs in Intervention**,<br>             And<br><br>**David Alan Carmichael, et al.,**<br><br>       *Plaintiffs*,<br><br>           vs.<br><br>**Anthony J. Blinken, in his official capacity as Secretary of State of the United States, et al.,**<br><br>       *Defendants*. | Civil Action No.:  19-2316 (RC)<br><br>**Motion for Leave to Intervene as a Plaintiff**<br><br>Date:        May 21, 2021<br>Time:       _____<br>Location:   333 Constitution Avenue N.W.<br>                  Washington D.C.<br>                  Room 1225<br>                  Hon. Rudolph Contreras |

**MOTION FOR LEAVE TO INTERVENE AS A PLAINTIFF**

Comes now Movant, Michelle Boulton (hereinafter "Boulton"), who moves the Court for an order allowing Boulton to intervene in the above entitled action, and in support thereof makes the following showing:

This case is a civil action about a federal question regarding government accommodation for religion, and the United States' State Department refusal to grant a passport unless the applicant supplies a Social Security Number in violation of the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb, and Presidential Executive Order 13798.

As more fully set forth in Boulton's proposed complaint, attached hereto as Exhibit A, despite claiming a religious objection to providing a Social Security Number on her passport application, Form (DS-82), Defendants have refused to issue her a passport.

Boulton respectfully submits her proposed complaint sets forth a claim relating to the transactions that are the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect her interest, unless existing parties adequately represent that interest.

## POINTS AND AUTHORITIES

Fed.R.Civ.P. 24 provides for Intervention of right upon a timely motion. The Court must permit anyone to intervene who claims as interest relating to a transaction that is the subject of the action. L.C.vR7(j) provides that a motion for intervention shall be accompanied by an original pleading setting for the claim for which intervention is sought.

## CONCLUSION

The proposed complaint attached hereto as Exhibit A conclusively shows Boulton is entitled to intervene as of right, and respectfully asks to the Court to grant this motion.

This, May ___, 2021

s/ _____
Michelle Boulton
In Propria Persona
8491 Hospital Dr., #178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net