UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle Boulton**<br>8491 Hospital Dr., # 178<br>Douglasville, GA 30134-2412<br>770-315-5724<br>LadyTia2@aquawest.net<br>    In Propria Persona.<br><br>**Plaintiff in Intervention**<br><br>And<br><br>**David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Anthony J. Blinken, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | Civil Action No.: 19-2316 (RC)<br><br><br>Exhibit Cover to:<br><br>Motion for Leave to Intervene as a Plaintiff |

**INTERVENOR'S EXHIBIT**

**IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE AS A PLAINTIFF**

**EXHIBIT A**

Case No. 19-2316

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michelle Boulton**<br>8491 Hospital Dr., # 178<br>Douglasville, GA 30134-2412<br>770-315-5724<br>LadyTia2@aquawest.net<br>   *In Propria Persona*.<br><br>**Plaintiff in Intervention**<br><br>And<br><br>**David Alan Carmichael, et al.,**<br><br>   *Plaintiffs*,<br><br>vs.<br><br>**Anthony J. Blinken, in his official capacity as Secretary of State of the United States, et al.,**<br><br>   *Defendants*. | ) Civil Action No.:  19-2316 (RC)<br>)<br>) **Complaint**<br>)<br>) |

**COMPLAINT**

Comes now Michelle Boulton (hereinafter "Boulton"), who brings this Complaint about a federal question regarding government accommodation for religion pertaining to the refusal of the Defendants to issue a passport to a person who has a religious objection to providing a Social Security Number.

**JURISDICTION AND VENUE**

1. The Court has jurisdiction in this case pursuant to 42 U.S.C. § 2000bb-1; 28 U.S.C. § 1331; 28 U.S.C. § 1343(a)(3); 28 U.S.C. 1361; 28 U.S.C. § 2201; and 42 U.S.C. § 1983.

2. Venue is properly set in this Court pursuant to 28 U.S.C. § 1391(b).

## PARTIES

3. Boulton is an individual person and at all times herein mentioned was a Citizen and domiciliary in the State of Georgia, United States of America.

4. Original Defendant, Secretary of State Michael Richard Pompeo, has been replaced as Secretary of State by Defendant Anthony J. Blinken, who is sued herein in his official capacity as Secretary of State.

5. Defendant United States Department of State is an Agency of the United States responsible for the issuing of passports.

## FACTS COMMON TO ALL CAUSES OF ACTION

6. Boulton has a religious objection to the use of a Social Security Number.

7. Commencing on or about July of 2020, Boulton sought to renew her passport while located in Costa Rica.

8. On July 28, 2020, at the United States Embassy in Costa Rica, Boulton submitted a completed application (DS-82, OMB No: 1405-0020) with the words "Religious Objection" in the field intended for the Social Security Number.

9. Thereafter, on March 3, 2021, Boulton was again at the United States Embassy in Costa Rica, where she filled out, at the request of an employee of Defendants, and each of them, a Form DS - 5504.

10. Also on March 3, 2021, Boulton submitted Declaration and Request for Waiver Pursuant to 22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb, et seq.

11. The SSN block on the forms used the words, "Refused for religious reasons" just as was instructed by the Defendants in case, Doc. 80, paragraph 3.

12. On March 12, 2021, Defendants, and each of them, refused to issue a passport to Boulton on the grounds she has refused to provide a Social Security Number.

## FIRST CAUSE OF ACTION
Violation of 22 U.S.C. § 2721

13. Boulton realleges and incorporates herein by reference the allegations set forth in paragraphs 1 through 12 as if set forth in full.

14. The refusal of Defendants, and each of them, to issue a passport for Boulton's refusal to provide a Social Security Number because of her religious objection is prohibited by the provisions of 22 U.S.C. § 2721.

## SECOND CAUSE OF ACTION
Violation of 42 U.S.C. § 2000bb et seq.

15. Boulton realleges and incorporates herein by reference the allegations set forth in paragraphs 1 through 12 as if set forth in full.

16. The refusal of Defendants, and each of them, to issue a passport for Boulton's refusal to provide a Social Security Number because of her religious objection is prohibited by the provisions of 42 U.S.C. § 2000bb et seq.

## THIRD CAUSE OF ACTION
For Declaratory Relief

17. Boulton realleges and incorporates herein by reference the allegations set forth in paragraphs 1 through 12 as if set forth in full.

18. There is an actual controversy between Defendants and Boulton regarding the refusal of Defendants, and each of them, to issue Boulton a passport when she refuses to provide a Social Security Number based upon her religious objection.

19. Defendants contend they are authorized by law and policy to refuse to issue a passport if a person refuses to provide a Social Security Number.

20. Boulton contends the refusal to issue a passport if a person refuses to provide a Social Security Number is contrary to law, especially 22 U.S.C. § 2721; 42 U.S.C. § 2000bb et seq.; Executive Order 13798; and the First Amendment to the United States Constitution.

## FOURTH CAUSE OF ACTION
For Injunctive Relief

21. Boulton realleges and incorporates herein by reference the allegations set forth in paragraphs 1 through 12 as if set forth in full.

22. The refusal to issue a passport if a person refuses to provide a Social Security Number is contrary to law, especially 22 U.S.C. § 2721; 42 U.S.C. § 2000bb et seq.; Executive Order 13798; and the First Amendment to the United States Constitution.

23. Unless enjoined, Defendants, and each of them, will continue to violate the civil rights of every person with a religious objection, as well as violate the provisions, spirit and intent of 22 U.S.C. § 2721; 42 U.S.C. § 2000bb et seq.; Executive Order 13798; and the First Amendment to the United States Constitution.

WHEREFORE, Boulton moves the Court for:

1. An order in mandamus directing Defendants to issue a passport to Boulton;

2. A declaration that Defendants are in violation of law in refusing to issue a passport to a person who refuses to provide a Social Security Number on a religious objection;

3. A permanent injunction prohibiting Defendants, and each of them, from refusing to issue a passport to any person who refuses to provide a Social Security Number on a religious objection;

4. Boulton's attorney's fees and costs of suit herein;

5. Such other and further relief as the Court deems proper.

Respectfully submitted,

This, May 21st, 2021

s/_____
Michelle Boulton
In Propria Persona
8491 Hospital Dr., #178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net