# CERTIFICATE OF SERVICE

I, David Alan Carmichael, HEREBY CERTIFY that on this date, I served the foregoing **Motion for Leave to Intervene as a Plaintiff, and (Proposed) Complaint**, of Michelle Boulton upon Defendant's counsel of record via the court's electronic notification service pursuant to Rule 5, for the case of Carmichael, et al., v. Blinken, et al., case no. 1-19-cv-02316-RC.

The Defendant was notified electronically:

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

To the Co-plaintiffs via United States mail at:

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

and,

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

And,

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

And,

Michelle Boulton
In Propria Persona
8491 Hospital Dr., #178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net


s/ David Alan Carmichael          Dated: May 21, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life