**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.  ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 95, 92 |
| Antony John Blinken, *in his Official* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFFS' MOTION FOR ADDITIONAL TIME FOR REPLY TO DEFENDANT OPPOSITION TO PLAINTIFFS' MOTION TO JOIN MICHELLE BOULTON**

1.  In accordance with paragraph 23., of the Join Status Report (ECF 87), the plaintiffs move for leave to move the deadline one full week for our reply to the Defendants' opposition to join Michelle Bouton (ECF 95) which opposed our motion (ECF 92). The Defendants response in opposition was filed Friday, June 4, 2021. The ordinary reply time would be June 21, 2021. An additional week is requested as was agreed upon by the Parties of Carmichael, Lewis, Pakosz and Blinken as we discussed the status report (ECF 87). We intend therefore to reply to the Defendants' (ECF 95) no later than June 28, 2021. The Defendants' Attorney was contacted again and agreed that there was no objection. I contacted Michelle Boulton and she has no objection.

s/ David Alan Carmichael
David Alan Carmichael, Plaintiff
1748 Old Buckroe Road
Hampton, Virginia  23664

| | |
|---|---|
| s/ Lawrence Donald Lewis | s/ William Mitchell Pakosz |
| Lawrence Donald Lewis, Plaintiff | William Mitchell Pakosz |
| 966 Bourbon Lane, | P.O. Box 25 |
| Nordman, Idaho  83848 | Matteson, Illinois  60443 |

p. 1 of 1