# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiffs' Motion For Additional Time For Reply To Defendant Opposition To Plaintiffs' Motion To Join Michelle Boulton" upon the Court, the Defendants, and Plaintiffs, in the case of Carmichael, et al., v. Blinken, et al., case no. 1-19-cv-02316-RC. The document was filed and served to the court electronically.

The Defendant was notified electronically:

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

To the Co-plaintiffs via United States mail at:

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443

and,

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

And,

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

And,

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, GA 30134-2412


s/ David Alan Carmichael        Dated: June 8, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672 / david@freedomministries.life