# CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by CM/ECF filing, the PLAINTIFFS COMBINED REPLY IN OPPOSITION TO "DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE AND MOTION FOR JOINDER OF MICHELLE BOULTON." in the case of *Carmichael v. Blinken*, #1:19-CV-02316-RC.

    The Defendant was notified electronically:

    United States Attorney
    United States Attorney's Office
    c/o  Christopher Hair
    555 4th Street, N.W.
    Washington, D.C.  20530

    Courtesy Copies are mailed or delivered by other hardcopy service to:

    William Mitchell Pakosz
    Box 25
    Matteson, Illinois  60443

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho  83848

    And I served myself

Under penalty of perjury under the laws of the United States, the foregoing is true.


Signed :s/*David Alan Carmichael*    Date: June 24, 2021
      David Alan Carmichael
      1748 Old Buckroe Road
      Hampton, Virginia  23664