UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Anthony J. Blinken, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | Civil Action No.:  19-2316 (RC)<br><br>**Intervenor's Reply to Defendants' Opposition to Motion for Leave to Intervene**<br><br>**Intervenor 's Exhibit A** |

# EXHIBIT IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO INTERVENE

## EXHIBIT A

**From:** San Jose, ACS <ACSSanJose@state.gov>
**Sent:** Friday, March 12, 2021 4:13 PM
**To:** ladytia2@aquawest.net
**Cc:** San Jose, ACS <ACSSanJose@state.gov>
**Subject:** Re: Passport Application

Dear Ms. Boulton,

Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided. Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.

Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.

Accordingly, your passport application will remain pending for 90 days. Please let us know if you wish to proceed with a direct return passport or if you wish to email us your social security number, we can process the application.

Sincerely,

ACS
San Jose