UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Anthony J. Blinken, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | ) Civil Action No.:  19-2316 (RC)<br>)<br>) **Intervenor's Reply to Defendants'**<br>) **Opposition to Motion for Leave to**<br>) **Intervene**<br>)<br>) **Intervenor 's Exhibit B**<br>)<br>) |

# EXHIBIT IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO INTERVENE

## EXHIBIT B

Reply to Opposition                                                                                              Case No. 19-2316

**From:** San Jose, ACS <ACSSanJose@state.gov>

**Sent:** Tuesday, March 30, 2021 1:48 PM

**To:** ladytia2@aquawest.net

**Cc:** San Jose, ACS <ACSSanJose@state.gov>

**Subject:** Re: Passport Application

Dear Ms. Boulton,

We can confirm we received your previous email.  The situation remains unchanged.  Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided.  Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.

Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.

Accordingly, your passport application will remain pending at the Embassy for 90 days based on when the application was received.  If the required information is not received within the 90-day period, the application will be denied.  Please let us know if you wish to proceed with a direct return passport or if you wish to provide your social security number, we can process the application.

Sincerely,

ACS