UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2316 (RC) |

**DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants respectfully move to dismiss this action under Federal Rule of Civil Procedure ("Rule") 12(b)(1) and Rule 12(b)(6).  In the alternative, pursuant to Rule 56, Defendants are entitled to summary judgment in its favor on all claims asserted in the complaint. In support of this motion, Defendants submit the attached memorandum of points and authorities, a supporting declaration by Kristia N. Watkins, statement of material facts, exhibits, and a proposed order.

\*   \*   \*

Dated July 2, 2021	Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN F. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*