UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2316 (RC) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

In accordance with Local Rule 7(h), Defendants respectfully submit the following Statement of Material Facts as to Which There Is No Genuine Dispute.

1. Plaintiffs David Carmichael, Lawrence Lewis, and William Pakosz applied to renew their passports in 2018, 2017, and 2018, respectively. *See* Declaration of Kristia N. Watkins (attached hereto) ¶ 3.

2. In all three cases, the State Department ("Department") denied the application or revoked an erroneously issued passport because the Plaintiffs had failed to provide their social security numbers as part of their passport applications. Watkins Decl. ¶ 3.

3. On January 20, 2021, the Court granted the Department's motion for a voluntary remand. *See* Minute Order dated Jan. 20, 2021.

4. The Department conducted a thorough review of Plaintiff's prior passport applications and submissions in the litigation and found the Plaintiffs had sincerely-held religious beliefs that the Department could accommodate under the Religious Freedom Restoration Act ("RFRA"). Watkins Decl. ¶ 5.

5. Additionally, the Department was satisfied with the citizenship and identity evidence previously submitted by each Plaintiff. Watkins Decl. ¶ 5.

6. Accordingly, the Department provided instructions on how Mr. Lewis and Mr. Pakosz could receive a passport, and issued Mr. Carmichael a passport valid until January 29, 2028, ten years from when his revoked passport had been issued in 2018. Watkins Decl. ¶ 5; *see* Defs.' March 5, 2021, Status Report (ECF No. 80).

7. On April 19, 2021, the Department mailed Mr. Lewis and Mr. Pakosz each a letter explaining that the passport photographs they had submitted with their renewal applications were no longer compliant with the Department's requirement that passport photographs be taken within the six months preceding the issue date. *See* Defs.' Exhibit A (copies of letters to Lewis and Pakosz).

8. Mr. Lewis and Mr. Pakosz each refused to voluntarily provide a new passport photograph and the Department never received any updated photographs. *Id.*

9. Because Lewis and Pakoz failed to submit updated photographs, the Department informed them that it could not process their passport application and denied their renewal applications on that basis. *Id.*

10. The Department has notated in its records that it granted each Plaintiffs' religious accommodation request so that, in the event any of the Plaintiffs apply for a passport in the future and request a religious accommodation to providing their social security numbers, the Department will reference those notations when adjudicating any future passport applications. Watkins Decl. ¶ 6.

Dated July 2, 2021	Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN F. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*