UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL, *et al.*,

    *Plaintiffs,*

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,

    *Defendants*.

Civil Action No. 19-2316 (RC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or, in the alternative, for summary judgment, Plaintiffs' opposition, and the entire record herein, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED** with prejudice.

_____
Date

_____
Hon. Rudolph Contreras
United States District Judge