UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 19-2316 (RC) |
| | : | | |
| v. | : | Re Document No.: | 99 |
| | : | | |
| ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

On July 2, 2021, Defendants Michael R. Pompeo, in his official capacity as Secretary of State, and the United States of America ("Defendants") filed a motion to dismiss or, in the alternative, for summary judgment. *See* ECF No. 99. Under Local Civil Rule 7(b), if any party fails to file a response to a motion within the prescribed time, "the Court may treat the motion as conceded." D.D.C. Civ. R. 7(b). In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of the failure to respond to a dispositive motion. *See also Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992). "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Fox*, 837 F.2d at 509.

The Court hereby advises Mr. Carmichael, Mr. Lewis, and Mr. Pakosz ("Plaintiffs") of their obligations under the Federal Rules of Civil Procedure and the Local Civil Rules. If Plaintiffs fail to submit a memorandum responding to Defendants' motion, the Court may treat the motion as conceded, grant the motion, and dismiss their case. If Plaintiffs comply with their obligations under the Federal and Local Rules, they are advised that when the Court rules on

Defendants' motion, it will take into consideration the facts proffered by Plaintiffs in the complaint, along with their response or opposition to Defendants' motion.

Accordingly, it is hereby **ORDERED** that Plaintiffs shall respond to Defendants' motion to dismiss or, in the alternative, for summary judgment on or before **August 20, 2021**. If Plaintiffs neither respond nor move for an extension of time by that date, the Court may treat the motion as conceded and dismiss Plaintiffs' complaint.

**SO ORDERED.**

Dated:  July 6, 2021                                                            RUDOLPH CONTRERAS
                                                                                United States District Judge