# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiff Lewis's Reply To Defendants' Response In Opposition To Plaintiffs' Motion To Compel, As Defendants' Response Is Embedded In Their Motion For Dismissal."  I served the Court, the Defendants, Plaintiffs, and the representative of a Plaintiff in the case of *Carmichael, et al., v. Blinken*, et al., case no. 1-19-cv-02316-RC.  The Court, Defendants and Plaintiffs were notified electronically:

>Angela D. Caesar
>Clerk of Court, District Court of the United States
>United States Courthouse
>333 Constitution Ave NW
>
>United States Attorney
>United States Attorney's Office
>c/o Christopher Hair
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Lawrence Donald Lewis
>966 Bourbon Lane
>Nordman, Idaho 83848
>
>David Alan Carmichael
>1748 Old Buckroe Road
>Hampton, Virginia 23664
>
>Michelle Boulton
>8491 Hospital Dr., #178
>Douglasville, GA 30134-2412
>
>The Representative of William Pakosz was notified by U.S. Mail
>
>William Mitchell Pakosz
>P.O. Box 25
>Matteson, Illinois  60443

s/ David Alan Carmichael                                     Dated: July 19, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672 david@freedomministries.life