United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*  )<br>  )<br>   *Plaintiffs*   )<br>  )<br>   v.   )<br>  )<br> Antony John Blinken, *in his Offiicial* )<br>   *capacity as Secretary of State, et al.,* )<br>  )<br>   *Defendants*   ) | Case No: 19-CV-2316-RC<br>Re:  ECF 84 |

## PLAINTIFFS' CARMICHAEL AND LEWIS COMBINED NOTICE OF DEATH OF PLAINTIFF WILLIAM MITCHELL PAKOSZ

1. On July 5, 2021, Cheryl (Pakosz) O'Lear, adult daughter of William Mitchell Pakosz notified Plaintiff Carmichael by text message that her father died that afternoon.

2. Months before his death, Plaintiff Pakosz had papers prepared that gave information to his family should they need to file for a substitute within 90 days of this notice pursuant to Rule 25(a).

- On the basis of facts personally known by me to be true, under penalty of perjury,


s/David Alan Carmichael                                   Date:  July 19, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664


I assent to this notice:


s/Lawrence Donald Lewis                                  Date :  July 19, 2021
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848