United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al*.        ) | |
| )                                        | |
| *Plaintiffs*        )                    | |
| )                                        | Case No: 19-CV-2316-RC |
| v.        )                              | |
| )                                        | Re:  ECF 100 |
| Michael Richard Pompeo, *in his Offiicial* ) | |
| *capacity as Secretary of State, et al.,*[1] ) | |
| )                                        | |
| *Defendants*        )                    | |

### PLAINTIFF CARMICHAEL MOTION TO RESET SCHEDULE

1.  The Court ordered the Plaintiffs to respond to the Defendants' motion for dismissal (ECF 99) no later than August 20, 2021 on the basis of the Court's FOX/NEAL order (ECF 100). The Court minute order of May 7, 2021, set a deadline for the Defendants' response to our amended complaint (ECF 46/51) to be July 2, 2021 with our reply due August 6th.  The Defendants moved for dismissal.  Due to the change in the subject matter of the Defendants' filing, the Plaintiffs move for a resetting of the schedule to reflect the Plaintiffs' response to be due no latter than August 20, 2021 in accordance with the FOX/NEAL order.

2.  Mr. Hair responded in the affirmative when notified of our intention to file this motion and he requested that his reply date be extended to September 10, 2021 to accommodate his preplanned schedule for that period.  Plaintiffs Lewis and Boulton have been consulted on this motion and the Defendants' proposal and agree to its propriety.

Respectfully,

s/David Alan Carmichael
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664    /   (757) 850-2672  /  david@freedomministries.life

---

[1] Antony L. Blinken is substitute due to succession of office, Rule 25(d)