UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2316 (RC) |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's August 8, 2021, Order, Defendants, Secretary of State Antony J. Blinken and the U.S. Department of State, respectfully submit the following status report regarding the status of Ms. Michelle Boulton's passport application. On May 21, 2021, Ms. Boulton moved to intervene in this Religious Freedom Restoration Act ("RFRA") action (*see* ECF No. 94) and Plaintiffs have also moved to join her as a party (*see* ECF No. 92). As explained below, the State Department has issued Ms. Boulton a passport.

As explained in Kristia Watkins' declaration (ECF No. 95-1), which the government submitted in support of its opposition to Ms. Boulton's motion to intervene and Plaintiffs' joinder motion, Ms. Boulton has not been denied any passport for failing to provide a social security number. On or around July 28, 2020, Ms. Boulton appeared at the U.S. Embassy in San Jose, Costa Rica, to apply for a U.S. passport and presented evidence of urgent air travel. Watkins Decl. ¶ 3. That same day, she was issued an emergency passport valid for one year, until July 27, 2021. *Id.* On or around March 9, 2021, Ms. Boulton re-appeared at the U.S. Embassy in San Jose, Costa Rica, to execute an application for a U.S. passport using Form DS-5504, "Application for a U.S.

Passport: Name Change, Data Correction, and Limited Passport Book Replacement." *Id.* ¶ 4. On or around March 9, 2021, the U.S. Embassy in San Jose, Costa Rica, requested that Ms. Boulton provide additional information regarding her identity no later than June 7, 2021, to respond. *Id.*

On August 10, 2021, the State Department notified Ms. Boulton that the administrative process regarding her passport application has been completed and a passport has been issued. *See* Exhibit A (attached hereto). Ms. Boulton will be notified when her passport has arrived at the U.S. Embassy and may be retrieved. In light of this development, and for the reasons discussed in Defendants' opposition, both Ms. Boulton's intervention motion and Plaintiffs' joinder motion should be denied.

Dated August 20, 2021          Respectfully submitted,

                                          CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2021, I caused the foregoing to be served on proposed intervenor Michelle Boulton and *pro se* Plaintiffs David Carmichael, William Mitchell Pakosz, and Lawrence Donald Lewis, via U.S. Mail with pre-paid postage, addressed as follows:

Michelle Boulton
8491 Hospital Dr. #178
Douglasville, GA 30134-2412

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60443

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, ID 83848

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney