# EXHIBIT A

| | |
|---|---|
| From: | San Jose, ACS <ACSSanJose@state.gov> |
| Sent: | Tuesday, August 10, 2021 6:13 PM |
| To: | @aquawest.net |
| Subject: | Re: MICHELLE BOULTON  PENDING PASSPORT APPLICATION |

Dear Ms. Boulton,

Regarding your passport application dated 09-MAR-2021.  The administrative process has been completed and your passport has been issued.  You will receive an email in about 3 weeks when the passport has arrived at the Embassy and is ready for pickup.

Once you receive this notification email, you may return to the Embassy during normal business hours, without an appointment to pick up your new passport.

Sincerely,

ACS
San Jose

()

1