**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.   ) | |
| ) | |
| *Plaintiffs*   ) | |
| ) | Case No: 19-CV-2316-RC |
| v.   ) | |
| ) | Re:  ECF 99 |
| Antony John Blinken, *in his Offiicial*   ) | |
|   *capacity as Secretary of State, et al.,*   ) | |
| ) | |
| *Defendants*   ) | |

**Plaintiffs Carmichael And Lewis Combined Response In Opposition
To "Defendants' Motion To Dismiss Or, In The Alternative, For
Summary Judgment"**

**ATTACHMENT 1**

**Declaration of David Alan Carmichael
Regarding Response To Defendants' Motion For Dismissal ECF 99**

**Declaration of David Alan Carmichael**
**Regarding Response To Defendants' Motion For Dismissal ECF 99**

I, David Alan Carmichael, in sound mind, make this declaration of facts of my personal knowledge:

**Evidence of What A Real Remand Looks Like**

1.  In November, 1998, I, *pro se*, filed suit against the United States for unlawful separation from the United States Navy when I was refused an accommodation for religion to not identify with a SSN, U.S. Court of Federal Claims, Case No. 98-835C. Rather than respond to my complaint, the United States moved for a remand to the Board for Correction of Naval Records. The Court granted the remand, and "suspended" the case "pending resolution of the BCNR proceedings." (Ct. Fed. Cl. Order, Feb. 11, 1999, Attached Herewith as Item 1). From that point on in the case, I did not communicate with the U.S. Attorney but with the actual agency. When the agency had received an advisory opinion from the office of the Judge Advocate General (Correspondence Cover Sheet of the Dept. of Navy, Judge Advocate General, ltr Ser 13/1MA11019.99, 31 Mar 99, *Id* Item 2), the agency notified me directly (Dept. of Navy, B.C.N.R., Docket No: 3945-98, 5 April 1999, *Id* Item 3). They gave me "30 days" to submit any further statement or additional documentary material to respond to the comprehensive J.A.G. opinion. After more than 30 days, the B.C.N.R. sent a letter saying, "A three-member panel of the Board for Correction of Naval Records, sitting in executive session, considered your application on 18 May 1999." (Page 1 of the Comprehensive Report of Dept. of Navy, B.C.N.R., Docket No: 3945-98, 24 May 1999, *Id* Item 4, personal information redacted). The Board provided to me a thorough explanation of all of their findings of fact on the administrative record and the explanation of why they found that,

"the evidence submitted was insufficient to establish the existence of probable material error or injustice." *Id*. To my personal knowledge, that is what a real remand should look like. I experienced nothing like that during "the remand period" continually mentioned by the Defendants in this case. After the B.C.N.R. report, we recommenced the action in the Court of Federal Claims <u>where the Court reviewed the entire administrative record de novo</u>. The Court of Appeals, Federal Circuit, ultimately ruled that, "The Navy JAG review of religious accommodation, requested and followed by the BCNR, is not conclusive because it was made after the fact, apparently by a lawyer based on the same record available to us, who was not authorized by Secretary of the Navy Instruction 1730.3 to make such a determination." *Carmichael v. United States*, 298 F.3d 1367, 1376, Ct. App. Fed. Cir. (Aug, 2002).

### Letter From State Department – Notice of Passport Cancellation

2.   I inadvertently submitted a copy of the wrong document with ECF 46-2, p. 2 of 88. The attached letter from the Department of States is a true copy (Item 5).

### History of Others Asking For My Assistance

3.   I was contacted by William Mitchell Pakosz (Hereinafter, "William") via telephone in 2018 where he explained that his passport renewal application was being denied because he did not identify himself with a social security number. William and I have been in Christian fellowship for about twenty-years since he communicated that he had the same Christian religious conviction that he could not identify with the Social Security Number (hereinafter "SSN") due to its number-of-the-beast nature. In my capacity as a clergyman, I wrote letters to agency's on William's behalf in efforts to assist him in to overcome the agency's resistance to approving his driver's license,

occupational license and other things including a passport.

