United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re:  ECF 99 |
| Antony John Blinken, *in his Offiicial* ) | |
|   *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**Plaintiffs Carmichael And Lewis Combined Response In Opposition To "Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment"**

**ATTACHMENT 2**

**Plaintiff Lawrence Donald Lewis Declaration Regarding Damages Incurred**

**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.  ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| vi. ) | |
| ) | Re: ECF 99, 99-2 |
| Antony John Blinken, *in his Offiicial* ) | |
|  *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF LAWRENCE DONALD LEWIS DECLARATION**
**REGARDING DAMAGES INCURRED**

I, Lawrence Donald Lewis declare the following facts to be true, according to my own personal knowledge:

1. After my April 2019 application for passport renewal was unlawfully denied on May 1, 2019, I expended money that would not have been necessary if the government had obeyed the law, including the Privacy Act, and sent me a renewed passport. I spent 55 cents in postage, more than 1 cent for the envelope, about 2 cents for the letter paper, and about 5 cents for the ink. I spent about $1.00 in gasoline to get it to the post office. I am damaged financially as well as in restriction of my liberty. The Damage to me according to the Congress of the United States, Privacy Act, is worth no less than $1,000.00.

2. I travel to Canada to celebrate religious festivals. I was precluded from doing so in 2019 by the unlawful denial of my passport. The damage is to me, and likely any reasonable jurist, worth no less than $1000.00.

3. I intended to travel to the Philippines, shortly after renewing my passport, to foster natural affections with a loved one.  The alienation of affection that I have suffered as a direct result of my being unlawfully detained within the United States is to me, and likely any reasonable jurist, worth $500,000.00 in compensation.

4. In response to the Defendants' Attorney Status Report (ECF 80, ¶ 3.), I drove over 100 miles to the place where I could get a passport photo, on April 12, 2021.  I paid $20.00 for the passport photo.  The Damage to me according to the Congress of the United States, the Privacy Act, is worth no less than $1,000.00.

5. I did not send it in, waiting for Judge Contreras to make a determination regarding the lawfulness of his remand order about which we contested.

6. I was NEVER contacted by ANYONE from the State Department.  I am not hard to reach.  The phone is the same as I have had for almost 30 years.  The address is also the same for nearly 30 years.  The State Department HAD this as my contact info.

7. We had done our research and at that time were convinced that EVERYTHING for renewal of my Passport was BEFORE the State Dept. as was required by law and that the renewal would be issued.

8. Instead of obeying the Court Order for remand, the Department of State communicated absolutely NOTHING to me until I received in the mail a DENIAL of renewal.  This occurred by Express Mail on the last day of the remand period.   That was the ONLY event that occurred during the remand period.  I was waiting for SOME contact from the State Department about the REMAND, and never received any contact about procedure, record, request for ANY info relative to the remand as ordered by Judge Contreras.

9. My obtaining a passport photo shows total good faith on my part, long before being required or ordered to provide a different Passport photo. We STILL have had no ruling on this photo issue.

I make this declaration of FACTS, according to my personal knowledge, under penalty of perjury.


s/s  Lawrence Donald Lewis                    Date:  20 August 2012
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848