**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.    ) | |
|                                     ) | |
| *Plaintiffs*                        ) | |
|                                     ) | Case No: 19-CV-2316-RC |
| v.                                  ) | |
|                                     ) | Re:  ECF 99 |
| Antony John Blinken, *in his Offiicial* ) | |
|    *capacity as Secretary of State, et al.,* ) | |
|                                     ) | |
| *Defendants*                        ) | |

**Plaintiffs Carmichael And Lewis Combined Response In Opposition To
"Defendants' Motion To Dismiss Or, In The Alternative, For Summary
Judgment"**

**ATTACHMENT 3**

**Plaintiff Lawrence Donald Lewis Declaration Of Additional Facts And Plea
For Justice According to LAW
With a Conversational Tone – Some "Flesh and Blood" on this writing**

**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
|     *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
|       vi. ) | |
| ) | Re:  ECF 99, 99-2 |
| Antony John Blinken, *in his Official* ) | |
|     *capacity as Secretary of State, et al.,* ) | |
| ) | |
|     *Defendants* ) | |

**PLAINTIFF LAWRENCE DONALD LEWIS DECLARATION OF
ADDITIONAL FACTS and PLEA FOR JUSTICE According to LAW
With a Conversational Tone – Some "Flesh and Blood" on this writing**

    I, Lawrence Donald Lewis, make this additional declaration of facts, according to my personal knowledge:

    1.  I am "talking"(writing)  to you, Judge Rudolph Contreras, not to some impersonal "Contreras Court."  You might think that this sounds disrespectful or contemptuous. I assure you, it is exactly as far away from that as it can be.  I am "talking" to the most powerful air breathing man (office) that I ever will.  My worldview informs me that the position of judge is held at the pleasure of the Almighty Creator of the universe. This position of power also holds with it a great responsibility.

    2.  My authority for this understanding is as follows, and even though in legal writing I might cite the Supreme Court Reporter or lower courts, still I believe this to be much higher authority, with its PRECEPTS if not all historical details applicable TODAY:

    "If there arise a matter too hard for thee in judgment, between blood and blood, between plea and plea, and between stroke and stroke, being matters of controversy within thy gates: then shalt thou arise, and get thee up into the place which the LORD thy God shall choose; 9  And thou shalt come unto the priests the Levites, and unto the judge that shall be in those days, and enquire; and they shall shew thee the sentence of judgment: 10  And thou shalt do according to the sentence, which they of that place which the LORD shall choose shall shew

thee; and thou shalt observe to do according to all that they inform thee: 11  According to the sentence of the law which they shall teach thee, and according to the judgment which they shall tell thee, thou shalt do: thou shalt not decline from the sentence which they shall shew thee, to the right hand, nor to the left. 12  And the man that will do presumptuously, and will not hearken unto the priest that standeth to minister there before the LORD thy God, or unto the judge, even that man shall die: and thou shalt put away the evil from Israel."
Deuteronomy 17:8

3.   Now, Judge Contreras, isn't this a whole lot better than other paths to settle disputes, like 'Shooting it out at the OK Corral?"   You hold a very high and important in the Grand Scheme of Things, office, if you will rise to its high and important function, and don't be a sycophant to the Deep State Department and DOJ apparatchiks.  And here, about 900 years later in a nation's history, is an observation directed to Judges (many others are throughout the Scripture), with rewards – NATIONALLY – for righteous / justice in judges and national destruction when justice is perverted:

"And he set judges in the land throughout all the fenced cities of Judah, city by city, And said to the judges, Take heed what ye do: for ye judge not for man, but for the LORD, who is with you in the judgment."  2 Chronicles 19:5-6

4.   And the result, when courts are totally corrupt and when they render themselves IRRELEVANT:

 "And judgment is turned away backward, and justice standeth afar off: for truth is fallen in the street, and equity cannot enter."  Isa 59:14

5.   When responsibility of justice is not carried out, it's my understanding that any judge who rules contrary to true justice brings down curses on his own head for himself and his family, administered NOT by men, but from the current living, ruling King of Kings, and Lord of Lords, the resurrected, living Jesus Christ, sitting at the right hand of the Almighty at the Throne Room of the Universe.

