**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 99, 99-2 |
| Antony John Blinken, *in his Official* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF CARMICHAEL'S MOTION FOR LEAVE OF LATE FILING**
**OF STATEMENT OF FACTS**

   1. The attached statement of facts was finalized by Plaintiffs Carmichael and Pakosz and was ready for filing on the due date.  Today, while putting away the printed documents, I realized that the Plaintiffs' Statement of Fact in response to the Defendant's motion for dismissal was not filed with the other documents last night.  It was from fatigue.  I began work at 12:22 a.m., and had been diligently finalizing and compiling the documents with only a few ours of napping in the morning.  I was thrilled to get it all in by about 9 p.m., so that I could get some dinner.  There is no prejudice to our opponent being that it is a non-work day and we scheduled extra time for a reply due to the Defendant Attorney's previously scheduled activities (ECF-104).  It is a service of delivery error on my part.  **There I move for leave of the late filing of this Plaintiffs Statement of Facts document which was ready for filing on time yesterday**.

   Under the Penalty of Perjury under the laws of the United States, I declare it to be so:

s/David Alan Carmichael
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672  /  david@freedomministries.life