# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiffs Carmichael and Lewis Combined Motion for Relief from Order of August 28, 2020 and memorandum in support". I served the Court, the Defendants, Plaintiffs, and the representative of a Plaintiff in the case of *Carmichael, et al., v. Pompeo*, et al., case no. 1-19-cv-02316-RC.

The Court, Defendants and Plaintiffs were notified electronically:

>Angela D. Caesar
>Clerk of Court, District Court of the United States
>United States Courthouse
>333 Constitution Ave NW
>Washington, DC 20001 via dcdml_intake@dcd.uscourts.gov

>United States Attorney
>United States Attorney's Office
>c/o Christopher Hair
>555 4th Street, N.W.
>Washington, D.C. 20530  / Christopher.Hair@usdoj.gov

>Lawrence Donald Lewis
>966 Bourbon Lane
>Nordman, Idaho 83848 / larrynordlewis@povn.com

>David Alan Carmichael
>1748 Old Buckroe Road
>Hampton, Virginia 23664  /  david@freedomministries.life

>Michelle Boulton
>8491 Hospital Dr., #178
>Douglasville, GA 30134-2412 /  ladytia2@aquawest.net

The Representative of William Pakosz is notified by mail next business day

>William Mitchell Pakosz
>P.O. Box 25
>Matteson, Illinois  60443


s/ David Alan Carmichael                              Dated: August 28, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life