Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**  Plaintiffs,  vs.  **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**  Defendants. | ) Civil Action No.: 19-2316 (RC)  ) Re: ECF 105  ) Intervenors Response to Defendants Status Report |

**Response Of Movant In Intervention, Michelle
Boulton, To Defendants' Status Report**

1.   I, Michelle Boulton (*hereinafter "Boulton"*), submitting the following declaration as a Response to the Defendants' Status Report (ECF No. 105) pursuant to Judge Rudolph Contreras August 8, 2021 order to submit a status report. The facts stated below are of my own personal knowledge.  I attest to the validity of the exhibits cited herein and declare the following to be true:

**SUMMARY**

2.   On August 20, 2021, at approximately 4:22 PM, Defendants filed a Status Report that is riddled with grotesque fraudulent misrepresentations and distortions (ECF 105).

3. Defendants state that I was not denied for failing to provide a social security number. This is simply not a fact. The Court needs to scrutinize the Declaration of Kristin N. Watkins, and the Memoranda of the United States Attorney, comparing them to the actual communications from the Agency to me. I was indeed denied multiple times, in writing and verbally for failure to provide a social security number in violation of my Religious Beliefs.

4. Attached hereto is Exhibit 1. It is an e-mail from Defendants dated March 12, 2021, clearly stating a passport would not be issued to me unless and until I provided a Social Security Number. Attached hereto as Exhibit 2 is another e-mail from Defendants dated March 30, 2021 clearly stating a passport would not be issued to me unless and until I provided a Social Security Number. The Defendants refused to process the application and issue my passport for the sole reason that I had not provided a Social Security Number. Worse than that, they continued to deny the request even after I sent a copy of the United States Attorney's status report (ECF 80) saying that the religious beliefs which I share with Carmichael, Lewis and Pakosz was being accommodated for them.

## CORRECTED STATEMENTS OF FACT

5. Contrary to the Status Report, my visit in July 2020 was not for urgent air travel. My visit, in July 2020, was to submit a DS-82 passport renewal application, related to the timing of my passport expiration. Kristin N. Watkins's declaration is false. I was unlawfully denied a passport renewal at that time, and coerced into filing a different form which only gave me a one-year passport. I filed a statement for their record protesting their coercion.

6. I made an appointment with the Embassy in order to renew my one-year US Passport for a 10-year passport, in March, 2021. On or around March 9, 2021, I returned and I filled out a DS – 82 form and prepared a Declaration to submit in compliance with my DS – 82. I submitted the application and my Declaration. At this time, a female attendant informed me

that I needed to fill out another form, DS-5504, since there was an active application. The active application was a DS-82 U.S. Passport Renewal Application. It was the application I filed in July, 2020. I filled out the DS – 5504 and submitted it to the female attendee along with my Declaration and Request for Waiver Pursuant to 22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb, *et seq*. See Exhibit 3.

7. Within Exhibit 3, you will see my request for a waiver for humanitarian reasons, as well as an outline of certain items to note within the law that evolved from Mr. Carmichael's current case with the Department of State. I asked Mr. Doe (a male employee, middle aged and married, black wavy hair and glasses of the U.S. Embassy) to submit the paperwork to Washington, D.C. as the Carmichael case was pending. I have no idea what Mr. Doe did or did not do with this application and Declaration.

8. Mr. Doe reminded me that I had to have an SSN in order to adjudicate a successful passport application. I asked Mr. Doe, "Don't you already have that information?" He affirmed "Of course, we do we already have it," again. I then asked: "Why is it so important that one physically writes in the Mark of the Beast? Why must I be tortured to provide something to you that you already have?" I was astonished by Mr. Doe's demeanor and body language that he appeared to be intentionally torturing me as a punishment for my Religious Beliefs and Convictions.

9. Mr. Doe stressed the point that it would now take 3 – 5 weeks to submit my documents to Washington, D.C.. since I would not comply with the SSN request. He indicated the delay was because I would not give him a SSN. It did not deter me.

10. I submitted my Application and Declaration with full knowledge and disclosure that Mr Carmichael, Mr. Lewis and Mr. Pakosz had been notified by the Department of State providing Mr. Carmichael, Mr. Lewis and Mr. Pakosz with instructions on how to obtain a US

Passport without using a SSN.  I adhered to the instructions delivered to Carmichael, Lewis and Pakosz to verify if the Department of State would honor these new processes for those with sincerely held religious reasons against using the Mark of the Beast on our US Passport Applications.

