Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.:  19-2316 (RC) <br> ) <br> ) **Re: ECF 105** <br> ) <br> ) <br> ) **Intervenors Response to Defendants Status** <br> ) **Report** <br> ) <br> ) **Intervenor's Exhibit 1** <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| vs. | |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | |
| Defendants. | |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 1**

**Email From San Jose, ACS, March 12, 2021**
**Denying Passport Renewal Due To No SSN**

Exhibit 1                                                                                                              Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**  Plaintiffs,  vs.  **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**  Defendants. | Civil Action No.:  19-2316 (RC)  Re:  ECF 105  **Intervenors Response to Defendants Status Report**  **Intervenor's Exhibit 1** |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS STATUS REPORT**

**EXHIBIT 1**

**Email From San Jose, ACS, March 12, 2021 Denying Passport Renewal Due To No SSN**

**From:** San Jose, ACS <ACSSanJose@state.gov>
**Sent:** Friday, March 12, 2021 4:13 PM
**To:** ladytia2@aquawest.net
**Cc:** San Jose, ACS <ACSSanJose@state.gov>
**Subject:** Re: Passport Application

 Dear Ms. Boulton,

Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided.  Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.

Exhibit 1                     Page 1 of 2                     Case No. 19-2316

Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.

Accordingly, your passport application will remain pending for 90 days.  Please let us know if you wish to proceed with a direct return passport or if you wish to email us your social security number, we can process the application.

Sincerely,


ACS

San Jose

Exhibit 1                              Page 2 of 2                              Case No. 19-2316