Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | Civil Action No.:  19-2316 (RC) |
| Plaintiffs, | Re: ECF 105 |
| vs. | **Intervenors Response to Defendants Status Report** |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | **Intervenor's Exhibit 2** |
| Defendants. | |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 2**

**Email From San Jose, ACS, March 30, 2021
Denying Passport Renewal Due To No SSN**

Exhibit 2                                                                                              Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**  Plaintiffs,  vs.  **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**  Defendants. | Civil Action No.:  19-2316 (RC)  Re:  ECF 105  **Intervenors Response to Defendants Status Report**  **Intervenor's Exhibit 2** |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 2**

**Email From San Jose, ACS, March 30, 2021 Denying Passport Renewal Due To No SSN**

From: San Jose, ACS <ACSSanJose@state.gov>
Sent: Tuesday, March 30, 2021 1:48 PM
To: ladytia2@aquawest.net
Cc: San Jose, ACS <ACSSanJose@state.gov>
Subject: Re: Passport Application

Dear Ms. Boulton,

We can confirm we received your previous email.  The situation remains unchanged.  Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided.  Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.

Exhibit 2                    Page 1 of 2                    Case No. 19-2316

Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn <https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn>  for questions regarding Social Security Numbers and passport applications.

Accordingly, your passport application will remain pending at the Embassy for 90 days based on when the application was received.  If the required information is not received within the 90-day period, the application will be denied.  Please let us know if you wish to proceed with a direct return passport or if you wish to provide your social security number, we can process the application.

Sincerely,
ACS

Exhibit 2                              Page 2 of 2                              Case No. 19-2316