Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | ) Civil Action No.:  19-2316 (RC)<br>)<br>) Re: ECF 105<br>)<br>) **Intervenors Response to Defendants Status Report**<br>)<br>) **Intervenor's Exhibit 3**<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 3**

**DECLARATION and Request For Waiver Pursuant To
22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb,** *et seq.*

Exhibit 3                                                                                              Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.: 19-2316 (RC) |
| Plaintiffs, | ) Re: ECF 105 |
| vs. | ) Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) Intervenor's Exhibit 3 |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 3**

**DECLARATION and Request For Waiver Pursuant To
22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb,** *et seq.*

Michelle Ann Boulton
8491 Hospital Drive, #178
Douglasville, GA 30134

March 3, 2021

Antony John Blinken
In his official capacity as Secretary of State
Washington DC

Re:   DECLARATION and Request For Waiver Pursuant To 22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb, *et seq.*

Exhibit 3            Page 1 of 5            Case No. 19-2316

Secretary Blinken,

For reasons of religion, I require a waiver for humanitarian reasons which you are able to provide in your official capacity.  The Fixing America's Surface Transportation Act permitted you to deny a passport if upon receiving an application for a passport from an individual that either, (i) does not include the social security account number issued to that individual, or (ii) includes an incorrect or invalid social security number willfully, intentionally, negligently, or recklessly provided by such individual.  The language there in subparagraph (A) is permissive, as well as describing someone who might not identify with a social security number for ill purposes.  There is a caveat.  The permission given you to deny or revoke a passport because of these listed reasons, begins with the statement, "Except as provided under subparagraph (B)."  Paragraph (B) states, "Notwithstanding subparagraph (A), the Secretary of State may issue a passport, in emergency circumstances or for humanitarian reasons, to an individual described in subparagraph (A).

Therefore, I formally request to be excepted from the requirement to identify with a SSN for reasons of belief and practice of religion.

Please find this letter to be a DECLARATION of my Sincerely Held Religious Beliefs.  I come before you as a sinner and with this DECLARATION hope to redeem myself in the eyes of the Creator and His Beloved Son, Jesus Christ.

Over the past 29 years I have devoted myself to serve the Creator Unto the Most High.  As part of this service is the Irrevocable and Fundamental belief that the Mark of the Beast is the Social Security Number as foretold in Revelations 13:16 – 17:

> [16]He causes all, both small and great, rich and poor, free and slave, to receive a mark on their right hand or on their foreheads, [17]and that no one may buy or sell except one who has the mark or the name of the beast, or the number of his name.

Exhibit 3   Page 2 of 5   Case No. 19-2316

In July of 2020, in the Costa Rica Embassy, while attempting to renew my passport without a Social Security Number, I was snared by the fear of Satan himself and froze in terror when told that I had to have a SSN, in order to renew.  I had provided the SSN agent a document explaining my position and he instructed me that he had to send my documentation to Washington, D.C. for approval.  Having had this process completed before in Costa Rica, this came as a complete surprise and more fear struck my heart.   There was only a few days left before my return to the USA and due to COVID, he did not feel as if the documents would be approved or seen on time.

Until the day I die, I will never understand what happened to me.  I tried talking with the agent and I tried explaining my belief and, yet, I failed.  My faith failed.  Somehow my hand wrote down the Mark of the Beast and I have suffered extreme anguish and anxiety ever since.  Somehow my hand betrayed me and overrode my beliefs that I have had for more than half my life.  Somehow, I was beaten into submission.

Ever since that day, I have had troubles sleeping and wake up in the night with complete shame and regret as I know that I failed and betrayed My Heavenly Father.  I am now in therapy for the traumatic stress and nothing has provided me any relief.  As I write this DECLARATION, I am sick with anxiety, flush with regret and anxious with fear.  I have gravely sinned.

I can only hope that this DECLARATION will serve as a TESTAMENT to my Heavenly Father, to My Faith and His warning to us in Revelations and restore His Faith in me.  I can only hope that this DECLARATION will serve as proof to My Heavenly Father that I am worthy of His Kingdom.

I travel back and forth on a regular basis helping others learn how to heal.  I go where Spirit leads me to go.  To be denied a passport based on my inability to provide you with a SSN,

Exhibit 3        Page 3 of 5        Case No. 19-2316

is a grotesque violation of my Religious Rights as fought for and as promised to us in the United States of America.

I am aware that the government provides passports without requiring a SSN from those who have successfully not had a SSN associated with them or have had the Social Security Administration records officially suppressed. Therefore, it is obvious, that passports are eligible to be issued without a SSN.

I am aware of the eligibility passport requirements contained in 22 USC § 212:

> No passport shall be granted or issued to or verified for any other persons than those owing allegiance, whether citizens or not, to the United States.

As a citizen of the United States, I understand that I owe civil allegiance to the United States, without forsaking that higher allegiance that we all have to our Creator, to whom we all one day will give an account.

I am aware of the identification requirements of 22 C.F.R. §§ 51.23, 51.25 and 51.5 and presume that these are fulfilled in the initial passport application. My initial passport fulfills the preferred identity requirements of 22 C.F.R. § 51.23(b).

I am aware of 44 USC §3512 which explains clearly why I am not required by law to fill out an extra affidavit that does not contain an OMB number as required by law.

I am requesting under the 22 U.S.C. § 2714a(f)(1)(B) Statute for the issuance of my passport without forcing me to utilize the Mark of the Beast under humanitarian and religious reasons. This request ought not to be denied without the scrutiny of Secretary Blinken.

It appears to me that this is a distinct possibility based on the fact that others have passports without social security numbers, as I explained to your passport offices before that my parents obtained this number for me that I have rejected and revoked it to save my soul, and then, in July of 2020, as your passport agency explained to me "it's not like we do not have the number.

Exhibit 3　　　　　　　　　　　Page 4 of 5　　　　　　　　　　　Case No. 19-2316

Of course, we do, we already have it". Therefore, it seems that there is no need for me to jeopardize my salvation for something that you already have.

I do solemnly declare that I am a Servant of the Most High, humbly attempting to restore my salvation before the Creator by revoking and rejecting the Mark of the Beast, otherwise known as the Social Security Number.

Signed: *Michelle Boulton* (signature)

Exhibit 3                    Page 5 of 5                    Case No. 19-2316