Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.:  19-2316 (RC) |
| Plaintiffs, | ) Re: ECF 105 |
| vs. | ) Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) Intervenor's Exhibit 4 |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 4**

**Boulton Letter to ACS, March 23, 2021,
Reiteration of Religious Accommodation Request**

Exhibit 4                                                                                                Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | Civil Action No.: 19-2316 (RC) |
| Plaintiffs, | Re: 105 |
| vs. | Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | Intervenor's Exhibit 4 |
| Defendants. | |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 4**

**Boulton Letter to ACS, March 23, 2021,
Reiteration of Religious Accommodation Request**

DEAR ACS,

March 12, I received the following email that stated:

> Dear Ms. Boulton,
>
> Upon review of your passport application dated March 9, 2021, we note a Social Security Number has not been provided. Per federal regulations, if an applicant has been issued a Social Security Number and either cannot or refuses to provide it for whatever reason, they are only eligible for a direct return passport.

Exhibit 4        Page 1 of 3        Case No. 19-2316

Please see https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html#ssn for questions regarding Social Security Numbers and passport applications.

Accordingly, your passport application will remain pending for 90 days.  Please let us know if you wish to proceed with a direct return passport or if you wish to email us your social security number, we can process the application.

Sincerely,
ACS

In my Declaration and Request For Waiver Pursuant To 22 U.S.C. § 2714a(1)(B) and 42 U.S.C. § 2000bb, *et seq.*, I explained that:  (attached to my current passport application)

- I fulfilled the eligibility requirements for a passport as contained in 22 USC § 212.
- I clarified my civil allegiance to the United States.
- I stated that I fulfil the identification requirements of 22 C.F.R. §§ 51.23, 51.25 and 51.5 and 22 C.F.R. § 51.23(b), particularly since I have had a passport since I was 16 years of age.
- I then humbly requested:

    I am requesting under the 22 U.S.C. § 2714a(f)(1)(B) Statute for the issuance of my passport without forcing me to utilize the Mark of the Beast under humanitarian and religious reasons.  This request ought not to be denied without the scrutiny of Secretary Blinken.

I was surprised by the denial email received as under the Religious Freedom Restoration Act, it clearly explains that I should not have to be put in the position of having to forsake my Heavenly Father in order to have a passport.

On March 5th, 2021, Antony Blinken, filed the following response to a pending case regarding this exact same issue (Case No: 19-CV-2316-RC).  In it he stated that the:

   a. Plaintiffs are not required to identify any Social Security Number in their Form DS-82 applications and should write 'refused for religious reasons.'

   b. Plaintiffs are not required to submit any fees with their applications.

   c. Plaintiffs do not need to submit their previous passports.

   d. Plaintiffs must send their completed applications, along with a new photograph that conforms with instructions included in the Form DS-82, to the below address:

National Passport Center
c/o Charles Badger
207 International Drive

Exhibit 4                    Page 2 of 3                    Case No. 19-2316

Portsmouth, NH 03801

4. Assuming that Plaintiffs otherwise meet the Department's eligibility requirements to receive a passport, *see* 22 C.F.R. § 51.60, the Department intends to issue passports to them upon receipt of the information and photographs described above (notwithstanding the exclusion of any Social Security Number on the Form DS-82).

Since I have met the eligibility requirements as recently as June 20, 2020 (and my first passport was completed, verified and issued over 40 years ago), I currently have an open application, I have completed the DS 5504 form and I have followed the instructions as indicated in (a) above, I would like to request that my 10 year passport be issued immediately to prevent any further punishment and persecution of my religious beliefs.

To withhold my passport is in violation of passport law, 22 U.S.C. § 2721 which prohibits you from denying my passport over things protected by the First Amendment.  It is for religious reasons that I do not identity with a Social Security Number based upon by beliefs and activities of religion for several decades.

To deny such request would also be in violation of 22 U.S.C. § 2714a(f)(1)(B), of humanitarian and religious reasons.  To deny such a request would be equivalent to continue to burn my soul at the stake.  My request can be easily fulfilled as the damnable number, requested by my parents is still in your possession.  And, as submitted June 2020, to the Department of State in San Jose, Costa Rica, your office also has a certified copy of the original application submitted by my parents for the Mark of the Beast (dated May 24, 1968 and November 25, 2019).  To force me to physically write down the Mark of the Beast on an application would be considered torture, abuse and persecution of my Religious Beliefs, especially since you ALREADY HAVE IT.

Please forward my application and any supporting attachments/documents, to Charles Badger at 207 International Drive, Portsmouth, HN 03801 for his review.

While I respect that you may not understand my Religious Beliefs, I beseech you to consider Mark 12:31:  Love your neighbor as yourself. There is no commandment greater than these.

If you need any additional information, please let me know.

Signed: _____
Michelle Boulton

Exhibit 4        Page 3 of 3        Case No. 19-2316