Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | Civil Action No.: 19-2316 (RC) |
| Plaintiffs, | Re: ECF 105 |
| vs. | **Intervenors Response to Defendants Status Report** |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | **Intervenor's Exhibit 5** |
| Defendants. | |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 5**

**Email - Boulton To ACS, March 30, 2021**

Exhibit 5                                                                                                      Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.: 19-2316 (RC) |
| Plaintiffs, | ) Re: ECF 105 |
| vs. | ) **Intervenors Response to Defendants Status Report** |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) **Intervenor's Exhibit 5** |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 5**

**Email - Boulton To ACS, March 30, 2021**

**From:** ladytia2@aquawest.net <ladytia2@aquawest.net>
**Sent:** Tuesday, March 30, 2021 10:58 AM
**To:** San Jose, ACS <ACSSanJose@state.gov>
**Subject:** FW: Passport Application

Dear ACS,

It has been 8 days since I sent in my response. I have not received a confirmation email nor a

reply.

Could you please confirm that :

1. You have received this email sent March 23, 2021,

Exhibit 5          Page 1 of 2          Case No. 19-2316

2. That you have sent my response, as requested, to Charles Badger.

Please advise if I need to bring the actual documents to the embassy in order to submit to Mr. Charles Badger.

Since this is a live, pending case and application, your prompt attention to this matter seems warranted.

Thank you for your assistance in this matter.

Michelle Boulton

Exhibit 5    Page 2 of 2    Case No. 19-2316