Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.:  19-2316 (RC) |
| Plaintiffs, | ) Re: ECF 105 |
| vs. | ) Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) Intervenor's Exhibit 6 |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 6**

**Email – Boulton To ACS, April 2, 2021, Reiterating
Request For Religious Accommodation And Other Laws**

Exhibit 6                                                                                                  Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | Civil Action No.:  19-2316 (RC)<br><br>**Intervenors Reply to Defendants Status Report**<br><br>Intervenor's Exhibit 6 |

EXHIBIT IN SUPPORT OF REPLY TO DEFENDANTS' STATUS REPORT

EXHIBIT 6

Email – Boulton To ACS, April 2, 2021, Reiterating
Request For Religious Accommodation And Other Laws

**From:** ladytia2@aquawest.net <ladytia2@aquawest.net>
**Sent:** Friday, April 2, 2021 9:30 AM
**To:** 'San Jose, ACS' <ACSSanJose@state.gov>
**Subject:** REPLY MICHELLE BOULTON PENDING PASSPORT APPLICATION REQUEST TO SEND TO CHARLES BADGER
**Importance:** High

Dear ACS,

Since there is a pending legal case regarding this exact matter, I am again requesting that this information be sent to Charles Badger at the Department of State, since he is the one that is the contact for this case involving Social Security Numbers and Religious Objections (please see attached for details).   In this

Exhibit 6                              Page 1                              Case No. 19-2316

current legal case, it is recommended to write the words 'refused for religious reasons'. I have complied and followed all instructions in accordance with the Department of States current instructions for those refusing to use an SSN that may have been assigned to them, without their permission for Religious Reasons.

Can you confirm if my application, my denial and my current response was sent to Charles Badger? Since I have an open application with your location, I do not want to cause any confusion by sending this information directly.

      Please be aware this is not a cookie cutter situation and Constitutional Rights are at jeopardy.

If my passport application and its corresponding documentation has not been submitted to Charles Badger, could you please answer the following questions? It would be best if you would answer them line by line for clarity.

1. Are you indicating or implying that there is no avenue for appeal to the Secretary of State for an exception due to "humanitarian" reasons notwithstanding 22 U.S.C. § 2714a(f)(1)(A)? If you are not indicating or implying this, could you explain why my passport application and all of the corresponding documents have not been sent to Charles Badger per the instructions found in Case No: 19-CV-2316-RC. (See Attached for Details)

2. Are you denying me a passport under 22 C.F.R. § 51.60(f)? If so, can you indicate how (considering the instructions given by the Department of State as noted in Case No: 19-CV-2316-RC) or how I have willfully, intentionally, negligently or recklessly failed to include the Mark of the Beast otherwise known as the Social Security Number?

3. Does my not-identifying with a Social Security Number for reasons of religion constitute a violation of 22 C.F.R. § 51.60(f) if I have not willfully, intentionally, negligently or recklessly failed to include the Mark of the Beast otherwise known as the Social Security Number as indicated by your response above?

4. If you are accusing me of violating 22 C.F.R. § 51.60(f), am I allowed an appeal hearing pursuant to 22 C.F.R. §51.70(b)?

5. If I am not allowed an appeal hearing pursuant to 22 C.F.R. § 51.70(b), because of my being accused of violating 22 C.F.R. § 51.60(f), is your decision final and merely executable at 90 days after my application for the purposes of an Administrative Procedures Act action for record on review, 5 U.S.C. §§ 701-706? If so, when exactly are my 90 days final? If there is pending communication between us will that 90 day deadline be enforced regardless of open and unfinalized communication between myself, ACS San Jose and possibly persons in Washington, DC, not limited to Charles Badger?

6. If your decision is final and I am not allowed an appeal hearing pursuant to 22 C.F.R. § 51.70(b), would this decision not be in violation of the Universal Declaration of Human Rights (1984, art 5.) and the International Covenant on Civil and Political Rights (1976, art . 7) which clearly states:

> [T]he term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed

or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity.   CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT (1984, art. 1, para.1)

7.  Is it a violation of the Privacy Act of 1974, Public Law 93-579 to force the disclosure of a Social Security Number when it is not mandatory?

8.  Are religious beliefs, practices and choices protected by the First Amendment?

9.  Are you prohibited from denying a passport for all those things protected by the First Amendment, pursuant to 22 U.S.C. § 2721?

10.  Is it a felony for the denial of a right, benefit or privilege  because I will not identify with the Mark of the Beast (Social Security Number) contrary to United States law, pursuant to 42 U.S.C. § 408?

11.  Please identify the adjudicator (Name, Position and Government ID #) that is denying my passport renewal notwithstanding the laws of which I have notified you here?

12.  You indicated that you had to send my application and my Declaration to Washington, D.C.  Please include who you are sending my application to (Name, Position and Government ID #).


Thank you,

Ms. Boulton

**PS:  Please confirm receipt of this email upon receipt.  Thank you**

Exhibit 6                                                      Page 3                                                Case No. 19-2316