Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.:  19-2316 (RC) |
| Plaintiffs, | ) Re:  ECF 105 |
| vs. | ) Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) Intervenor's Exhibit 7 |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 7**

ACS Email To Boulton, April 2, 2021, Acknowledging Boulton Email

Exhibit 7       Page 1       Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**  Plaintiffs,  vs.  **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**  Defendants. | **Civil Action No.:  19-2316 (RC)**  **Re:  ECF 105**  **Intervenors Response to Defendants Status Report**  **Intervenor's Exhibit 7** |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 7**

**ACS Email To Boulton, April 2, 2021, Acknowledging Boulton Email**

**From:** San Jose, ACS <ACSSanJose@state.gov>
**Sent:** Friday, April 2, 2021 12:28 PM
**To:** ladytia2@aquawest.net
**Cc:** San Jose, ACS <ACSSanJose@state.gov>
**Subject:** Re: REPLY MICHELLE BOULTON PENDING PASSPORT APPLICATION REQUEST TO SEND TO CHARLES BADGER

Thank you for contacting the U.S. Embassy San Jose regarding your case.

Your email has been received.

Sincerely,

ACS

San Jose

Exhibit 7   Page 1 of 1   Case No. 19-2316