Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) **Civil Action No.:  19-2316 (RC)** |
| | ) |
| Plaintiffs, | ) **Re:  ECF 105** |
| | ) |
| vs. | ) **Intervenors Response to Defendants Status Report** |
| | ) |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) **Intervenor's Exhibit 8** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 8**

**Tuesday, August 10, 2021 Email – ACS to Boulton Notice of Passport Issuance**

Exhibit 8                          Page 1                          Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) **Civil Action No.:  19-2316 (RC)** |
| | ) |
| Plaintiffs, | ) **Re:  ECF 105** |
| | ) |
| **vs.** | ) **Intervenors Response to Defendants Status** |
| | ) **Report** |
| **Michael Richard Pompeo, in his** | ) |
| **official capacity as Secretary of State** | ) **Intervenor's Exhibit 8** |
| **of the United States, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 8**

**ACS Email To Boulton, August 10, 2021, Notice of Passport Issuance**


**From:** San Jose, ACS <ACSSanJose@state.gov>
**Sent:** Tuesday, August 10, 2021 6:13 PM
**To:** ladytia2@aquawest.net
**Subject:** Re: MICHELLE BOULTON PENDING PASSPORT APPLICATION

Dear Ms. Boulton,

Regarding your passport application dated 09-MAR-2021.  The administrative process has been completed and your passport has been issued.  You will receive an email in about 3 weeks when the passport has arrived at the Embassy and is ready for pickup.

Once you receive this notification email, you may return to the Embassy during normal business hours, without an appointment to pick up your new passport.

Exhibit 8                         Page 1 of 2                         Case No. 19-2316

Sincerely,

ACS
San Jose

(SJ)

Exhibit 8                    Page 2 of 2                    Case No. 19-2316