Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | Civil Action No.:  19-2316 (RC) |
| Plaintiffs, | Re:  ECF 105 |
| vs. | Intervenors Response to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | Intervenor's Exhibit 9 |
| Defendants. | |

**EXHIBIT IN SUPPORT OF RESPONSE TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 9**

**Email ACS To Boulton, August 18, 2021,
Notification That Passport Is Ready For Pickup**

Exhibit 9                                                                                                   Case No. 19-2316

Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,**<br><br>Defendants. | **Civil Action No.: 19-2316 (RC)**<br><br>**Intervenors Reply to Defendants Status Report**<br><br>**Intervenor's Exhibit 9** |

# EXHIBIT IN SUPPORT OF REPLY TO DEFENDANTS' STATUS REPORT

# EXHIBIT 9

### Email ACS To Boulton, August 18, 2021,
### Notification That Passport Is Ready For Pickup

**From:** San Jose, ACS <ACSSanJose@state.gov>
**Sent:** Wednesday, August 18, 2021 4:31 PM
**To:** LADYTIA2@AQUAWEST.NET
**Subject:** U.S. Passport is ready for pick-up (NO REPLY)

Dear American Citizen,

Your new U.S. Passport (or Passport Card) is ready to be picked up.  You have 90 days to pick it up at the U.S. Embassy.  We're open for this service Monday through Thursday from 8 to 11 a.m. & from 1 p.m. to

Exhibit 9                           Page 1                           Case No. 19-2316

2:30 p.m. and Fridays from 8 to 11:00 a.m.   We're closed on all Costa Rican and U.S. Holidays.  You may find a list of those holidays at this link:https://cr.usembassy.gov/holiday-calendar/

Please bring your old/expired passport as you will need to present this in order to get your new passport. No need to schedule an appointment for this service.

If you paid Correos de Costa Rica courier service and emailed us a copy of the receipt, your passport will be delivered to the Correos de Costa Rica branch that you chose in the next 5 business days.

This e-mail was automatically generated when the Embassy received your passport.  Please DO NOT RESPOND directly to this e-mail.  Should you have any further questions, please contact ACSSanJose@State.gov

Estimado ciudadano americano,

Su nuevo pasaporte estadounidense (o tarjeta de pasaporte) está listo para ser recogido. Tiene 90 dias para recogerlo, sin cita, en el horario de Lunes a Jueves de 8 a 11:00 a.m. y de 1:00 p.m. a 2:30 p.m. y viernes de 8 a 11 a.m.  Estamos cerrados los feriados costarricenses y estadounidenses ver https://cr.usembassy.gov/holiday-calendar/

Por favor traiga pasaporte anterior/vencido para presentarlo al recoger su nuevo pasaporte.

Si pagó el servicio de mensajería de Correos de Costa Rica y nos envió una copia del recibo, su pasaporte se enviará a la sucursal de Correos de Costa Rica que eligió en los próximos 5 días hábiles.

Este correo electrónico se generó automáticamente cuando la Embajada recibió su pasaporte. Por favor, no responda a este correo electrónico. Si tiene más preguntas, comuníquese con ACSSanJose@State.gov

Exhibit 9        Page 2        Case No. 19-2316