Michelle Boulton
8491 Hospital Dr., # 178
Douglasville, GA 30134-2412
770-315-5724
LadyTia2@aquawest.net
In Propria Persona.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,** | ) Civil Action No.: 19-2316 (RC) |
| Plaintiffs, | ) Re: 105 |
| vs. | ) Intervenors Reply to Defendants Status Report |
| **Michael Richard Pompeo, in his official capacity as Secretary of State of the United States, et al.,** | ) Intervenor's Exhibit 11 |
| Defendants. | ) |

**EXHIBIT IN SUPPORT OF REPLY TO DEFENDANTS' STATUS REPORT**

**EXHIBIT 11**

**Declaration of Kristia N. Watkins,
July 3, 2021 – Regarding Boulton**

Exhibit 11                                                                                                Case No. 19-2316

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CARMICHAEL, et al. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 19-2316 (RC) |
| ) | |
| ANTONY J. BLINKEN, in his ) | |
| official capacity as Secretary of State, et al., ) | |
| ) | |
| *Defendants*. ) | |

## DECLARATION OF KRISTIA WATKINS

I, Kristia N. Watkins, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am the Acting Director of Office of Adjudication. I am the Acting Director of the Office of Adjudication within the Passport Services Directorate of the U.S. Department of State's Bureau of Consular Affairs. I oversee the passport adjudication program worldwide, which includes reviewing adjudication policies and procedures to ensure the quality and integrity of the passport adjudication process. I also develop new adjudication policies and procedures, particularly when Congress enacts federal laws relevant to passports, and I develop antifraud initiatives within the Department, with the U.S. Government, and with foreign governments.

2. I submit this declaration in support of the Department's opposition to the motion for intervention in the above-captioned case. I am familiar with Michelle Boulton and her pending passport application. I base this declaration on my review of Department of State records and discussions with Department of State employees.

3. On or around July 28, 2020, Ms. Boulton appeared at the U.S. Embassy in San Jose, Costa Rica, to apply for a U.S. passport and presented evidence of urgent air travel. That same day, she was issued an emergency passport valid for one year, until July 27, 2021.

4. On or around March 9, 2021, Ms. Boulton re-appeared at the U.S. Embassy in San Jose, Costa Rica, to execute an application for a U.S. passport using Form DS-5504, "Application for a U.S. Passport: Name Change, Data Correction, and Limited Passport Book Replacement."

4. On or around March 9, 2021, the U.S. Embassy in San Jose, Costa Rica, requested that Ms. Boulton provide additional information regarding her identify and has given her ninety (90) days, or until June 7, 2021, to respond.

5. As of today, Ms. Boulton's March 9, 2021 application is open and pending review by the U.S. Embassy in San Jose, Costa Rica. Her application has not been denied.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3 day of June, 2021.

*Kristia N. Watkins*
_____
Kristia N. Watkins