CERTIFICATE OF SERVICE

I, David Alan Carmichael, HEREBY CERTIFY, that on this date, I served the foregoing **Response of Movant In Intervention, Michelle Boulton, To Defendants' Status Report.** I served the Court, the Defendants, Plaintiffs, and the representative of a Plaintiff in the case of *Carmichael, et al., v. Pompeo*, et al, case no. 1-19-cv-02316-RC.

The Defendant was notified electronically:

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

Plaintiffs Boulton, Carmichael and Lewis are served copies electronically:

Michelle Boulton
8491 Hospital Drive, #178
Douglasville, GA 30134
ladytia2@aquawqest.net

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
david@freedomministries.life

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848
larrynord@povn.com

Plaintiff Pakosz (Representative) is served via Unites States mail:

William Mitchell Pakosz
Box 25
Matteson, Illinois 60443


s/ *David Alan Carmichael*              Dated September 2, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
david@freedomministries.life