UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL, *et al.*,

Plaintiffs,

vs.

ANTONY J. BLINKEN, Secretary of the U.S. Department of State, *et al.*,

Defendants.

Civil Action No. 19-2316 (RC)

**DEFENDANTS' MOTION FOR AN EXTENTION OF TIME TO SUBMIT THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**

Defendants, Antony J. Blinken, in his official capacity as the Secretary of State, and the United States, by and through undersigned counsel, respectfully move the Court for an extension of time, i.e., until October 11, 2021, to submit their reply in further support of their motion to dismiss or, in the alternative, for summary judgment (*see* ECF No. 99), and opposition to Plaintiff's motion for relief from judgment (*see* ECF No. 108).  This is Defendants' fourth request for an extension in this matter, including Defendants' first request for an extension that was mooted by Plaintiffs' submission of an amended complaint.  Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with Plaintiffs and the proposed intervenor, and Plaintiffs expressed their opposition to the extension of the reply brief only.

There is good cause for granting Defendants' motion.  Undersigned counsel is currently at trial in a medical malpractice case, i.e., *Bradley v. National Collegiate Athletic Association*, Civ. A. No. 16-0346 (RBW), and has spent the past few weeks preparing for that trial.  Further, undersigned counsel is currently handling a heavy docket of other active cases and has been responsible for numerous other filing deadlines within the past 30 days.  Therefore, undersigned

counsel requires a reasonable amount of additional time to prepare Defendants' reply and

opposition and have it reviewed by officials at the State Department.  The additional time would

also permit Defendants to include in their consolidated brief a response to proposed intervenor

Michelle Boulton's recent submission regarding the issuance of her passport (*see* ECF No. 109).

Accordingly, Defendants respectfully request that the Court extend their deadline to submit a

consolidated reply in support of their dispositive motion, opposition to Plaintiffs' motion for

relief from judgment, and response to Ms. Boulton's filing until October 11, 2021.

      A proposed order is attached.

Dated: September 9, 2021        Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/   Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, a copy of the foregoing was served upon

Plaintiffs and proposed intervenor via first class U.S. Mail addressed to:

Michelle Boulton
8491 Hospital Dr. #178
Douglasville, GA 30134-2412

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

William Mitchell Pakosz
P.O. Box 25
Matteson, IL 60443

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, ID 83848

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN CARMICHAEL, *et al.*,

    Plaintiffs,

        vs.

MICHAEL POMPEO, Secretary of the U.S.
Department of State, *et al.*,

    Defendants.

Civil Action No. 19-2316 (RC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for an extension of time to file their combined reply in support of their motion to dismiss or, in the alternative, for summary judgment; opposition to plaintiffs' motion for relief from judgment; and response to Ms. Michelle Boulton's response to the government's status report, it is hereby **ORDERED** that Defendants' motion is **GRANTED.**  Defendants shall file their combined reply, opposition, and response by October 11, 2021.

**SO ORDERED**.

_____
Date

_____
Hon. Rudolph Contreras
United States District Judge