**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re:  ECF 99, 110 |
| Michael Richard Pompeo, *in his Offiicial* ) | |
| *capacity as Secretary of State, et al.,*[1] ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFFS' CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY REGARDING THEIR MOTION FOR DISMISSAL**

**[PROPOSED] ORDER**

1.   On July 2, 2021, the Defendants filed Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment.  On July 6, 2021, the Court issued the Fox/Neal order (ECF 100), "advising the Plaintiffs to respond, on or before, August 20, 2021, to 99 Defendants' motion to dismiss or, in the alternative, for summary judgment, or the Court may deem the motion conceded."  The Plaintiffs filed their Response on Friday, August 20, 2021 (ECF 106). On the next day, Plaintiff Carmichael filed leave to serve one additional document that was completed prior to August 20th, but inadvertently overlooked when he served the documents electronically (ECF 107)  It is excusable neglect according to the circumstances he explained regarding what amounted to a fatiguing 21-hour work day to meet his deadline.  There was no opportunity to confer with the Defendants on a Saturday, and the Defendants have not filed an objection to the Plaintiff's motion for leave to file the additional document.

2.   Subsequent to the Fox/Neal order, on July 28, 2021, Plaintiff Carmichael filed a

---

[1] Original styling -  Antony L. Blinken is now the principal of record by succession of office, Rule 25(d).

motion to reset the schedule to show the August 20th Plaintiff Response deadline to pursuant to the Fox/Neal order (ECF 104). With his motion was the setting of additional days for the Defendant that "his reply date be extended to September 10, 2021 to accommodate his preplanned schedule for that period." The order was granted, July 29, 2021.

3.   On September 9, 2021, the Defendants moved for an extension of time to reply to October 11, 2021, citing workload ordinarily obligated by the Defendant Attorney (ECF 110). The circumstances described do not amount to good cause or excusable neglect. The Defendants also moved to set the schedule to October 11th, 2021, for their response to Plaintiffs' Rule 60 motion for relief from the other of August 28, 2020 (ECF 108) and to the objections made by Plaintiff Boulton (ECF 109) to the Defendants' Status Report (ECF 105). The Defendants requested that the Court permit them to consolidate their responses. It is the fourth extension of time requested by the Defendants.

4.   On the same day, Plaintiffs filed their consolidated opposition to the Defendants' motion to extend the reply deadline to October 11, 2021 (ECF 111). The Plaintiffs pointed out that the Defendants had control of the scheduling of their motion to dismiss; that the Plaintiffs moved the Court to extend the Defendants' Reply deadline to accommodate time to allow for the Defendant Attorney's vacation; some of the Defendants past motions predictably interrupted the Plaintiffs holidays; in so many words that there was no support or justification shown for the extension of time; and the delay requested by the Defendants would extend their status as being under a "writ ne exeat republic" without due process. The Plaintiffs expressed their non-opposition to the Defendants' responding to Plaintiffs' Rule 60 motion and objections to the Defendants' Status Report. The Plaintiffs said that an extension of the Defendants' time to reply to their motion to dismiss the Plaintiff complaint would only be tolerable if the court ordered the

Defendants to issue the passport renewal applied for by Plaintiff Lewis and void the revocation of the Passport renewal issued to Carmichael on January 30, 2018.

    5.    In consideration of the referenced filings of the parties, the following is ordered.

        a.    The Plaintiffs motion for leave to file an addition document (ECF 107) is granted.

        b.    The Defendants motion to extend their date to reply to the Plaintiffs Rule 60 motion (ECF 108) and to Plaintiff Boulton's objections (ECF 109) to the Defendants' Status Report (ECF 105) is granted.

        c.    The Defendants motion to extend their date to reply to the Plaintiffs Response (ECF 106) to Defendants' motion to dismiss, or alternatively for summary judgment is denied.  Their reply is forfeit.

        d.    Should the Defendants' issue the passport renewal as applied for by Plaintiff Lewis, and void the revocation of the renewed passport issued to Carmichael January, 30, 2018, the Court will reconsider allowing a reply regarding ECF 105 on or before October 11, 2021.

IT IS SO ORDERED                                Rudolf Contreras, District Judge
                                                        U.S. District Court, District of Columbia