# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the Plaintiffs' Consolidated Response In Opposition To Defendants' Motion For Extension Of Time To Reply Regarding Their Motion For Dismissal (99)" with its Proposed Order.  I served the Court, the Defendants, Plaintiffs, and the representative of a Plaintiff in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1-19-cv-02316-RC.

The Court, Defendants and Plaintiffs were notified electronically (CM/ECF):

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001 via dcdml_intake@dcd.uscourts.gov

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, GA 30134-2412

The Representative of William Pakosz was notified by U.S. Mail (next business day)

William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443


s/ David Alan Carmichael                    Dated: September 9, 2021
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life