**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 99, 110, 111 |
| Antony John Blinken, *in his Offficial* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF CARMICHAEL OBJECTION TO EX PARTE ORDER AND MOTION FOR RECONSIDERATION**

1. I begin typing this at 11:42 p.m., Sept. 9, 2021.

2. I object to the Court rubber-stamping everything the other party does. I just spent the last three hours drafting a response to the Defendant's motion 110 in accordance with the discussions of my fellow plaintiffs. The docket showed no action by the Court during the time I was typing it. I might have been able to respond within three hours of the Defendants' filing but for the crisis intervention counseling that I was providing up until about 8:30 p.m.

3. The Court, just prior to the late night submission of ours, gave an order again without considering one party's input.

4. Therefore, I move that the Court read our filing (ECF 111), a reconsider its order and filing an order consistent with the Proposed Order that we provided (ECF 111-1)

s/David Alan Carmichael, September 9, 2021    11:49 p.m.
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 850-2672
david@freedomministries.life