United States Court of Appeals
District of Columbia Circuit

| | |
|---|---|
| David Alan Carmichael, *Et al.* ) | |
| ) | |
| *Plaintiffs* ) | RCase No: 1:19-CV-2316-RC |
| ) | |
| v.   ) | Re: Rule 25(a) or (b) |
| ) | |
| Antony L. Blinken, *Et. Al.* ) | |
| ) | |
| *Defendants* ) | |

**Motion To Substitute Plaintiff William Mitchell Pakosz**

Comes now Rick Dale Hollingsworth, pursuant to Rule 25 (a) or (b) moving to place me as the substitute for Plaintiff William Mitchell Pakosz. The parties were notified of his death on July 5, 2021 (Copy of notice – Attachment 1 and Death Certificate Attachment 2). I am Son-in-law to William Pakosz. As family we discussed with my Father-in-law his intention that one of us become his successor should he become incompetent as his health was declining, or that he would eventually die. I have spent much time with my Father-in-law discussing the case over the last couple of years and I understand the injuries he has suffered because of it. He communicated his desire to insure that there is a judgement on the law and facts of the case in order to vindicate his own claims and rights for damages, and other relief, as well as to protect others that have his religious convictions. William had the fundamentals of this motion prepared months before he passed. I have interest in ensuring that any damages are paid to William's estate for the benefit of his wife and family. I move for the Court to schedule a hearing pursuant to Rule 25(a)(3), to be served to the parties pursuant to Rule 5.

The parties have been notified by phone or email, and none object.

    I hereby give notice of the foregoing facts and provisions, under penalty of perjury under the laws of the United States of America.

Signed: _____  Date: September 8, 2021

Rick Dale Hollingsworth
PO Box 25
Matteson, IL 60443
708-306-0040
grnmachine95@yahoo.com