# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2021 0059981  
**DATE ISSUED** 7/27/2021

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | WILLIAM MITCHELL PAKOSZ |
| SEX | MALE |
| DATE OF DEATH | JULY 05, 2021 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 80 YEARS |
| DATE OF BIRTH | SEPTEMBER 08, 1940 |
| CITY OR TOWN | MATTESON |
| HOSPITAL OR OTHER INSTITUTION NAME | 3900 W 216TH ST |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | HARVEY, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | DOLORES J JAWOREK |
| EVER IN U.S. ARMED FORCES? | YES |
| RESIDENCE | 3900 W 216TH ST |
| APT. NO. | |
| CITY OR TOWN | MATTESON |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60443 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | PETER PAKOSZ |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JOSEPHINE NOVRROLNIK |
| INFORMANT'S NAME | CHERYL L OLEAR |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 128 E 7TH ST, LOCKPORT, IL, 60441 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ABRAHAM LINCOLN NATIONAL CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | ELWOOD, IL |
| DATE OF DISPOSITION | DECEMBER 13, 2021 |
| FUNERAL HOME | KURTZ MEMORIAL CHAPEL, 65 OLD FRANKFORT WAY, FRANKFORT, IL, 60423 |
| FUNERAL DIRECTOR'S NAME | MARC A SENFFNER |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014770 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | JULY 9, 2021 |

**CAUSE OF DEATH**  
PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)  
a. METASTATIC KIDNEY CANCER  
b. Due to (or as a consequence of):  
c. Due to (or as a consequence of):  
Due to (or as a consequence of):  

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH:

PART II. Enter other **significant conditions contributing to death** but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 04:00 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | JULY 08, 2021 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | KRAD, MUHAMAD, 250 WATER STONE CIRCLE, JOLIET, ILLINOIS, 60431 |
| PHYSICIAN'S LICENSE NUMBER | 036-12867 |

**1789164**



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Karen A. Yarbrough*  
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE WORD VOID APPEARS WHEN PHOTOCOPIED