**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* | ) |
| Plaintiffs | ) |
| | ) Case No: 19-CV-2316-RC |
| v. | ) |
| | ) Re: ECF 113, 114 |
| Michael Richard Pompeo, in his Official | ) |
| capacity as Secretary of State, *et al.*, | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S REPLY FOR MOTION TO SUBSTITUTE PLAINTIFF WILLIAM MITCHELL PAKOSZ**

I, Rick Dale Hollingsworth motion that I am granted the substitution of Plaintiff William Mitchell Pakosz upon his death of July 5, 2021. I claim the rights for damages, and other relief as well as to protect others that have his religious convictions. Below describes in more detail my interest in ensuring that any damages are paid to Mr. Pakosz's estate for the benefit of his wife and family.

I am the proper party to be named substitute in William Pakosz's case. Rick Hollingsworth has a legitimate claim to my late father in law William Pakosz. Upon William Pakosz's passing on July 5, his Last Will and Testament states Dolores Pakosz (wife of 57 years) named beneficiary upon his passing. I, Rick Hollingsworth, have been part of their family for over 26 years and married their youngest Daughter, Angela (20 Years marriage) Upon William's passing my family (Rick and Angela Pakosz-Hollingsworth) have been caring for my Mother In Law Dolores Pakosz. Upon discussions with Dolores, Angela (my wife) and Thor (oldest child of William and Dolores) we agreed, I would be the one best to carry the torch for my Father in Law William Pakosz in succeeding him as substitute in the case. Any relief would support Dolores

my Mother in Law and her family during this incredibly difficult time of loss. I have assisted my Father in Law with emails and case documents along with discussing the case prior to him passing. I have a duty and obligation to see this case through and have demonstrated a legitimate claim as William Pakosz's substitute.

    Angela Hollingsworth (daughter of Dolores Pakosz) is named and accepted authority and special legal relationship known as agency between Angela and Dolores. Agent with broad powers to handle financial affairs Statutory Short Form Power of Attorney for Property. Angela has signed as an agent who acts in good faith for Dolores Pakosz. NO LIMITATIONS are addressed in this Power of Attorney for Property - this also includes the category of Claims and litigation, exercise power of appointment and delegate discretionary decision making powers. Angela states via this Power of Attorney to serve Dolores' Best Interest and Welfare. The purpose of her fathers case being continued with a substitute is in the best interest of Dolores Pakosz: "Act in good faith for the best interest of the principal, using due care, competence and diligence. Having special skills or expertise, use those special skills and expertise when acting for Dolores Pakosz."

    I, Rick Hollingsworth, 20 years of marriage to Angela Hollingsworth have the responsibility to support her obligation to her Mother, Dolores Pakosz. It is my duty as husband, to honor her Mothers wishes for me to support and continue the cause of William Pakosz's case.

    I am a legitimate and rightful substitute based on the information, history and facts I provided. I include the following documents written by William Pakosz's wife (Exhibit A) and by William Pakosz's daughter (Exhibit B) to further prove and solidify my relationship and claim to my father-in-law William Mitchell Pakosz.

I declare the foregoing statements to be in fact true, according to my personal knowledge, under the penalty of perjury under the laws of the United States of America.

Dated: September 30, 2021

*[signature]*

Rick Dale Hollingsworth
P.O. Box 25
Matteson, Ill 60443
708-306-0040 / grnmachine95@yahoo.com