**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*. | ) |
| | ) |
| *Plaintiffs* | ) |
| | ) Case No: 19-CV-2316-RC |
| v. | ) |
| | ) Re:  ECF 113, 114 |
| *Michael Richard Pompeo, in his Offiicial* | ) |
|      *capacity as Secretary of State, et al.,* | ) |
| | ) |
| *Defendants* | ) |

**COVER SHEET**

**PLAINTIFF'S REPLY FOR MOTION TO SUBSTITUTE PLAINTIFF WILLIAM MITCHELL PAKOSZ**

**Exhibit A**

**Declaration of Delores Pakosz**

**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re: ECF 113, 114 |
| Michael Richard Pompeo, in his Offiicial ) | |
| capacity as Secretary of State, et al., ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF'S REPLY FOR MOTION TO SUBSTITUTE PLAINTIFF WILLIAM MITCHELL PAKOSZ**

**Exhibit A**

**Declaration of Delores Pakosz**

I am writing to the court to give you my thoughts in making my son-in-law, Rick Hollingsworth, an excellent candidate for a representative of my late husbands estate (William Pakosz). My name is Dolores Pakosz the wife of William Pakosz who just passed in early July 2021. I would like to tell you about my son-in-law of 20 years. He is very caring and a devoted member of my family. I have always trusted his thoughts and input in situations that are complicated and require some serious thought and attention. Rick would be an excellent substitution for our family. My husband always trusted Rick's research and talents in looking at a problem and being able to rectify if there was a need. He has a sound mind with huge moral standards that guide his decisions in life. I'm hoping you can see the very positive picture that Rick is giving the court a proper party for the purpose of this substitution. Rick will do a great job and serve William Pakosz's estate well.

I declare the foregoing statements to be in fact true, according to my personal knowledge, under the penalty of perjury under the laws of the United States of America.

Dated: September 30, 2021

*Dolores Pakosy*
Dolores Pakosz
PO Box 25
Matteson, IL 60443