**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.*           ) | |
|                                    ) | |
|     *Plaintiffs*           ) | |
|                                    ) | Case No: 19-CV-2316-RC |
|       v.           ) | |
|                                    ) | Re:  ECF 113, 114 |
| *Michael Richard Pompeo*, *in his Offiicial*           ) | |
|    *capacity as Secretary of State, et al.,*           ) | |
|                                    ) | |
|     *Defendants*           ) | |

**COVER SHEET**

**PLAINTIFF'S REPLY FOR MOTION TO SUBSTITUTE PLAINTIFF WILLIAM MITCHELL PAKOSZ**

**Exhibit B**

**Declaration of Angela Pakosz-Hollingsworth**

**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | Re:  ECF 113, 114 |
| Michael Richard Pompeo, *in his Offiicial* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PLAINTIFF'S REPLY FOR MOTION TO SUBSTITUTE PLAINTIFF WILLIAM MITCHELL PAKOSZ**

**Exhibit B**

**Declaration of Angela Pakosz-Hollingsworth**

I, Angela Pakosz-Hollingsworth would like to see my husband Rick Hollingsworth to become successor / substitution for my father, William Pakosz's case.  My father passed away on July 5, 2021 and was laid to rest a couple months ago.  Prior to his passing he had over 26 years of valued friendship with Rick and 20 years of being a treasured Son-in-law.  Many years of support was shared between the two of them and the relationship was strong with lots of trust and care. Since the loss of my father, Rick has brought my mother, Dolores Pakosz into our home to help support and care for her after the heartbreaking experience of losing her husband of 57 years.  Rick is devoted to help our family whenever needed and look out for the wellbeing of Dolores.  I am the legal agent Power of Attorney and have the duty and obligation to assist my mother whenever possible.  My father spent an enormous amount of time and energy pursuing this case and asked that a close family member "walk in his shoes" thru the duration of the case.  Rick is indeed a close family member that has the best interest and knowledge of this case

to fulfill his wishes. Please allow Rick Hollingsworth to be substitute and have Williams request prior to his passing be granted.

I declare the foregoing statements to be in fact true, according to my personal knowledge, under the penalty of perjury under the laws of the United States of America.

Dated: September 30, 2021

*Angela Pakosz-Hollingsworth* (signature)

Angela Pakosz-Hollingsworth
PO Box 25
Matteson, IL 60443