# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiff's Reply For Motion To Substitue Plaintiff William Mitchell Pakosz" along with its two exhibits, A and B. I was requested to provide the service by Rick Dale Hollingsworth. I served the Court, the Defendants, Plaintiffs, in the case of *Carmichael, et al., v. Pompeo, et al.*, case no. 1-19-cv-02316-RC.

The Court, Defendants and Plaintiffs were notified electronically (CM/ECF):

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001 via dcdml_intake@dcd.uscourts.gov

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848    larrynordlewis@povn.net

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, GA 30134-2412    ladytia2@aquawest.net

Rick Hollingsworth, successor of William Pakosz was notified by email

William Mitchell Pakosz
P.O. Box 25
Matteson, Illinois  60443
Via:  Rick Hollingsworth <grnmachine95@yahoo.com>

  s/ David Alan Carmichael                       Dated: October 1, 2021
  David Alan Carmichael
  1748 Old Buckroe Road
  Hampton, Virginia  23664  /  (757) 850-2672
  david@freedomministries.life