**United States District Court,**
**District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.  ) | |
| ) | |
| *Plaintiffs*  ) | |
| ) | Case No: 19-CV-2316-RC |
| v.  ) | |
| ) | Re:  ECF 99, 106 |
| *Michael Richard Pompeo*, *in his Offiicial*  ) | |
| *capacity as Secretary of State, et al.,*  ) | |
| ) | |
| *Defendants*  ) | |

# PLAINTIFF HOLLINGSWORTH'S, SUBSTITUTE OF PAKOSZ, MOTION TO JOIN THE OPPOSITION TO THE DEFENDANTS' "MOTION TO DISMISS OR IN THE ALTERNATIVE SUMMARY JUDGMENT"

I, Rick Dale Hollingsworth, Substitute of my father-in-law William Mitchell Pakosz (deceased), hereby move to join the opposition filed by Plaintiffs Carmichael and Lewis in their (ECF 106) ""Plaintiffs Carmichael And Lewis Combined Response In Opposition To "Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment."" I agree with their memorandum in opposition as I know would my father-in-law would be in opposition to the Defendants' motion (ECF 99), and in agreement with the opposition.

This motion is timely, in that the Defendant has not yet filed their reply regarding filings ECF 99 and 106.

The other Plaintiffs, do not oppose my motion.


s/*Rick Dale Hollingsworth*
Rick Dale Hollingsworth                October 2, 2021
P.O. Box 25
Matteson, Ill 60443
708-306-0040  /  grnmachine95@yahoo.com