**United States District Court,
District of Columbia**

| | |
|---|---|
| David Alan Carmichael, *et al*.   ) | |
| ) | |
| *Plaintiffs*   ) | |
| ) | Case No: 19-CV-2316-RC |
| v.   ) | |
| ) | Re:  Substitute Party |
| *Michael Richard Pompeo*, *in his Offiicial*   ) | |
| *capacity as Secretary of State, et al.,*   ) | |
| ) | |
| *Defendants*   ) | |

**PLAINTIFF CARMICHAEL'S ALTERNATIVE MOTION TO GRANT PLAINTIFF CARMICHAEL POWERS AS THE PAKOSZ SUBSTITUTE**

**[PROPOSED] ORDER**

The Death of Plaintiff William Mitchell Pakosz was suggested by Plaintiff Carmichael on July 19, 2021 (ECF 103).  Rick Dale Hollinsworth moved to substitute Mr. Pakosz, providing evidence of his familial relationship and the endorsement of Plaintiff Pakosz's surviving spouse and daughter (ECF 113).  The Defendants opposed the appointment (ECF 114) and Mr. Hollinsworth replied (ECF 114).

Plaintiff Carmichael filed a motion to be the alternative substitute for the diseased Plaintiff Pakosz (ECF 119).

The Court granted the motion for Mr. Hollingsworth to substitute for Plaintiff Pakosz. Therefore, the motion by Carmichael is moot.

**Or as an alternative to the third paragraph above:**

The Court denied the motion of Mr. Hollingsworth for reasons set forth in _____. Therefore, the Motion of Carmichael is considered here.

**The Motion Complies With Rule 25(a)(1) and Is Timely**

According to Rule 25(a)(1), the court has the discretion (the word "may" indicates discretion) to order substitution of the proper party. The motion may be made by any party or by the decedent's successor or representative. On July 19, 2021, Carmichael attempted to notify with Court of the death of William Mitchell Pakosz and the Court determined it to be merely a suggestion (ECF 103). On September 10, 2021, Mr. Hollingsworth provided a copy of the death certificate (ECF 113-1). The soonest the time could expire to file a motion to substitute is October 17, 2021, if the Court considers the notice filed by Carmichael on July 19, 2021 as notice. Otherwise, the deadline will toll to December 9, 2021, ninety days from ECF 113-1.

### The Parties Were Served The Death Notice According To The Rules

Rule 25(a)(3) requires notice to the parties to be accomplished by Rule 5 due to the progress of the case. The parties were served in accordance with Rule 5(b)(2)(E).

### The Court Controls Notice of Hearing

The Rule requires notice of a hearing. The Court exercises discretion to control the initiation of a hearing. The Defendants have not requested a hearing. The Court grants Carmichael's motion without a hearing for the reasons set forth herein:

### Opinion and Order

Plaintiff Carmichael filed his motion to substitute as an alternative to Mr. Hollingsworth (ECF 119). Carmichael recited the history of his involvement in Mr. Pakosz's case in their efforts to have Mr. Pakosz achieve a religious accommodation to renew his passport. It is clear by that history that Carmichael has been actively acting as next friend of Pakosz since before the filing of this case. It is also evident there, and by the lack of the Defendants' contests of many facts alleged, that Carmichael's injury has more than a close nexus to the material facts of Pakosz's case.

Pakosz's injury is alleged to be causal to Carmichael's injury.  To address those injuries and the relief sought, discovery in the matter of Pakosz is warranted regarding the facts relating to the Pakosz and Carmichael claims.  Mr. Pakosz is no longer here to address those material facts.  But Carmichael remains to seek the revealing of the facts regarding Pakosz that had a material influence on the claims of Carmichael.  The relief sought by Carmichael and Pakosz potentially can effect the rights of others for the benefit of the public.  The relief that they sought will be only properly served by full adjudication of the Pakosz case.

For these reasons, Carmichael's motion to substitute for Plaintiff Pakosz is hereby granted.

IT IS SO ORDERED

Rudolf Contreras, District Judge
U.S. District Court, District of Columbia