## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served the "Plaintiffs Combined Reply To Defendants' Opposition To "Plaintiff Carmichael's Motion To Grant Plaintiff Carmichael Powers As The Alternative Pakosz Substitute."  I served the Court, the Defendants and the Plaintiffs in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1-19-cv-02316-RC.

The Court, Defendants and Plaintiffs were notified electronically:

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001 via dcdml_intake@dcd.uscourts.gov

United States Attorney
United States Attorney's Office
c/o Christopher Hair
555 4th Street, N.W.
Washington, D.C. 20530 /  (202) 252-2541 /  Christopher.Hair@usdoj.gov

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848  / (208) 443-3852  / larrynordlewis@povn.net

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664  / (757) 850-2672 / david@freedomministries.life

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, GA 30134-2412  /  770-315-5724  /  LadyTia2@aquawest.net

William Mitchell Pakosz by way of Rick Dale Hollingsworth
P.O. Box 25
Matteson, Illinois  60443  /  708-306-0040  /  grnmachine95@yahoo.com


   s/ David Alan Carmichael                      Dated: October 16, 2021
   David Alan Carmichael
   1748 Old Buckroe Road
   Hampton, Virginia  23664  /  (757) 850-2672
   david@freedomministries.life