UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Alan Carmichael, et al.,**  ) | Civil Action No.:  19-2316 (RC) |
|  ) |  |
| Plaintiffs,  ) | **Motion For Sanctions** |
|  ) |  |
| vs.  ) |  |
|  ) |  |
| **Michael Richard Pompeo, in his**  ) |  |
| **official capacity as Secretary of State**  ) |  |
| **of the United States, et al.,**  ) |  |
|  ) |  |
| Defendants  ) |  |

### Declaration of Michelle Boulton

1. I, Michelle Boulton submit the following declaration to support my motion for Sanctions Against The Defendants For Violation of Rule 11(b)(3) & 4, and 18 U.S.C. § 1001, and Memorandum In Support.  The facts stated below are of my own personal knowledge.  I attest to the validity of the exhibits cited herein and declare the following to be true:

2. Contrary to Christopher Hair's statement on his filing of documents under Docket 117 and 118, I did not submit the "additional information" to which he referred.  Furthermore:

3. On October 11, 2021, Defendants' filed a Reply in Support of Their Motion to Dismiss or, in the alternative, for Summary Judgment and Opposition to Plaintiffs' Motion for Reconsideration that to my knowledge is riddled again with the same grotesque fraudulent misrepresentations and distortions that they continue to submit to the court.

4. I am motivated to continue this action since on October 11, 2021, Defendants stated "Plaintiffs' opposition fails to establish that there is any reasonable expectation that the alleged unlawful revocation and renewal actions will recur."  I know that it would be unreasonable for me to expect the Defendants to not continue to unlawfully revoke and/or deny renewals based on the

simple facts that I was indeed denied multiple times, in writing and verbally for failure to provide a social security number in violation of my Religious Beliefs even after notifying the US Embassy of the current Case: Carmichael vs. Pompeo, Civil Action NO. 19-2316 (RC).

5. It is reasonable to conclude that my US Passport would not have been granted to me unless Judge Rudolph Contreras had ordered the Defendants to submit a status report regarding my U.S. Passport Renewal Application on August 8, 2021, since they denied my application 3 times while this current case has been pending and they were notified of this case and still denied me my passport because I would not provide a Social Security Number. (Carmichael vs. Pompeo, Civil Action NO. 19-2316 (RC)). Therefore, I disagree with that factual statement made by the Defendants' Attorney on October 11, 2021 Defendants saying, "As noted, the State Department has granted Plaintiffs' religious accommodations and those accommodations will be applied to any further passport adjudications required for Plaintiffs." I have not seen any statement by the Agency saying that my religious accommodation was granted. There is no evidence that I have seen that shows their unlawful conduct has ceased, only that they have relented in denying a passport to me.

6. I have seen and take note that the Defendants have a tendency to lie, make false statements, and contradict themselves in official court filings. On October 11, 2021 Defendants stated: "As for Ms. Boulton, Defendants have already informed the Court that the State Department has issued Ms. Boulton a passport without the need for her to submit her social security number. *See* Defs.' Status Report (ECF No. 105) at 1. Ms. Boulton's "response" to the Department's status report does not establish otherwise." Yet, on that same day and in the same document, the Defendant stated: ""After Ms. Boulton submitted additional information, see id., Ex. 3, the Department notified her that "[t]he administrative process has been completed and your passport has been issued." Id., Ex. 8 at 1."" (ECF 117/118, p. 9, last para., emphasis added). They first say that a SSN was not required, then they

falsely say that the additional information for which they were waiting, which was a SSN, was provided by me.  That is evidence that convinces me to expect more misconduct.

7. I can show and intend to prove that I have injury and evidence to sue for damages as Mr. Doe, Kristia Watkins, the US Embassy in Costa Ria and the U.S. Department of State colluded with others to withhold my U.S, Passport not one time, not two times but THREE times.   It is only when Judge Rudolph Contreras inquired into the status of my passport that the U.S Department of State issued my passport that I was relieved of months of agony, undue stress and anxiety and the inability to travel without knowing if I would be able to return to the U.S.A.  I have receipts to prove this.  I have suffered undue mental anguish, I have required personal counseling to cope with the undue burden of having to defend myself (unnecessarily as the Defendants had notification of this case and still denied me a passport), leaving me stranded in a non USA country and slandering the facts of the case in an attempt to debase my integrity.   This is concrete injury and provides standing to bring suit. The torture that they put me through is causal to the cost of that therapy necessary for my survival.

8. The factual statements made above are based upon my personal knowledge unless the context clearly expresses otherwise, and I do so swear to their truthfulness under the penalty of perjury under the laws of the United States of America.

s/*Michelle Boulton*  
In Propria Persona  
8491 Hospital Dr., #178  
Douglasville, GA 30134-2412  
770-315-5724 / LadyTia2@aquawest.net

Michelle Boulton  
In Propria Persona  
8491 Hospital Dr., #178  
Douglasville, GA 30134-2412  
770-315-5724  
LadyTia2@aquawest.net

October 21, 2021