# EXHIBIT A

| | |
|---|---|
| **From:** | LadyTia2 |
| **To:** | Hair, Christopher (USADC) |
| **Cc:** | ladytia2 |
| **Subject:** | [EXTERNAL] Motion for Sanctions being filed |
| **Date:** | Wednesday, October 20, 2021 8:34:01 PM |
| **Importance:** | High |

Dear Mr. Hair,

Today, I am filing a motion for the court to order sanctions upon you, Kristia N. Watkins and the Defendants for violations of Rule 11(b)(3) & (4), and 18 U.S.C. § 1001.  I have chosen Monday, November 8, 2021, as a day for a show cause hearing, more than ten days from today.  Is that a suitable day for you or should I suggest Tuesday, November 9, 2021 as an alternative (weeks)?

Sincerely,

Michelle Boulton