United States District Court,
District of Columbia

David Alan Carmichael, et al.           )
                                        )
    *Plaintiffs*                        )
                                        )   Case No: 19-CV-2316-RC
    v.                                  )
                                        )
Michael Richard Pompeo, *in his Offiicial*  )
    *capacity as Secretary of State, et al.,*[1] )
                                        )
    *Defendants*                        )

**Plaintiff's Notice of No Transcript, and Directive
To Forward The Complete Record And One Particular
Evidentiary Document To The Circuit Court of Appeals**

    Notice is hereby given, pursuant to Rule 10(b)(1)(B) of the Rules of Appellate Procedure, that there is no transcript in the above styled case which is the subject of appeal to the Court of Appeals, District of Columbia.

    Pursuant to Rule 11 (b)(2) of the Rules of Appellate Procedure, the Clerk of Court of the District Court, District of Columbia, is hereby directed to fulfill its duty to forward the complete record to the Circuit Court.  Rule 11(b)(2) states that **a party may direct the Clerk of the District Court to forward such a document along with the complete record**.  Pursuant to that Rule, and the order of the District Court, ECF 124 and 125, the Clerk is directed to send the passport document which was mentioned in the Court's order to the Clerk of the Circuit Court along with the complete record.

---

[1] Original styling -  Antony L. Blinken is now the principal of record by succession of office, Rule 25(d).

This notice is entered in this action by Plaintiff David Alan Carmichael on this

_____ day of May, 2022.

        (s) *David Alan Carmichael*
        David Alan Carmichael
        1748 Old Buckroe Road
        Hampton, Virginia  (23664}
        (757) 850-2672 (LL) (757) 320-2220 (c)
        david@freedomministries.life