# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1-19-cv-02316-RC, the Plaintiffs' Appellants' "Notice of Appeal" along with its "Notice of No Transcript" and its Civil Docketing Statements from each Plaintiff, and its "Attachment to the Civil Docket Sheet."  These items were served electronically to all parties.  I certify that I served that associated filing fee of $505.00 to the Court by check through the U.S. Priority Mail, tracking number 9505 5139 2032 2138 6176 33.  The Court, Defendants and Plaintiffs were notified at:

    Angela D. Caesar
    Clerk of Court, District Court of the United States
    United States Courthouse
    333 Constitution Ave NW
    Washington, DC 20001 / electronically via pacer CM/ECF portal

    United States Attorney
    United States Attorney's Office
    c/o Stephen DeGenaro
    601 D. Street, N.W.
    Washington, D.C. 20530 / Stephen.DeGenaro@usdoj.gov>

    Lawrence Donald Lewis
    966 Bourbon Lane
    Nordman, Idaho 83848

    David Alan Carmichael
    1748 Old Buckroe Road
    Hampton, Virginia 23664

    Michelle Boulton
    8491 Hospital Dr., #178
    Douglasville, GA 30134-2412

    The Substitute of William Pakosz, Rick Hollingsworth
    P.O. Box 25
    Matteson, Illinois  60443

  s/ David Alan Carmichael                      Dated: May 18, 2022
  David Alan Carmichael
  1748 Old Buckroe Road
  Hampton, Virginia  23664  /  (757) 850-2672
  david@freedomministries.life