David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

May 16, 2022


Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Dear Stephen DeGenaro,

Thank you for your courteous correspondence.  We appreciate your friendly approach to communication.  Congratulations on your assignment to this case.  We hope it is helpful to the development of your career.

This is the Plaintiffs' combined response to your recent email.  It expresses the combined concerns amongst the Plaintiffs, with input from them all.

It appears by your email that you are sending information that you have not researched yourself.  We have read the ICAO 9303 document that you referenced, and found that your statements are inaccurate regarding the timeline of the "application" versus "issue" reference.  We are concerned that you will be repeating the same errors of Mr. Hair in this matter.  We encourage you to test the validity of the things being told to you by your clients before repeating them, notwithstanding your busy schedule.  We wish the best for you and your career.

Please provide the ICAO Document 9303 that was in effect in 2015 about which you referenced in your email.  We would like to see where it said that a photograph was required to be current within six months of the "issue" date rather than the "application" date.  Which edition was that?  Were there any additions to it prior to the "Eighth Edition" of Document 9303?

By reading the "Eighth Edition" which you implied has a new standard recently changed as of last year, it appears that your assessment is incorrect.  Throughout the 9303 document, there are date stamps that appear to be a citing of the date of revision of the various sections.  The six months from application statement is in section 3.9.1.2 on page 16 of the document.  Page 14 of the document is where section 3.9 begins.  That section-beginning page has on it what appears to be a date stamp of "06/09/16."  At first glance, it might appear to be June 9th, 2016.  However, when you look at other date stamps in the document, such as the one on page 28, the first page of section 6, it has the date stamp of "16/09/16".  Since there are only twelve (12) months in the year, the first number represents the year rather than the month.  It appears that the statement on page 16, "A submitted portrait shall have been captured within the last six months before application, as outlined in [ISO/IEC 39794- 5]" is at least as old as June 19, 2006, based upon the page 14 date stamp.

    3.9.1.2 Scanning of Submitted Portraits Submitted portraits shall comply with the relevant specifications outlined in section 3.9.1.1 and in [ISO/IEC 39794-5]. Properties of the submitted portrait. Submitted portraits should be 45.0 mm x 35.0 mm (1.77 in x 1.38 in) in dimension. This will provide adequate resolution for scaling to required size for use on the MRTD while having adequate resolution for facial recognition purposes. Multiple scan/print steps shall not be used in an application process. If the portrait has been printed for submission and is subsequently scanned, all remaining production steps shall be digital. A submitted portrait shall have been captured within the last six months before application, as outlined in [ISO/IEC 39794- 5]. Portraits with a capture time dating back more than three months should not be accepted. Issuers should consider the use of the metadata encoded with the digital image to assure that the photograph is recent. https://www.icao.int/Security/FAL/TRIP/PublishingImages/Pages/Publications/Doc%209303%20Machine%20Readable%20Travel%20Documents%20%20%28Unedited%208th%20Edition%29.pdf

You said that the requirements for the photos at 22 CFR 51.26 still hold.  We are encouraged by your affirming that the regulation that is promulgated according to the laws of the United States is relevant.  The laws of the United States, for all of these years, are those things for which we have been standing to uphold.  Thank you for conceding that the photograph of Mr. Lewis was adequate at the time of his application; and that it is adequate now according to the standard of the United States law, notwithstanding any standard of a foreign agency.  Nonetheless, we remain in a state of writ ne exeat republica.  We continue to be unlawfully imprisoned.  We've observed your client act rapidly in the past for the sake of its own pragmatism, but at a snail's pace with regard to the releasing of our chains.

The Eighth Edition of the ICAO cover page says that it is "Approved by the Secretary General and published under his authority."  It is for the "International Civil Aviation Organization."  Please provide the United States law that subjects the United States Department of State and its passport laws and processes to the edicts of the United Nations, an agency foreign to the United states.  Please provide the United States law that subjects the United States Department of State and its passport laws and processes to the edicts of the International Civil Aviation Organization, an agency foreign to the United States.

Who was it that told you that the standard had changed?  Did they provide you with any evidence of the change?  How was it that it was Unbeknownst to the Department?  Was there nobody in the Department that knew of it?  Why is this being discovered recently?  What is the training process that should ensure that the agency's staff is trained adequately?

Sincerely,


ss:  *David Alan Carmichael*
    David Alan Carmichael, communicating with input from all Plaintiffs