## Re: Carmichael v. Pompeo Plaintiffs Response To DeGenaro Email

**david freedomministries.life** <david@freedomministries.life>
Mon 5/16/2022 7:28 PM

To: DeGenaro, Stephen (USADC) <Stephen.DeGenaro@usdoj.gov>

Dear Mr. DeGenaro,

I appreciate you for your timely response today.  I believe you are right regarding the date stamp.  Thank you.

Nonetheless, the supposed currency of the document being only of last year seems to have no basis as far as the 9303 document goes.  June 19, of 2016 seems to be the age of the instruction.  It will be interesting to see if any earlier version is any different.

I have passed your email to our team of Plaintiffs.  Mr. Lewis will not be accessible for maybe a few hours.  Obviously, he will be the one who communicates to you specifically about your references to him.

Sending it through me, as the case manager, is most helpful to all.  My work situation allows us me to process the information quickly and disseminate it quickly.

Sincerely,

David Carmichael
(757) 320-2220

---

**From:** DeGenaro, Stephen (USADC) <Stephen.DeGenaro@usdoj.gov>
**Sent:** Monday, May 16, 2022 1:53 PM
**To:** david freedomministries.life <david@freedomministries.life>
**Subject:** RE: Carmichael v. Pompeo Plaintiffs Response To DeGenaro Email

Mr. Carmichael,

I have shared your letter with the Department.  Could you answer two questions for me, however:

1. Can you let me know where you see an instance of "06/09/16"? When I searched the document, I only found 10 instances of "16/09/16" and 3 instances of "6/09/16"—which could be that the "1" was omitted from the stamp for some reason.  In any event, whether the number is 16 or 06, the date convention is Day, Month, Year.  The document appears to confirm this on pages 12-14 (under section "3.8 Representation of Dates"), and tracks with how many countries do date conventions as day, month, year.  But let me know if I am missing an instance of "06."  Otherwise, it appears to me that this is a document that has a 2016 edition all the way through.
2. Your letter did not state whether Mr. Lewis has any outstanding issues given that the Department has indicated it will accept his photograph with the photograph as originally submitted and is prepared to issue a regular passport that will be valid for 10 years.  Can you confirm whether he accepts this proposal?  It would seem to me that his claims are fully resolved, but please advise if he has a different view as to what needs to be remedied in light of the Court's most recent order.

Thank you,
Stephen

Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

---

**From:** david freedomministries.life <david@freedomministries.life>
**Sent:** Monday, May 16, 2022 1:15 PM
**To:** DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Subject:** [EXTERNAL] Carmichael v. Pompeo Plaintiffs Response To DeGenaro Email

Dear Mr. Stephen DeGenaro,

I shared your email with all of the Plaintiffs.

Attached is a response to your email, with the advice and consent of the Plaintiffs. It is in pdf format so you can readily access the link to the webpage that has the relevant ICAO document which you referenced.

I look forward to meeting you.

Sincerely,

David Alan Carmichael

bcc: (plaintiffs)