Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

May 16, 2022

Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Via:  David Alan Carmichael, Case Manager

Re:  DeGenaro email of May 16, 2022

Dear Stephen DeGenaro,

Your client continues to keep me in false imprisonment.  Every day is a trespass.  It has been over fifty-one days since the court ordered the Defendants to obey the law with regard to the passport for which I applied three years ago.  As was said in the correspondence that you received from Mr. Carmichael today, "We've observed your client act rapidly in the past for the sake of its own pragmatism, but at a snail's pace with regard to the releasing of our chains."

Mr. Carmichael's letter did not state whether I had any outstanding issues because my, and our, outstanding issues are in the complaint and our filings on the docket.  I stand on my papers.

Your client has proposed nothing to me.  I know what a communication from the Department of State looks like, and it looks nothing like an email from a United States Attorney.  Your client has a duty as a matter of law that has nothing to do with an attorney's slight of hand settlement proposal.  My claims are not close to being resolved and they build with each day of false imprisonment while your client plays games.

Because Mr. Carmichael is an important link in this litigation, your client having punched him in the nose for trying to help other people, I continue to communicate to you through him as our case manager.

How many people continue to violated in their rights over this issue?  We are continuing to hear from some who report that the problem is not solved notwithstanding the sophistry of your Department and that of your client.

Praying for your soul, I am,

*Lawrence Donald Lewis*

ss: *Lawrence Donald Lewis*
      Lawrence Donald Lewis