## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1-19-cv-02316-RC, the Plaintiffs' Appellants' Plaintiffs' Combined Response To Defendant Status Report of May 24, 2024" along with its four (4) attachments.  These items were served electronically to all parties.  The Court, Defendants and Plaintiffs were notified at:

Angela D. Caesar
Clerk of Court, District Court of the United States
United States Courthouse
333 Constitution Ave NW
Washington, DC 20001 / electronically via pacer CM/ECF portal

United States Attorney
United States Attorney's Office
c/o Stephen DeGenaro
601 D. Street, N.W.
Washington, D.C. 20530 / Stephen.DeGenaro@usdoj.gov>

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, GA 30134-2412

The Substitute of William Pakosz, Rick Hollingsworth
P.O. Box 25
Matteson, Illinois  60443


s/ David Alan Carmichael               Dated: May 24, 2022
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life