UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2316 (RC) |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move to dismiss this action under Federal Rule of Civil Procedure ("Rule") 12(b)(1). In support of this motion, Defendants submit the attached memorandum of points and authorities, two supporting declarations by Paul Peek, and a proposed order.

Dated June 24, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/   *Stephen DeGenaro*
STEPHEN DEGENARO
D.C. BAR #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
Email: stephen.degenaro@usdoj.gov