# Ex. B - Second Declaration of Paul Peek

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID CARMICHAEL, et al. ) ) *Plaintiffs*, ) ) v. ) ) ANTONY J. BLINKEN, in his ) official capacity as Secretary of State, et al., ) ) *Defendants*. ) | Civil Action No. 19-2316 (RC) |

## SECOND DECLARATION OF PAUL PEEK

I, Paul Peek, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am the Director of Passport Services' Office of Adjudication. I manage the office responsible for creating polices related to adjudication of passport applications.

2. I submit this declaration in support of the Department's motion in the above-captioned case. I am familiar with the Department's requirements and policies relating to passport photographs. I base this declaration on my review of Department of State records and discussions with Department of State employees.

3. The Department has promulgated regulations and public guidance on passport photograph requirements available at 22 C.F.R. § 51.26, 8 FAM 402.1, and online on the Department's website. When promulgating these rules and requirements, the Department will look to the standards set by the International Civil Aviation Organization (ICAO) in its Machine Readable Travel Document 9303. See generally 8 FAM 402.1.

4. Previously, when the Department insisted that Mr. Lewis's passport photograph had to be taken within six (6) months of the issuance date of his passport, it was relying upon guidance from the Seventh Edition of ICAO Document 9303, which had been in effect since 2015. Unbeknownst to the Department, the ICAO changed its standard last year when it issued its Eighth Edition of Document 9303. Under the Eighth Edition's new

standard, which the Department has adopted by reference at 8 FAM 402.1-2, a photograph must be submitted within six months of the date of application.

5. Under the Eighth Edition's current ICAO standards, Ms. Lewis' photograph was deemed acceptable and the Department issued him a passport on May 31, 2022. Per the attached UPS delivery confirmation page, Mr. Lewis should have received his passport on June 1, 2022. See Exhibit 1.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of June 2022.

*Paul Peek*
_____
Paul Peek

# Ex. 1 to Second Declaration of Paul Peek

# Proof of Delivery

1/1

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

## Tracking Number

1ZX3370F2493546086

## Service

UPS Next Day Air®

## Shipped / Billed On

05/31/2022

## Additional Information

Signature Required

## Delivered On

06/01/2022 12:58 P.M.

## Delivered To

NORDMAN, ID, US

## Received By

LEWIS

## Left At

Residential

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/13/2022 10:35 A.M. EST