UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2316 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, Plaintiffs' opposition, and the entire record herein, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.  It is **FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED** with prejudice.

_____                                            _____
Date                                                                          Hon. Rudolph Contreras
                                                                                     United States District Judge