## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1:19-cv-2316, the "Plaintiffs' Combined Motion For Stay of Proceeding."  I served the court and parties electronically:

>Angela D. Caesar
>Clerk of Court
>United States District Court
>333 Constitution Avenue, N.W.
>Washington, DC 20001
>
>United States Attorney
>United States Attorney's Office
>c/o Stephen DeGenaro
>601 D. Street, N.W.
>Washington, D.C. 20530
>
>Lawrence Donald Lewis
>966 Bourbon Lane
>Nordman, Idaho 83848
>
>David Alan Carmichael
>1748 Old Buckroe Road
>Hampton, Virginia 23664
>
>Michelle Boulton
>8491 Hospital Dr., #178
>Douglasville, Georgia  30134-2412
>
>Rick Hollingsworth
>14930 Greenbrier Lane
>Homer Glen, Illinois  60491  (Priority Mail)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.

Ss:  *David Alan Carmichael*
David Alan Carmichael                                          Date:  July 29, 2022
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life