## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al.*, case no. 1:19-cv-2316, the " Plaintiffs' Alternative Motion for Leave To Amend The Complaint" and one attachment.  I served the court and parties electronically:

> Angela D. Caesar
> Clerk of Court
> United States District Court
> 333 Constitution Avenue, N.W.
> Washington, DC 20001
>
> United States Attorney
> United States Attorney's Office
> c/o Stephen DeGenaro
> 601 D. Street, N.W.
> Washington, D.C. 20530
>
> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho 83848
>
> David Alan Carmichael
> 1748 Old Buckroe Road
> Hampton, Virginia 23664
>
> Michelle Boulton
> 8491 Hospital Dr., #178
> Douglasville, Georgia  30134-2412
>
> Rick Hollingsworth
> 14930 Greenbrier Lane
> Homer Glen, Illinois  60491  (Priority Mail)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.

Ss:  *David Alan Carmichael*
David Alan Carmichael                                               Date:  July 29, 2022
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life