Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 1

ICAO Machine Readable Travel Documents
7th Edition (2015)
Part 3, Page 9

3.9.1.1    Pose

The photograph shall show a close up of the head and shoulders with the subject facing square on and looking directly at the camera with both eyes visible and with a neutral expression with the mouth closed.

  

**Portrait style**     **Eyes tilted**

The pose should be such that an imaginary horizontal line drawn between the centres of the eyes is parallel to the top and bottom edges of the rectangular image.

The facial image shall be in focus from the crown (top of the head ignoring any hair) to the chin and from the nose to the ears.

  

**Too close**     **Too far away**

If the additional detail of one ear is required (sometimes referred to as "half-on profile"), the face shall be at such an angle to the imaginary plane as to reveal the detail of the ear while maintaining full-face frontal details on that side of the face opposite to the exposed ear.

Both edges of the face must be clearly visible. The subject shall not be looking, portrait-style, over one shoulder.

The face shall be in sharp focus and clear with no blemishes such as ink marks or creases.

The eyes must be open, and there must be no hair obscuring them.