Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 2

ICAO Machine Readable Travel Documents
7th Edition (2015)
Part 3, Page 44

- The Issuing Date is not part of the machine readable zone, and also in general not available in the electronic LDS. Therefore this is not suitable for automated processing. Additionally, depending on the Issuing State, the Issuing Date might not be the actual date of passport personalization, but the application date, and therefore not accurate enough to identify only affected documents.

- A list of document numbers is difficult to compile if document numbers are not issued sequentially. A list of document numbers grows quite quickly to unmanageable size if many documents are affected by a defect.

It is RECOMMENDED to give as much identifying information on affected documents as possible. If several methods for identification are given, the conditions MUST be met simultaneously to identify a document. It is at the discretion of the Relying State to decide which means of identification given in a Defect List entry are used to identify affected documents.

### 7.4 Publication

Deviation Lists can be published via the ICAO PKD and/or the issuing authority through a website or LDAP server. The primary distribution point for Defect Lists is the PKD.

|  | *Deviation Lists* |
|---|---|
| Primary Distribution | PKD |
| Secondary Distribution | Website/LDAP |

#### 7.4.1  Publication by the issuing State

Deviation Lists can be published via a website or an LDAP-server of the issuing authority.

#### 7.4.2  Publication on the PKD

The PKD operates as a central repository for Deviation Lists.

The procedure for publishing a Deviation List is as follows:

1. Deviation Lists are sent to the write PKD, as part of the usual certificate upload process as defined in the PKD Interface Specification and PKD Procedures Manual.

2. The ICAO PKD office validates the signatures of uploaded Deviation Lists as specified in the PKD Procedures Manual.

3. Valid Deviation Lists are moved to the read PKD.

4. The distributing State will determine if its Deviation List will be publicly available, or restricted to PKD member States.