Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 3

8 FAM 402.1-2 Passport Photograph Requirements

      (a) Passport photographs (available on travel.state.gov); and

      (b) ICAO Machine Readable Travel Document 9303.

d. Infants pose a particular challenge.  The goal is the best likeness that can reasonably be obtained:

  (1) It is acceptable if the infant's eyes, particularly a newborn's, are partially or completely closed;

  (2) The infant's head may be discreetly supported, e.g., a car seat with a white or off-white blanket behind the child.  Head tilt is acceptable for infants; and

  (3) A parent's face cannot be in the photograph of the infant.

e. Because minors do not typically submit identification, at the public counter you should verify with the applying parent(s)/legal guardian(s) that the biographic information matches the attached photograph to avoid accidentally switching photos:

  (1) Switched photographs sometimes occur when siblings apply at the same time.  If it is obvious that the photographs for minor applicants (under age 16) were switched--based on ACRQ records, etc.--and you have both applications available, you must suspend the passport applications to be re-scanned with the correct photographs.  (If a photograph is switched on a form DS-11, passport specialists should also notify the customer service manager (see 8 FAM 105.3).); or

  (2) If you do not have both passport applications or it is not obvious that the photographs were switched, you should suspend the passport application to request that the applicant re-execute the passport application with the correct photograph or refer the passport application to the fraud prevention unit, as appropriate.

# 8 FAM 402.1-2  PASSPORT PHOTOGRAPH REQUIREMENTS

*(CT:CITZ-14;   12-08-2018)*

You must request a new photograph if the photograph submitted does not meet the following requirements:

  (1) The photograph submitted by the applicant must be in color;

  (2) The photograph must be taken within the past six months (ICAO 9303 Section 3.9), be a good likeness of and *satisfactorily* identify the applicant at the time of the application (see 22 CFR 51.26).  A photograph showing a change in hair or facial hair from the identification document submitted is acceptable if it still is a good likeness of the applicant;