Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 4

8 FAM 105.1-2 Adjudication Support

### 8 fam 105.1-2  adjudication support

*(ct:citz-54;   04-09-2021)*

A. Questions about the following issues should be sent to the office of adjudication, policy division (ca/ppt/s/a/ap) at askpptadjudication@state.gov if they involve specific cases:

(1)  adjudication of u.s. citizenship or non-citizen u.s. nationality;

(2)  general passport and consular report of birth abroad (crba) guidance;

(3)  void and voidable marriages;

(4)  information request letters and information notices;

(5)  legitimation and custody laws;

(6)  name usage and name changes;

(7)  place of birth;

(8)  social security numbers;

(9)  sex change/transition;

(10) runaways;

(11) non-parental custody;

(12) counter procedures;

(13) adjudicative guidance during system outages/disruptions;

(14) child custody orders that are ambiguous regarding parental consent requirements and/or parental or non-parental custody;

(15) questions regarding "protection," "stay away," "no contact," or "restraining" orders in connection with two parent consent cases;

(16) questions regarding court orders addressing mental incapacity; and

(17) questions regarding receipt of court filings or other litigation documents naming the department or a member of the department as a party.

> Note:  general inquiries (not case-specific) should be directed through the ppt answers sharepoint site.
>
> Note:  this is not a public-facing e-mail address and public inquiries will not be replied to.

B. Consular officers must first consult a supervisory consular officer or regional consular officer regarding questions about acceptance and adjudication of passport applications.

C.  Passport agencies/centers:

(1)  if a passport specialist cannot resolve a problem using the appropriate tools and resources (such as the 8 fam), passport specialists must consult their passport specialist

==mentor (if assigned) or supervisor with questions about acceptance and adjudication of passport applications; and==

==(2) passport agency/center management must refer questions regarding acceptance and adjudication of passport applications that cannot be settled at the passport agency/center level to askpptadjudication@state.gov for specific cases or through the ppt answers sharepoint site for general inquiries.==

D. **Ca/ppt/s/a is responsible for revocation of u.s. passports** and cancellation of forms fs-240, consular report of birth abroad of a citizen of the united states of america.  (see [8 fam 804.1](#) for guidance about revocation of u.s. passports and cancellation of forms fs-240.) (Emphasis added for Carmichael v. Pompeo)

E. Only ca/ppt/s/a may implement restrictions on the use of a passport for travel to certain countries (22 cfr 51.63) or authorize validation of a passport for travel to certain countries (22 cfr 51.64) (see [8 fam 1303.1](#), "restriction on use of passport for travel to designated countries and passport validation").

F.  The email address for crba cancellation inquires or passport revocation is ca-ppt-revocations@state.gov and the mailing address for crba or passport revocation is the exact address below including street address, p.o. box number, and nine digit zip code:

| |
|---|
| U.s. department of state |
| Attn.: revocation officer |
| 44132 mercure circle |
| P.o. box *1243* |
| Sterling, va 20166-*1243* |