Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 5

8 FAM 101.1 Introduction To Passports

Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 5

8 FAM 101.1 Introduction To Passports