Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 6

Email, U.S. Atty. DeGenaro Re: ICAO and Lewis

## RE: Carmichael v. Pompeo Plaintiffs Response To DeGenaro Email

DeGenaro, Stephen (USADC) <Stephen.DeGenaro@usdoj.gov>
Mon 5/16/2022 1:54 PM

To: david freedomministries.life <david@freedomministries.life>

Mr. Carmichael,

I have shared your letter with the Department.  Could you answer two questions for me, however:

1. Can you let me know where you see an instance of "06/09/16"? When I searched the document, I only found 10 instances of "16/09/16" and 3 instances of "6/09/16"—which could be that the "1" was omitted from the stamp for some reason.  In any event, whether the number is 16 or 06, the date convention is Day, Month, Year.  The document appears to confirm this on pages 12-14 (under section "3.8 Representation of Dates"), and tracks with how many countries do date conventions as day, month, year.  But let me know if I am missing an instance of "06."  Otherwise, it appears to me that this is a document that has a 2016 edition all the way through.
2. Your letter did not state whether Mr. Lewis has any outstanding issues given that the Department has indicated it will accept his photograph with the photograph as originally submitted and is prepared to issue a regular passport that will be valid for 10 years.  Can you confirm whether he accepts this proposal?  It would seem to me that his claims are fully resolved, but please advise if he has a different view as to what needs to be remedied in light of the Court's most recent order.

Thank you,
Stephen

Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

---

**From:** david freedomministries.life <david@freedomministries.life>
**Sent:** Monday, May 16, 2022 1:15 PM
**To:** DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Subject:** [EXTERNAL] Carmichael v. Pompeo Plaintiffs Response To DeGenaro Email

Dear Mr. Stephen DeGenaro,

I shared your email with all of the Plaintiffs.

Attached is a response to your email, with the advice and consent of the Plaintiffs.  It is in pdf format so you can readily access the link to the webpage that has the relevant ICAO document which you referenced.

I look forward to meeting you.

Sincerely,

David Alan Carmichael

bcc: (plaintiffs)