# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1:19-cv-2316, the "Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss" along with six attachments.   I served the court and parties electronically:

Angela D. Caesar
Clerk of Court
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

United States Attorney
United States Attorney's Office
c/o Stephen DeGenaro
601 D. Street, N.W.
Washington, D.C. 20530

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, Georgia  30134-2412

Rick Hollingsworth
14930 Greenbrier Lane
Homer Glen, Illinois  60491  (Priority Mail)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.


Ss:  *David Alan Carmichael*
David Alan Carmichael                                                      Date:  July 29, 2022
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life