**United States District Court,
District of Columbia**

| | | |
|---|---|---|
| David Alan Carmichael, *et al.*, | ) | |
| | ) | Plaintiffs, *in propria persona* |
| Plaintiffs | ) | Case No: **19-CV-2316-RC** |
| | ) | |
| v. | ) | RE: ECFs 144 |
| | ) | |
| Michael Richard Pompeo, *et al*. | ) | |
| | ) | |
| Defendants-Respondents | ) | |

**Plaintiff Carmichael's Consent Motion To Correct The Record Regarding Attachment 5 of Plaintiffs' Response To Defendants' Motion To Dismiss**

1. Plaintiff Carmichael moves the District Court to correct the record of The Plaintiffs' Combined Response To The Defendants' Third Motion To Dismiss (ECF 144). Today, it was discovered that Attachment 5 filed with the Plaintiffs response included only a copy of the coversheet instead of the actual document referenced in the response and the cover sheet.

2. The correct document, 8 FAM 101.1 Introduction To Passports, is attached herewith.

3. The Defendants' attorney was notified today and said that the Defendants have no objection to the correction. Plaintiff Lewis was notified as well and has no objection.

                                                                            (s) *David Alan Carmichael*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia (23664}
(757) 850-2672 (LL) (757) 320-2220 (c)
david@freedomministries.life