Carmichael, et al, v. Pompeo, et al.
1:19-cv-02316

Plaintiffs' Combined Response To Defendants' Third Motion To Dismiss

Attachment 5

8 FAM 101.1 Introduction To Passports

UNCLASSIFIED (U)

# 8 FAM 100
# INTRODUCTION TO 8 FAM U.S. PASSPORT AND CONSULAR REPORTS OF BIRTH ABROAD

# 8 FAM 101
# OVERVIEW OF 8 FAM

## 8 FAM 101.1
## INTRODUCTION TO U.S. PASSPORTS AND CONSULAR REPORTS OF BIRTH ABROAD

*(CT:CITZ-40;   10-20-2020)*
*(Office of Origin:   CA/PPT/S/A)*

### 8 FAM 101.1-1  INTRODUCTION TO U.S. PASSPORTS

*(CT:CITZ-1;   06-27-2018)*

a. This chapter defines what a U.S. passport is, provides a general overview of the document, and introduces policies and procedures discussed in greater detail in the other subchapters of 8 FAM, "U.S. Passports and Consular Reports of Birth Abroad."

b. A U.S. passport is a travel document issued under the authority of the U.S. Secretary of State attesting to the identity and nationality of the bearer.  8 U.S.C. 1101(a)(30) defines a passport as "any travel document issued by competent authority showing the bearer's origin, identity, and nationality, if any, which is valid for the admission of the bearer into a foreign country."

c. The International Civil Aviation Organization (ICAO) sets standards for the format of machine-readable travel documents.  Conformity with ICAO standards does not convey any legal status on a travel document.  It simply means that the document is readable by machines that conform to the ICAO standard.  ICAO does not have the authority to rule on whether a particular

==travel document will be acceptable in the United States== or in other countries. (See also 8 FAM 401.4, "Fantasy and Camouflage Passports," regarding documents issued by private persons or organizations that do not constitute a valid passport under 8 U.S.C. 1101(a)(30).)

> **NOTE**: The Department first issued:
> - Machine readable passports on January 1, 1983.
> - Photo-digitized passports in 2001.
> - Electronic passports (e-passports) on August 14, 2006.
> - Passport cards in July 2008.

d. The U.S. passport:

   (1) Establishes the identity of the bearer;

   (2) Identifies the bearer as a U.S. citizen or non-citizen U.S. national;

   (3) Is valid for travel to foreign countries and return to the United States;

   (4) Requests a foreign government to permit the bearer "to pass without delay or hindrance" and "in case of need to give all lawful local aid and protection"; and

   (5) Is evidence of the bearer's eligibility to receive the protection and assistance of U.S. diplomatic and consular offices while overseas.

e. The U.S. Secretary of State is granted the authority to issue U.S. passports by 22 U.S.C. 211a. The Secretary delegates this function to the Bureau of Consular Affairs (CA).

f. The determination of U.S. citizenship/non-citizen U.S. nationality and the issuance of passports to U.S. citizens/non-citizen U.S. nationals are among the most visible and important public services carried out by the Department. The passport adjudication and issuance processes fulfill three important Department goals:

   (1) To serve the interests of U.S. citizens/non-citizen U.S. nationals traveling internationally and facilitate their right to consular protection when they present the passport in a foreign country for entry;

   (2) To protect the integrity of the U.S. passport as proof of U.S. citizenship/non-citizen U.S. nationality and identity at home and abroad; and

   (3) To enhance U.S. border security.

g. A U.S. passport is one of the most valuable travel and identity documents in the world because it identifies the bearer as a U.S. citizen/non-citizen U.S. national, and thereby may facilitate the bearer receiving the benefits associated with U.S. citizenship/non-citizen U.S. nationality, identity, and entitlement to a U.S. passport. It is a highly secure document because of the security features embedded in the passport. An intact, full validity, unexpired passport is acceptable as proof of United States citizenship/non-citizen U.S. nationality when issued to a U.S. citizen/non-citizen U.S. national (see 22 U.S.C. 2705).