# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 19-2316 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 140, 143 |
| | : | | |
| ANTONY J. BLINKEN, Secretary of State, *et al.*, | : | | |
| | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 140) is **GRANTED** and Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 143) is **DENIED**. It is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: March 20, 2023                                                              RUDOLPH CONTRERAS
                                                                                                           United States District Judge