# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al*., case no. 1:19-cv-2316, the " Plaintiffs' Combined Objection to the Order and Opinion Memorandum of March 20, 2023, EDFs 149 and 150" and three attachments.  I served the court and parties electronically:

> Angela D. Caesar
> Clerk of Court
> United States District Court
> 333 Constitution Avenue, N.W.
> Washington, DC 20001
>
> United States Attorney
> United States Attorney's Office
> c/o Stephen DeGenaro
> 601 D. Street, N.W.
> Washington, D.C. 20530
>
> Lawrence Donald Lewis
> 966 Bourbon Lane
> Nordman, Idaho 83848
>
> David Alan Carmichael
> 1748 Old Buckroe Road
> Hampton, Virginia 23664

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.


Ss:  *David Alan Carmichael*
David Alan Carmichael                                              Date:  March 29, 2023
1748 Old Buckroe Road
Hampton, Virginia  23664  /  (757) 850-2672
david@freedomministries.life