United States District Court,
District of Columbia

| | |
|---|---|
| David Alan Carmichael, et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No: 19-CV-2316-RC |
| v. ) | |
| ) | |
| Michael Richard Pompeo, *in his Offiicial* ) | |
| *capacity as Secretary of State, et al.*,[1] ) | |
| ) | |
| *Defendants* ) | |

**Notice of Appeal**

Notice is hereby given that David Alan Carmichael and Lawrence Donald Lewis, the Plaintiffs in the above named case, appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of March 20, 2023.  This notice is entered in this action on this 15th day of May, 2023.

(s) *David Alan Carmichael*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  (23664}
(757) 850-2672 (LL) (757) 320-2220 (c)
david@freedomministries.life


s/*Lawrence Donald Lewis*
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848
(208) 443-3852  /  larrynordlewis@povn.net

---

[1] Original styling -  Antony L. Blinken is now the principal of record by succession of office, Rule 25(d).