APPEAL,CLOSED,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19–cv–02316–RC</u>
### *Internal Use Only*

| | |
|---|---|
| CARMICHAEL v. POMPEO | Date Filed: 07/31/2019 |
| Assigned to: Judge Rudolph Contreras | Date Terminated: 03/28/2023 |
| Case in other court:  USCA for the DC Circuit, 22–05143 | Jury Demand: None |
| Cause: 42:1981 Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**DAVID ALAN CARMICHAEL**    represented by   **DAVID ALAN CARMICHAEL**
1748 Old Buckroe Road
Hampton, VA 23664
757–850–2672
Email: <u>david@freedomministries.life</u>
PRO SE

**Plaintiff**

**LAWRENCE DONALD LEWIS**    represented by   **LAWRENCE DONALD LEWIS**
966 Bourbon Lane
Nordman, ID 83848
PRO SE

**Plaintiff**

**WILLIAM PAKOSZ**    represented by   **WILLIAM PAKOSZ**
Box 25
Matteson, IL 60443
PRO SE

V.

**Defendant**

**MICHAEL R. POMPEO**    represented by   **Christopher Charles Hair**
*in his official capacity as Secretary of*    U.S. ATTORNEY'S OFFICE FOR THE
*State, of the United States of America*    DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2541
Fax: (202) 252–2599
Email: <u>christopher.hair@usdoj.gov</u>
*TERMINATED: 04/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen DeGenaro**

1

U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street, NW
Washington, DC 20530
(202) 252–7229
Fax: (202) 252–2599
Email: Stephen.DeGenaro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**               represented by   **Christopher Charles Hair**
                                                            (See above for address)
                                                            *TERMINATED: 04/07/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen DeGenaro**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES DEPARTMENT**               represented by   **Christopher Charles Hair**
**OF STATE**                                                (See above for address)
*TERMINATED: 12/03/2019*                                    *TERMINATED: 04/07/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen DeGenaro**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**MICHELLE BOULTON**                       represented by   **MICHELLE BOULTON**
*TERMINATED: 03/25/2022*                                    8491 Hospital Dr.
                                                            #178
                                                            Douglasville, GA 30134–2412
                                                            (770) 315–5724
                                                            PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2019 | 1 | COMPLAINT against MICHAEL RICHARD POMPEO (Filing fee $ 400, receipt number 4616100029) filed by DAVID ALAN CARMICHAEL. (Attachment: # 1 Civil Cover Sheet) (tth) (Entered: 08/05/2019) |
| 07/31/2019 |   | SUMMONS Not Issued as to MICHAEL RICHARD POMPEO. (tth) (Entered: 08/05/2019) |

| 08/23/2019 | 2 | LEAVE TO FILE DENIED – Notice of Lawsuit and Request to Waive Service of a Summons, and Waiver of the Service Summons. This document is unavailable as the Court denied its filing. "Leave to File Denied. The parties may not communicate with the Court by letter. Local Rules. In order to effect service, plaintiff must request summonses from the Clerk's Office, and serve the United States pursuant to Fed.R.Civ.P. 4 (i), including in this case, service on Department of State, Department of Justice, Attorney General, and U.S. Attorney's Office for the District of Columbia Attention Civil Process Clerk. A plaintiff may not use the waiver of service provisions to serve the United States." Signed by Judge Rudolph Contreras on 8/23/2019. (ztth) (Entered: 08/28/2019) |
|---|---|---|
| 09/09/2019 | | SUMMONS (3) Issued as to MICHAEL RICHARD POMPEO, U.S. Attorney and U.S. Attorney General. (ztth) (Entered: 09/09/2019) |
| 09/19/2019 | 3 | MOTION to Amend/Correct 1 Complaint by DAVID ALAN CARMICHAEL (Attachments: # 1 Summons)(ztd) (Entered: 09/25/2019) |
| 09/20/2019 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MICHAEL RICHARD POMPEO served on 9/13/2019; UNITED STATES OF AMERICA served on 9/13/2019, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/13/19., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/13/2019. ( Answer due for ALL FEDERAL DEFENDANTS by 11/12/2019.) (ztd) (Entered: 09/25/2019) |
| 09/24/2019 | 5 | MOTION for Joinder by DAVID ALAN CARMICHAEL. (Attachment: # 1 Text of Proposed Order) (ztth) (Entered: 09/26/2019) |
| 09/27/2019 | 6 | MOTION for Joinder by DAVID ALAN CARMICHAEL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit – Attachment) (ztth) (Entered: 10/01/2019) |
| 11/12/2019 | 7 | NOTICE of Appearance by Christopher Charles Hair on behalf of MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA (Hair, Christopher) (Entered: 11/12/2019) |
| 11/12/2019 | 8 | RESPONSE re 3 MOTION to Amend/Correct 1 Complaint, 6 MOTION for Joinder, 5 MOTION for Joinder filed by MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 11/12/2019) |
| 11/12/2019 | 9 | MOTION for Extension of Time to File Answer re 1 Complaint by MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA (Hair, Christopher) (Entered: 11/12/2019) |
| 11/14/2019 | 10 | Memorandum in opposition re 9 MOTION for Extension of Time to File Answer re 1 Complaint filed by DAVID ALAN CARMICHAEL. (jf) (Main Document 10 replaced on 11/19/2019) (zjf). (Entered: 11/19/2019) |
| 11/20/2019 | 11 | ORDER granting 3 Plaintiff's motion to amend; granting 5 6 Plaintiff's motions to join plaintiffs; denying as moot 9 Defendant's motion for extension of time; and denying 10 Plaintiff's request for default. See document for details. Signed by Judge Rudolph Contreras on November 20, 2019. (lcrc3) (Entered: 11/20/2019) |
| 11/25/2019 | 13 | Memorandum in opposition to re 9 MOTION for Extension of Time to File Answer re 1 Complaint filed by DAVID ALAN CARMICHAEL. (ztd) (Entered: 11/27/2019) |

| 11/25/2019 | 14 | MOTION MOTION for Order to deny by DAVID ALAN CARMICHAEL MOTION for Entry of Default by DAVID ALAN CARMICHAEL. (ztd) (See docket entry no.1 13 to view.) Modified event and date filed on 12/2/2019 (znmw). (Entered: 11/27/2019) |
| 11/26/2019 | 12 | RESPONSE TO ORDER OF THE COURT re 11 Order, filed by DAVID ALAN CARMICHAEL. (eg) (Entered: 11/27/2019) |
| 12/03/2019 |  | Summons (1) Issued as to UNITED STATES DEPARTMENT OF STATE. (ztth) (Entered: 12/03/2019) |
| 12/03/2019 | 15 | AMENDED COMPLAINT against MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA filed by DAVID ALAN CARMICHAEL.(ztd) (Entered: 12/05/2019) |
| 12/15/2019 | 17 | LEAVE TO FILE DENIED – Lawrence Donald Lewis, Plaintiff Lawrence Donald Lewis Objection to Defendant's Motion for Additional Time to Respond to Original and Amended Complaint This document is unavailable as the Court denied its filing. "LEAVE TO FILE DENIED FILER WAS NOT PARTY AT TIME OF SUBMISSION". Signed by Judge Rudolph Contreras on 12/15/2019. (ztth) (Entered: 12/18/2019) |
| 12/15/2019 | 18 | LEAVE TO FILE DENIED – William Mitchell Pakosz, Plaintiff William Mitchell Pakosz Objection to Defendant's Motion for Additional Time to Respond to Original and Amended Complaint. This document is unavailable as the Court denied its filing. "LEAVE TO FILE DENIED Movant was not a party to case at time of submission." Signed by Judge Rudolph Contreras on 12/15/2019. (ztth) (Entered: 12/18/2019) |
| 12/17/2019 | 16 | Letter from David Alan Carmichael. "LET THIS BE FILED" by Judge Rudolph Contreras on 12/17/2019. (ztth) (Entered: 12/18/2019) |
| 12/19/2019 | 19 | MOTION for Extension of Time to File Answer re 15 Amended Complaint by MICHAEL RICHARD POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA (Hair, Christopher) (Entered: 12/19/2019) |
| 12/27/2019 | 20 | Memorandum in opposition to re 19 MOTION for Extension of Time to File Answer re 15 Amended Complaint filed by DAVID ALAN CARMICHAEL. (ztd) Modified date filed on 1/2/2020 (ztd). (Entered: 12/31/2019) |
| 01/06/2020 | 21 | MOTION to Amend/Correct by DAVID ALAN CARMICHAEL. (ztth) (Entered: 01/08/2020) |
| 01/07/2020 | 22 | Letter from William Mitchell Pakosz. "LET THIS BE FILED" by Judge Rudolph Contreras on 1/7/2020. (ztth) (Entered: 01/09/2020) |
| 01/10/2020 | 23 | MOTION for CM/ECF Password by DAVID ALAN CARMICHAEL. (ztth) (Entered: 01/14/2020) |
| 01/14/2020 |  | MINUTE ORDER: Upon consideration of 19 Defendants' motion for extension of time and Plaintiffs' objection to that motion, it is hereby ORDERED that 19 the motion is GRANTED. It is FURTHER ORDERED that Defendants shall file their response to Plaintiffs' amended complaint by January 20, 2020. SO ORDERED. Signed by Judge Rudolph Contreras on January 14, 2020. (lcrc3) (Entered: 01/14/2020) |
| 01/14/2020 |  |  |

