United States District Court,

District of Columbia

| | |
|---|---|
| David Alan Carmichael, et al.  ) | |
| ) | |
| *Plaintiffs*  ) | |
| ) | Case No: 19-CV-2316-RC |
| v.  ) | |
| ) | |
| Michael Richard Pompeo, *in his Offiicial*  ) | |
| *capacity as Secretary of State, et al.,*[1]  ) | |
| ) | |
| *Defendants*  ) | |

**Notice of Appeal**

Notice is hereby given that Rick Dale Hollingsworth as moved-for-Substitute for William Pakosz, and David Alan Carmichael as moved-for Alternate, in the above named case, on behalf of the interests of William Pakosz, does join the appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of March 20, 2023 filed by Plaintiffs/Appellants Carmichael and Lewis (ECF 152). This notice is entered in this action on this 22nd day of May, 2023. The Appeal incorporates all things filed, objected to, orders, etc., throughout the case.

                                              (s) *Rick Dale Hollingsworth*
                                              Rick Dale Hollingsworth
                                              As Substitute for William Mitchell Pakosz
                                              14930 Greenbrier Lane
                                              Homer Glen, Illinois  60491

(Continue on next page)

---

[1] Original styling - Antony L. Blinken is now the principal of record by succession of office, Rule 25(d).

                                              (s) *David Alan Carmichael*
                                              David Alan Carmichael
                                              1748 Old Buckroe Road
                                              Hampton, Virginia  (23664}
                                              (757) 850-2672 (LL) (757) 320-2220 (c)
                                              david@freedomministries.life