# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5113**                              **September Term, 2023**

1:19-cv-02316-RC

Filed On: January 30, 2024 [2038104]

David Alan Carmichael, et al.,

       Appellees

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

       Appellees

Rick Dale Hollingsworth,

       Appellant

## M A N D A T E

In accordance with the order of December 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                             BY:   /s/
                                         Daniel J. Reidy
                                         Deputy Clerk

Link to the order filed December 7, 2023