United States District Court

District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*, ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> Marco Rubio, *in his official capacity*, ) <br>     *successor Secretary of State, et al.* ) <br> ) <br> *Defendants* ) | Case no: 1-19-cv-02316 RC |

Notice of Appeal by Petition for Writ of Certiorari
to the Supreme Court of the United States

1.  Notice is hereby given by David Alan Carmichael and Lawrence Donald Lewis that we intend to file for a writ of certiorari in this case for which we continue to seek relief and judgment upon the merits.

2.  Final dismissal of this case was ordered on March 20, 2023 (ECF 149). We filed our timely notice of appeal to the Court of Appeals, District of Columbia, May 15, 2023 (1:19-cv-02316, ECF 152). The appeal was docketed in the Court of Appeals, District of Columbia, and eventually consolidated to case number 23-5111.

3.  Our appeal was denied on May 30, 2024 (23-5111, Doc. 1208627747). We filed a timely motion/petition for rehearing July 15, 2024 (23-5111, Doc. 1208643674).

4.  Our motion/petition for rehearing was denied Our petition was denied September 18, 2024 (23-5111, Doc. 1208663214), docketed in this court on Sep 27, 2024 (ECF 159).

5.  We filed a timely petition for rehearing *en banc* October 31, 2024 (23-5111, Doc. 1208677325). The petition was denied, January 14, 2025 (23-5111, Doc. 1208698432).


RECEIVED Mail Room FEB 14 2025 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

6. Therefore, we file this timely notice of our appeal by petition of certiorari to the Supreme Court of the United States, notifying here the District Court in the District of Columbia.

ss: *David Alan Carmichael*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

ss: *Lawrence Donald Lewis*
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

United States District Court

District of Columbia

| | |
|---|---|
| David Alan Carmichael, *et al.*,  ) | |
| ) | |
| *Plaintiffs/Petitioners*  ) | Case no: 1:19-cv-02136 |
| ) | |
| v.  ) | |
| ) | |
| Marco Rubio, *in his official capacity*,  ) | |
| *successor Secretary of State, et al.*  ) | |
| ) | |
| *Defendants/Respondents*  ) | |

CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby certify that I delivered by mail the Appellants'/Petitioners' Notice of Appeal by Petition for Writ of Certiorari to the Supreme Court of the United States, for this case. The notice was delivered myself at my address indicated under my signature, and to:

Clerk, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Certified mail number: 7020 3160 0001 9183 8807

United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

Under the penalty of perjury under the laws of the United States,

*David Alan Carmichael* [signature]

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664