DECLARATION OF ASSETS AT COMMENCEMENT OF LITIGATION
AND AFFIRMATION OF FACTS REGARDING EXPENSES
David Alan Carmichael

I, David Alan Carmichael, Plaintiff in the case of *David Alan Carmichael, et al. v. Pompeo, et al.*, Case No. 1:19-cv-02316, in the United States District Court, District of Columbia, do hereby attest to the sum of the assets that I had upon the commencement of the litigation in July, 2019. The total sum of assets owned can be calculated to a few tens of thousands of dollars, well below the maximum threshold of $2,000.000.00 under the Equal Access to Justice Act.

I owned no realty nor titled personalty such as an automobile. The personalty that I owned, shared with my wife, were merely household items such as furniture, clothing, tools, musical instruments and wall decorations, none of which are collectables suitable for sale at auction but are rather things that would be sold at a yard sale if needed to be liquidated. If every piece of furniture were sold for $200 each, the likely mean value, they would amount to about $4,000.00.

We had no savings account. We lived month-to-month for more than two decades. We had medical bills due of over One Hundred Fourteen Thousand Dollars (>$114,000.00) from life-saving heart surgery that I received, November 5, 2018.

My net income was about $1,800 per month from a judgment payment from case *Carmichael v. United States,* 66 Fed. Cl. 115 (2005). My wife's gross income was about $1,200.00 per month, for a total of approximately $3,000 per month, $36,000 per year. There was $500.00 per month donated designated to the ministry under which I served, Educational Christian Ministries. That money was designated in our names but it was subsumed by costs necessary for ministry operations. The ministry operated several automobiles, which were used by my wife and I, as well as other ministers. Those automobiles were a: 2005, Dodge Grand Caravan (>250K/miles); 2004, Ford Mustang (>200K/miles); 1999, Coachmen Mirada RV (>67K/miles); 1993, Ford Aerostar (>230K/miles). The total value of those vehicles at the time was about $3,000 for the Dodge Van, $2,000 for the Ford

Mustang, $6,000 for the RV since the ministry bought it for $1,800 and we did restoration on the interior, and the Ford Aerostar was not worth selling since it constantly needed maintenance. Those things are were not available for liquidation to pay for my personal needs. They were merely things that from which we benefitted, that provided our transportation needs, and for which costs the ministry paid. I had one share of common stock in a Class-C Corporation, valued at $150.00.

**Expenses**

I made the payments for service of process, printing, and shipping documents to the Parties. Upon approval of Electronic Filing, costs for shipping to the Court and the Defendants were eliminated but I still had a duty to print and send copies of the documents to the Parties Plaintiff. The amount claimed in this EAJA Application for Costs and Expenses is based upon contemporaneous records and receipts. Printing costs account for the number of pages printed for each document, including cover letters as well as printed necessary communications between the parties, printed for each party, times ten cents (10¢) per page. Data sheet provided herewith shows that there are some costs for shipping that were not calculated, having no contemporaneous record or receipt.

The foregoing facts are a good faith, reasonable estimate, of my total assets at the time of my filing suit in July, 2019, and the costs are actually less that actually spent, and the data sheet is shows a good accounting of the information that is available to support the record of expenditures for the litigation.

The amounts indicating to charge are the small amount attributable to that which was paid by William Pakosz, who is deceased. Mailings to the Parties Plaintiff after the approval of electronic filing were paid out of pocket, having no tracking data, and receipts have been lost.

Whereby I affirm by my oath and signature:

(Signature/Seal): _David Alan Carmichael_   Date: _November 3, 2025_
David Alan Carmichael

Commonwealth of Virginia          )
County of _Hampton City_          )

Sworn to (or affirmed) and subscribed before me this __3__ day of November, 2025,

by _David Alan Carmichael_. (Name of Declarant)

__✓__ Personally Known
____ Produced Identification Type and # of ID_____

_Kelley S Williams_
(Signature of Notary)

SEAL

_Kelley S. Williams_
(Name of Notary Typed, Stamped, or Printed)

My Commission Expires: _Feb. 29, 2028_

Notary Public, Commonwealth of Virginia

Carmichael Declaration                                                                 p. 3 of 3

