CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
12 DEC 2025 PM 3 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.74
02 7W
0008034592 DEC 11 2025

RECEIVED
Mailroom
DEC 29 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

WILLIAM PAKOSZ
Box 25
Matteson, IL 60443

601   EE 1        0112/22/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001280299    *2317-04516-12-27