4. In 2018, William told me that his passport renewal application had been denied even though he had made a request for religious accommodation to not identify with the SSN.  I recognized that he was very distraught and desperate.  He explained that he intended to travel to Europe, to share with family a commemoration of the sacrifice that his family members made in World War II.

5. The scripture tells us, "If a man knows the good he ought to do and does not do it, to him it is sin."  James 4:17.  I had a duty as a Christian ministry and brother in Christ to assist William in any way I could.  I drafted a power of attorney document that I thought suitable for the powers that I would need to assist William in an administrative capacity.  I wrote letters on his behalf to the U.S. Department of State.  I contacted them by telephone, doing whatever I could to try plead with them to apply the law protecting religion and to approve William's request for passport renewal notwithstanding that he cannot identify with a SSN.  The one principal of the State Department's passport agency with whom I spoke was Christine McClean.

6. In December 2018, I was contacted by a woman (whom I will call "Jane Doe") who told me of her friends that were having trouble getting their passport renewed.  She explained that she too had a need to have her passport renewed and was afraid that it would be denied.  I spoke with the friend, whom I will call Richard Roe.  Richard told me that he applied for a passport renewal for his daughter who as far as he knew has never been issued a number.  Richard said that the renewal of his daughter's five-year passport had been denied because she had not provided a Social Security Number (hereinafter, "SSN").  Richard explained that it is for religion that he and his children do not identify

with a SSN.

7. I concluded with William, Jane, Richard and Richard's daughter that litigation was necessary since the correspondence I had seen of Williams' indicated that those in the Office of Legal Affairs and Liaison, apparently in Sterling, Virginia, were determined to not consider religious accommodation.

8. I drafted a rough complaint so that William, Jane and Richard could be able to present their case to lawyers who might be willing to take their case. Jane and Richard explained to me that they found lawyers who gave positive feedback about the draft complaint but were not interested in taking the case.

9. My attempt to get the White House and their Religious Freedom Task Force involved in lieu of litigation back-fired when the agency had my renewed passport unlawfully cancelled. I had not told the White House that it was a SSN issue, but the agency referred to my objection to identification with a SSN when they wrote to me about the White House letter (ECF 46-2, p. 11 of 88)

10. Eventually, my friend Larry Lewis (Plaintiff) told me that his passport renewal application had been denied.

11. Since being contacted by Jane Doe, and since filing the lawsuit in July, 2019, I have been contacted by other people whose have told me about their religious convictions against identifying with a SSN and their passport renewals being denied. I cannot use their names since they have communicated to me their fears of reprisal.

12. One man (John Doe) told me that he had recently become a Christine and had since then understood that he was not supposed to identify with the number-of-the-beast SSN. He explained that he tried to renew his passport while in Mexico; that the agent at

the consulate office told him that he would be refused; that the agent said that they already knew John's SSN but he would not get his passport renewed unless he placed the SSN on the form that the agent considered as John's. John explained his stress and desperation that drove him to identify with a SSN. He confessed his grief about doing so, explaining how his soul is extremely grieved. I've since talked to at least two others who explained that they experienced the same statement of the agency, that a SSN was on the file, but they would not be able to have a passport unless those numbers were put on the form. It shocked my conscience.

13. I have done research about the law regarding this matter and shared that information with those who have contacted me. I have provided pastoral counseling to some of those who have contacted me, where the counseling has been an outcropping of their trauma from the abuse they've encountered for not identifying with a SSN.