6.   The best example of this is "Justice" Taney who in 1858, I believe, declared in the famous Dred Scott decision, that Mr. Scott had no standing in the U.S. Supreme Court and NO

standing in any court of the United States. Even though Mr. Scott was in a free state, he wasn't even entitled to a hearing. Though I won't give you chapter and verse here, one of the 700 statutes in the Bible do require that you give a runaway slave at least a hearing. Perhaps he's been abused or oppressed. Surely the Bible never sanctioned slavery as it was practiced in the United States and all over the world for thousands of years. That's not my point. Judge Taney's ruling violated what I believe to be 'Universal Law, Revealed Law." Most on Planet Earth do not find my conclusion about "Justice" Taney's ruling controversial in our day. Many will not agree with me about the Bible being "Revealed Law." But my point is that in the famous wrong Supreme Court ruling, the result of this was 700,000 dead men; approximately 400,000 Northern Union soldiers, and 300,000 dead Southerners, in the war of secession commonly called the Civil War.

7. This piddly case of three named people wanting to renew their passports and still follow the dictates of their conscience seems perhaps, Judge Contreras, like a nuisance to you perhaps. I have no way of knowing. But I do think depending on your ruling, that it could be a real landmark case. For practical purposes as concerns the plaintiffs, you've done nothing of substance here in over two years. Mr. Carmichael has devoted full time, with me collaborating, and devoting probably 10% as much of my life in the past two years. I define "Full time" as more than 1,000 hours of Mr. Carmichael's life ministerially (unpaid) invested in trying, peacefully, to seek justice and redress of grievances from you, Judge Contreras. We don't get paid for this. We are being fought at every step of the way by every DOJ bureaucrat and State Department actor. Whether it's true or not, it feels like we've been fought at every step of the way by a judicial bureaucrat named Judge Rudolph Contreras. And Mr. Hair and you, Judge Contreras, probably are paid close to $300,000 total a year to fight us every step of the way.

You have had the photo issue which we put squarely before you and asked for resolution since before my passport was denied. We asked for your rule on whether we needed to have new passport photos, and you didn't do that. So the State Department denied the renewal of the passport, and that's where we are at now, nearly a year later. So this piddly little case -- what does it mean to me putting some flesh and blood on it.   MORE FACTS:

8. First, I can't go to Canada now and want to devote an eight day commemoration of what is commonly called the Feast of Booths or the Feast of Tabernacles with friends over across the border. I can't do that because I can't cross the border because I don't have a current passport. I live only 30 miles from Canada, in the Northwoods of Idaho Panhandle, and have for 30 years.

9. Worse yet, I can't go to the Philippines. My expired passport shows several rubber stamped entries into the Philippines. My wife at age 42 basically dropped dead at the peak of what we thought was radiant good health, 10 years ago. I was 16 years older than she, and her departure left me being a single father. I had found someone I wanted very much to marry, to be a stepmother to my son, who is now 18 years of age. Mila lives in the Philippines, and she raised 4 children to responsible adulthood in a very "Third World" country and was lifted out of grinding poverty by Faithfulness and blessings from Almighty God.   I have traveled there twice, but cannot return not having a valid passport.

10. The deadline I believe October 1 this year, is fast approaching where without the passport being issued I cannot even enter a federal building. In Idaho this is called a "star card," and without the passport, I cannot obtain this form of identification from the Idaho DMV.

11. Paragraph number six continues at Homeland Security at the airport checkpoint. Without this "star card" on my Idaho driver's license, I will not be able to board an airplane, probably anywhere on planet Earth, but certainly within any of the 50 states, after 1 October 2021, just a

few weeks away.

12. I've been riding around this planet's sun 71 times. At the age of 18, in the middle of 1968, when 300 men a week came back from Vietnam in body bags, I picked up a gun and spent exactly 3 years in the United States Army as an electronics technician as well as a rifleman. I was taught all my life before, that the United States of America meant something. That we had the ability to follow the dictates of our conscience, so long it was still in harmony with good order. Stated another way, as long as I didn't want to drive my airplane into a tall building, I did have the ability to exercise my studying and application of moral principles. I derive moral principles ending in my current conclusion, after much "school of hard knocks," that the Holy Bible is the operating manual for planet Earth. I believe it comes from beyond this MEST (Matter, Energy, Space, Time) universe. But its primary application is for me to put into practice Jesus's nonviolent teachings. It's not for me to beat you, Judge Contreras, over the head with my current understanding (or misunderstanding). It is for me to love my neighbor, including you Judge Contreras, with excellence and completeness, thus showing that I love the Almighty Creator with all my heart, soul, mind, and strength. I picked up a gun and gave nearly a tithe of my adult life to what I thought was defending this high-level moral principle.