11. On March 12, 2021, I received a denial letter from the ACSSanJose@state.gov email address (Exhibit 1).  It stated:

> **From:** San Jose, ACS <ACSSanJose@state.gov>
> **Sent:** Friday, March 12, 2021 4:13 PM
> **To:** ladytia2@aquawest.net
> **Cc:** San Jose, ACS <ACSSanJose@state.gov>
> **Subject:** Re: Passport Application
>
> Dear Ms. Boulton,
>
> Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided.  Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.
>
> Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.
>
> Accordingly, your passport application will remain pending for 90 days.  Please let us know if you wish to proceed with a direct return passport or if you wish to email us your social security number, we can process the application.
>
> Sincerely,
>
> ACS
> San Jose

12. I clearly understood that my U.S. Passport renewal application was denied because I did not submit a social security number.  March 23, 2021, I replied via email to the email address: ACSSanJose@state.gov.  At this time, I was fully transparent and revealed and reviewed the current Carmichael case with the Embassy staff via email per counsel.  I clarified that I had fulfilled all of the requirements granted in the Carmichael case:  See Exhibit 4

    a. I fulfilled the eligibility requirements for a passport as contained in 22 USC § 212.

    b. I clarified my civil allegiance to the United States.

    c. I stated that I fulfil the identification requirements of 22 C.F.R. §§ 51.23, 51.25 and 51.5 and 22 C.F.R. § 51.23(b), particularly since I have had a passport since I was 16 years of age.

13. Again, I asked for a Waiver to the SSN requirement under humanitarian and religious reasons. I also shared with the Embassy staff the guidelines proposed by the National Passport Center/Department of State/Charles Badger regarding those with sincerely held religious beliefs regarding the Mark of the Beast aka the SSN. To wit (Exhibit 4):

    a. Plaintiffs are not required to identify any Social Security Number in their Form DS-82 applications and should write 'refused for religious reasons.'

    b. Plaintiffs are not required to submit any fees with their applications.

    c. Plaintiffs do not need to submit their previous passports.

    d. Plaintiffs must send their completed applications, along with a new photograph that conforms with instructions included in the Form DS-82, to the below address:

    National Passport Center
    c/o Charles Badger
    207 International Drive
    Portsmouth, NH 03801

    4. Assuming that Plaintiffs otherwise meet the Department's eligibility requirements to receive a passport, *see* 22 C.F.R. § 51.60, the Department intends to issue passports to them upon receipt of the information and photographs described above (notwithstanding the exclusion of any Social Security Number on the Form DS-82).

14. I requested that my documents be submitted to Charles Badger. I completed the application as instructed in Case No: 19-CV-2316-RC, David Alan Carmichael, et al, v. Michael Richard Pompeo, in his Official capacity as Secretary of State, et al.

15. As of March 30, I had not received a reply from the Embassy. Therefore, I followed up via email (Exhibit 5) and asked for confirmation of the following items:

> Dear ACS,
>
> It has been 8 days since I sent in my response. I have not received a confirmation email nor a reply.
>
> Could you please confirm that :
>
> 1. You have received this email sent March 23, 2021,
> 2. That you have sent my response, as requested, to Charles Badger.
>
> Please advise if I need to bring the actual documents to the embassy in order to submit to Mr. Charles Badger.
>
> Since this is a live, pending case and application, your prompt attention to this matter seems warranted.
>
> Thank you for your assistance in this matter.

16. March 30, in the afternoon, I received the following email (Exhibit 2) :

> Dear Ms. Boulton,
>
> We can confirm we received your previous email. The situation remains unchanged. Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided. Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.
>
> Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.
>
> Accordingly, your passport application will remain pending at the Embassy for 90 days based on when the application was received. If the required information is not received within the 90-day period, the application will be denied. Please let us know if you wish to proceed with a direct return passport or if you wish to provide your social security number, we can process the application.
>
> Sincerely,
> ACS

17. I clearly understood that I was denied for the second time a U.S. Passport because I did not give them a social security number. Neither was there a confirmation that my documents were sent to Charles Badger as requested.

18. On April 2, 2021, I submitted another email (Exhibit 6) asking 12 questions with Exhibit 3 attached to the submission. I was very concerned since Mr. Doe acted toward me as if he is prejudiced against me since he communicated that he did not understand or deem my religious beliefs as appropriate.

19. April 2, 2021, the U. S. Embassy affirmed receipt of my email (Exhibit 7).

20. As a result of Defendants denial of my U.S. Passport in violation of her Religious Freedoms, I made a motion to intervene/join Carmichael's case.

21. On August 8, 2021, at 10:25 PM Judge Rudolph Contreras ordered the Defendants to submit a status report regarding my U.S. Passport Renewal Application.