| | | |
|---|---|---|
| | | Set/Reset Deadlines: Response to amended complaint due by 1/20/2020 (tj) (Entered: 01/14/2020) |
| 01/17/2020 | 24 | MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* by MICHAEL RICHARD POMPEO (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jonathan Roblin, # 3 Declaration Florence Fultz, # 4 Text of Proposed Order)(Hair, Christopher). Added MOTION for Summary Judgment on 1/24/2020 (jf). (Entered: 01/17/2020) |
| 01/22/2020 | 25 | FOX/NEAL ORDER advising Plaintiffs to respond, on or before February 21, 2020, to 24 the Government's motion to dismiss, or the Court may deem the motion conceded. See document for details. Signed by Judge Rudolph Contreras on January 22, 2020. (lcrc3) (Entered: 01/22/2020) |
| 01/22/2020 | | Set/Reset Deadlines: Responses due by 2/21/2020 (tj) (Entered: 01/22/2020) |
| 02/20/2020 | 26 | Mail Returned as Undeliverable/Refused; Sent to David Alan Charmichael, 1748 Old Buckroe Road, Hampton, VA 23664; Type of Document Returned: Order dated 1/22/2020; No Forwarding address provided. (tj) (Entered: 02/20/2020) |
| 02/24/2020 | 27 | RESPONSE re 24 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* MOTION for Summary Judgment filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Memorandum in Support, # 2 Statement of Disputed Facts, # 3 Submission of Undisputed or Uncontroverted Facts Relevant to the First Cause of Action, # 4 Text of Proposed Order) (ztth) (Entered: 02/26/2020) |
| 02/24/2020 | 28 | Cross MOTION for Declaratory Partial Summary Judgment, MOTION for Injunction on the First Cause of Action by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (See Docket Entry 27 to view document) (ztth) (Entered: 02/26/2020) |
| 03/04/2020 | 29 | Unopposed MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* MOTION for Summary Judgment, 28 MOTION for Partial Summary Judgment MOTION for Preliminary Injunction by MICHAEL RICHARD POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA (Hair, Christopher) (Entered: 03/04/2020) |
| 03/04/2020 | | MINUTE ORDER granting 29 Defendants' motion for extension of time. It is hereby ORDERED that Defendants shall file their combined reply in support of their motion to dismiss or, in the alternative, for summary judgment, and opposition to Plaintiffs' motion for partial summary judgment by March 25, 2020. SO ORDERED. Signed by Judge Rudolph Contreras on March 4, 2020. (lcrc3) (Entered: 03/04/2020) |
| 03/20/2020 | | Set/Reset Deadlines: Replies due by 3/25/2020. (tj) (Entered: 03/20/2020) |
| 03/25/2020 | 30 | REPLY to opposition to motion re 24 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* MOTION for Summary Judgment filed by MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 03/25/2020) |
| 03/25/2020 | 31 | Memorandum in opposition to re 28 MOTION for Partial Summary Judgment MOTION for Preliminary Injunction filed by MICHAEL RICHARD POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 03/25/2020) |

| 04/02/2020 | 32 | ERRATA by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ re 27 Response to motion, filed by DAVID ALAN CARMICHAEL, WILLIAM PAKOSZ, LAWRENCE DONALD LEWIS. (Attachment: # 1 Exhibit – Attachment) (ztth) (Entered: 04/06/2020) |
| 04/06/2020 | 33 | MOTION to Add to Record as Evidence by DAVID ALAN CARMICHAEL. (Attachment: # 1 Certificate of Service) (ztth) Modified event title on 4/13/2020 (znmw). (Entered: 04/09/2020) |
| 04/06/2020 | 34 | REPLY to opposition to motion re 28 MOTION for Partial Summary Judgment MOTION for Preliminary Injunction filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 04/09/2020) |
| 04/10/2020 | 35 | AMENDED REPLY to opposition to motion re 28 MOTION for Partial Summary Judgment MOTION for Preliminary Injunction filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Additional attachment(s) added on 4/13/2020: # 1 Exhibit Addendums 1–3) (ztth). (Entered: 04/13/2020) |
| 04/10/2020 | 36 | MOTION to Add to Record as Evidence by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (See Addendums 1–3 of Docket Entry 35 to view document). (ztth) (Entered: 04/13/2020) |
| 04/10/2020 | 37 | MOTION for Hearing by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 04/13/2020) |
| 04/10/2020 | 38 | ERRATA by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ re 34 Reply to opposition to Motion filed by DAVID ALAN CARMICHAEL, WILLIAM PAKOSZ, LAWRENCE DONALD LEWIS. (Attachment: # 1 Exhibit – Attachment) (ztth) (Entered: 04/13/2020) |
| 04/10/2020 | 40 | MOTION to Compel by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ (Attachment: # 1 Exhibit – Attachments 1 – 3) (ztth) (Entered: 04/16/2020) |
| 04/12/2020 | 39 | ERRATA by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ 34 Reply to opposition to Motion filed by DAVID ALAN CARMICHAEL, WILLIAM PAKOSZ, LAWRENCE DONALD LEWIS. (Attachment: # 1 Exhibit – Cover Sheet) (ztth) (Entered: 04/13/2020) |
| 04/30/2020 | 41 | Memorandum in opposition to re 40 MOTION to Compel filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE. (Hair, Christopher) (Entered: 04/30/2020) |
| 05/04/2020 | 42 | REPLY to opposition to motion re 40 MOTION to Compel filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 05/04/2020) |
| 06/22/2020 | 43 | NOTICE by DAVID ALAN CARMICHAEL. (ztth) (Entered: 06/25/2020) |
| 08/28/2020 | 44 | ORDER granting in part and denying in part 24 Defendants' Motion to Dismiss; denying 24 Defendants' Motion for Summary Judgment; denying 28 Plaintiffs' Motion for Partial Summary Judgment and Injunction; denying 14 , 21 , 23 , 33 , 36 , 37 , 40 Plaintiffs' other pending motions. See document for details. Signed by Judge Rudolph Contreras on 08/28/2020. (lcrc3) (Entered: 08/28/2020) |

| 08/28/2020 | 45 | MEMORANDUM OPINION granting in part and denying in part 24 Defendants' Motion to Dismiss; denying 24 Defendants' Motion for Summary Judgment; denying 28 Plaintiffs' Motion for Partial Summary Judgment and Injunction; denying 14 , 21 , 23 , 33 , 36 , 37 , 40 Plaintiffs' other pending motions. See document for details. Signed by Judge Rudolph Contreras on 08/28/2020. (lcrc3) (Entered: 08/28/2020) |
|---|---|---|
| 09/30/2020 | 46 | MOTION to Amend Complaint by DAVID ALAN CARMICHAEL (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(zrdj) (Additional attachment(s) added on 10/20/2020: # 3 Exhibit Amended Complaint) (zjf). (Entered: 10/02/2020) |
| 10/02/2020 |  | MINUTE ORDER: Upon consideration of 46 Plaintiffs' Motion to Amend Complaint, the Court notes that Local Rule 7(i) states that "[a] motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended." D.D.C. Civ. R. 7(i). Similarly, Local Rule 15.1 states that "[a] motion for leave to file an amended pleading shall attach, as an exhibit, a copy of the proposed pleading as amended." D.D.C. Civ. R. 15.1. Accordingly, it is hereby ORDERED that Plaintiffs shall make a filing that complies with the Local Rules on or before October 23, 2020. SO ORDERED. Signed by Judge Rudolph Contreras on 10/2/2020. (lcrc3) (Entered: 10/02/2020) |
| 10/02/2020 | 47 | Remonstrance, Objections, And Preservation of Error Regarding The Dismissal Opinion And Memorandum Of August 31, 2020 by DAVID ALAN CARMICHAEL (zrdj) (Entered: 10/05/2020) |
| 10/08/2020 |  | Set/Reset Deadlines: Plaintiffs filing due by 10/23/2020. (tj) (Entered: 10/08/2020) |
| 10/20/2020 | 48 | Letter to the Court from David Alan Carmichael "LET THIS BE FILED", Signed by Judge Rudolph Contreras on 10/20/2020(zrdj) (Entered: 10/20/2020) |
| 10/22/2020 | 49 | NOTICE by DAVID ALAN CARMICHAEL (zrdj) (Entered: 10/23/2020) |
| 10/28/2020 |  | MINUTE ORDER: It is hereby ORDERED that Defendants shall file their response to 46 Plaintiffs' Motion to Amend on or before November 11, 2020. SO ORDERED. Signed by Judge Rudolph Contreras on 10/28/2020. (lcrc3) (Entered: 10/28/2020) |
| 10/28/2020 |  | Set/Reset Deadlines: Responses due by 11/11/2020. (tj) (Entered: 10/28/2020) |
| 11/11/2020 | 50 | RESPONSE re 46 MOTION to Amend/Correct filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 11/11/2020) |
| 11/11/2020 |  | MINUTE ORDER granting 46 Plaintiffs' Motion to Amend Complaint. It is hereby ORDERED that Plaintiffs' Amended Complaint, ECF No. 46–3, shall be docketed. Upon consideration of 50 Defendants' Response to Plaintiffs' Motion to Amend, it is FURTHER ORDERED that the parties shall submit a joint status report, on or before December 4, 2020, that proposes a schedule for further proceedings, including Defendants' request for a remand and Defendants' response to the amended complaint. It is FURTHER ORDERED that Defendants' deadline to respond to the amended complaint shall be STAYED pending further order of the Court. SO ORDERED. Signed by Judge Rudolph Contreras on 11/11/2020. (lcrc3) (Entered: 11/11/2020) |
| 11/11/2020 | 51 | AMENDED COMPLAINT against MICHAEL R. POMPEO, UNITED STATES OF AMERICA filed by DAVID ALAN CARMICHAEL. (ztth) (Entered: 11/13/2020) |
| 11/12/2020 |  | Set/Reset Deadlines: Status Report due by 12/4/2020. (tj) (Entered: 11/12/2020) |