AO 291.   Application for Fees and Other Expenses Under the Equal Access to Justice Act.   (10/81)

# APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

| 1. COURT | | 2. DATE FILED | 11/03/2025 |
|---|---|---|---|
| A. ☐ SUPREME COURT | E. ☐ COURT OF APPEALS | | |
| B. ☐ CUSTOMS AND PATENT APPEALS | F. ☒ DISTRICT COURT | | |
| | G. ☐ BANKRUPTCY COURT | 3. DOCKET NO. | 161 |
| C. ☐ COURT OF CLAIMS | | | |
| D. ☐ COURT OF INTERNATIONAL TRADE | | | |

| 4. NAME OF APPLICANT (one per form) | David Alan Carmichael | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM (use agency code on reverse side) | |

**6. NATURE OF APPLICATION**

A. ☒ Original application under 28 USC § 2412 (d) (1) (A) after judgment in civil action against U.S.

B. ☐ Appeal of fees and expenses awarded by Lower Court, (If Item 6B is checked, go to Item 7)

C. ☐ Original application under 28 USC § 2412 (d) (3) after review of agency decision.

D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 USC § 504 (c) (2).

| 7. APPEAL FROM: | 7A. DATE FILED IN LOWER COURT | |
|---|---|---|
| ☐ DISTRICT COURT   ☐ BANKRUPTCY COURT | | |
| ☐ OTHER: | 7B. DOCKET NO. | |

| 8. ADMINISTRATIVE AGENCY DOCKET NO. | | 9. DATE FILED IN ADMINSTRATIVE AGENCY | |

| 10. SHOWING OF PREVAILING PARTY STATUS (28 USC §2412(d)(1)(B)): | Carmichael, et al., v. Pompeo, et al., 486 F. Supp. 3d 360, 371 (D.D.C. Aug. 2020) & ( May 22, 2025, inter alia - Agency issued passports as a result of the litigation and the |
|---|---|
| IS NET WORTH INFORMATION ATTACHED? | ☒ YES   ☐ NO |

| 12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 USC §2412(d)(1)(B)): | See Attached Motion - "The position of the United States and the Secretary of State v substantially justified. The position of those Defendants prolonged the litigation in lieu granting immediate relief was not substantially justified. The unjustified pre-litigation actions necessitated the legal action to obtain relief and the amounts claimed result tl |

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INFORMATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 USC §2412 (d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 0 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES--SPECIFY | |
| (1) Filing Fee | $ 400 |
| (2) Printing | $ 922.80 |
| (3) Service of Process, Postage, Shipping | $ 622.95 |
| I. TOTAL FEES AND EXPENSES | $ 1945.75 |

| 14. SIGNATURE | *David Alan Carmichael* (signature) | 15. DATE | November 3, 2025 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT

FORM FOR EAJA Fee Application - Page 2

## ADMINSTRATIVE AGENCY CODES

Use the following abbreviation for the U.S. Government Agency involved in claim in item 5.