14. I was contacted by a man with whom I have been in Christian fellowship for many years (pseudonym: Monty Poe). He sent copies of correspondence that Monty had with the passport agency in Seattle, and with the United States Senator from Idaho, Mr. Crapo. Monty told me that we can use his documents in any way that we needed. I attach some of those documents herewith, as they are relevant to the case in that they indicate the agency intends to continue denying accommodation for religion and that the law and regulations are both vague and overbroad. The Seattle office's interpretation of the law is different than the other ways which the Defendants have interpreted the law in our case (July 6, 2021 ltr from 'Monty' to Seattle Agency, Item 5; July 12, 2021, letter from the Seattle Passport Agency to Monty, Item 6; July 12-13, 2021 email exchange between Monty and Seattle Passport Agency, Item 7). I received the documents from

'Monty Poe' via email on August 19, 2021 with his permission to use the documents. They are redacted because I reasonably fear for retaliation against him, as well as that there is information that should be redacted according to the Rules of Court.

### Association With Other Christians Who Cannot Identify With A SSN

15.   I am in fellowship with Christian believers through our ministry at the American Christian Liberty Society, where I am a principal minister.  We have committed to help one another, and others, to overcome the persecutions we are suffering for our being faithful to not identify with the number of the beast.

### Reasonable Reluctance To Share Information About Others

16.   I do not share the mailing address of the organization out of caution due to a reasonable fear of retaliation by the U.S. Government.  They retaliated against me when I tried to help others.  Also, the day that I opened my email from the U.S. Attorney to get his correspondence of November 11, 2020, my computer crashed within minutes after opening and printing the email.  Examining the hard-drive later, there was one other file that came on to my computer at the same time that I downloaded the email from the government.  That file was identifiable as a virus or malware that, besides crashing my operating system, it eliminated the entire recovery system designed to restore the operating system in the event of a crash.  I do not have the expertise to prove that it was the government who did it, but I cannot exclude it as a possibility since it coincided with the government's communication.  I have seen reports on the mainstream news media that agents of the United States Justice Department have lied to the FISA Court to get access to spying on Americans where there is no actual probable cause to justify a warrant.  When we conducted a deposition in my case Carmichael v. United States, the

stenographer's home was burglarized that night with nothing taken but the main device she used to record the deposition.  Some of the people who have communicated their religious convictions and stories of persecution for not identifying with a SSN do not communicate their names or contact information knowing that I experienced retaliation.  Because of all of this opposition, I have a great concern that others like me who have been given passports or passport renewals without identifying with a SSN will be tracked down and have their passports cancelled or revoked.  I have a personal interest in eliminating the possibility of that happening.  I have a personal interest due to my duty as a matter of religion to help the least-of-these my brethren, and due to the personal injury that I've suffered as a result of my efforts to protect others from this persecution.

## Losses Due To The Passport Being Revoked

17.   I have suffered monetary loss directly and as a consequence of my passport being unlawfully revoked.  Among other things:  I have had to eliminate any sort of collateral work that I might ordinarily do to earn a living.  My principal ministry work has suffered greatly.  I have had to cancel the advanced Bible study that I was teaching due to the overwhelming study and work necessary to work this case in order to recover my status quo.  Invitations that I have to travel to Brazil, Australia and Costa Rica are forced into abandonment.  The invitation I've been given to do my "Preservative Talk Radio" show for a Chattanooga commercial talk radio station had to be refused because the work necessary to achieve the unlawfully injured status quo precludes me from fulling that work, for which pay is ordinarily available as a matter of sponsorship.  Traveling interstate by commercial airplane, train, or bus has been eliminated by the Defendant United States through their agent the Transportation Safety Administration

since my lawful identification document was unlawfully cancelled.  It required me to spend extra money on travel expenses and lodging when I was required to travel to California and back to take care of my mother.  It also took two weeks of my life away having to drive when I would have otherwise flown on a commercial airline, at the economy rate, as ordinary free people are at liberty to do.  The undue stress that I am experiencing is commonly understood by those of a reasonable mind and typical education is shortening my life.  That is costing my estate thousands of dollars for every month that I die prematurely.  The stress is the one thing which is aggravating the hardening of my arteries that is irritating my Cardiologist who continues to show me the pictures of my heart that indicate I'm supposed to eliminate stress or meet Jesus sooner than scheduled.  I intend to prove damages that are sufficient for relief through all legal remedies and causes of action for which I've complained.