13. This should not be strange in the United States of America. The Congress of the United States in Public Law 97 – 280 declared the Bible to be the Word of God, and that we should study and apply its teachings. Congress also declared that the Bible was "the Rock upon which the Republic rests."

14. So I see **three ways** this case can go according to my imperfect understanding and my legal training. You, Judge Conteras can rule against us. As DOJ bureaucrat Mr. Hair wants and had directed you to do: DISMISS THE CASE. You can continue to protect what I believe are

severe lawbreakers in need of severe sanctioning publicly. These probably even nameless and faceless bureaucrats can continue to oppress people, likely have 2 other people we know well, one which we tried to join to this case as far as I know is currently being fought tooth and nail to keep out of it, her name is Michelle.

15. The second choice, Judge Contreras, is for you to rule in favor of us but sweep it under the rug, and just have us "go away" with our renewed passports in our hands. But nothing is changed or NOT ORDERED to be changed by you inside the horribly corrupt State Department.

16. The THIRD CHOICE for you is to NOT do like Justice Taney he did in Dred Scott. To not do what the high courts of the United States had done up to Thurgood Marshall's famous case "Brown versus Board of Education." (I suppose I should not "teach" you law, you being at the peak of your profession). But Brown vs Board reversed a horrendously long-held legal enshrined oppression of SEPARATE BUT EQUAL. I think you have a choice, Judge Contreras. Go along to get along. Or administer true Justice. Write a ruling so strongly worded and so strongly directing meaningful change inside government bureaucracy that the bureaucrats QUAKE to break the new ORDERS from the judiciary. That your ruling will be a LANDMARK case, and that will be picked up by MSM (Main Stream Media). Make sure the policy within the State Department is exposed for the rot and filth that it is. Yes, use some strong verbiage. Drain the swamp the State Department. I believe one of your colleagues from the past had the cajones to write thus: JUSTICE IN THIS CASE SO STINKS THAT I WANT TO PUKE.

17. This is NOT a time for legalese and 'Nicey'nice" verbiage. You, Judge Contrera have huge power to arrest this horrible state of affairs. Or will you allow USA, like ancient Rome in a similar state of corruption and rot from within, to become not worth fighting for and those who

could see the corruption LEFT.   Left a city of 1-3 MILLION, which became a cow pasture about 500 A.D.

Will you be like the unjust judge in Luke chapter 18, thusly:

> "And he spake a parable unto them to this end, that men ought always to pray, and not to faint; 2  Saying, There was in a city a judge, which feared not God, neither regarded man: 3  And there was a widow in that city; and she came unto him, saying, Avenge me of mine adversary. 4  And he would not for a while: but afterward he said within himself, Though I fear not God, nor regard man; 5  Yet because this widow troubleth me, I will avenge her, lest by her continual coming she weary me. 6  And the Lord said, Hear what the unjust judge saith. 7  And shall not God avenge his own elect, which cry day and night unto him, though he bear long with them? 8  I tell you that he will avenge them speedily. Nevertheless when the Son of man cometh, shall he find faith on the earth?"  Luke 18:1-8

18.   Mayhaps you will like a colleague of yours, C.J. Harlan Fiske Stone, quoted in Seeger vs U.S.   380 US 163.At 283 U. S. 633   In a similar vein, Harlan Fiske Stone, later Chief Justice, drew from the Nation's past when he declared that

> "both morals and sound policy require that the state should not violate the conscience of the individual. All our history gives confirmation to the view that liberty of conscience has a moral and social value which makes it worthy of preservation at the hands of the state. So deep in its significance and vital, indeed, is it to the integrity of man's moral and spiritual nature that nothing short of the self-preservation of the state should warrant its violation; and it may well be questioned whether the state which preserves its life by a settled policy of violation of the conscience of the individual will not in fact ultimately lose it by the process."  "Stone, The Conscientious Objector, 21 Col.Univ.Q. 253, 269 (1919)."

I, Lawrence Donald Lewis, make the foregoing declaration of fact, with a spirit of love, of power, and a sound mind, according to my personal knowledge, under oath before YeHoVaH God, and under the penalty of perjury,


s/  Lawrence Donald Lewis
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848