22. On August 10, 2021, at 6:13 PM, I received an email from the San Jose, Costa Rica Embassy (ACS San Jose). It stated (Exhibit 8) :

> "Regarding your passport application dated 09-MAR-2021. The administrative process has been completed and your passport has been issued. You will receive an email in about 3 weeks when the passport has arrived at the Embassy and is ready for pickup. ¶ Once you receive this notification email, you may return to the Embassy during normal business hours, without an appointment to pick up your new passport."

23. On August 18, 2021, 4:31 PM I received an email that stated that my Passport was available to be picked up (Exhibit 9). I had never sent them any more information. Contrary to Kristia N. Watkins declaration under oath, there was no "information" for which the agency was waiting.

24. On August 20, 2021, at approximately 10 AM I received my US Passport, valid for 10 years without submitting a social security number, and without giving further information.

25. It is obvious that prior to Judge Rudolph Contreras on August 8, 2021 order to submit a status report, that the U.S. Embassy colluded with Kristia Watkins to prevent me from obtaining a U.S. Passport unless I complied with their damnable request for a social security number in direct violation of my Religious Freedoms even when I continually submitted documents regarding my religious objections and I verbally objected to Mr. Doe.

26. It is obvious to me that not only is Kristia Watkins and Mr. Doe in need of sensitivity training but Sanctions. They blatantly violated my Religious Freedoms even after my repeatedly warning them of the violations.

27. This is not about a 'one-off' and receiving a U. S. Passport, in accordance with my Rights and the Laws but it is a matter of ensuring that the future Rights of all those who believe the Social Security Number to be the Mark of the Beast be able to exercise such Rights without fear of persecution and denial.

> On July 2, 2021, Kristia Watkins declared and stated that it is (Exhibit 10):
>
> "Revisiting how it adjudicates religious accommodation requests and is in the process of formalizing new policies that will be in place if the Plaintiffs applied for passports again in the future"

28. Ms. Watkins has declared that she is familiar with the cases of David Carmichael, Lawrence Lewis, William Paskosz and Boulton. However, in her Declaration, dated July 3, 2021, she misrepresented the Facts before the court pertaining to me (Exhibit 11). I replied and corrected the record (Exhibit 12), that yes, indeed, Kristia Watkins and the U.S. Embassy in Costa Rica had denied me my U.S. Passport because I did not provide a social security number in violation of my Religious Freedoms.

29. It is clear to me that Ms. Watkins could and should have known this on the basis of her declaration how familiar she was with the processing of my application and could and should have issued my passport before the Court's Inquiry into my Status, especially in light of the fact that I notified the U.S. Embassy, in writing, of the Carmichael case.

30. It should be clear to me that Ms. Watkins has willfully tortured me by delaying an immediate approval of my U.S. Passport, especially in light of the fact that Ms. Watkins has declared under oath that she is familiar with all of the Plaintiffs. As well, the majority of these exhibits and information had already been submitted to the Court. Ms. Watkins could have and should have issued my U.S. Passport immediately and without delay, time or costs to me, including continue mental anguish and PTSD.

31. As stated before, the issue before the Court is whether Defendants' refusal to issue passports to me, for supposed "failure" to provide a Social Security Number is lawful. Or stated another way, whether Defendants' refusal to issue passports is violative of 22 U.S.C. § 2721 Impermissible Basis For Denial of a Passport, the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb and the policy of the United States office of the President as written in Executive Order 13798. There is no significant difference between the Plaintiffs' Carmichael, Lewis and Pakosz causes of action and my causes of action.

WHEREFORE, it is clear that I am entitled to an order granting leave to intervene and for Reparations for her Religious Freedom being violated multiple times in sharp contrast to this Court's guidance as directed in the Carmichael case and presented to Defendants. As well, I demand the same guarantee as Carmichael, Lewis and Paskosz, that my religious convictions and practices will be accommodated. It needs to be shown in an official agency document, not merely by litigation memorandum or a falsehood ridden declaration of Kristia Watkins (ECF No. 99-3). Further, I demand that those responsible for the denial of an application, leaving me without a US Passport for several days, while in a foreign country, causing further unnecessary stress and anxiety, be terminated or at the very least undergo extensive sensitivity training, as well, as a thorough review of the law regarding these matters.

THE DEFENDANTS ARE NOTIFIED that failure to contest these facts in a timely way, pursuant to the Rules of Court, constitutes admission.

The factual statements made above are based upon my personal knowledge unless the context clearly expresses otherwise, and I do so swear to their truthfulness under the penalty of perjury under the laws of the United States of America.

Dated: September 1, 2021

_____
Michelle Boulton
In Propria Persona
8491 Hospital Dr., #178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net