| 12/03/2020 | 53 | NOTICE by WILLIAM PAKOSZ. (ztth) (Entered: 12/07/2020) |
|---|---|---|
| 12/03/2020 | 55 | MOTION for Rule 16(b) Scheduling Conference by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 12/07/2020) |
| 12/03/2020 | 56 | NOTICE by LAWRENCE DONALD LEWIS. (ztth) (Entered: 12/07/2020) |
| 12/03/2020 | 57 | NOTICE by DAVID ALAN CARMICHAEL. (ztth) (Entered: 12/07/2020) |
| 12/03/2020 | 58 | MOTION for Order to Show Cause by WILLIAM PAKOSZ. (See Docket Entry 53 to view document) (ztth) (Entered: 12/08/2020) |
| 12/03/2020 | 59 | MOTION for Order to Show Cause by LAWRENCE DONALD LEWIS. (See Docket Entry 56 to view document) (ztth) (Entered: 12/08/2020) |
| 12/03/2020 | 60 | MOTION for Order to Show Cause by DAVID ALAN CARMICHAEL. (See Docket Entry 57 to view document) (ztth) (Entered: 12/08/2020) |
| 12/04/2020 | 52 | STATUS REPORT by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 12/04/2020) |
| 12/07/2020 | 54 | STATUS REPORT by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (ztth) (Entered: 12/07/2020) |
| 12/18/2020 | 61 | MOTION to Remand to U.S. Department of State *And To Stay Proceedings* by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA (Hair, Christopher) (Entered: 12/18/2020) |
| 12/18/2020 | 62 | CERTIFICATE OF SERVICE by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA re 61 MOTION to Remand to U.S. Department of State *And To Stay Proceedings* . (Hair, Christopher) (Entered: 12/18/2020) |
| 12/21/2020 | 63 | Memorandum in opposition to 52 STATUS REPORT filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Exhibit, # 2 Certificate of Service) (ztth); Modified text and docket entry relationship on 12/30/2020 (ztth). (Entered: 12/21/2020) |
| 12/21/2020 | 64 | RESPONSE re 52 Status Report filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (See Docket Entry 63 to view document) (ztth) (Entered: 12/21/2020) |
| 12/30/2020 | 65 | Memorandum in opposition to re 61 MOTION to Remand to U.S. Department of State *And To Stay Proceedings* filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachment: # 1 Certificate of Service) (ztth) (Entered: 12/30/2020) |
| 01/06/2021 | 66 | REPLY to opposition to motion re 61 MOTION to Remand to U.S. Department of State *And To Stay Proceedings* filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE. (Hair, Christopher) (Entered: 01/06/2021) |
| 01/06/2021 | 67 | RESPONSE re 59 MOTION for Order to Show Cause, 60 MOTION for Order to Show Cause, 58 MOTION for Order to Show Cause filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE. (Hair, Christopher) (Entered: 01/06/2021) |
| 01/19/2021 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: The Plaintiffs recently complained that they are being prejudiced by their lack of access to the courthouse and the Court's prior denial of their use of the electronic filing system. The Court previously considered and denied, without prejudice, Plaintiffs' motion for electronic filing privileges, noting that "Plaintiffs must describe their access to the internet, confirm their capacity to file documents and receive filing electronically on a regular basis, and certify that they have completed the Clerk's Office on–line tutorial." Mem. Op. at 23, ECF No. 45. The Court stated that Plaintiffs could refile their motion with the required information. Id. Accordingly, to the extent that Plaintiffs continue to desire electronic filing privileges, it is hereby ORDERED that they file a motion for electronic filing privileges that complies with all the requirements of Local Rule 5.4(b)(2). SO ORDERED. Signed by Judge Rudolph Contreras on 1/19/2021. (lcrc3) (Entered: 01/19/2021) |
| 01/20/2021 | | MINUTE ORDER granting 61 Defendants' motion for voluntary remand and stay. Upon consideration of Defendants' motion for voluntary remand and stay, Plaintiffs' opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED; the passport applications regarding each Plaintiff are hereby REMANDED to the State Department for a period of 90 days from the date of this Order. Notwithstanding Plaintiffs' argument that no further information is required from them to adjudicate their requests for accommodation (because their identity is not at issue given their submission of their prior passports by mail), Plaintiffs are encouraged to comply with Defendants' reasonable requests for further information in furtherance of Defendants' efforts on remand. The refusal by Plaintiffs to provide such requested information, if the Court finds that Defendants' new requests were justified, may serve as a basis for the State Department to legitimately deny the requests for accommodation. After conclusion of the remand period, the parties shall submit a joint status report on or before May 6, 2021, proposing a schedule for further proceedings. It is FURTHER ORDERED that, in light of the Court's decision on Defendants' motion for voluntary remand and stay, 58 , 59 , 60 Plaintiffs' pending motions to show cause are DENIED AS MOOT and 55 Plaintiffs' motion for a Rule 16(b) Scheduling Conference is DENIED AS PREMATURE. It is FURTHER ORDERED that this action, including all deadlines, is STAYED pending further order of the Court. SO ORDERED. Signed by Judge Rudolph Contreras on 1/20/2021. (lcrc3) (Entered: 01/20/2021) |
| 01/22/2021 | 68 | REPLY re 67 Response to motion filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachment: # 1 Exhibit) (ztth) (Entered: 01/28/2021) |
| 02/03/2021 | 69 | MOTION for CM/ECF Password by DAVID ALAN CARMICHAEL. (ztth) Modified Date Filed on 2/5/2021 (ztth). (Entered: 02/05/2021) |
| 02/03/2021 | 70 | NOTICE of Proposed Order by DAVID ALAN CARMICHAEL. (ztth) (Entered: 02/05/2021) |
| 02/08/2021 | | MINUTE ORDER: Upon consideration of 69 Plaintiff Carmichael's motion for CM/ECF Password, it is hereby ORDERED that Plaintiff Carmichael shall submit a document signed by Plaintiff Lewis and Plaintiff Pakosz evidencing the agreement to have Plaintiff Carmichael manage all electronic filings on behalf of all Plaintiffs and to circulate electronically filed materials to all Plaintiffs. SO ORDERED. Signed by Judge Rudolph Contreras on 2/8/2021. (lcrc3) (Entered: 02/08/2021) |
| 02/10/2021 | 71 | RESPONSE re Order on Motion for Hearing, Order on Motion for Order to Show Cause, Order on Motion to Remand to Agency, filed by DAVID ALAN |

| | | CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 02/12/2021) |
|---|---|---|
| 02/11/2021 | 72 | MOTION for Reconsideration, MOTION to Stay, MOTION to Certify the Order for Interlocutory Apeal by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 02/12/2021) |
| 02/16/2021 | 73 | RESPONSE TO ORDER OF THE COURT re Order, filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (ztth) (Entered: 02/17/2021) |
| 02/17/2021 | 74 | ORDER granting 69 Motion for CM/ECF Password. See document for details. Signed by Judge Rudolph Contreras on 2/17/2021. (lcrc3) (Entered: 02/17/2021) |
| 02/25/2021 | 75 | MOTION for Declaratory Judgment *MOTION for Declaratory Judgment* by David Alan Carmichael, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Memorandum in Support Memorandum In Support Of Motion For Declaratory Judgement On Remand Order Of Jan. 19, 2021, # 2 Affidavit Notice of Parties Joining Motion For Declaratory Judgment, # 3 Certificate of Service Certificate of Service)(Carmichael, David Alan) (Entered: 02/25/2021) |
| 02/25/2021 | 76 | MOTION to Lift Stay re 75 MOTION for Declaratory Judgment *MOTION for Declaratory Judgment*, Order on Motion for Hearing,,,,,,, Order on Motion for Order to Show Cause,,,,,,,,,,,,,,,,,, Order on Motion to Remand to Agency,,,,,, 72 MOTION for Reconsideration MOTION to Stay MOTION to Certify the Order for Interlocutory Apeal *Immediate Motion* by David Alan Carmichael. (Attachments: # 1 Text of Proposed Order Proposed Order To Lift Stay And Schedule Response And Reply, # 2 Certificate of Service Certificate of Service)(Carmichael, David Alan) (Entered: 02/25/2021) |
| 02/26/2021 | 77 | Memorandum in opposition to re 72 MOTION for Reconsideration MOTION to Stay MOTION to Certify the Order for Interlocutory Apeal filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 02/26/2021) |
| 02/26/2021 | | MINUTE ORDER: It is hereby ORDERED that the government shall submit, on or before March 5, 2021, a status report on the progress of this case on remand since the Court's January 20, 2021 order. SO ORDERED. Signed by Judge Rudolph Contreras on 2/26/2021. (lcrc3) (Entered: 02/26/2021) |
| 03/02/2021 | 78 | REPLY re 72 MOTION for Reconsideration MOTION to Stay MOTION to Certify the Order for Interlocutory Apeal *Reply* filed by David Alan Carmichael, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Affidavit Plaintiffs Join Reply, # 2 Certificate of Service Certificate of Service)(Carmichael, David Alan) (Entered: 03/02/2021) |
| 03/04/2021 | 79 | SUPPLEMENTAL MEMORANDUM to re 75 MOTION for Declaratory Judgment *MOTION for Declaratory Judgment Evidence* filed by David Alan Carmichael. (Attachments: # 1 Exhibit Carmichael−2007−application−letters, # 2 Exhibit 2007−Identity−Evidence, # 3 Certificate of Service)(Carmichael, David Alan) (Entered: 03/04/2021) |
| 03/05/2021 | 80 | STATUS REPORT by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 03/05/2021) |
| 03/09/2021 | 81 | |