| Agency | Code |
|---|---|
| Benefits Review Board | BRE |
| Civil Aeronautics Board | CAB |
| Civil Service Commission (U.S.) | CSC |
| Consumer Products Saftey Commission | CPSC |
| Copyright Royalty Tribunal | CRT |
| Department of Agriculture | AGRI |
| Department of Commerce | COMM |
| Department of Defense | DOD |
| Department of Education | EDUC |
| Department of Energy | DOE |
| Department of Health, Education, & Welfare | HEW |
| Department of Health & Human Services | HHS |
| Department of Housing & Urban Development | HUD |
| Deapartment of the Interior | DOI |
| Department of Justice | DOJ |
| Department of Labor (Except OSHA) | LABR |
| Department of Transportation, National Transportation Saftey Board | TRAN |
| Department of the Treasury (Except IRS) | TREA |
| Drug Enforcement Agency | DEA |
| Environmental Protection Agency | EPA |
| Equal Employment Opportunity Commissiom | EEOC |
| Federal Aviation Agency | FAA |
| Federal Coal Mine Saftey Board | FCMS |
| Federal Communications Commisssion | FCC |
| Federal Deposit Insurance Corporation | FDIC |
| Federal Election Commission | FEC |
| Federal Energy Agency | FEA |
| Federal Energy Regulatory Commission | FERC |
| Federal Home Loan Bank Board | FHLB |
| Federal Labor Relations Authority | FLRA |
| Federal Marritime Board | FMBD |
| Federal Marritime Commission | FMC |
| Federal Mine Safety & Health Administration | MSMA |
| Federal Mine Safety & Health Review Commission | MSHR |
| Federal Reserve System | FRS |
| Federal Trade Commission | FTC |
| Food & Drug Administration | FDA |
| General Services Adminstration | GSA |
| Immigration & Naturalization Service | INS |
| Internal Revenue Service (Except Tax Court) | IRS |
| Interstate Commerce Commission | ICC |
| Merit Systems Protection Board | MSPB |
| National Labor Relations Board | NLRB |
| Nuclear Regulatory Commission | NRC |
| Occupational Safety & Health Administration | OSHA |
| Occupational Safety & Health Review Commission | OSHC |
| Office of Management & Budget | OMB |
| Office of Personnel Management | OPM |
| Office of Workers Compensation Program | OWCP |
| Patent Office | PATO |
| Postal Rate Commission (U.S.) | PRC |
| Postal Service(U.S.) | USPS |
| RR Retirement Board | RRRB |
| Securities & Exchange Commission | SEC |
| Small Business Administration | SBA |
| Tax Court, Internal Revenue Service | TXC |