**Verification of the Documents I Am Submitting With This Declaration**

18.     Each of the documents that I submit with this declaration, Items 1 through 7, of my personal knowledge to be true.  The documents provided to me from the person whom I gave the pseudonym "Monty Idaho", he said to me by text, "I give you permission to use any and/or all information I've given you, private or public, as you see fit and as Our Lord leads you."

I do so swear under the penalty of perjury under the laws of the United States of America,

    s/ David Alan Carmichael
    David Alan Carmichael
    1748 Old Buckroe Road
    Hampton, Virginia  23664   /  (757) 850-2672  /  david@freedomministries.life

**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. | ) |
| *Plaintiffs* | ) |
| | ) Case No: 19-CV-2316-RC |
| v. | ) |
| | ) Re: ECF 99 |
| Antony John Blinken, *in his Offiicial* | ) |
| *capacity as Secretary of State, et al.,* | ) |
| | ) |
| *Defendants* | ) |

**Plaintiffs Carmichael And Lewis Combined Response In Opposition To "Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment"**

**ITEM 1**

**Court Order, United States Court of Federal Claims,**
**Case No. 98-835C, February 11, 1999**

# In the United States Court of Federal Claims

No. 98-835C

(Filed February 11, 1999)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
|                              |   |
|------------------------------|---|
| DAVID ALAN CARMICHAEL,       | * |
|                              | * |
| Plaintiff,                   | * |
|                              | * |
| v.                           | * |
|                              | * |
| THE UNITED STATES,           | * |
|                              | * |
| Defendant.                   | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ORDER

This court's order of February 5, 1999, is hereby amended as follows: This case is hereby suspended pending resolution of the BCNR proceedings. The parties shall notify the court within 30 days after the BCNR has reached a decision in this matter.

IT IS SO ORDERED.

_____
BOHDAN A. FUTEY
Judge


**United States District Court,
District of Columbia**

David Alan Carmichael, *et al.*            )
                                           )
   *Plaintiffs*                        )
                                           )  Case No: 19-CV-2316-RC
       v.                     )
                                           )  Re:  ECF 99
Antony John Blinken, *in his Offiicial*   )
   capacity as Secretary of State, *et al.*, )
                                           )
   *Defendants*                        )


**Plaintiffs Carmichael And Lewis Combined Response In Opposition To
"Defendants' Motion To Dismiss Or, In The Alternative, For Summary
Judgment"**

**ITEM 2**

**Dept. of Navy, Judge Advocate General letter
to Board for Correction of Naval Records
Docket No. 3945-98, 31 Mar 99**



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
WASHINGTON NAVY YARD
1322 PATTERSON AVENUE SE  SUITE 3000
WASHINGTON DC 20374-5066

IN REPLY REFER TO

5800
Ser 13/1MA11019.99
31 Mar 99

From: Deputy Assistant Judge Advocate General (Administrative Law)
To:   Chairman, Board for Correction of Naval Records

Subj: REQUEST FOR COMMENTS AND RECOMMENDATION IN THE CASE OF EX-STGC DAVID A. CARMICHAEL, USN

Ref:  (a) Your ltr CRS Docket No. 3945-98 of 21 Aug 98

Encl: (1) Legal analysis

1. Purpose. This responds to your reference (a) request for our opinion on:

   a. Whether ex-STGC Carmichael's [hereinafter "Petitioner"] refusal to provide his social security account number (SSN) should have been accommodated in accordance with general Navy policy regarding the accommodation of religious practices.

   b. If the answer to the foregoing question is "no," was accommodation constitutionally required by the Free Exercise Clause of the First Amendment.