| | | |
|---|---|---|
| | | NOTICE *of Intent To Respond To Status Report* by David Alan Carmichael re 80 Status Report (Attachments: # 1 Certificate of Service)(Carmichael, David Alan) (Entered: 03/09/2021) |
| 03/19/2021 | 82 | RESPONSE re 80 Status Report *Plaintiff Combined Response* filed by David Alan Carmichael, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Notice and Consent Plaintiffs Join Response To 080, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 03/19/2021) |
| 03/22/2021 | 83 | MOTION for Hearing re 82 Response to Document, 80 Status Report *Motion For Status Conference* by David Alan Carmichael. (Attachments: # 1 Text of Proposed Order Proposed Order For Conference, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 03/22/2021) |
| 04/19/2021 | | MINUTE ORDER denying 83 Plaintiffs' Motion for Hearing. The Court does not intend to dissolve the remand order. See Min. Order (Jan. 20, 2021). The Court reiterates that, as it said in that order, "Plaintiffs are encouraged to comply with Defendants' reasonable requests for further information in furtherance of Defendants' efforts on remand. The refusal by Plaintiffs to provide such requested information, if the Court finds that Defendants' new requests were justified, may serve as a basis for the State Department to legitimately deny the requests for accommodation." Id. Plaintiffs brought this case in order to obtain Passports without having to identify with a Social Security Number. The State Department has now offered them that opportunity and the Court is perplexed by Plaintiffs', apparent, refusal to take advantage of that opportunity. At this juncture (without the benefit of briefing by the parties), it appears to the Court that, given the passage of time since the original applications were submitted, the State Department would be acting reasonably to assure itself that the information in the previously submitted applications is still accurate and that up–to–date photographs are provided. Certainly, even if the Passports are issued, this case is not necessarily moot. If Plaintiffs have a viable claim for damages pursuant to the Religious Freedom Restoration Act (or any other law), that aspect of the case would likely not be moot. Other claims may also survive. But that is an argument for another day. Plaintiffs should carefully consider their options before rejecting an opportunity to quickly obtain what was purported to be the primary purpose of the lawsuit. The Court's original remand order indicated that: "After conclusion of the remand period, the parties shall submit a joint status report on or before May 6, 2021, proposing a schedule for further proceedings." Id. Because the parties can convey their positions to the Court at that time, a hearing now is unnecessary. SO ORDERED. Signed by Judge Rudolph Contreras on 4/19/2021. (lcrc3) (Entered: 04/19/2021) |
| 04/23/2021 | 84 | MOTION to Compel *Passport Issuance To Pakosz And Lewis* by LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Text of Proposed Order Proposed Order To Compel, # 2 Memorandum in Support Memorandum In Support of Order To Compel, # 3 Exhibit Attach–1_22CFR51.65, # 4 Exhibit Attach–2_Summary–of–Phoncon, # 5 Exhibit Attach–3_Ltr–Explaining–Rationale, # 6 Exhibit Attach–4_Carmichael–New–Passport, # 7 Exhibit Attach–5_Pakosz–Denial–Ltr, # 8 Exhibit Attach–6_ICAO–Photo–Requirements, # 9 Exhibit Attach–7_22CFR51.4, # 10 Certificate of Service)(Carmichael, David Alan) (Entered: 04/23/2021) |
| 05/04/2021 | 85 | RESPONSE TO ORDER OF THE COURT re Order on Motion for Hearing,,,,,,,, *Opposition, notice and request for relief from order* filed by David Alan Carmichael, |

| | | |
|---|---|---|
| | | LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Exhibit Passport SSN FAQ Gov Webpage, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 05/04/2021) |
| 05/04/2021 | 86 | MOTION Relief From Order re 85 Response to Order of the Court, by David Alan Carmichael, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Carmichael, David Alan) (Entered: 05/04/2021) |
| 05/06/2021 | 87 | Joint STATUS REPORT by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 05/06/2021) |
| 05/07/2021 | | MINUTE ORDER: Upon consideration of 87 the parties' Joint Status Report, it is hereby ORDERED that the following schedule shall govern further proceedings: Defendants shall file their dispositive motions and their response to 84 Plaintiffs' Combined Motion to Compel Defendants to Issue Passport Renewals to Lewis and Pakosz on or before July 2, 2021; Plaintiffs shall file their response and reply on or before August 6, 2021; and Defendants shall file their reply on or before August 20, 2021. SO ORDERED. Signed by Judge Rudolph Contreras on 5/7/2021. (lcrc3) (Entered: 05/07/2021) |
| 05/07/2021 | | MINUTE ORDER: Because Plaintiff Carmichael has obtained his passport in the litigation but the other Plaintiffs have not, Plaintiffs Lewis and Pakosz are ORDERED to notify the Court on or before May 21, 2021, if they wish to be appointed counsel by the Court to represent their potentially separate interests. SO ORDERED. Signed by Judge Rudolph Contreras on 5/7/2021. (lcrc3) (Entered: 05/07/2021) |
| 05/14/2021 | | Set/Reset Deadlines: Responses due by 5/21/2021. (tj) (Entered: 05/14/2021) |
| 05/14/2021 | | Set/Reset Deadlines: Motions due by 7/2/2021. Responses due by 8/6/2021 Replies due by 8/20/2021. (tj) (Entered: 05/14/2021) |
| 05/21/2021 | 88 | RESPONSE TO ORDER OF THE COURT re Order,, *1st Order of May 7, 2021* filed by LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
| 05/21/2021 | 89 | RESPONSE TO ORDER OF THE COURT re Order,, *Objection to 1st Order of May 7, 2021* filed by David Alan Carmichael. (Attachments: # 1 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
| 05/21/2021 | 90 | RESPONSE TO ORDER OF THE COURT re Order, *Objection To 2nd Order of May 7, 2021,* filed by David Alan Carmichael. (Attachments: # 1 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
| 05/21/2021 | 91 | RESPONSE TO ORDER OF THE COURT re Order, *Objection to 2nd Order of May 7, 2021* filed by LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
| 05/21/2021 | 92 | MOTION for Joinder *of Michelle Boulton* by David Alan Carmichael, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Text of Proposed Order Proposed Order To Join Boulton, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
| 05/21/2021 | 93 | MOTION for Leave to File *CM/ECF Documents For Intervener* by David Alan Carmichael. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |

| 05/21/2021 | 94 | MOTION to Intervene *as Plaintiff* by Michelle Boulton. (Attachments: # 1 Exhibit Intervener Plaintiff Complaint, # 2 Certificate of Service)(Carmichael, David Alan) (Entered: 05/21/2021) |
|---|---|---|
| 06/04/2021 | 95 | Memorandum in opposition to re 94 MOTION to Intervene *as Plaintiff*, 92 MOTION for Joinder *of Michelle Boulton* filed by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Attachments: # 1 Declaration of Krista Watkins)(Hair, Christopher) (Entered: 06/04/2021) |
| 06/08/2021 | 96 | Unopposed MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Joinder *of Michelle Boulton until June 28, 2021* by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 06/08/2021) |
| 06/09/2021 | | MINUTE ORDER granting 96 Plaintiffs' Unopposed Motion for Extension of Time. It is hereby ORDERED that Plaintiffs shall file their reply in support of 92 Plaintiffs' Motion for Joinder on or before June 28, 2021. SO ORDERED. Signed by Judge Rudolph Contreras on 6/9/2021. (lcrc3) (Entered: 06/09/2021) |
| 06/15/2021 | 98 | REPLY to opposition to motion re 94 MOTION to Intervene *as Plaintiff* filed by MICHELLE BOULTON. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service) (ztth) (Entered: 06/25/2021) |
| 06/24/2021 | 97 | REPLY to opposition to motion re 94 MOTION to Intervene *as Plaintiff*, 92 MOTION for Joinder *of Michelle Boulton* filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 06/24/2021) |
| 07/02/2021 | 99 | MOTION to Dismiss *Or, In The Alternative*, MOTION for Summary Judgment by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Declaration of Kristia Watkins, # 4 Exhibit A (State Department letters to Lewis and Pakosz), # 5 Text of Proposed Order)(Hair, Christopher) (Entered: 07/02/2021) |
| 07/06/2021 | 100 | FOX/NEAL ORDER advising Plaintiffs to respond, on or before August 20, 2021, to 99 Defendants' motion to dismiss or, in the alternative, for summary judgment, or the Court may deem the motion conceded. See document for details. Signed by Judge Rudolph Contreras on 7/6/2021. (lcrc3) (Entered: 07/06/2021) |
| 07/06/2021 | 101 | MOTION for Order by DAVID ALAN CARMICHAEL. (ztth) (Entered: 07/07/2021) |
| 07/19/2021 | 102 | REPLY to opposition to motion re 84 MOTION to Compel *Passport Issuance To Pakosz And Lewis with full "Response" to 99 Still Pending* filed by LAWRENCE DONALD LEWIS. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 07/19/2021) |
| 07/19/2021 | 103 | SUGGESTION OF DEATH *of DEATH Re: William MItchell Pakosz* by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID); Modified text and docketing event on 7/23/2021 (ztth). (Entered: 07/19/2021) |
| 07/28/2021 | 104 | MOTION to Amend/Correct 100 Fox/Neal Order, Order,, *of May 7*, Unopposed MOTION for Briefing Schedule *Change to Match Fox/Neal Order Schedule* by DAVID ALAN CARMICHAEL. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 07/28/2021) |