Carmichael, et al. v. Blinken, et al.
Expenses Data Sheet

$ 1,945.75

| Date | Doc # | Description | Pages | # Copies | Total Pages | Amount | | Plaint 1/Court/Dept State/Atty Gen | Postage | | Post Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Filing Fee | | | | $400.00 | | | | | | |
| 7/31/2019 | 1 | Complaint filed | 28 | 4 | 112 | $ | 11.20 | | | | | |
| | | Travel to D.C., Service by James Lehman | | | | $ | - | Reimburse 360 Miles Travel @ $0.50 | | | $ | 180.00 |
| | | Mail to Dept. State & Atty Gen. | | | | | | Certified from D.C. to D.C. | | | | |
| 7/31/2019 | | Summons/Civil/Cover ltr | 6 | 5 | 30 | $ | 3.00 | Court/Dept. State/Atty.Gen | | | | |
| | | | | | 0 | $ | - | | | | | |
| | 3 | Motion to Amend | 6 | 6 | 36 | $ | 3.60 | P1/Court/4 Defendants | | | | |
| | | 3-1 Summons | 11 | 3 | 33 | $ | 3.30 | P1/Court/4 Defendants | | | | |
| | | Pakosz Petition to Join | 20 | 5 | 100 | $ | 10.00 | P1/P2/P3/Ct/Def | $ | 4.95 | $ | 19.80 |
| 9/12/2019 | | Service of Process to Pakosz | | | | | | P3 | $ | 4.05 | $ | 4.05 |
| 9/12/2019 | | Service of Process to Lewis | | | | | | P2 | $ | 4.05 | $ | 4.05 |
| 9/19/2019 | 5 | Motion to Join Lewis Docs | 11 | 7 | 77 | $ | 7.70 | P2/Ct/Def | $ | 4.80 | $ | 14.40 |
| 9/16/2019 | | Service of Process | | | | $ | 295.00 | Upon Pompeo/U.S. Atty/U.S. Atty Gen | | | | |
| 9/17/2019 | | Correspondence Re: Service of Process | | | | | | To Clerk & Clerk & U.S. Atty Off. | $ | 15.50 | $ | 15.50 |
| 9/18/2019 | | Correspondence Re: Amendment | 9 | 3 | 27 | $ | 2.70 | To Clerk & U.S. Atty. Off. | $ | 10.10 | $ | 10.10 |
| 9/19/2019 | | Correspondence with Clerk | | | | | | To Clerk & U.S. Atty. Off. | $ | 5.25 | $ | 5.25 |
| 9/20/2019 | 6 | Motion to Join Pakosz | 1 | 5 | 5 | $ | 0.50 | P1/P2/P3/Ct/Def | $ | - | $ | - |
| | | Proposed Order | 1 | 5 | 5 | $ | 0.50 | P1/P2/P3/Ct/Def | $ | - | $ | - |
| 11/14/2019 | 10 | Opposition to Enl. Time to Respond | 4 | 3 | 12 | $ | 1.20 | P1/Ct/Def | | | | |
| | | Mail 10 to Ct./Def | | | | | | To Clerk | | $0.55 | $ | 0.55 |
| 11/25/2019 | 13 | Memorandum Op. to Enl. Time | 5 | 5 | 25 | $ | 2.50 | ct | $ | 7.45 | $ | 7.45 |
| 11/25/2019 | 14 | Motion for Default Judgment | | | 0 | $ | - | P1/P2P3/Ct/Def | | | | |
| 11/26/2019 | 12 | Objection to Court Order | 3 | 5 | 15 | $ | 1.50 | P1/P2P3/Ct/Def | $ | 35.10 | $ | 35.10 |
| 11/29/2019 | | Amended Complaint Shipping | | | | | | CT/Def $5.70 + $2.20 x 2 = 7.90x2 | $ | 7.90 | $ | 15.80 |
| 12/3/2019 | 15 | Amended Complaint | 47 | 5 | 235 | $ | 23.50 | | | | | |
| 12/16/2019 | 16 | Letter to Clerk Regard Filing | 3 | 5 | 15 | $ | 1.50 | P2/P3/Ct/Def | $ | 1.65 | $ | 6.60 |
| 12/19/2019 | | Ltr to Chief Judge Howell re: Access | 4 | 2 | 8 | $ | 0.80 | P1/Chief Judge | $ | 4.05 | $ | 4.05 |
| 12/19/2019 | | Letter to Atty Hair | 5 | 4 | 20 | $ | 2.00 | P2/P3/Def | $ | 0.55 | $ | 1.65 |
| 12/23/2019 | | Opposition To Mot. Mailing | | | | | | P2/P3/Ct/Def 4.80x2 + 1.30 + 1.15 | $ | 12.05 | $ | 12.05 |