2. Short Answers

   a. No. Petitioner's religious accommodation request to change his military personnel identification number (MPIN) to a number different from his SSN was appropriately considered and denied by the Deputy Chief of Naval Personnel (DCNP). DCNP's decision was based on military necessity and was not arbitrary or capricious.

   b. No. Not all Government actions which forbid conduct required by religious beliefs or compel conduct forbidden by individual beliefs violate the Free Exercise Clause. The Constitution does not require the Government to conduct its own internal affairs in ways that comport with the religious beliefs of individuals.

3. Discussion. Enclosure (1) contains a detailed legal analysis.

4. Point of contact. My action officer for this issue is LCDR Scott Laurer, (703) 604-8219.

M. B. JENKINS

APR 5 1999

United States District Court,
District of Columbia

David Alan Carmichael, *et al.*     )
                                        )
   *Plaintiffs*                       )
                                        )  Case No: 19-CV-2316-RC
            v.                   )
                                        )  Re: ECF 99
Antony John Blinken, *in his Offiicial*     )
   *capacity as Secretary of State, et al.,*     )
                                        )
   *Defendants*                   )


**Plaintiffs Carmichael And Lewis Combined Response In Opposition To "Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment"**

**ITEM 3**

**Dept. of Navy, Board for Correction of Naval Records
Letter To Carmichael, Docket No. 3945-98, 5 April 1999
Warning of Denial**

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

AEG
Docket No: 3945-98
5 April 1999

MR DAVID A CARMICHAEL
POST OFFICE BOX 4038
HAMPTON VA  23664-0038

Dear Mr. Carmichael:

Reference is made to your Application for Correction of Naval Records (DD Form 149).

The records in your case were referred to the appropriate office for an advisory opinion. The opinion has been received and is enclosed for your information. This opinion is advisory only and is not binding upon the Board or the Secretary of the Navy.

If you wish to submit any further statement or additional documentary material in support of your application, you should do so within 30 days. Unless you request an extension of time within the 30 day period, your case will be decided on the evidence of record as soon as a crowded docket will permit.

Sincerely,

ALAN E. GOLDSMITH
Head, Discharge Review Section

Enclosure:
JAG Ltr. 5800 Ser 13/1MA11019.99 of 31Mar99 w/encl.

United States District Court,
District of Columbia

David Alan Carmichael, *et al*.          )
                                          )
   *Plaintiffs*                          )
                                          )  Case No: 19-CV-2316-RC
   v.                                    )
                                          )  Re: ECF 99
Antony John Blinken, *in his Offiicial*   )
   *capacity as Secretary of State, et al.*,  )
                                          )
   *Defendants*                          )

**Plaintiffs Carmichael And Lewis Combined Response In Opposition To "Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment"**

**ITEM 4**

**Dept. of Navy, Board for Correction of Naval Records
Letter To Carmichael, Docket No. 3945-98, 24 May 1999
Comprehensive Report of Determination By B.C.N.R.**



DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

```
                                        AEG
                                        Docket No:   3945-98
                                        24 May 1999
```

Mr. David A. Carmichael
Post Office Box 4038
Hampton, VA  23664-0038

Dear Mr. Carmichael:

This is in reference to your application for correction of your naval record pursuant to the provisions of Title 10, United States Code, Section 1552.

A three-member panel of the Board for Correction of Naval Records, sitting in executive session, considered your application on 18 May 1999. Your allegations of error and injustice were reviewed in accordance with administrative regulations and procedures applicable to the proceedings of this Board. Documentary material considered by the Board consisted of your application, together with all material submitted in support thereof, your naval record and applicable statutes, regulations and policies. In addition, the Board considered the memorandum for record (MFR) of 20 August 1998 from the Head of the Board's Discharge Review Section and the advisory opinion of 31 March 1999 from the Deputy Assistant Judge Advocate General (JAG), copies of which are attached.

After careful and conscientious consideration of the entire record, the Board found that the evidence submitted was insufficient to establish the existence of probable material error or injustice.

The Board found that