| | | |
|---|---|---|
| 07/29/2021 | | MINUTE ORDER granting 104 Plaintiff Carmichael's Motion to Reset Schedule. It is hereby ORDERED that, in accordance with 100 the Fox/Neal Order, Plaintiffs shall file their response to 99 Defendants' motion to dismiss or, in the alternative, for summary judgment on or before August 20, 2021. It is FURTHER ORDERED that Defendants shall file their reply on or before September 10, 2021. SO ORDERED. Signed by Judge Rudolph Contreras on 7/29/2021. (lcrc3) (Entered: 07/29/2021) |
| 08/08/2021 | | MINUTE ORDER: According to Defendants' declaration submitted with their opposition to Michelle Boulton's motion to intervene, Ms. Boulton's application had not been denied at the time of the opposition's filing (June 4, 2021) and she had been given 90 days (until June 7, 2021) to provide additional information. ECF No. 95–1 at 2. With that date having passed, it is hereby ORDERED that Defendant State Department shall submit a status report regarding Ms. Boulton's application on or before August 23, 2021. SO ORDERED. Signed by Judge Rudolph Contreras on 8/8/2021. (lcrc3) (Entered: 08/08/2021) |
| 08/13/2021 | | Set/Reset Deadlines: Status Report due by 8/23/2021 (tj) (Entered: 08/13/2021) |
| 08/20/2021 | 105 | STATUS REPORT by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (8/10/21 Email to M. Boulton re: passport application))(Hair, Christopher) (Entered: 08/20/2021) |
| 08/20/2021 | 106 | RESPONSE re 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment *Opposition* filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Declaration Carmichael–With–Evidence–Exhibits–Attached, # 2 Declaration Lewis–Regarding–Damages, # 3 Declaration Lewis–Expounding–Facts–With–Relevance, # 4 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 08/20/2021) |
| 08/21/2021 | 107 | MOTION for Leave to File 106 Response to motion, *Motion For Leave To File Overlooked Document* filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Supplement Plaintiffs' Declaration of Facts, # 2 Certificate of Service)(CARMICHAEL, DAVID); Modified event and text on 8/25/2021 (ztth). (Entered: 08/21/2021) |
| 08/28/2021 | 108 | MOTION for Relief from Judgment *or Order Dismissing Causes of Action, ECF 45, August 28, 2020* by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 08/28/2021) |
| 09/02/2021 | 109 | RESPONSE re 105 Status Report *In Opposition and Refuting* filed by MICHELLE BOULTON. (Attachments: # 1 Exhibit ACS Email 3–12–21 Denying Passport For No SSN, # 2 Exhibit ACS Email 3–30–21 Denying Passport For No SSN, # 3 Exhibit Boulton Dclrtn & Rqst For Accommodation, # 4 Exhibit Boulton Email 3–23–21 Reiterating Rqst For Accommodation, # 5 Exhibit Boulton Email 3–30–21, # 6 Exhibit Boulton Email 4–2–21 Reiterating Rqst For Accommodation, # 7 Exhibit ACS Email To Boulton 4–2–21 Acknowledging Email, # 8 Exhibit ACS Email to Boulton 8–10–21 Notice of Passport Issuance, # 9 Exhibit ACS Email to Boulton 8–18–21 Notice Passport Ready For Pickup, # 10 Exhibit Watkins Declaration 7–1–21 Re: Carmichael, Lewis, Pakosz, # 11 Exhibit Watkins Declaration 7–3–21 Re: Boulton, # 12 Exhibit Boulton Reply to Def. Opposing Mot. to Intervene, # 13 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 09/02/2021) |
| 09/09/2021 | 110 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply as to 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment , 108 MOTION for Relief from Judgment *or Order Dismissing Causes of Action, ECF 45, August 28, 2020* by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 09/09/2021) |
| 09/09/2021 | | MINUTE ORDER granting 110 Defendants' Motion for Extension of Time. Upon consideration of Defendants' motion and Plaintiffs' opposition to the requested reply–brief extension, it is hereby ORDERED that Defendants shall file their reply in support of their motion to dismiss or, in the alternative, for summary judgment; opposition to Plaintiffs' motion for relief from judgment; and response to Michelle Boulton's response to the government's status report, on or before October 11, 2021. SO ORDERED. Signed by Judge Rudolph Contreras on 9/9/2021. (lcrc3) (Entered: 09/09/2021) |
| 09/09/2021 | 111 | Memorandum in opposition to re 110 MOTION for Extension of Time to File Response/Reply as to 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment , 108 MOTION for Relief from Judgment *or Order Dismissing Causes of Action, ECF 45, August 2, 99 MOTION to Dismiss Or, In The Alternative MOTION for Summary Judgment Opposition to Extension* filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. *(Attachments: # 1 Text of Proposed Order Plaintiff Proposed Order, # 2 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 09/09/2021)* |
| 09/09/2021 | 112 | Emergency MOTION for Reconsideration re 111 Memorandum in Opposition,, Order on Motion for Extension of Time to File Response/Reply,, 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment *Objection To Exparte Decisions* by DAVID ALAN CARMICHAEL. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 09/09/2021) |
| 09/10/2021 | 113 | MOTION to Substitute *Rick Dale Hollingsworth As Successor* by WILLIAM PAKOSZ. (Attachments: # 1 Exhibit Death Certificate, # 2 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 09/10/2021) |
| 09/10/2021 | | MINUTE ORDER denying 112 Plaintiff Carmichael's Emergency Motion for Reconsideration. The Court has read and considered the arguments presented in 111 Plaintiffs' Consolidated Response in Opposition to Defendants' Motion for Extension of Time to Reply Regarding Their Motion for Dismissal (99) but is not persuaded to reconsider its order. Therefore, it is hereby ORDERED that the motion is DENIED. SO ORDERED. Signed by Judge Rudolph Contreras on 9/10/2021. (lcrc3) (Entered: 09/10/2021) |
| 09/24/2021 | 114 | RESPONSE re 113 MOTION to Substitute *Rick Dale Hollingsworth As Successor* filed by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 09/24/2021) |
| 10/01/2021 | 115 | REPLY to opposition to motion re 113 MOTION to Substitute *Rick Dale Hollingsworth As Successor* filed by WILLIAM PAKOSZ. (Attachments: # 1 Exhibit Declaration of Spouse Delores Pakosz, # 2 Exhibit Declaration of Daughter Angela Hollingsworth, # 3 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 10/01/2021) |
| 10/02/2021 | 116 | RESPONSE re 113 MOTION to Substitute *Rick Dale Hollingsworth As Successor*, 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment *Response, Motion To Join Plaintiffs Opposition 106* filed by WILLIAM PAKOSZ. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 10/02/2021) |
| 10/11/2021 | 117 | REPLY to opposition to motion re 99 MOTION to Dismiss *Or, In The Alternative* MOTION for Summary Judgment filed by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 10/11/2021) |
| 10/11/2021 | 118 | Memorandum in opposition to re 108 MOTION for Relief from Judgment *or Order Dismissing Causes of Action, ECF 45, August 28, 2020* filed by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Hair, Christopher) (Entered: 10/11/2021) |
| 10/16/2021 | 119 | REPLY to opposition to motion re 108 MOTION for Relief from Judgment *or Order Dismissing Causes of Action, ECF 45, August 28, 2020* filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 10/16/2021) |
| 10/16/2021 | 120 | MOTION to Substitute *Carmichael for Pakosz as Alternative to Hollingsworth* by DAVID ALAN CARMICHAEL. (Attachments: # 1 Text of Proposed Order to grant Carmichael as alternative substitute for Pakosz, # 2 Certificate of Service)(CARMICHAEL, DAVID) Modified docket entry information on 10/18/2021 (ztth). (Entered: 10/16/2021) |
| 10/21/2021 | 121 | MOTION for Sanctions *, Show Cause Hearing, Investigation and Prosecution* by MICHELLE BOULTON. (Attachments: # 1 Declaration Michelle Boulton Declaration, # 2 Text of Proposed Order Proposed Order For Show Cause Hearing Considering Sanction, Investigation and Prosecution, # 3 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 10/21/2021) |
| 11/04/2021 | 122 | Memorandum in opposition to re 121 MOTION for Sanctions *, Show Cause Hearing, Investigation and Prosecution* filed by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(Hair, Christopher) (Entered: 11/04/2021) |
| 11/11/2021 | 123 | REPLY to opposition to motion re 121 MOTION for Sanctions *, Show Cause Hearing, Investigation and Prosecution* filed by MICHELLE BOULTON. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 11/11/2021) |
| 03/25/2022 | 124 | ORDER denying 72 , 75 , 76 , 86 Plaintiffs' motions concerning remand; denying 84 Plaintiffs' motion to compel; denying 92 , 93 , 94 Plaintiffs' and Boulton's motions concerning intervention and joinder; granting in part and denying in part 99 Defendants' motion to dismiss or, in the alternative, for summary judgment; denying 101 Plaintiff Carmichael's motion for Court to maintain custody of replacement passport; granting 107 Plaintiff Carmichael's motion for leave of late filing of statement of facts; denying 108 Plaintiffs' combined motion for relief; denying 113 , 120 Plaintiff Carmichael's and Hollingsworth's motions regarding substitution; and denying 121 Boulton's motion for sanctions. See document for details. Signed by Judge Rudolph Contreras on 3/25/2022. (lcrc3) (Entered: 03/25/2022) |
| 03/25/2022 | 125 | MEMORANDUM OPINION denying 72 , 75 , 76 , 86 Plaintiffs' motions concerning remand; denying 84 Plaintiffs' motion to compel; denying 92 , 93 , 94 Plaintiffs' and Boulton's motions concerning intervention and joinder; granting in part and denying in part 99 Defendants' motion to dismiss or, in the alternative, for summary judgment; |