| 12/27/2019 | 20 | Opposition mot. Ext. time to respond | 8 | 5 | 40 | $ | 4.00 | | | | | |
| 12/31/2019 | | First Demand for Prod. Doc. | 9 | 4 | 36 | $ | 3.60 | P2/P3/Def/Ct mixed | $ | 17.15 | $ | 17.15 |
| 1/6/2020 | 21 | Motion to Correct Docket | 10 | 5 | 50 | $ | 5.00 | P1/P2P3/Ct/Def 4.65 & 4.8 | | | $ | 9.60 |
| 1/7/2020 | 22 | Pakosz Letter to Court | 3 | 5 | 15 | | N/C | P1/P2P3/Ct/Def | | $7.45 | | N/C |
| 1/10/2020 | 23 | P1/P2P3/Ct/Def | 6 | 5 | 30 | $ | 3.00 | P1/P2P3/Ct/Def | $ | 4.65 | $ | 9.30 |
| 2/21/2020 | | Correspondence re: Op to Dismiss | 9 | 3 | 27 | $ | 2.70 | P2/P3 | $ | 0.75 | $ | 1.50 |
| 2/21/2020 | | Office Depot Binding | | | | | | P1/P2/P3 | $ | 15.80 | $ | 15.80 |
| 2/21/2020 | | Other Shipping | | | | | | P2/P3 | $ | 15.50 | $ | 15.50 |
| 2/21/2020 | | Goodwill (Case Binders) | | | | | | P1 | $ | 1.55 | $ | 1.55 |
| 2/21/2020 | | Office Depot (will come out of printing Exp. | | | | | | | | N/C | | N/C |
| 2/24/2020 | 27 | Response to Mot. To Dismiss (#24) | 24 | 5 | 120 | $ | 12.00 | P2/P3 | $ | 31.85 | $ | 31.85 |
| | | 27-1 Memorandum in Support | 53 | 5 | 265 | $ | 26.50 | | | | | |
| | | 27-2 Statement of Disputed Facts | 17 | 5 | 85 | $ | 8.50 | | | | | |
| | | 27-3 Statement of Undisputed Facts | 12 | 5 | 60 | $ | 6.00 | | | | | |
| | | 27-4 Proposed Order | 6 | 5 | 30 | $ | 3.00 | | | | | |
| 2/24/2020 | 28 | Cross Motion for Summary Judgment | | | 0 | $ | - | | | | | |
| 2/29/2020 | | Discovery Interrogatory Re: Fultz | 12 | 4 | 48 | $ | 4.80 | P1/P2/P3/Def | | | | |
| 2/29/2020 | | Discovery Interrogatory Re: Robin | 9 | 4 | 36 | $ | 3.60 | P1/P2/P3/Def | | | | |
| 4/1/2020 | 35-1 | Reply to Def Opposition | 49 | 5 | 245 | $ | 24.50 | P1/P2P3/Ct/Def $11.30+2.80 x 2 | $ | 14.10 | $ | 28.20 |
| 4/2/2020 | 32 | Addendum 3 / Pakosz | 7 | 5 | 35 | $ | 3.50 | P1/P2P3/Ct/Def | $ | 5.15 | $ | 5.15 |
| 4/10/2020 | 33 | Mot. To Add Declaration as Evid. | 2 | 5 | 10 | $ | 1.00 | P1/P2P3/Ct/Def | | | | |
| 4/10/2020 | 34 | Ltr to Clerk re: separate filings | 1 | 2 | 2 | $ | 0.20 | P1/Ct | | | | |
| 4/10/2020 | 35 | Mot. To Add Declaration as Evid. | 2 | 5 | 10 | $ | 1.00 | P1/P2P3/Ct/Def | | | | |
| 4/10/2020 | 36 | Mot. To Add Declaration as Evid. | 2 | 5 | 10 | $ | 1.00 | P1/P2P3/Ct/Def | | | | |
| 4/10/2020 | 37 | Mot. To Schedule Hearing | 8 | 5 | 40 | $ | 4.00 | P1/P2P3/Ct/Def | $ | 4.65 | $ | 9.30 |
| 4/10/2020 | 40 | Motion to Compel Answer Disc. w/Attach. | 35 | 5 | 175 | $ | 17.50 | P1/P2P3/Ct/Def 2.60x3+3.55 | $ | 11.35 | $ | 11.35 |
| 5/4/2020 | 42 | Reply Re: Mot. To Compel Disc. | 8 | 5 | 40 | $ | 4.00 | P1/P2P3/Ct/Def 1.20x3+3.55 | $ | 7.15 | $ | 7.15 |
| 9/30/2020 | 46 | Mot. To Ammend w/9 Attach. | 154 | 5 | 770 | $ | 77.00 | P1/P2P3/Ct/Def $7.75x7.75x2 | $38.10 | | $ | 38.10 |
| 10/2/2020 | 47 | Remonstrance | 28 | 5 | 140 | | N/C | P1/P2P3/Ct/Def $5.55x2/2.00x2 | $ | 15.10 | | N/C |