| | | |
|---|---|---|
| | | denying 101 Plaintiff Carmichael's motion for Court to maintain custody of replacement passport; granting 107 Plaintiff Carmichael's motion for leave of late filing of statement of facts; denying 108 Plaintiffs' combined motion for relief; denying 113 , 120 Plaintiff Carmichael's and Hollingsworth's motions regarding substitution; and denying 121 Boulton's motion for sanctions. See document for details. Signed by Judge Rudolph Contreras on 3/25/2022. (lcrc3) (Entered: 03/25/2022) |
| 03/30/2022 | 126 | LEAVE TO FILE DENIED – Motion. This document is unavailable as the Court denied its filing. "LEAVE TO FILE DENIED. "Motion" does not comply with Local Rules page limits and pertains to matters not germane to the remaining issues in the case." Signed by Judge Rudolph Contreras on 3/30/2022. (ztth) (Additional attachment(s) added on 4/1/2022: # 1 Exhibit) (ztth). (Entered: 03/31/2022) |
| 04/04/2022 | 127 | RESPONSE TO ORDER OF THE COURT re 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, filed by DAVID ALAN CARMICHAEL. (Attachments: # 1 Exhibit Idaho Man Denied No–SSN Passport, # 2 Exhibit Nevada Man Denied No–SSN Passport, # 3 Exhibit IRS Form 13977 Good Cause For No SSN On Passport Form, # 4 Exhibit Florida Woman Denied No–SSN Passport Application Opened, # 5 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 04/04/2022) |
| 04/07/2022 | 128 | NOTICE OF SUBSTITUTION OF COUNSEL by Stephen DeGenaro on behalf of All Defendants Substituting for attorney Christopher Hair (DeGenaro, Stephen) (Entered: 04/07/2022) |
| 04/14/2022 | 129 | RESPONSE re 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, *Response to order and Carmichael Response* filed by LAWRENCE DONALD LEWIS. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 04/14/2022) |
| 04/14/2022 | 130 | RESPONSE re 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, *Response to Order and Carmichael Response* filed by WILLIAM PAKOSZ. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 04/14/2022) |
| 04/18/2022 | 131 | RESPONSE TO ORDER OF THE COURT re 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, *and Carmichael's response (127)* filed by MICHELLE BOULTON. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 04/18/2022) |
| 05/18/2022 | 132 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Civil Cover Sheet Civil Docketing Statements of All Plaintiffs/Appellants, # 2 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 05/18/2022) |
| 05/18/2022 | 133 | NOTICE re 132 NOTICE OF APPEAL TO DC CIRCUIT COURT (Attachments: # 1 Errata Notice of Payment By Money Order, # 2 Certificate of Service)(CARMICHAEL, DAVID); Modified docketing event, text, and added docket entry relationship on 5/19/2022. (ztth) (Entered: 05/18/2022) |
| 05/19/2022 | 134 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 132 Notice of Appeal to DC Circuit Court. (ztth) (Entered: 05/19/2022) |
| 05/24/2022 | | USCA Appeal Fees received $ 505 receipt number 202216 re 132 Notice of Appeal to DC Circuit Court, filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, WILLIAM PAKOSZ, LAWRENCE DONALD LEWIS. (ztth) (Entered: 05/24/2022) |
| 05/24/2022 | 135 | Supplemental Record on Appeal transmitted to US Court of Appeals re USCA Appeal Fees; the Court of Appeals fee was paid. (ztth) (Entered: 05/24/2022) |
| 05/24/2022 | 136 | STATUS REPORT by MICHAEL R. POMPEO, UNITED STATES OF AMERICA. (Attachments: # 1 Ex. A – Declaration of Paul Peek, # 2 Certificate of Service)(DeGenaro, Stephen) (Entered: 05/24/2022) |
| 05/24/2022 | 137 | RESPONSE re 125 Memorandum & Opinion,,, 124 Order on Motion for Reconsideration,,,, Order on Motion to Stay,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Declaratory Judgment,,,, Order on Motion to Lift Stay,,,, Order on Motion to Compel,,,,,,, Order on Motion for Joinder,,,, Order on |

18

| | | |
|---|---|---|
| | | Motion for Leave to File,,,, Order on Motion to Intervene,,,, Order on Motion to Dismiss,,,, Order on Motion for Summary Judgment,,,, Order on Motion for Order,,,,,,,,, Order on Motion for Relief from Judgment,,,, Order on Motion to Substitute,,,, Order on Motion to Substitute Party,,,, Order on Motion for Sanctions,,, *Response To Defendant Status Report* filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Exhibit Carmichael Response To US Atty Email, # 2 Exhibit Email Chain Re ICAO 9303, # 3 Exhibit Lewis Letter To US Atty, # 4 Exhibit Email Chain Re Lewis Letter, # 5 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 05/24/2022) |
| 05/25/2022 | | USCA Case Number 22–5143 for 133 Notice of Appeal to DC Circuit Court, filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, WILLIAM PAKOSZ, LAWRENCE DONALD LEWIS. (ztth) (Entered: 05/25/2022) |
| 05/25/2022 | | MINUTE ORDER: It is hereby ORDERED that the Government send Mr. Lewis his passport at the address he provided in ECF No. 137–3. It is FURTHER ORDERED that Mr. Carmichael convey how he wants to take possession of his passport which is in the possession of the Clerk's Office. It is FURTHER ORDERED that 136 the Government's request for a stay is DENIED. It is FURTHER ORDERED that the Government file any dispositive motion, on mootness or other grounds, by June 24, 2022. SO ORDERED. Signed by Judge Rudolph Contreras on 5–25–2022. (lcrc3) (Entered: 05/25/2022) |
| 05/26/2022 | | Set/Reset Deadlines: Dispositive Motion due by 6/24/2022. (zgdf) (Entered: 05/26/2022) |
| 06/01/2022 | 138 | RESPONSE TO ORDER OF THE COURT re Order,, *Objections and Notice of Intent To File In Circuit Court For Stay of Order* filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 06/01/2022) |
| 06/14/2022 | 139 | NOTICE of Filing Motion to Stay in USCA by DAVID ALAN CARMICHAEL. (ztth) Modified to add text on 6/22/2022 (znmw). (Entered: 06/21/2022) |
| 06/24/2022 | 140 | MOTION to Dismiss *for Lack of Subject Matter Jurisdiction* by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support, # 2 Ex. A – First Declaration of Paul Peek, # 3 Ex. B – Second Declaration of Paul Peek, # 4 Text of Proposed Order, # 5 Certificate of Service)(DeGenaro, Stephen) (Entered: 06/24/2022) |
| 07/08/2022 | 141 | MOTION for Extension of Time to File Response/Reply as to 140 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction* by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Service Cert. Serv.)(CARMICHAEL, DAVID) (Entered: 07/08/2022) |
| 07/08/2022 | | MINUTE ORDER granting 141 Plaintiff's Motion for Extension of Time: It is hereby ORDERED that Plaintiff's response is due by 7/29/2022 and Defendants' reply is due by 8/12/2022. SO ORDERED. Signed by Judge Rudolph Contreras on 7–8–2022. (lcrc3) (Entered: 07/08/2022) |
| 07/29/2022 | 142 | |

| | | |
|---|---|---|
| | | MOTION to Stay re 140 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction* by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 07/29/2022) |
| 07/29/2022 | 143 | MOTION to Amend/Correct 51 AMENDED COMPLAINT by DAVID ALAN CARMICHAEL (Attachments: # 1 Exhibit Leave To Amend In Alternative To Stay, # 2 Certificate of Service)(CARMICHAEL, DAVID) Modified on 8/2/2022 to correct docket link/ text (zjm). (Entered: 07/29/2022) |
| 07/29/2022 | 144 | Memorandum in opposition to re 140 Motion to Dismiss, filed by MICHELLE BOULTON, DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Exhibit ICAO Photo Requirements, # 2 Exhibit ICAO Citing State Policy Preeminance, # 3 Exhibit 8 FAM 402 Passport Photo Requirements, # 4 Exhibit 8 FAM 405 Adjudication Support, # 5 Exhibit 8 FAM 101 Intro to Passports, # 6 Exhibit US Atty Email RE ICAO and Lewis, # 7 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 07/29/2022) |
| 08/12/2022 | 145 | Consent MOTION for Extension of Time to *File a Reply* by UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(DeGenaro, Stephen) (Entered: 08/12/2022) |
| 08/12/2022 | | MINUTE ORDER granting 145 Defendants' Motion for Extension of Time: It is hereby ORDERED that the time for Defendants to file their reply is hereby extended up to and including September 2, 2022. SO ORDERED. Signed by Judge Rudolph Contreras on 8–12–2022. (lcrc3) (Entered: 08/12/2022) |
| 08/12/2022 | 146 | Consent MOTION to Withdraw 142 MOTION to Stay re 140 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction* by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 08/12/2022) |
| 08/12/2022 | 147 | Consent MOTION to Amend/Correct 144 Memorandum in Opposition,, *Replacing Attachment 5 of ECF144* by DAVID ALAN CARMICHAEL. (Attachments: # 1 Exhibit 8 FAM 101.1 Introduction To Passports, # 2 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 08/12/2022) |
| 08/15/2022 | | MINUTE ORDER granting 146 Plaintiffs' Motion to Withdraw: It is hereby ORDERED that 142 Plaintiffs' Motion to Stay is DEEMED WITHDRAWN. SO ORDERED. Signed by Judge Rudolph Contreras on 8–15–2022. (lcrc3) (Entered: 08/15/2022) |
| 08/15/2022 | | MINUTE ORDER granting 147 Plaintiffs' Motion to Amend/Correct: It is hereby ORDERED that the correct document in this filing shall replace Attachment 5 of 144 Plaintiff's Memorandum in Opposition. SO ORDERED. Signed by Judge Rudolph Contreras on 8–15–2022. (lcrc3) (Entered: 08/15/2022) |
| 09/02/2022 | 148 | REPLY to opposition to motion re 140 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction* filed by MICHAEL R. POMPEO, UNITED STATES DEPARTMENT OF STATE, UNITED STATES OF AMERICA. (Attachments: # 1 Certificate of Service)(DeGenaro, Stephen) (Entered: 09/02/2022) |
| 03/20/2023 | 149 | ORDER granting 140 Defendants' Motion to Dismiss and denying 143 Plaintiffs' Motion for Leave to Amend the Complaint. See document for details. Signed by |