Pakosz

Carmichael, et al. v. Blinken, et al.
Expenses Data Sheet

| Date | # | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/20/2020 | 48 | Ltr. To Court Regarding Docket Errors | 3 | 5 | 15 | $ | 1.50 | P1/P2P3/Ct/Def  $.55x2 | $ 0.55 | $ 1.10 |
| 10/20/2020 | | Ltr. to U.S. Atty Draft Sched. Conf. Mot. | 18 | 4 | 72 | $ | 7.20 | P1/P2P3/Def $11.30 | $ 11.30 | $ 11.30 |
| 10/22/2020 | | Ltr. to U.S. Atty Re: retraction of Interog. | 2 | 4 | 8 | $ | 0.80 | P1/P2P3/Def | | $11.30 |
| 10/22/2020 | 49 | Notice of Filing on Docket | 3 | 5 | 15 | $ | 1.50 | P1/P2P3/Ct/Def  $.55x2 | $ 0.55 | $ 1.10 |
| 11/12/2020 | | Ltr. to U.S. Atty Re: Hearing Proposal | 7 | 4 | 28 | $ | 2.80 | P1/P2P3/Def $11.30 | $ 11.30 | $ 11.30 |
| 11/11/2020 | 51 | Amended Complaint | 67 | 5 | 335 | $ | 33.50 | P1/P2P3/Ct/Def | | |
| 12/1/2020 | 53 | Notice and Demand Pakosz | 112 | 5 | 560 | $ | 56.00 | P1/P2P3/Ct/Def | | |
| 12/1/2020 | 54 | Plaintiffs' Status Report w/5 Attachs | 57 | 5 | 285 | $ | 28.50 | P1/P2P3/Ct/Def $12.25+ = * 2 | $12.25 | $ 24.50 |
| 12/1/2020 | 55 | Mot. For Sched. Conf. Hearing | 21 | 5 | 105 | $ | 10.50 | P1/P2P3/Ct/Def | | |
| 12/1/2020 | 56 | Notice and Demand Carmichael | 4 | 5 | 20 | $ | 2.00 | P1/P2P3/Ct/Def | | |
| 12/1/2020 | 57 | Notice and Demand Lewis | 3 | 5 | 15 | $ | 1.50 | P1/P2P3/Ct/Def | | |
| | 58 | Motion for Order to Show Cause Pakosz | | | 0 | $ | - | | | |
| | 60 | Motion for Order to Show Cause Carmichael | | | 0 | $ | - | | | |
| | 59 | Motion for Order to Show Cause Lewis | | | 0 | $ | - | | | |
| 12/16/2020 | | Letter to U.S. Atty | | | | | | Def | | $ 4.95 |
| 1/6/2021 | 65 | Memorandum Op. to Def. Status Report | 33 | 5 | 165 | $ | 16.50 | Email submission during covid/contraction | | |
| 1/14/2021 | | Email ltr & attach to Def. | 8 | 1 | 8 | $ | 0.80 | Email submission during covid/contraction | | |
| 1/18/2021 | 68 | Plaintiff Reply to Consolidated Response/w/attc | 34 | 5 | 170 | $ | 17.00 | | | |
| 1/20/2021 | 70 | Plaint Proposed Order | 6 | 5 | 30 | $ | 3.00 | P1/P2P3/Ct/Def $4.95+ = * 2 | | $9.90 |
| 1/24/2021 | 69 | Plaint ECM/ECF Motion | 6 | 5 | 30 | $ | 3.00 | P1/P2P3/Ct/Def $480+ = * 2 | | $ 9.60 |
| 2/2/2021 | 71/72 | Plaint Object to Order | 25 | 5 | 125 | $ | 12.50 | | | |
| 2/11/2021 | 73 | Plaint Affds for ECM/ECT Mot. | 5 | 5 | 25 | $ | 2.50 | | | |
| 2/25/2021 | 76 | Plaint Mot. To Lift Stay | 6 | 3 | 18 | $ | 1.80 | | | |
| 3/2/2021 | 78 | Plaint Reply re 76 w/attach | 22 | 3 | 66 | $ | 6.60 | | | |
| 3/4/2021 | 79 | Plaint Carmichael Submt Evidence | 12 | 3 | 36 | $ | 3.60 | | | |
| 3/9/2021 | 81 | Plaint Notice of Intent to Respond | 2 | 3 | 6 | $ | 0.60 | | | |
| 3/19/2021 | 82 | Plaint Resp. to Status Report | 16 | 3 | 48 | $ | 4.80 | | | |