| | | |
|---|---|---|
| | | Judge Rudolph Contreras on 3–20–2023. (lcrc3) (Entered: 03/20/2023) |
| 03/20/2023 | 150 | MEMORANDUM OPINION granting 140 Defendants' Motion to Dismiss and denying 143 Plaintiffs' Motion for Leave to Amend the Complaint. See document for details. Signed by Judge Rudolph Contreras on 3–20–2023. (lcrc3) (Entered: 03/20/2023) |
| 03/29/2023 | 151 | RESPONSE TO ORDER OF THE COURT re 149 Order on Motion to Dismiss, 150 Memorandum & Opinion *Objections* filed by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS, WILLIAM PAKOSZ. (Attachments: # 1 Exhibit 8FAM403.1–4_Name–Changes, # 2 Exhibit Form–DS–4404_passport–name–chage, # 3 Exhibit New–Form–DS–82–passport–renewal, # 4 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 03/29/2023) |
| 05/15/2023 | 152 | NOTICE OF APPEAL TO DC CIRCUIT COURT by DAVID ALAN CARMICHAEL, LAWRENCE DONALD LEWIS. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(CARMICHAEL, DAVID) (Entered: 05/15/2023) |
| | | *Main Document* |
| | | Attachment # 1 *Certificate of Service* |

# United States District Court,
## District of Columbia

David Alan Carmichael, et al.     )
     )
     *Plaintiffs*     )
     )   Case No: 19-CV-2316-RC
     v.     )
     )
Michael Richard Pompeo, *in his Offiicial*     )
     *capacity as Secretary of State, et al.,*[1]     )
     )
     *Defendants*     )

## Notice of Appeal

Notice is hereby given that David Alan Carmichael and Lawrence Donald Lewis, the Plaintiffs in the above named case, appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of March 20, 2023.  This notice is entered in this action on this 15th day of May, 2023.


(s) *David Alan Carmichael*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  (23664}
(757) 850-2672 (LL) (757) 320-2220 (c)
david@freedomministries.life



s/*Lawrence Donald Lewis*
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848
(208) 443-3852  /  larrynordlewis@povn.net

---

[1] Original styling -  Antony L. Blinken is now the principal of record by succession of office, Rule 25(d).

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. Circuit Court via the U.S. District Court, District of Columbia, in the case of *Carmichael, et al., v. Pompeo, et al.*, case no. 1:19-cv-2316, the Plaintiffs' "Notice of Appeal". As well as serving the Court and the parties electronically, I sent a copy to them, along with a money order in the amount of $505.00 to the Clerk of Court. I served them at:

Angela D. Caesar
Clerk of Court
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

United States Attorney
United States Attorney's Office
c/o Stephen DeGenaro
601 D. Street, N.W.
Washington, D.C. 20530

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, Georgia 30134-2412

Rick Hollingsworth for William Mitchel Pakosz (Deceased)
14930 Greenbrier Lane
Homer Glen, Illinois 60491 (Priority Mail)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.


Ss: *David Alan Carmichael*
David Alan Carmichael                                        Date: May 15, 2023
1748 Old Buckroe Road
Hampton, Virginia 23664 / (757) 850-2672
david@freedomministries.life

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 19-2316 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 140, 143 |
| | : | | |
| ANTONY J. BLINKEN, Secretary of State, | : | | |
| *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

For the reasons stated in the Court's Memorandum Opinion separately and

contemporaneously issued, Defendants' motion to dismiss (ECF No. 140) is **GRANTED** and

Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 143) is **DENIED**. It is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated:  March 20, 2023                                    RUDOLPH CONTRERAS
                                                         United States District Judge

| | | | |
|---|---|---|---|
| DAVID ALAN CARMICHAEL, *et al.*, | : | | |
| | : | | |
|      Plaintiffs, | : | Civil Action No.: | 19-2316 (RC) |
| | : | | |
|      v. | : | Re Document Nos.: | 140, 143 |
| | : | | |
| ANTONY J. BLINKEN, Secretary of State, | : | | |
| *et al.*, | : | | |
| | : | | |
|      Defendants. | : | | |

## MEMORANDUM OPINION

GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' MOTION FOR LEAVE
TO AMEND THE COMPLAINT

## I. INTRODUCTION

Plaintiffs David Alan Carmichael and Lawrence Donald Lewis bring this case against

Defendants Antony J. Blinken, in his official capacity as Secretary of State, and the U.S. State

Department ("Defendants") regarding Plaintiffs' attempts to obtain passports without providing

social security numbers. Plaintiffs assert that identifying with a social security number is

prohibited by their Christian faith and requested religious accommodations. After nearly four

years of litigation, Plaintiffs have now received valid passports from Defendants without having

to provide them their social security numbers. Yet they still refuse to take Defendants' "yes" for

an answer. Defendants move to dismiss this case as moot. For the reasons explained below, the

Court will grant the motion.

## II. BACKGROUND

The Court assumes familiarity with the facts of this long-running dispute. *See*

*Carmichael v. Blinken ("Carmichael II")*, No. 19-cv-2316, 2022 WL 888177, at \*1–3 (D.D.C.

Mar. 25, 2022); *Carmichael v. Pompeo ("Carmichael I")*, 486 F. Supp. 3d 360, 365–66 (D.D.C.

2020).  This Opinion picks up where *Carmichael II* left off.  In *Carmichael II*, the Court

considered Defendants' motion to dismiss Plaintiffs' remaining three causes of action: the

Religious Freedom Restoration Act ("RFRA"), the Fifth Amendment, and the Privacy Act.

*Carmichael II*, 2022 WL 888177, at *1.  Defendants argued that these claims were moot.  *Id.* at

*11.  The Court, however, found that Defendants had not met their burden to show mootness.  *Id.*

at *11–12.  With respect to Mr. Lewis, Defendants argued that they had granted Mr. Lewis's

request to obtain a passport without providing his social security number.  But Defendants still

required Mr. Lewis to submit a photograph taken within six months of the issue date.  *Id.* at *11.

Mr. Lewis, however, maintained that his photograph only needed to be taken within six months

of the *application* date, and the photograph that he already submitted satisfied this requirement.

*Id.* The Court noted that the sources Defendants relied on did not appear to support their position

concerning the photograph, and thus "the source of Defendants' insistence on requiring an

updated photograph for Lewis—and, therefore, one of the roadblocks to Lewis receiving his

passport—[wa]s unclear."  *Id.*

       With respect to Mr. Carmichael, Defendants argued that because they had mailed Mr.

Carmichael a replacement passport (without asking for his social security number) during the

Court-ordered remand period that occurred in between *Carmichael I* and *Carmichael II*, the issue

was moot.  *Id.* at *12.  But Mr. Carmichael declined to accept and sign the replacement passport;

he argued that Defendants should have voided the cancellation of his original passport rather

than issue him a replacement passport.  *Id.*  He appeared to argue that Defendants' "regulations

only allow replacement passports for certain reasons that are not applicable to him."  *Id.*

Because "Defendants' briefs d[id] not address the propriety of issuing Carmichael a replacement

passport rather than voiding the cancellation" of the original passport, the Court could not be

2

sure that the dispute was moot. *Id.* If, "hypothetically," the replacement passport was the product of "an obviously invalid process," then Mr. Carmichael would still have a live claim. *Id.* Although the Court found that Defendants had not shown that Plaintiffs' claims were moot, it noted that "it appears that Defendants have all intentions of providing Plaintiffs passports without Plaintiffs providing social security numbers and there may be an opportunity to resolve this issue without further litigation." *Id.* Thus, the Court ordered Defendants to "reevaluate their positions on the appropriate ways, consistent with federal law and regulations, to get Plaintiffs their passports" and also ordered the parties to file a joint status report within 60 days of the opinion. *Id.*[1] Now, having taken further actions with respect to Mr. Lewis and Mr. Carmichael, Defendants once again move to dismiss Plaintiffs' claims as moot.

### III. LEGAL STANDARD

Federal courts have subject-matter jurisdiction where a claim "arises under" federal law. *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986). "Rule 12(b)(1) presents a threshold challenge to the Court's jurisdiction . . . [and] the Court is obligated to determine whether it has subject-matter jurisdiction in the first instance." *Curran v. Holder*, 626 F. Supp. 2d 30, 32 (D.D.C. 2009) (quoting *Agrocomplect*, *AD v. Republic of Iraq*, 524 F. Supp. 2d 16, 21 (D.D.C. 2007)). Subject-matter jurisdiction cannot be waived, and "[w]hile *pro se* complaints

---

[1] In *Carmichael II*, the Court agreed with Defendants that Plaintiffs failed to plead damages because RFRA and the Fifth Amendment do not waive sovereign immunity for damages and Plaintiffs did not plead any connection between the alleged Privacy Act violations and damages. *Id.* at *12–14. And the Court declined to consider Plaintiffs' due process claim because there was no remaining claim for damages and there was a nontrivial chance that the parties could resolve the equitable relief issue without further litigation. *Id.* at *12.