| 3/22/2021 | 83 | Plaint Carm. Mot. For Status Conference | 5 | 3 | 15 | $ | 1.50 | | | |
| 3/29/2021 | | Plaint Ltr. to Def. Re- 3/26 Teleconference | 3 | 3 | 9 | $ | 0.90 | | | |
| 4/20/2021 | | Plaint Ltr. to Def. Re-Ongoing Discussion Re D | 3 | 3 | 9 | $ | 0.90 | | | |
| 4/23/2021 | 84 | Plaint Mot. To Compel issue Lewis & Pakosz P | 33 | 3 | 99 | $ | 9.90 | | | |
| 5/4/2021 | 85 | Notice of Misconduct Re: Frivolous Contradicti | 16 | 3 | 48 | $ | 4.80 | | | |
| 5/4/2021 | | Drafts of Joint Status Report | 33 | 1 | 33 | $ | 3.30 | | | |
| 5/6/2021 | 87 | Joint Status Report | 9 | 3 | 27 | $ | 2.70 | | | |
| 5/21/2021 | 88 | Plaint Lewis & Pakosz Resp. to Min/Ord 5/7/20 | 3 | 3 | 9 | $ | 0.90 | | | |
| 5/21/2021 | 89 | Plaint Carm to Min/Ord 5/7/2021 | 5 | 3 | 15 | $ | 1.50 | | | |
| 5/21/2021 | 90 | Plain Carm. Resp. to 2nd Min/Ord 5/7/2021 | 6 | 3 | 18 | $ | 1.80 | | | |
| 5/21/2021 | 91 | Plain Lewis / Pakosz Resp. to 2nd Min/Ord 5/7/ | 4 | 3 | 12 | $ | 1.20 | | | |
| 5/21/2021 | 92 | Plaint Combined Mot. To Join Boulton | 4 | 4 | 16 | $ | 1.60 | | | |
| 5/21/2021 | 93 | Plaint Mot. File ECM/ECF for Boulton | 3 | 4 | 12 | $ | 1.20 | | | |
| 5/21/2021 | 94 | Plaint Boulton Mot. To Join/Intervene | 8 | 4 | 32 | $ | 3.20 | | | |
| 6/8/2021 | 96 | Plaint Mot. Ext. Time to Respond | 8 | 4 | 32 | $ | 3.20 | | | |
| 6/15/2021 | 98 | Boulton Reply in Oposition re 92/93/94 | 8 | 4 | 32 | $ | 3.20 | | | |
| 6/24/2021 | 97 | Combined Reply re 92/93/94 | 19 | 4 | 76 | $ | 7.60 | | | |
| 7/2/2021 | 102 | Plaint Lewis Reply re: 84 mot. To compel | 18 | 4 | 72 | $ | 7.20 | | | |
| 7/19/2021 | 103 | Suggestion of Death of William Pakosz | 2 | 4 | 8 | $ | 0.80 | | | |
| 7/28/2021 | 104 | Carm. Mot. To Amend/Correct Fox/Neal Order | 1 | 4 | 4 | $ | 0.40 | | | |
| 8/20/2021 | 106 | Plaint Resp. to Mot. To Dismiss/w-Attachs | 95 | 4 | 380 | $ | 38.00 | | | |
| 8/21/2021 | 107 | Plaint Dispute of Material Facts/w-Attachs | 8 | 4 | 32 | $ | 3.20 | | | |
| 8/28/2021 | 108 | Plaint Mot. For Relief From Judgment or Order | 7 | 4 | 28 | $ | 2.80 | | | |
| 9/9/2021 | 111 | Plaint Opposition to Enlarge Time | 7 | 4 | 28 | $ | 2.80 | | | |
| 9/9/2021 | 112 | Plaint Mot. Reconsider | 1 | 4 | 4 | $ | 0.40 | | | |
| 10/16/2021 | 119 | Plaint Reply Mot. Relief from judgment/order | 7 | 4 | 28 | $ | 2.80 | | | |
| 5/24/2021 | 137 | Plaint Response to Mem/Op. 124 | 19 | 4 | 76 | $ | 7.60 | | | |
| 6/1/2021 | 138 | Plaint Response to May 25, 2021 Order | 5 | 4 | 20 | $ | 2.00 | | | |
| | | | | | | | | Printing | | $ 922.80 |
| | | | | | | | | Filing Fee | | $400.00 |
| | | | | | | | | Shipping & Service | | $ 622.95 |
| | | | | | | | | | | $ 1,945.75 |