Plaintiffs subsequently appealed this decision to the D.C. Circuit, which (as relevant here) dismissed their appeal because Mr. Carmichael's equitable claim remained pending in this Court and therefore the order on review was not an appealable final order. *See Carmichael v. Blinken*, No. 22-5143, 2022 WL 3568058, at *1 (D.C. Cir. Aug. 11, 2022).

are held to a less stringent standard than other complaints, even a *pro se* plaintiff [ ] bears the burden of establishing that the Court has subject matter jurisdiction." *Id.* at 33 (citations and internal quotations omitted); *see also Jathoul v. Clinton*, 880 F. Supp. 2d 168, 170 (D.D.C. 2012) ("To survive a motion to dismiss under Rule 12(b)(1), Plaintiff bears the burden of proving that the Court has subject-matter jurisdiction to hear her claims."). To evaluate "a motion to dismiss under Rule 12(b)(1), [courts] must treat the complaint's factual allegations as true . . . [granting] plaintiff the benefit of all inferences that can be derived from the facts alleged." *Clinton*, 880 F. Supp. 2d at 169 (internal quotations omitted) (quoting *Sparrow v. United Air Lines, Inc.*, 216 F.3d 1111, 1113 (D.C. Cir. 2000)). Courts are not required to accept "legal conclusion[s] couched as factual allegations[s]" as true. *Id.* (quoting *Trudeau v. Fed. Trade Comm'n*, 456 F.3d 178, 193 (D.C. Cir. 2006)).

To invoke federal jurisdiction, a plaintiff must demonstrate the existence of an actual and concrete dispute. *United States v. Sanchez-Gomez*, 138 S. Ct. 1532, 1537 (2018). If, at any point before or during the proceedings, the case becomes moot, then such a case is no longer within the jurisdiction of the federal courts. *Id.* The D.C. Circuit has explained that "[f]ederal courts lack [subject matter] jurisdiction to decide moot cases because their constitutional authority extends only to actual cases or controversies." *Larsen v. U.S. Navy*, 525 F.3d 1, 4 (D.C. Cir. 2008) (quoting *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983)); *see also Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992) (noting that a court has "no authority to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it") (citations omitted)). A case becomes constitutionally moot "when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome," *Conservation Force, Inc. v.*

4

*Jewell*, 733 F.3d 1200, 1204 (D.C. Cir. 2013), or when "intervening events make it impossible to grant the prevailing party effective relief," *Lemon v. Geren*, 514 F.3d 1312, 1315 (D.C. Cir. 2008) (quoting *Burlington N. R.R. Co. v. Surface Transp. Bd.*, 75 F.3d 685, 688 (D.C. Cir. 1996)). "Corrective action by an agency is one type of subsequent development that can moot a previously justiciable issue." *Nat. Res. Def. Council, Inc. v. U.S. Nuclear Regul. Comm'n*, 680 F.2d 810, 814 (D.C. Cir. 1982); *see also Theodore Roosevelt Conservation P'ship v. Salazar*, 661 F.3d 66, 79 (D.C. Cir. 2011) (finding as moot superseded agency Record of Decision that had "no current force or effect"). "The initial 'heavy burden' of establishing mootness lies with the party asserting a case is moot." *Honeywell Int'l, Inc. v. Nuclear Regul. Comm'n*, 628 F.3d 568, 576 (D.C. Cir. 2010) (citation omitted). The party opposing mootness has the burden of showing an exception to the mootness doctrine. *Id.*

## IV. ANALYSIS

In this case, Defendants "have in fact provided passports to Plaintiffs" and thus "the requests for equitable relief [are] moot because 'intervening events [have made] it impossible to grant the prevailing party effective relief.'" *Carmichael II*, 2022 WL 888177, at *11 (quoting *Lemon*, 514 F.3d at 1315–16). With respect to Mr. Lewis, following *Carmichael II*, Defendants determined pursuant to their own regulations that they could accept the photograph that he previously submitted with his application. *See* 2d Peek Decl. ¶¶ 1–6, ECF No. 140-3. Accordingly, Defendants mailed a copy of Mr. Lewis's passport to him and he received it on June 1, 2022. Ex. 1 to 2d Peek Decl. at 5, ECF No. 140-3. Mr. Lewis's case is therefore moot.

The same result holds for Mr. Carmichael. Defendants have now explained that they adhered to agency procedures by sending Mr. Carmichael a replacement passport rather than voiding the cancellation of his original passport. 1st Peek Decl. ¶¶ 1–15, ECF No. 140-2. Mr.

Peek, the Director of Passport Services' Office of Adjudication at the State Department, stated that "[u]nder its' [sic] own regulations and policies, the [State] Department's only option is to issue Mr. Carmichael a replacement passport." *Id.* ¶ 5. "Pursuant to 22 C.F.R. §§ 51.10 and 51.54(a), the Department 'may issue a replacement passport . . . [t]o correct an error or rectify a mistake of the Department.'" *Id.* ¶ 7. A replacement passport contains an endorsement code that "links the new, replacement passport (issued with a new passport number) with the old passport number so that any visa and/or other information associated with the passport holder carries over to the replacement passport." *Id.* ¶ 8. Mr. Peek stated that "[i]t is the Department's practice to issue replacement passports in this manner." *Id.* ¶ 11. Mr. Peek further explained that "when a passport has been revoked, the Department notifies other U.S. agencies and foreign countries"; thus, "voiding the revocation of a passport years after the fact . . . could lead to an individual being detained or delayed overseas or domestically for travelling on what might be believed is an invalid and/or revoked passport." *Id.* ¶ 14.

Despite the fact that Defendants issued Mr. Carmichael a replacement passport under their standard procedures, he *still* disputes its validity. Mr. Carmichael now avers that the replacement passport is defective because it "does not comply with the ICAO photograph instructions." Pls.' Combined Response to Defs.' 3d Mot. to Dismiss ("Opp'n") at 8, ECF No. 144. But that argument is unavailing because Defendants have already approved the replacement passport without requiring a new photograph; in fact, they sent this replacement passport to Mr. Carmichael nearly two years ago. *Carmichael II*, 2022 WL 888177, at *3. The Court will not entertain Mr. Carmichael's attempts to prolong this moot case further by manufacturing new reasons to reject the relief that Defendants have provided. Because Defendants have taken "[c]orrective action" and provided Mr. Carmichael a valid passport without requiring his social

security number, this case is moot. *Id.* at \*9 (quoting *Nat. Res. Def. Council, Inc. v. U. S. Nuclear Regul. Comm'n*, 680 F.2d 810, 814 (D.C. Cir. 1982)).

The Court is not persuaded by Mr. Carmichael that this case meets an exception to mootness. Mr. Carmichael argues that this case is not moot because he will be "harangued" by other individuals seeking his assistance who purportedly share similar religious beliefs as he and are purportedly denied passports by Defendants. Opp'n at 18. Notably, Mr. Carmichael does not argue that he himself will likely be directly injured by Defendants in the future—nor could he. Defendants represent that there is no reasonable expectation of future injury to Plaintiffs because the State Department can accommodate their sincerely-held religious beliefs, "notated in its records" their accommodation request, and "will reference those notations when adjudicating any future passport applications." Defs.' Mot. to Dismiss at 9, ECF No. 140; Watkins Decl. ¶¶ 5–6, ECF No. 99-3. The mere possibility that Defendants' passport policies may injure *other* individuals who are not parties to this suit at some future date is not only purely speculative but also legally insufficient to save this case from mootness. *See City of Houston v. Dep't of Hous. & Urb. Dev.*, 24 F.3d 1421, 1429 (D.C. Cir. 1994) ("[T]his circuit's case law provides that if a plaintiff's specific claim has been mooted, it may nevertheless seek declaratory relief forbidding an agency from imposing a disputed policy in the future, so long as *the plaintiff* has standing to bring such a forward-looking challenge and the request for declaratory relief is ripe." (emphasis added)); *accord Del Monte Fresh Produce Co. v. United States*, 570 F.3d 316, 321 (D.C. Cir. 2009).[2]

---

[2] The Court denies Plaintiffs' motion for leave to amend the complaint, ECF No. 143. This would-be third amended complaint comes too late in the game, nearly four years into this litigation after the original claims had become moot and the case was at its end, and thus would prejudice Defendants. *See Mowrer v. U.S. Dep't of Transportation*, 14 F.4th 723, 732 (D.C. Cir. 2021). In addition, Plaintiffs' motion failed to comply with the Local Rules because they did not

## V.  CONCLUSION

For the foregoing reasons, Defendants' Motion to Dismiss (ECF No. 140) is granted and Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 143) is denied.  This action is dismissed with prejudice.  An order consistent with this Memorandum Opinion is separately and contemporaneously issued.

Dated:  March 20, 2023                                    RUDOLPH CONTRERAS
                                                          United States District Judge

---

provide a copy of the proposed amended complaint.  *See* Local Civil Rule 15.1 ("A motion for leave to file an amended pleading shall attach, as an exhibit, a copy of the proposed pleading as amended."); *IMAPizza, LLC v. At Pizza Ltd.*, 965 F.3d 871, 876 (D.C. Cir. 2020) (holding that district court did not abuse discretion in denying leave to amend for failure to follow this rule).