## DECLARATION OF ASSETS AT COMMENCEMENT OF LITIGATION
### Lawrence Donald Lewis

I, Lawrence Donald Lewis, Plaintiff in the case of *David Alan Carmichael, et al. v. Pompeo, et al.*, Case No. 1:19-cv-02316, in the United States District Court, District of Columbia, do hereby attest to the sum of the assets that I had upon the commencement of the litigation in July, 2019. The total sum of assets owned can be calculated to a few tens of thousands of dollars, well below the maximum threshold of $2,000.000.00 under the Equal Access to Justice Act.

I owned no realty. The personal property that I owned was household items such as furniture, books, clothing, tools, a 5 year old basic laptop computer and a couple of ancient printers, none of which are collectables suitable for sale at auction but are rather things that would be sold at a yard sale if needed to be liquidated. If every piece of furniture were sold for $200 each, the likely mean value, they would amount to about $1,000.00.

I had no savings account. We lived month-to-month for more than three decades, here on Idaho / Canada border, working various services in a very seasonal work season, with very little paying work all winter, generally November through April.

I have several old vehicles, total resale value perhaps $3000. Some of the old VW Diesels was not worth selling since they need major maintenance or restoration. Those things were not practically available for liquidation to pay for my personal needs. They were merely things from which we benefited, that provided our transportation needs.

I have no shares of any common or referred stock in any Corporations. No bonds, no equity in anything.

The foregoing facts are a good faith, reasonable estimate, of my total assets at the time of my filing suit in July, 2019, whereby I affirm by my oath under penalty of perjury under the laws of the United States of America, and signature:

(Signature/Seal): _____
Lawrence Donald Lewis

Date: 3 November 2025

p. 1 of 1

AO 291.  Application for Fees and Other Expenses Under the Equal Access to Justice Act.  (10/81)

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**1. COURT**
- A. ☐ SUPREME COURT
- B. ☐ CUSTOMS AND PATENT APPEALS
- C. ☐ COURT OF CLAIMS
- D. ☐ COURT OF INTERNATIONAL TRADE
- E. ☐ COURT OF APPEALS
- F. ☒ DISTRICT COURT
- G. ☐ BANKRUPTCY COURT

**2. DATE FILED**

**3. DOCKET NO.** 161

**4. NAME OF APPLICANT** (one per form): Lawrence Donald Lewis

**5. GOVERNMENT AGENCY INVOLVED IN CLAIM** (use agency code on reverse side):

**6. NATURE OF APPLICATION**
- A. ☒ Original application under 28 USC § 2412 (d) (1) (A) after judgment in civil action against U.S.
- B. ☐ Appeal of fees and expenses awarded by Lower Court, (If Item 6B is checked, go to Item 7)
- C. ☐ Original application under 28 USC § 2412 (d) (3) after review of agency decision.
- D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 USC § 504 (c) (2).

**7. APPEAL FROM:**
- ☐ DISTRICT COURT
- ☐ BANKRUPTCY COURT
- ☐ OTHER:

**7A. DATE FILED IN LOWER COURT**

**7B. DOCKET NO.**

**8. ADMINISTRATIVE AGENCY DOCKET NO.**

**9. DATE FILED IN ADMINISTRATIVE AGENCY**

**10. SHOWING OF PREVAILING PARTY STATUS (28 USC §2412(d)(1)(B)):** Carmichael, et al., v. Pompeo, et al., 486 F. Supp. 3d 360, 371 (D.D.C. Aug. 2020) & ( May 22, 2025, inter alia - Agency issued passports as a result of the litigation and the .

**IS NET WORTH INFORMATION ATTACHED?**  ☒ YES  ☐ NO

**12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 USC §2412(d)(1)(B)):** See Attached Motion - "The position of the United States and the Secretary of State v substantially justified. The position of those Defendants prolonged the litigation in lie granting immediate relief was not substantially justified. The unjustified pre-litigation actions necessitated the legal action to obtain relief and the amounts claimed result tl

**13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INFORMATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 USC §2412 (d)(2)(A)):**

AMOUNT CLAIMED

- A. ATTORNEY FEES ............................................................. $ 0
- B. STUDY ............................................................................ $
- C. ANALYSIS ....................................................................... $
- D. ENGINEERING REPORT ................................................ $
- E. TEST ............................................................................... $
- F. PROJECT ........................................................................ $
- G. EXPERT WITNESS FEES ............................................... $
- H. OTHER FEES AND EXPENSES--SPECIFY
  - (1) Filing Fee ..................................................................... $ Amount Filed by Carmichael
  - (2) Printing ........................................................................ $ Amount Filed by Carmichael
  - (3) Service of Process, Postage, Shipping ...................... $ Amount Filed by Carmichael
- I. TOTAL FEES AND EXPENSES ....................................... $ Amount Filed by Carmichael

**14. SIGNATURE** /s/ Lawrence Donald Lewis

**15. DATE** 3 November 2025

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT